IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| QINARD LAMAR COLLINS<br>DOC# V18204,<br><br>        Petitioner,<br><br>v.<br><br>MICHAEL D. CREWS, as<br>Secretary, Department of Corrections,<br>State of Florida,<br><br>        Respondent. | Case No. |

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY

1.    Name and location of court which entered the judgment of conviction under attack:
    Florida Seventh Judicial Circuit Court, St. Johns River County, Florida

2.    Date of judgment of conviction: October 10, 2003

3.    Length of sentence: thirty years' imprisonment

4.    Nature of offenses involved (all counts): second-degree murder

5.    What was your plea? (Check one)

        (a)   Not guilty             ( )
        (b)   Guilty                 ( )
        (c)   No contest           (✓)

    If you entered a guilty plea to one count or indictment, and a not guilty plea to
    another count or indictment, give details: N/A

6.    Kind of trial: N/A

7.      Did you testify at the trial? <u>N/A</u>

8.      Did you appeal from the judgment of conviction?

        Yes (✓)                No (_)

9.      If you did appeal, answer the following:

        (a)     Name of court: <u>Florida Fifth District Court of Appeal</u>

        (b)     Result: <u>Conviction and sentence affirmed</u>

        (c)     Date of result: <u>May 14, 2004</u>

10.     Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

        Yes (✓)                No (_)

11.     If your answer to 10 was "yes," give the following information:

        (a)     (1)     Name of court: <u>Florida Seventh Judicial Circuit Court, St. Johns River County, Florida</u>

                (2)     Nature of proceeding: <u>Florida Rule of Criminal Procedure 3.850 motion</u>

                (3)     Grounds raised: <u>Ineffective assistance of trial counsel and new evidence</u>

                (4)     Did you receive an evidentiary hearing on your petition, application or motion? <u>No</u>

                (5)     Result: <u>Motion denied for facial insufficiency</u>

                (6)     Date of result: <u>May 25, 2006</u>

                (7)     Did you appeal the result? <u>Yes</u>

                        i.      Date of result: <u>September 5, 2006</u>

                        ii.     Court: <u>Florida Fifth District Court of Appeal</u>

        iii.     Result: <u>Denial of motion affirmed</u>

(b)    As to any second petition, application or motion give the same information:

    (1)    Name of court: <u>Florida Seventh Judicial Circuit Court, St. Johns River County, Florida</u>

    (2)    Nature of proceeding: <u>Florida Rule of Criminal Procedure 3.850 motion</u>

    (3)    Grounds raised: <u>Newly discovered evidence</u>

    (4)    Did you receive an evidentiary hearing on your petition, application or motion? <u>No</u>

    (5)    Result: <u>Motion dismissed</u>

    (6)    Date of result: <u>January 6, 2012</u>

    (7)    Did you appeal the result? <u>Yes</u>

        i.     Date of result: <u>February 12, 2013</u>

        ii.    Court: <u>Florida Fifth District Court of Appeal</u>

        iii.    Result: <u>Dismissal of motion affirmed</u>

(c)    Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

    (1)    First petition, etc.    <u>Yes</u>

    (2)    Second petition, etc.  <u>Yes</u>

12.    State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

    <u>CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any of these grounds.

(a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)   Conviction obtained by use of coerced confession.

(c)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)   Conviction obtained by a violation of the privilege against self-incrimination.

(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)   Conviction obtained by a violation of the protection against double jeopardy.

(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)   Denial of effective assistance of counsel.

(j)   Denial of right of appeal.

A.      **Claim 1: Petitioner Collins is "actually innocent" of the charge in this case and new evidence, research, and studies (conducted since the time of the trial) demonstrate that Shaken Baby Syndrome is no longer a valid or scientifically/medically accepted theory.**

Supporting FACTS:

Shaken Baby Syndrome is no longer a valid or scientifically/medically accepted theory. Therefore, Petitioner Collins is actually innocent of the charge in this case. In *McQuiggin v. Perkins*, – U.S. –, 133 S. Ct. 1924 (2013), the Supreme Court recently recognized that a claim of "actual innocence" can overcome the 28 U.S.C. § 2254 statute of limitations. Petitioner Collins relies on the separately filed memorandum of law in support of this claim.

13.     If any of the grounds listed in 12 were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

        This ground was raised in state court proceedings.

14.     Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

        Yes (__)      No (✓)

15.     Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

        (a)     At preliminary hearing N/A

        (b)     At arraignment and plea Joseph Anthony, 820 North Orange Avenue, Green Cove Springs, Florida 32043

        (c)     At trial N/A

        (d)     At sentencing Mr. Anthony

        (e)     On appeal Public Defender's Office

(f)      In any post-conviction proceeding *pro se* _____

(g)      On appeal from any adverse ruling in a post-conviction proceeding <u>Mary Elizabeth Fitzgibbons, 21 South Clyde Avenue, Suite 3, Kissimmee, Florida 34741</u> _____

16.     Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

     Yes (__)       No (✓)

17.     Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

     Yes (__)       No (✓)

Wherefore, Petitioner Collins prays that the Court will grant him relief to which he may be entitled in this proceeding.

**Oath**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true

and correct.  Executed on:

_____1 / 10 / 14_____          _____

Date                                            Michael Ufferman for Qinard Lamar Collins, Petitioner

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been

furnished to:

        Office of the Attorney General
        444 Seabreeze Blvd., 5th Floor
        Daytona Beach, Florida 32118

by U.S. mail this 10th day of January, 2014;

        Michael D. Crews
        Secretary
        Department of Corrections
        2601 Blair Stone Road
        Tallahassee, Florida 32399-2500

by U.S. mail this 10th day of January, 2014.

        Respectfully submitted,

        MICHAEL UFFERMAN
        Michael Ufferman Law Firm, P.A.
        2022-1 Raymond Diehl Road
        Tallahassee, Florida 32308
        (850) 386-2345/fax (850) 224-2340
        FL Bar No. 114227
        Email: ufferman@uffermanlaw.com

        Counsel for Petitioner **COLLINS**

xc:    Qinard Lamar Collins