IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| QINARD LAMAR COLLINS<br>DOC# V18204,<br><br>　　　　Petitioner,<br>v.<br><br>MICHAEL D. CREWS, as<br>Secretary, Department of Corrections,<br>State of Florida,<br><br>　　　　Respondent. | Case No. 3:14-cv-47-J-32 PDB |

**APPENDIX TO**
**MEMORANDUM OF LAW AND FACT IN SUPPORT OF**
**PETITION FOR WRIT OF HABEAS CORPUS BY A**
**PERSON IN STATE CUSTODY**

MICHAEL UFFERMAN
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345/fax (850) 224-2340
FL Bar No. 114227
Email: ufferman@uffermanlaw.com

Counsel for Petitioner COLLINS