**INDEX**

| Exhibit | Document | Tab No. |
|---------|----------|---------|
| A1 | August 15, 2009, report of Dr. Michael D. Innis | A-1 |
| A2 | August 27, 2009, report of Dr. Harold E. Buttram | A-2 |
| A3 | August 30, 2009, report of Dr. Harold E. Buttram | A-3 |
| A4 | December 7, 2009, report of Dr. Robert A. Mendelsohn | A-4 |
| A5 | October 19, 2010, declaration of Dr. K.R. Holcomb | A-5 |
| A6 | September 27, 2010, report of Dr. Peter J. Stephens | A-6 |
| A7 | 2001 Indictment | A-7 |
| A8 | 2008 Ontario News article | A-8 |
| A9 | 2009 BBC News article | A-9 |
| A10 | January 5, 2010, Affidavit of Qinard L. Collins, Sr. | A-10 |
| A11 | May 29, 2009, transmittal letter from Seventh Circuit Public Defender to Qinard Collins | A-11 |
| A12 | October 9, 2001, Deposition of Detective Robert Gober | A-12 |
| B1 | Copy of "Users' Guides to the Medical Literature XXV. Evidence-Based Medicine: Principles for Applying the Users' Guides to Patient Care" | A-13 |
| B2 | Copy of "The shaken baby syndrome: A clinical, Pathological, and biomechanical study" | A-14 |
| B3 | Copy of "Shaken Baby Syndrome: fundamental questions" | A-15 |
| B4 | Copy of "Evidence-Based Medicine and Shaken Baby Syndrome: Part 1: Literature Review, 1966-1998 | A-16 |

| B5 | Copy of "Anthropomorphic simulations of falls, shakes and inflicted impacts in infants" | A-17 |
| B6 | Copy of "A Bio mechanical Analysis of the Causes of Traumatic Brain Injury in Infants and Children" | A-18 |
| B7 | Copy of "The evidence base for shaken baby syndrome" | A-19 |
| B8 | Copy of "Case Analysis of Brain-Injured Admittedly Shaken Infants" | A-20 |
| B9 | Copy of "Shaken baby syndrome: A biomechanics analysis of injury mechanisms" | A-21 |
| B10 | Copy of "Shaken Baby Syndrome: An Odyssey" | A-22 |
| B11 | Copy of "Inertial Neck Injuries in Children Involved in Frontal Collisions" | A-23 |
| B12 | Copy of "Fatal Pediatric Head Injuries Caused by Short-Distance Falls" | A-24 |
| B13 | 2001 N.A.M.E. Excerpt and E-mails | A-25 |
| B14 | Copy of "Ethical Issues in Imaging Nonaccidental Injury: Child Abuse" | A-26 |
| B15 | Copy of "Patterns of Facial Resuscitation Injury in Infancy" | A-27 |
| B16 | Copy of "Late-Form Hemorrhagic Disease of the Newborn" | A-28 |
| B17 | Copy of "Prevalence of Subclinical Vitamin K Deficiency in Cholestatic Liver Disease | A-29 |
| B18 | Copy of "Resuscitation Injuries Complicating the Interpretation of Premortem Trauma and Natural Disease i n Children" | A-30 |
| B19 | Copy of excerpt from "Forensic Pathology, Principles and Practice" | A-31 |

iii

*A1*

Dr Michael D Innis MBBS;DTM&H;FRCPA;FRCPath
1 White Dove Court
Wurtulla, Qld 4575
Phone/Fax 07 54032816

### EXPERT CERTIFICATE
#### Section 177, Evidence Act 1995 No 25

1. This statement made by me accurately sets out the evidence which I would be prepared, if necessary, to give in court as a witness. The statement is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated anything which I know to be false or do not believe to be true.

2. My date of birth is 8/7/1919

3. I hereby certify that:
   My full name is Michael Derrick Innis
   My contact address is as above.
   I have retired from Full Time employment as Senior Pathologist in the Repatriation Hospital and as Haematologist Princess Alexandra Hospital Brisbane.
   I am now engaged in Consultation work in Private Practice.

My qualifications and resume are as follows.
   1. MBBS (Bachelor of Medicine and Bachelor of Surgery) University of Madras 1942
   2. DTM&H (Diploma of Tropical Medicine & Hygeine) University of Liverpool 1955
   3. FRCPA (Fellow of the Royal College of Pathologists Australasia ) 1960 Australia
   4. FRCPath (Fellow of the Royal College of Pathologists) United Kingdom 1970
Previous appointments in Pathology/ Haematology
   1. Registrar in Pathology Doncaster Royal Infirmary 1956 - 1959
   2. Assistant Pathologist Adelaide Children's Hospital 1959 - 1960
   3. Consultant Haematologist Princess Alexandra Hospital 1960 - 79
   4. Private Pathology Practice 1979 -1985
   5. Senior Visiting Pathologist and Part time Lecturer in
       Medicine Repatriation Hospital Greenslopes 1985 -1995
   6. Since 1995 I have been engaged in Medico-legal Investigations of
       alleged child abuse in the United Kingdom, Australia,
       Ireland, and the United States of America. I have given
expert testimony in Courts in Australia, England and the USA.
   7. I have indicated the biochemical tests necessary to screen for
       Temporary Brittle Bone Disease [1] and any case in which
       "fractures" have been observed.

8. I have had some of my work published in a USA Medical peer reviewed Journal. http://www.jpands.org/vol11no1/innis.pdf

9. I have published a paper 'Vitamin K Deficiency Disease' in the peer reviewed Journal of Orthomolecular Medicine March 2008 which provides a "natural" explanation of bruises, fractures and subdural haemorrhages hitherto attributed to Child Abuse or more specifically to Shaken Baby Syndrome/ Shaken Impact Syndrome.

While at the Doncaster Royal Infirmary I was one of three Pathologists conducting post-mortem examinations on all unexplained and unexpected deaths, in which there were no suspicious circumstances, in the West Riding Yorkshire.

My main expertise is in Haematology. I was in charge of the Haematological Investigations of all patients attending the Princess Alexandra Hospital during the period 1960 - 1979. I was also responsible for the training in Haematology of some candidates for the Fellowship of the Royal College of Pathologists of Australasia. My experience in Private Laboratories and in the Repatriation Hospital was along similar lines.

I am the author of about 30 papers dealing with various aspects of diseases of children and adults. My most recent papers are listed below.

I have also devised and hold the patent for a Computer Program called Mediseta. It is designed to assist Medical Practitioners in Clinical Diagnosis and the correct use of Laboratory Investigations in arriving at Diagnoses[2]. The program analyses Clinical and Laboratory findings in many hundreds of cases gathered from leading journals as well as from my own experience over the last 25 years.

For further information about me please consult
1. Outstanding People of the 20th Century
2. Who's Who in the World
3. Who's Who in Science and Engineering
4. Who's Who in Medicine

Most recent publications
1. Innis MD. http://bmj.com/cgi/eletters/328/7433/183#48653.29 Jan 2004
2. Innis MD. *Clinical problem solving – the role of expert laboratory systems* Med. Inform. (1997 ) vol 22 p 251-252
3. Innis MD  Vaccines, Apparent Life Threatening Events, Barlow's Disease, and Questions about Shaken Baby Syndrome. Vol.11 2006:17-19
   http://www.jpands.org/vol11no1/innis.pdf
5. Innis MD  Vitamin K Deficiency Disease Journal of Orthomolecular Medicine, volume 23, number 1: 2008, pages 15 - 20.

SIGNED                    WITNESS

## Michael Innis

**From:** <hbuttram1304@comcast.net>
**To:** "Michael Innis" <micinnis@bigpond.com>
**Sent:** Friday, 14 August 2009 9:16 PM
**Subject:** Re:

Wonderful! My office fax number is 215-529-9034.
We are very grateful.

Harold Buttram, MD

----- Original Message -----
From: "Michael Innis" <micinnis@bigpond.com>
To: hbuttram1304@comcast.net
Sent: Friday, August 14, 2009 12:37:43 AM GMT -05:00 US/Canada Eastern
Subject: Re:

Dear Haold
   I'll have the report ready in 24 hours - I can fax it to you if I have your fax number.
Best wishes
Michael

----- Original Message -----
From: hbuttram1304@comcast.net
To: micinnis@bigpond.com
Sent: Wednesday, August 12, 2009 11:57 PM

To: Dr. Innis: Dr. Yazbak forwarded your message. Any help you can provide in the Qintan
Collins case will be greatly appreciated.

Harold Buttram, MD

Harold,
   Give pages attached. Please
let me know if there is any
clarification required.
                    Michael.

This report is very clear

                    HEB

15/08/2009

## Michael Innis

| | |
|---|---|
| **From:** | <hbuttram1304@comcast.net> |
| **To:** | "Michael Innis" <micinnis@bigpond.com> |
| **Sent:** | Friday, 14 August 2009 9:16 PM |
| **Subject:** | Re: |

Wonderfull My office fax number is 215-529-9034.
We are very grateful.

Harold Buttram, MD

----- Original Message -----
From: "Michael Innis" <micinnis@bigpond.com>
To: hbuttram1304@comcast.net
Sent: Friday, August 14, 2009 12:37:43 AM GMT -05:00 US/Canada Eastern
Subject: Re:

Dear Harold
   I'll have the report ready in 24 hours - I can fax it to you if I have your fax number.
Best wishes
Michael

    ----- Original Message -----
    From: hbuttram1304@comcast.net
    To: micinnis@bigpond.com
    Sent: Wednesday, August 12, 2009 11:57 PM

    To Dr. Innis: Dr. Yazbak forwarded your message. Any help you can provide in the Qintan
    Collins case will be greatly appreciated.

Harold Buttram, MD

Harold,
    Give pages attached. Please
let me know if there is any
clarification required.
                    Michael.

15/08/2009

# Report on Quinard L Collins Jr
### Date of Birth 3rd June 2000 Deceased 2nd April 2001.

This report is based on the information sent to me by Dr Harold E Buttram MD authorized by Quinard L Collins.

## Prenatal History

The progress notes indicate that the mother was anemic and was a cigarette smoker who was medicated with iron and multivitamin tablets and folic acid. Because she was overweight she was referred to a weight control clinic.

### Comment

*Cigarette smoking during pregnancy is known to have a number of adverse effects mainly as a result of the reduced levels of Vitamin C it induces in the mother(1). Among these adverse effects is premature rupture of the membranes and all the consequences of prematurity which include low birth weight and dysfunction of the Lungs and Liver.*

## Birth Records and Admission to Neonatal Intensive Care Unit.

Spontaneous rupture of the membranes occurred at 26 weeks and 3 days of gestation. The infant weighed 1109 gms, had Apgar scores of 4 at 1 minute and 8 at 5 minutes and was transferred to the Neonatal Intensive care Unit (NICU). Prematurity, Reparatory Distress and Presumptive Sepsis were the Admission Diagnoses.

### Comment

*As expected the consequences of cigarette smoking by the mother were prematurity, respiratory distress and low birth weight. Liver dysfunction was not evident on admission to the NICU but developed later in the form of abnormal Liver Function Tests.*

## Subsequent Progress

The Shands Hospital Records indicate that there were Eleven "Problems" associated with the stay of the child in that Hospital from June 3rd 2000 to February 6th 2001. He developed Necrotizing Enterocolitis on the 18th day of life and subsequently underwent three abdominal operations. Other problems included Cholestatic Jaundice, Hypotension, Thrombocytopenia and Anemia, Enterococcal Bacteremia and Short Bowel Syndrome.

His Discharge Diagnoses read:
1. Ex-28 week premie. NICU graduate
2. Short-bowel syndrome
3. Iron deficiency anemia.
4. Strabismus (esotropia right eye)
5. Gram-positive bacteremia, resolved.

## Comment

*Oyuinard suffered several problems among which were Cholestatic Jaundice, suggesting Liver dysfunction, and the Short Bowel Syndrome. Patients with Short Bowel Syndrome may have complications caused by malabsorption of vitamins and minerals, such as deficiencies in vitamins A, D, E, K, and B12, calcium, magnesium, iron, folic acid, and zinc. These may appear as anemia, hyperkeratosis (scaling of the skin), easy bruising, muscle spasms, poor blood clotting, and bone pain.[2]*

*The consequences of the malabsorption of Vitamin K have been recorded by several authors. They have been summarized and reported by me as "Vitamin K Deficiency Disease" [3]*

*Vitamin K Deficiency Disease has all the features of the condition variously called Shaken Baby Syndrome/ Shaken Impact Syndrome/ Battered Child Syndrome, Inflicted Brain Injury and Abusive Head Injury- the Autopsy diagnosis.*

## Fluger Hospital Emergency Department April 2nd 2001

The father found the child unresponsive in his crib and called the Emergency Service. The child was seen to be in Cardiac and Respiratory arrest. CPR was attempted and he was later intubated and admitted to Hospital.

On examination the patient was found to have multiple purple-colored bruises, the anterior fontanelle was full and swollen, pupils fixed and dilated and tympanic membranes clear.

Portable abdominal X-Ray showed no gross abnormality.
Significant Laboratory Investigations showed:
1. Hemoglobin reduced
2. Neurrophils elevated
3. Albumin, Globulin, Creatinine and Total Proteins reduced
4. AST and Alkaline Phosphatse elevated.

2

*Comment*

*It is noted that although the child was seen to have multiple bruises no investigations for a Coagulation  Disorder were carried out. If these tests were done they have not been made available to the Defense and this could result in a miscarriage of Justice as these tests provide further evidence to refute false accusations of Child Abuse as has been brought to the attention of the Medical Prfession by Rutty et al;  [4].*

*With regard to the level of Hemoglobin and Neutrophils it is clear the child was anemic and had an infection.  The child's protein levels were low and confirm the child was suffering from Malabsorption as was to be expected with the Short Bowel Syndrome.*

*Elevation of the AST and Alkaline Phosphatse, when considered in connection with his clinical state, is evidence of Liver dysfunction.*

*The Liver is the site of formation of Prothrombin, necessary for the clotting of blood. This is controlled by Vitamin K and evidence of Liver dysfunction supports the view that that this child had a Coagulation defect which would account for all the bruises found on him.*

----

## Autopsy Report (Performed on April 3rd 2001)

1. Unexpected infant death with
   A Bruising scalp recent
   B Cerebral edema with leptomeningeal and
     subdural hemorrhage, acute
   C. Hemorrhage optic nerve sheaths acute.
   D Bruising/abrasions-face, recent
   E. Bruising buccal mucosa, recent .
   F. Multiple Areas of bruising and abrasions-
     trunk, buttocks and extremities, recent.
2. Premature delivery with
   A  Short bowel syndrome.

3

15-AUG-2009 10:36     MICHAEL INNIS          +61 0754932826        P.05

## COMMENT AND CONCLUSION
### DEATH WAS DUE TO THE SHORT BOWEL SYNDROME CAUSING MALABSORPTION OF ESSENTIAL NUTRIENTS ESPECIALLY VITAMINS C AND K.

*As I have stated earlier this child had clear evidence of the Malabsorption due to the Short Bowel Syndrome – of this there can be no doubt. Prematurity and Liver dysfunction were contributing factors to his demise.*

*As a result of the malabsorpton of essential nutrients, which included both Vitamin C and K, there was a failure of the normal coagulation system which resulted in all the bruises and bleeding found on he child. Death was clearly the result of Vitamin K Deficiency Disease with the added complication of Vitamin C deficiency and Liver dysfunction..[3,4,5]*

]

Reference:

1. Casanueva E, Ripoll C, Tolentino M, Morales RM, **Vitamin C supplementation to prevent premature rupture of the chorioamniotic membranes: a randomized trial.** www.ncbi.nlm.nih.gov/pubmed/15817864

2. en.wikipedia.org/wiki/**Short_bowel_syndrome** –

3. Innis MD. Vitamin K Deficiency Disease *Jour Orthomol Med* 2008;23:15-20

4. Rutty GN, Smith M, Malin RG. Late Form Hemorrhagic Disease of the Newborn. A Fatal Case Report with Illustrations of Investigations Which May Assist Avoiding the Mistaken Diagnosis of Child Abuse. *Am J Forensic Med Path* 1999;20(1):48-51

5. Clemetson CAB Vitamin C Vol I, II and III. CRC Press Roca Raton 1989.

15-AUG-2009 10:36      MICHAEL INNIS          +61 0754932826        P.05

## COMMENT AND CONCLUSION
### DEATH WAS DUE TO THE SHORT BOWEL SYNDROME CAUSING MALABSORPTION OF ESSENTIAL NUTRIENTS ESPECIALLY VITAMINS C AND K.

*As I have stated earlier this child had clear evidence of the Malabsorption due to the Short Bowel Syndrome – of this there can be no doubt. Prematurity and Liver dysfunction were contributing factors to his demise.*

*As a result of the malabsorpton of essential nutrients, which included both Vitamin C and K, there was a failure of the normal coagulation system which resulted in all the bruises and bleeding found on he child. Death was clearly the result of Vitamin K Deficiency Disease with the added complication of Vitamin C deficiency and Liver dysfunction..[3,4,5]*

]

-------------------------------------------

Reference:

1. Casanueva E, Ripoll C, Tolentino M, Morales RM, **Vitamin C supplementation to prevent premature rupture of the chorioamniotic membranes: a randomized trial.** www.ncbi.nlm.nih.gov/pubmed/15817864

2.en.wikipedia.org/wiki/Short_bowel_syndrome –

3. Innis MD. Vitamin K Deficiency Disease *Jour Orthomol Med* 2008;23:15-20

4.Rutty GN, Smith M, Malia RG. Late Form Hemorrhagic Disease of the Newborn. A Fatal Case Report with Illustrations of Investigations Which May Assist Avoiding the Mistaken Diagnosis of Child Abuse. *Am J Forensic Med Path* 1999;20(1):48-51

5.Clemetson CAB Vitamin C Vol I, II and III. CRC Press Roca Raton 1989.

-------------------------------------------

4

**Report of Arthur S Burns DDS May 28 2001**
"Forensic dental comparison was made between an injury pattern having the class characteristics of a human bite mark on the right cheek of a deceased infant and dental records of two persons, with respect to which set of teeth might be the origin of the marks."

**Conclusion.** The teeth of Carie-Lenn Canova can be ruled out as having been the origin of the bite mark.
The teeth of Quinard Collins Sr. are the possible origin of the bite mark,

*Comment*
*It is well known to those with experience of Vitamin C deficiency that superficial skin lesions are part and parcel of the disease. Having worked in the Tropics I have seen many cases of Scurvy. I can only conclude that Arthur S Burns has misdiagnosed the lesion he saw on the cheek of the child. History tells us James Lind (of 'limey' fame)observed skin lesions in his sailors as long ago as 1795.*

**I declare I have not made any statement that I know to be untrue.**

*[signature: Michael Innis]*

**Michael Innis  MBBS; DTM&H; FRCPA; FRCPath.**

5

8-27-03 A 2

Medical Report on Qinard L. Collins, Jr, DOB 06-03-00, Date of Death 04-02-01

**Available for Review**

- Hand-written prenatal progress notes, Canova, Carrie Lenn
- Mother's hospital delivery summary sheet, 06-03-00, Shands Hospital, Jacksonville, Florida.
- In the hospital records there was a document entitled, "Chorioamnionitis Causes Perinal Illness Blamed on Smoking."
- Shands Hospital admission records (under the name of "Canova Boy,"), June 3, 2000 to February 6, 2001.
- Hospital records, Baptist/Wolfson's Children's Hospital, Jacksonville, Florida, admissions of February 6 to 28 in 2001, March 17 to 14 in 2001, and March 15 to 16 in 2001.
- Flagler Hospital Emergency Dept records, April 2, 2001
- Autopsy report, April 3, 2001.
- Report of Arthur S. Burns, D.D.S., Orthodontics, Forensic Dentistry. Report of May 28, 2001, accompanied by Curriculum Vitae.

**Clinical History**

Prenatal Progress Notes (Location of visits was not identified in the notes - Most dates were incompletely copied):

Carrie Lenn Canova's first prenatal visit date was on January 5, 2000. Her LMP was on 11-11-99, with EDC by menses 08-29-00. She was placed on 400 mcgs of folic acid iron tablets, and multivitamins. Her prepregnancy weight was 175 lbs. Her Hct was 30%. Progress notes of 01-06-00 recorded anemia, inadequate diet, and "smokes." (Stop smoking was stressed). She was referred to a weight control clinic. A later note recorded total weight gain of 15 lbs, although the date could not be determined.

Qinard L. Collins, Jr. was the product of a mixed marriage with a black father and white mother.

*Comments: Cigarette smoking during pregnancy is known to have a number of adverse effects including reduced levels of Vitamin C (essential for connective tissue and blood vessel wall integrity. Smoking is a major risk factor for premature rupture of the membranes(1) and all of the consequences of prematurity including which include low birth weight and dysfunction of lungs and liver. Respiratory distress was prominent at birth, requiring transfer to the hospital neonatal intensive care unit. Liver dysfunction was not evident at birth but developed later with abnormal liver function tests on admission to Baptist/Wolfson Children's Hospital March 7th and to Flagler Hospital April 2nd. (\See below).*

*The liver is the site of formation of Prothrombin, necessary for the clotting of blood. This is controlled by Vitamin K, and evidence of liver dysfunction supports the view that this child had a coagulation defect which would account for all the bruises found on him.*

1

Shands Hospital Newborn Records, June 3, 2000 to February 6, 2001:

The mother had been transferred from Flagler Hospital to Shanks Hospital and was admitted in active labor following spontaneous rupture of membranes. Her medications included pitocin drip and 2 grams of intravenous ampicillin.
APGARS were 4 at 1 minute and 8 at 5 minutes, with reduced respiratory efforts initially and with reduced muscle tone and reflexes, poor color. Birth weight was "very low weight" at 1109 grams. The placenta was sent to pathology. The baby was preterm with estimated gestational age of 26 weeks and 3 days.

The mother was 19-years-old and prima gravida, her blood type A positive. Maternal tests were negative for Herpes simplex virus and RPR; HIV was unknown, rubella non-immune, GC/Chladmydia negative, and group B Strep unknown. *She had previously received (immunosuppressive) betamethasone times two as a tocolytic agent (in attempt to avert preterm labor) and Ampicillin times three prior to delivery*. She had spontaneous rupture of membranes four minutes prior to delivery with clear fluid noted. The infant was transferred to neonatal intensive care unit.

The baby's weight was 1109 grams, length 40 cm, head circumference 25.5 cm. The baby demonstrated respiratory distress following birth, but the remainder of the physical exam was unremarkable.

ADMISSION DIAGNOSES:

1. Prematurity
2. Respiratory distress
3. Presumptive sepsis

HOSPITAL Course:

PROBLEM NUMBER ONE: FLUIDS, ELECTROLYTES AND NUTRITION: The infant was started on intravenous fluids. He was switched to total parenterl nutrition on day of life number one, with initiation of enteral feeds on day of life number four. Mom provided breast milk initially. The infant tolerated formula and had episodes of hypoglycemia within the first month of life. The electrolytes were stabilized.
The baby underwent intestinal surgery three different times during this hospitalization:

June 27, 2000: Resection of right colon and 36 cm of ileum for necrotizing enterocolitis and possible perforation.

September 27: Resection of stoma and ileocolostomy for perforated necrotizing enterocolitis, status-post ileostomy and resection.

November 30: Re-exploration, resection of 12 cm of colon, ileocolostomy, gastrostomy, ventral hernia repair.

Total parenteral nutrition was resumed following these operations, after which he was again weaned to oral feedings. However, he had failure to thrive attributed to "short bowel syndrome" from the repeated bowel surgeries with multiple episodes of dehydration and with electrolyte abnormalities. At time of discharge the infant was taking

2

oral Alimentum feeds with rice cereal for five feeds a day. He also was receiving parenteral intralipids.

PROBLEM NUMBER TWO: RESPIRATORY: On admission, the baby was intubated and received Survanta times two. He was extubated on the 6th and remained on nasal cannula at 21%, with episodes of apnea and bradycardia which was treated with Theophylline until day of life number eighteen when he developed respiratory distress secondary to necrotizing enterocolitis. He was reintubated and placed on a high frequency ventilator. He was extubated on day of life number 36 and started on conventional ventilator with nasal cannula, which in turn was later discontinued.

PROBLEM NUMBER THREE: INFECTIOUS DISEASE: The infant received intravenous Ampicillin and Gentamycin for three days following his birth. On day of life number 18 he developed abdominal distention and feeding intolerance. He had pneumotosis intestinalis/necrotizing enterocolitis and was treated medically until the 27th September when he was taken to surgery. A wound culture at surgery was positive for Citrobacter Klebsiella, Bacteroides, and Enterobacter. He developed Enterococcus bacteremia sepsis on October 20th and on October 30 had positive C difficile colitis and again on November 11th, 2000. He had numerous Rotavirus infections with dehydration. He was positive for Rotavirus for a total of seven times, with five negative Rotazymes. On February 3rd, 2001 the Rotazyme was negative. The baby was febrile on Jan. 30, 2001 and had positive blood cultures for E coli and Enterococcus species. A later blood culture showed no growth. (NOTE: *Following onset of necrotizing enterocolitis on his 18th day of* life (June 21, *2000), which was accompanied by bouts of bacteremia, the patient was continuously maintained on intravenous Vancomycin and Gentamycin until discharge on February 6, 2001. Also, as indicated in the hospital discharge orders, the antibiotics were to be continued after transfer to Baptist/Wolfson's Children's Hospital).*

PROBLEM NUMBER FOUR: HEMATOLOGY: During June, 2000, when diagnosed with necrotizing enterocolitis, the infant had thrombocytopenia and anemia. He was transfused several times. At time of discharge his hematocrit was 28.1% and reticulocyte count 1.3.

PROBLEM NUMBER FIVE: CENTRAL NERVOUS SYSTEM: The infant received indocin times three. He had a total of five head ultrasounds, the last three were negative (July 3, July 10, and August 5, 2000).

PROBLEM NUMBER SIX: CARDIOVASCULAR: The infant had hypotension secondary to necrotizing enterocolitis. He was started on Dopamine on day of life number twenty-nine which was discontinued on day of life number 39. There were no further heart issues.

PROBLEM NUMBER SEVEN: GASTROINTESTINAL: The infant was diagnosed with necrotizing enterocolitis on day of life number eighteen secondary to feeding intolerances. He was treated medically until he perforated. He was taken to surgery June 27th.

3

The surgical operative note of June 27, 2000 revealed that he underwent an exploratory laparotomy and had a resection of his ascending colon and 33 cm of terminal ileum, which was noted to be necrotic with perforations in different regions. There was 2 cm of ileum that appeared to be viable and was left intact. Distal to this, approximately 6 cm of terminal ileum and all of the ascending and transverse colon were also necrotic. Some portions were obviously gangrenous. There was another perforation in the mid-transverse colon. All of this was resected in bloc. The mid transverse colon was then anastomosed to the 2 cm of the terminal ileum which was previously left intact. This was brought out as a mucus fistula and an ileostomy

The infant was again taken to surgery on September 27, 2000, at which time the initial ileostomy was closed.

On November 16th, the infant underwent an upper and lower gastrointestinal series which showed a transverse colon stricture. He underwent surgery again on November 30, 2000. The surgical operative note revealed multiple adhesions with small bowel stuck to the anterior abdominal wall. The remaining transverse colon was resected approximately 12 cm. In addition the small bowel was also attached to the duodenum with adhesions, which were removed. An ileocolostomy was also performed along with placement of gastrostomy tube and ventral hernia repair. The gastrostomy tube was later replaced.

Other gastrointestinal issues included cholestatic jaundice. Other digestive problems included short bowel syndrome with dehydration, failure to thrive, and transverse colon spasms, all of which were resolving at time of discharge on 02-06-01.

PROBLEM NUMBER EIGHT: DEVELOPMENT: The patient was being followed by Child and Life Services for developmental delay.

PROBLEM NUMBER TEN: EYES: The infant had mature retina and strabismus, with left eye being dominant. This was treated with an eye patch four times per day.

PROBLEM NUMBER ELEVEN: IMMUNIZATIONS: The baby received his Hepatitis B vaccine on August 10 and again December 10, 2000. He received his DTaP on August 11 and on December 10, 2000. He received his IPV on August 11 and on December 10, 2000.. He received his HIB on August 10 and December 10, 2000. He received his Prevnar on August 10 and December 10, 2000.

DISCHARGE PHYSICAL EXAMINATION: Weight 5,325 grams. HEENT normocephalic. Atrial fibrillation open and flat. Remainder of exam noncontributory.

DISCHARGE DIAGNOSES:

1. Extreme prematurity.
2. Necrotizing enterocolitis.
3. Short bowel syndrome.

4

4. Cholestatic jaundice.
5. E. coli and Enterococcal bacteremia.
6. Strabismus.
7. Developmental delay.

*Comment: Patients with Short Bowel Syndrome may have complications caused by malabsorption of vitamins and minerals, such as deficiencies in vitamins A, C, D, E, K, and B1; calcium, magnesium, iron, folic acid, and zinc. These may appear as anemia, hyperkeratosis (scaling of the skin), easy bruising, muscle spasms, poor blood clotting, and bone pain.(2)*

*The consequences of malabsorption of Vitamin K have been recorded by several authors. They have been summarized and reported by Dr. Michael Innis as "Vitamin K Deficiency Disease." (3)*

**Vitamin K deficiency disease has all the features of the condition variously called Shaken Baby Syndrome/Shaken Impact Syndrome/Battered Child Syndrome/Inflicted Brain Injury, and Abusive Head Injury – the Autopsy diagnosis. Child abuse has been brought to the attention of the Medical Profession by Rutty et al. (4)**

DISPOSITION:

1. Feeds......................................
2. Current medications: Multivitamins with iron, 3 mgs/kg per day – divided t.i.d.; *Gentamycin 30 mgs I.V. every 8 hours, Vancomycin, 100 mgs I.V. every 8 hours;* Mylicon 20 mgs four times a day.
3. The infant will be transferred to the gastroenterology service at Wolfson's Children Hospital.

Baptist/Wolfson's Children's Hospital Admission, Feb. 6 – 18, 2001:

The patient was admitted for management of "short bowel syndrome." The patient had been receiving parenteral TPN and intralipids since first developing necrotizing enterocolitis,, all previous attempts to advance to full oral feedings having failed because of dumping syndrome. He had previously had a gastric tube placed on 11-10-30 as well. The patient had also had a previous problem with cholestatic jaundice, but this had not recurred for over 4 months.

Active problems for Qinard Jr. were listed as follows:

1. Short bowel syndrome.
2. Gram positive bacteremia 02-02-2001, on vancomycin; gastroenteritis since then. He had a PICC in place.
3. Strabismus, right eye esotropia getting patched 4 times daily, to be followed by ophthalmologist.
4. Iron deficiency anemia/malnutrition, currently on iron and multivitamins.

5

5. Developmental delay, likely mutifactorial. Will consult with PT, OT, and speech therapy to evaluate and manage.
6. Qinard Jr. is 8 months old and needs immunizations. Qinard's parents live in St. Augustine and visit when they can. ......Mom works 2 jobs. She does not seem actively involved in his care when available.

Pertinent findings on admission physical exam included right eye esotropia, but able to fix with both eyes; PICC line in place – also gastric tube. In addition there was slight decrease in subcutaneous fat.

Hospital Course: The patient was started on Alimentum 4 times a day and continued on his Total Parental Nutrition (TPNL and intralipids. The patient had a Brovian insertion in the left subclavian on 02-12-2001. His oral feedings were gradually advanced, as were his gastric tube feedings, while TPN and intralipids were gradually decreased though still administered at time of discharge. Stool pH and reducing substances were monitored daily to evaluate for signs and symptoms of dumping syndrome, but these remained stable and within normal limits during course of hospitalization. Nutrition and speech therapy departments were both consulted during hospitalization.

The patient's hemodynamic and respiratory status remained stable throughout hospitalization. The patient had normocytic normochromic anemia thought to be secondary to iron deficiency, and hemoglobin electrophoresis on 01-10-2001 showed hemoglobin A 96.9%, Hgb A2 3.1%. Iron, transferrin, TIBC and vitamin B12 levels on 02-10-2001 were all within normal limits. Unsaturated iron binding capacity was 255, iron percent saturation was 25, and folate level was more than 24. Triglycerides on 02-06-2001 were 113. He remained afebrile during hospitalization. Repeat blood and urine cultures were negative. *He completed a total of 17 days on Vancomycin and Gentamycin during hospitalization*. Surgery was scheduled for patient's esotropia. Social service was consulted – it was noted that the parents were more involved during this admission than previously.

DISCHARGE DIAGNOSES:
1. Ex-28-week-premie, NICU graduate.
2. Short-bowel syndrome.
3. Iron-deficiency anemia.
4. Strabismus (esotropia right eye)
5. Gram-positive bacteremia, resolved.

He was scheduled for ophthalmology visit in 6 weeks, for Dr. Lane, Health Dept, St John's County in 2 weeks (apparently for updating vaccines).

Baptist/Wolfson's Chilren's Hospital Admission, March 7th to 14th, 2001:

According the readmission notes, the patient was found to have a fever of 103.0 degrees that day during earlier routine visit to the Gastrointestinal Clinic. The mother reported

that he had been cranky and not his usual self since the previous day and had been coughing since previous hospital discharge on 08-28-2001.

Admitting physical exam reported Temp. of 100.8, pulse 160, height 63-3/4ths cm, less than third percentile, weight 5.44 Kgs, less than third percentile, right eye notable for inward gaze, , anterior fontanelle open and soft. Left tympanic membrane was red with some retraction. The right TM was red with normal mobility. The remainder of exam was unremarkable.

Labs: Chemistries were normal except for a low potassium of 3.3. Liver function tests were elevated with AST of 76, AT of 110, GGT of 253. White blood cont was 15,000, Hgb and hematocrit 10.3 and 31.3 respectively, platelets 382,000, 63% neutrophils, 19 % lymphs, 8 monos, 9 bands, one metamyelocyte.

The patient was admitted with diagnosis of presumed bacteremia/sepsis and initially *started on intravenous Vancomycin and Gentamycin after obtaining blood cultures, (which were continued for an additional three days following discharge for a total course of 10 days).* Intravenous TPN was continued along with gastric tube and oral feedings. Urine culture grew Klebsiella, blood cultures grew Klebsiella and E-coli. Given a previously normal urinalysis, it was assumed that his bacteremia was most likely from fecal contamination of his indwelling bladder catheter. His fever rapidly cleared with this therapy. He was discharged with continuation of antibiotics, to be seen in gastrointestinal clinic one week following discharge.

Baptist/Wolfson's Children's Hospital Admission, March 15-16, 2001:

Approximately 18 hours following previous hospital discharge the parents noted that patient's left subclavian central venous catheter had come out. On this admission general surgery was consulted and a right subclavian central venous catheter was placed without incident.

**(Comment: Within the baby's total life span of 305 days, he was administered intravenous Vancomycin and Gentamycin for a total of 277 days.)**

Flagler Hospital Emergency Department, April 2, 2001:

*As per E.M.S., the father found the baby wedged between the rails and mattress of his crib, removed him and called for help.*

*According to hand-written emergency department records, the Emergency Medical Service was called to the residence for cardiac and respiratory arrest of the patient. On arrival they found the infant in the arms of a deputy policeman, who was providing rescue breathing. The patient was intubated in the rescue vehicle, an I.V. was placed, and fluids and oxygen started along with CPR. However, when the patient was placed on a heart monitor after arrival in the emergency department, there was virtual asystole.*

7

On examination the patient was found to have multiple purple-colored bruises, at least 16 of which were described. The anterior fontanelle was full and swollen, pupils fixed and dilated, tympanic membranes clear.

Portable abdominal X-ray: No gross abnormality

Laboratory reports: Red blood cells 2.2 million/mm3, Hgb 5.7, Hct 17.6%, White Blood Count 30,700 with 63% neut., 29% lymphs, 1 % monos, 1% eos, albumen 2.2 (3.5-5.2), globulins 2.0 (2.4-3.8), A/G 1.1 (1.0-1.7), total bilirubin 0,6; Liver tests: AST 36 (11-27)), ALT 25 (5-39), alkaline phosphatase 285 (32-112), LDH 272 (98-172), glucose 250 (<114), BUN 15, creatinine low at 0.4, sodium 132, potassium high at 7.0 (3.4-4.5), CO2 17, uric acid 2.8, Ca 9.2 Phos high at 8.1 (2.5-4.3), cholesterol 65, triglycerides 151, total protein low at 4.2 (6.3-7.9).

Arthur S. Burns, D.D.S., Forensic Dentistry Report of May 28, 2001:

"A forensic dental comparison was made between an injury pattern having the class characteristics of a human bite mark on the right cheek of a deceased infant and dental records of two persons, with respect to which set of teeth might might be the origin of the bite marks."

"For this purpose facial and dental photographs were taken of Qinard Collins Sr and the mother, Carrie-Lenn Canova. Also two sets of upper and lower alginate impressions were taken, immediately poured up in dental stone to produce models of their teeth. "Both persons were very cooperative."

"Conclusion: The teeth of Carrie-Lenn Canova can be ruled out as having been the origin of the bite mark.
The teeth of Qinard Collins Sr. are the possible origin of the bite mark, and cannot be excluded."

Autopsy Report (Autopsy performed on April 3, 2001)

FINAL ANATOMIC DIAGNOSES

FINDINGS:

1.  Unexpected infant death with
    A. Bruising, scalp, recent.\
    B. Cerebral edema with leptomeningeal and subdural hemorrhage, acute.
    C. Hemorrhage, optic nerve sheaths, acute.
    D. Bruising/abrasions-face, recent
    E. Bruising, buccal mucosa, recent.
    F. Multiple areas of bruising and abrasion-trunk, buttocks and extremities, recent.
2.  Premature delivery with
    A. Short bowel syndrome.

8

CAUSE OF DEATH: Abusive head injury.

CONTRIBUTORY CAUSES: Battered child syndrome.

MANNER OF DEATH:   Homicide.

SPECIAL STUDIES:   Full body X-rays, liver, blood saved for file. Postmortem ophthalmic pathology examination. complete drug screen, blood-none detected.

CASE SUMMARY: This 9 month old black male was alleged to have been found unresponsive in his crib by his father on the afternoon of 2 April 01. Rescue was summoned to the scene at 1326 hours. Upon their arrival, the baby was in the arms of first-responding-deputy undergoing mouth-to-mouth resuscitation. He was in full arrest. Cardiopulmonary resuscitation was instituted and he was transported to Flagler Hospital………."

EXTERNAL EXAMINATION: Pertinent findings included  weight of 14 lbs, length 24," head circumference 16," The scalp appeared free of traumatic injuries.

The following bruises and/or abrasions were described: A triangular dark red-brown bruising superior to left  eyebrow, 5/8" in maximal dimension; a punctuate scabbed abrasion over the right bridge of the nose, 1/8" in size; a linear abrasion over the dorsum of the nose, ½" in size; a punctate abrasion over the left ala, 1/16" in size; an ovoid area of fading dark red-orange bruising over the left lateral mandibular ramus suggestive of a bite mark, 1 ½ " in maximal dimensions, left to right and 1 ½", head to toe; a similar area of orange-black bruising over the right mandibular ramus, 1 ½" head to toe and 1 1/4th, left to right; immediately medial to the above is a non-patterned area of fading orange bruising, ½" X 1/8" in size. In a similar manner other bruises or scabbed abrasions were described  the lower lip, left lateral chest up to 1/8th" in size, (also two abdominal surgical scars); abrasion 1/8th inch in size over the right mid thigh; fading orange bruising 3/8" in size below the right patella; abrasion over left inferior buttock; 10 areas of punctuate abrasions over the left inferior lateral scapular throughout an area approximating 1" in maximal dimensions. Incisions of the skin revealed subcutaneous bleeding in other areas. There were also multiple small areas of irregular hemorrhage over the buccal mucosa of the mid upper lip and adjacent central incisors.

INCISIONS AND BODY CAVITIES: Visual exams of ribs and sternum, mediastinum, lungs, heart, stomach, liver, and gall bladder were unremarkable. The liver weighed 420 grams, the spleen 50 grams, the kidneys 20 grams each.

INTESTINES: Previous surgical resection of distal small intestine (ileum), cecum and ascending colon were noted. An anastomotic site was not identified. Small numbers of fibrous adhesions were present over the serosa. Mucosa appeared normal. Moderate numbers of small tan nodal structures were present at the base of the mesentery.

HEAD: Upon reflection of the scalp, there was red-black scalpular hemorrhage beneath the area previously described abrasion above the left brow – also over the midforehead region – two areas of ovoid dark red bruising involving the left superior forehead, as well as other areas of bruising. Upon removal of the calvarium there was approximately 6 ccs of loosely clotted and liquid dark red subdural blood over the right parietal occipital region and between the adjacent left hemisphere. The cerebral hemispheres were moderately edematous. There were also two areas of leptomeningeal hemorrhage over the right superior parietal region and superior occipital region near the hemispheric fissure, each approaching ¾". Brain weight was 710 grams. Both globes were exposed by removal of the orbital plate. Each showed recent bright red hemorrhage in the optic nerve sheaths.

**THERE WERE NO MICROSCOPIC TISSUE REPORTS PROVIDED IN THE AUTOPSY REPORT.**

**Clinical Discussion**

Preface:

My personal background and experiences with the shaken baby syndrome cases has special relevance to the present case, and for this reason will be briefly reviewed here. My first Shaken Baby Syndrome/Shaken Impact Syndrome (SBS/SIS) case-encounter occurred in February, 1999. Since that time I have reviewed and written medico-legal reports on over 100 cases and have testified in court in defense of accused parents or caretakers over 30 times in states throughout the USA. A large majority of these cases have involved brain and/or retinal hemorrhages. Many have also involved bruises, a few presenting with superficial vasculitis, often mistaken for bruises.

With the possible exception of a few early cases, I do not recall a single case presenting with brain hemorrhages in which treating physicians did not include at least the usual screening bleeding studies in a diagnostic workup, namely the prothrombin time (PT) and partial thromboplastin time (PTT), to rule out bleeding disorders as a source of the hemorrhages. It is true that the presence of subdural brain hemorrhages were not known to emergency room doctors of Flagler Hospital when the baby was brought in by E.M.S. personnel, but because of the extensive bruising, the possibility of a hemorrhagic disorder should have been entertained with appropriate testing.

It is clearly the duty of treating physicians, as well as medical examiners at autopsy, to establish a differential diagnosis of the findings (in this case brain hemorrhages and extensive bruising) and for emergency room personnel to perform appropriate testing for the different possibilities before drawing diagnostic conclusions. This was not done in the present case, leaving the Terminal Flagler Hospital and autopsy diagnoses highly questionable.

Differential Diagnosis of Infant Hemorrhagic Diseases and their Laboratory Evaluations:

A proper differential diagnosis of hemorrhagic disorders would at least include thrombocytopenia (platelet deficiencies), disseminated intravascular coagulation (consumption of clotting factors, usually related to massive trauma), hereditary clotting factor deficiencies (hemophila, von Willebrand's disease, etc), hemorrhagic disease of the newborn, and a variant of the latter referred to as "late form hemorrhagic disease of the newborn." Finally, scurvy (clinical vitamin C deficiency) should also be included in this list, as will be elaborated on below.

Prothrombin time (PT), partial thromboplastin time (PTT), fibrinogen, bleeding time, blood coagulatioan time, and platelet counts will rule out most of these conditions, but when one or more of these is abnormal, then further testing is indicated. These would include the liver-derived clotting factors, among which factors VIII and IX are the most common in the hereditary (hemophila) bleeding disorders. Von Willebrand disease would also come under this category. Finally, for our purposes here, there are the conditions known as hemorrhagic disease of the newborn and *late-form hemorrhagic disease of the newborn, both related to* <u>*vitamin K deficiency, the latter being my presumptive diagnosis in the present case.*</u>

In explanation, there are four liver-derived factors that are dependent of vitamin K for activation, namely prothombin (factor II) and factors VII, IX, and X. There is a specific blood test for diagnosis of vitamin K deficiency referred to as the PIVKA test (protein induced in vitamin K absence, which should always be performed in infants with a prolonged prothrombin time, since this is an easily treatable disease.

**Primary Diagnosis:** <u>Late-Form Hemorrhagic Disease of the Newborn:</u>

To review the basic history in the present case, the mother was given two grams of Ampicillin prior to delivery, which would have eradicated her source of the highly protective Lactobacillus bifidis, which she would have introduced into the baby's gastrointestinal tract even with her limited initial breast feeding. However, as Lactobacillus is unduly susceptible to antibiotics, the L. bifidis was eradicated in the infant.

In addition, the *frequently prolonged administration of antibiotics to the infant, though unquestionably indicated under the circumstances, would have favored the overgrowth of potentially pathogenic yeast and bacteria, which became a vicious cycle of recurrent infections and eventual bowel necrosis.*

Late-form hemorrhagic of the newborn (Late-onset HDN) is thoroughly reviewed in a classic report by G.N. Rutty et al.(6) In the article it was pointed out that the classical form of hemorrhagic disease of the newborn (HDN) is usually a self-limiting, acquired hemorrhagic disorder that takes place as a result of vitamin K deficiency, taking place with 24 to 72 hours following birth. Late-onset HDN is defined as cases occurring after the first week of life with most presenting between 4 to 6 weeks after birth. Intracranial bleeding may occur in up to 100 % of cases; other common cites of bleeding also include the skin and the oronasal (mucous membranes), gastrointestinal, and urogenital tracts. Mortality from intracranial bleeding may reach 19% with 67% of survivors reported to

11

potentially have long-term neurologic deficits. *Risk factors include prematurity, being small for gestational age (Qintan Jr was cited as 1/3rd in percentiles both length and weight during one of his routine pediatric visits), and finally antibiotics, which tend to kill out intestinal bacteria necessary for production of vitamin K.* It is true that Qintan's late-onset HDN occurred unusually delayed at 9 months, but this becomes acceptable and rational when one considers that he was on almost constant intravenous antibiotics following his 18th day of life, with intravenous administration of Vancomycin and Gentamycin for 277 days in a life span of 305 days.

As additional risk factors in favor of late-onset HDN, the patient's liver function tests were abnormal both with the Baptist/Wolfson Hospital admission of March 7th to 14th and again with terminal Flagler Hospital admission on April 2. This, together with the short bowel syndrome, would have severely compromised the baby's nutritional status and liver function in spite of continued mineral and vitamin supplements.

## Probable Contributory Factor: Vitamin C deficiency (Scurvy)

In the 1960s and 1970s, A Kalokerinos, while working as a health officer among the Australian aborigines, became appalled by a nearly 50 percent infant mortality rate. Observing signs of scurvy in some infants, and noting that the infants commonly died following immunizations, especially if ill with common viral infections, Kalokerinos began administering regular vitamin C supplements, giving injectable vitamin C during crises, and avoiding vaccines when a child was ill, even if just a runny nose. Thereafter pediatric death rates dropped nearly to zero in his health district.(7) Since that time, Kalokerinos' observations have been supported academically by Clemetson. (8) Unfortunately, the importance of these observations has not yet been recognized, and meaningful scientific investigation into a possible connection between vitamin C deficiency and vaccine reactions remains largely unexplored.

While the recommended 30 mgs of vitamin C per day is generally adequate for a healthy infant, it may be rapidly consumed and totally inadequate when the infant is stressed or ill, as with a viral infection. The common cold, for instance, has been shown to reduce vitamin C levels in the blood by 50 percent.(9) Vaccines contain numerous toxins and free-radical generators, including formaldehyde, mercury (still present in traces), aluminum, phenols, alcohols, mineral oil, antibiotics, bacterial endotoxins, and viral DNA. All of these are proinflammatory and pro-oxidants which tend to drain the body's supply of vitamin C.(10)

## Elevated Blood Histamine as Cause of Capillary Fragility and Bleeding from Scurvy

Far from being uncommon, vitamin C deficiency does still occur in the Western World. When people attending a Health Maintenance Organization (HMO) clinic in Tempe, Arizona were tested for plasma vitamin C, it was found to be depleted (between 0.2 and 0.5 in 30 percent of subjects, and to be deficient (below 0.2 mgs/100 ml) in 6 percent.(11)

As reviewed by Clemetson, when the human plasma ascorbic acid level falls below 0.2 mg/ml, the whole blood histamine level is doubled or quadrupled.(12) Blood

12

histamine is also increased by vaccines or toxoids, by stresses such as heat or cold, and by various drugs in guinea pigs.(13) Vitamin C has been shown to inactivate tetanus toxin (14) and diphtheria toxin.(15)  It has been shown that *bleeding from scurvy results from increased blood histamine, or histaminemia, which causes separation of endothelial cells from one another in capillaries and small venules.*(16) Both subperiosteal hemorrhages (resulting in callus-like swellings now misinterpreted as fractures) and subdural hemorrhages were included in early descriptions of classical scurvy.(17-18)

As author of this report, it is notable that in reviewing the medical records nearly 100 SBS cases in their various forms in the last ten years, I have seen only one case in which vitamin C blood level was tested, and even here the test was done long after the acute respiratory collapse and therefore was irrelevant.

Vitamin C Essential for Connective Tissue Formation and Integrity:

**One of the lesser known functions of vitamin C is its essential role in incorporating the amino acid, praline, into collagen, which forms the basis for all connective tissue of the body. In the present case this would explain the multiple skin macerations, described as "abrasions" in the autopsy report, also a likely consequence of clinical scurvy. With fragile cutaneous and subcutaneous tissues, these macerations most likely took place during CPR administered in the ambulance on the way to Flagler Hospital.**

Hazards of Free Iron in and around the Brain:

Tauscher et al reported an association between histologic chorioamnionitis (inflammation of the placenta) and brain hemorrhage in preterm infants.(19) Intracerebral hemorrhage occurs in up to 50 percent of very low-birth-weight infants and is thought to represent a substantial cause of morbidity and mortality in these infants.(20)

Small subdural hemorrhages are not uncommon in uncomplicated births and asymptomatic term newborns. Based on magnetic resonance imaging (MRI), Whitby et al. reported subdurals in 9 of 111 infants in 2004.(21) Similar findings were reported by Chamnanvanakij and coworkers,(22) but the Whitby study repeated the positive MRIs in four weeks and found that the "haematomas had completely resolved."

Consequently, small hemorrhages are not uncommon even in uncomplicated childbirths, but little consideration has been given to the residual iron. As the red blood cells begin to lyse (break up) and release their iron. The iron is scavenged by white blood cells and taken up by nearby tissues in the form of hemosiderin.

Free-iron in and around the brain may also result when there are critical drops in levels of vitamin C following vaccines, followed by a precipitous rise in serum histamine, this in turn resulting in capillary fragility and leakage of blood into and around the brain.

It is known that iron overload in the liver, pancreas, and kidneys can be very destructive, a condition known has hemochromatosis. The concern here is that residual iron in and around the brain may be the igniting factor for a firestorm of lipid peroxidation in the brain following vaccines.(23)

13

**Also Possibly Contributory:** Cutaneous Vasculitis and Other Reported Skin Conditions following Hepatitis B Vaccinations:

Reported dermatologic reactions to hepatitis B vaccine include cutaneous vasculitis,(24-27) urticaria,(28) and cutaneous lupus erythematosus,(29) These few examples were chosen as being representative of the probable large-scale incidence of skin reactions to vaccines, though usually remaining unrecognized as to their true nature. Diagnoses of these conditions would require a skin biopsy.

## Summary and Conclusions

In my opinion, it is a near certainty that the differences in the case of Qinard L. Collins leading to a fatal outcome rested in the following factors:

1. He was born premature at 26 weeks and 3 days with very low birth weight of 1109 grams.
2. The mother was administered two courses of betamethasone (known to be immunosuppressive) and three courses of Ampicillin before delivery.
3. A 3-day course of Ampicillin and Gentamycin were administered to the infant following birth.
4. Following onset of necrotizing enterocolitis on 18th day of life (June 21, 2000), the baby was maintained on intravenous Vancomycin and Gentamycin until hospital discharge on February 6, 2001. These were then continued an additional 17 days following transfer to Baptist/Wolfson's Children's Hospital (February 6 to 28), and again administered for a 10 day course following readmission to Baptist/Wolfson's Children's Hospital with signs of sepsis (March 7 to 14th, 2001), for a total of 277 days intravenous antibiotics in a life span of 305 days.
5. Prolonged antibiotic therapy, though unquestionably indicated, resulted in intestinal flora dysbiosis, eliminating the beneficial and protective Lactobacillus species and fostering pathogenic bacteria and (almost certainly) yeast microorganisms.
6. The prolonged administration of antibiotics would also have largely eliminated the beneficial intestinal bacteria required for manufacturing of Vitamin K. Consequently, *late-form hemorrhagic disease of the newborn* can be assumed to the source of the brain and multiple cutaneous hemorrhages – also the primary cause of death. Almost certainly, clinical *scurvy from vitamin C deficiency* also played a role.
7. A terminal bout of septicemia may also have been a contributory factor in the patient's death.
8. The skin "abrasions and bruises" attributed to the "battered child syndrome" in the autopsy report were more likely another manifestation of clinical scurvy.
9. In summary, prematurity and liver dysfunction were contributing factors to this baby's demise. "Short bowel syndrome" was diagnosed fairly early in this in his short life. As a result of malabsorption of essential nutrients,

14

which included both vitamin C and K, there was a failure of the normal coagulation system resulting in all the bruises and bleeding found on the child. Death was clearly the result of Vitamin K Deficiency Disease with the added complication of Vitamin C deficiency and liver dysfunction. (3,4,5)

*Harold Buttram*

**Harold E. Buttram, M.D.**
**August 27, 2009**

### References

1. Casanueva E, Ripoil C, Tolentino M, Morales RM. Vitamin C supplementation to prevent premature rupture of the chorioamniotic membranes: a randomized trial, www.ncbi.nih.gov/pubmed/15817864
2. en.wikipedia.org/wiki/**Short_bowel_syndrome**
3. Innis, MD, Vitamin K Deficiency Disease. *Journal Orthomolecular Medicine*, 2008; 23:15-20.
4. Rutty GN, Smith M, Malia RG. Late Form Hemorrhagic Disease of the Newborn. A fatal case report with illustrations of investigations which may assist avoiding the mistaken diagnosis of child abuse. *American Journal of Forensic Medicine and Pathology*, 1999; 20(1):48-51.
5. Clemetson CAB, Vitamin C, Vol. I, II, and III, CRC Press, Boca Raton, 1989.
6. Rutty, GN, Smith, CM and RG Malia. Late-form hemorrhagic disease of the newborn, *American Journal of Forensic Medicine and Pathology*. 1999; 20(1):48-51.
7. Kalokerinos A, *Medical Pioneer of the 20th Century, an Autobiography*. Melbourne, Australia, Biology Therapies Publishing, 2000:11-61.
8. Clemetson CAB. *Vitamin C*, Volumes I, II, & III. CRC Press, Boca Raton, 1989.
9. Hume R, Weyers E. Changes in the leucocyte ascorbic acid concentration during the common cold. *Scot Med J*, 1973; 18:3.
10. Clemetson CAB. Barlow's Disease, *Medical Hypothesis*. 2002; 59(1):52-56.
11. Johnston DS, Thompson MS. Vitamin C status of an out-patient population. *American J Clinical Nutrition*, 1998; 17:366-370.
12. Clemetson, CAB. Histamine and ascorbic acid in human blood. *Journal of Nutrition*, 1980; 110:662-668.
13. Chaterjee JB, Majunder AK, nandi BK, et al. Synthesis and some major functions of vitamin C in animals, *Annals New york Academy of Science*, 1975; 258:24-47.
14. Dey, PK. Efficacy of vitamin C in counteracting tetanus toxin toxicity, *Naturwissenschaften*, 1966; 53:319.
15. Jungblut CW, Zweemer RL. Inactivation of diphtheria toxin in vivo and in vitro by crystalline vitamin C (ascorbic acid), *Proceedings of the Society of Experimental Biology & Medicine*, 1935; 32:1229-1234.
16. Gore I, Tanaka Y, Fujinami T et al. Endothelial changes produced by ascorbic acid deficiency in guinea pigs. *Arch Pathology*, 1965; 80:371-376.

17. Barlow T. On cases described as 'acute rickets,' which are probably a combination of scurvy and rickets; the scurvy being an essential and rickets being a variable element. *Med Chir Trans,* 1883; 66:159.

18. Hart C, Lessing O. *Der Scorbut der Kleinen Kinder (Moller-barlowsche Krankheit).* Stuttgart: Verlag von Ferdinand Enke, 1913.

19. Tauscher MK, Berg D, Brockmann, et al. Association of histologic chorioamnionitis:Increased levels of cord blood cytokines, and intracerebral hemorrhage in preterm neonates. *Bio Neonate,* 2003; 83:166-170.

20. *Maternal-Fetal Medicine, Principles and Practice.* Creasy RK, Reznik R Editors, Philadelphia: W.B. Saunders, 1994:1169.

21. Whitby EH, Griffiths PD, Rutter S et al. Frequency and natural history of subdural haemorrhages in babies and relation to obstetric factors. *Lancet,* 2004; 8:363:846-851.

22. Chamnanvanakif S, Rollins N, Perlman JM, Subdural hematoma in term infants, *Pediatric Neurology,* 2002;

23. Rensburg, SJ van, Zyl J van, Hon D et al. Biochemical Model for Inflammation of the Brain: the effect of iron and transferrin on moncytes and lipid peroxidation. *Metabolic Brain Disease,* 2004; 19(1/2):97-112.

24. Allen, M.B., Cockwell, P, and Page, R.L., Pulmonary and cutaneous vasculitis following hepatitis B vaccination. *Thorax,* 1993; 48:580-581.

25. Cockwell, P., Allen, M.B., and Page, R. Vasculitis related to hepatitis B vaccine, *British Medical Journal,* 1990; 301 (6763), 1281.

26. Drucker, Y., Prayson, R.A., Bagg, A, and Calabresc, L.H. Lymphocytic vasculitis presenting as diffuse subcutaneous edema after hepatitis B vaccine. *Journal of Clinical Rheumatology,* 1997; 3(3):158-161.

27. Kerleau, J.M., Levesque, H., Lair, G. Lecomte, F. Carrara, O, and Courtois, H. Is hepatitis vaccination a new cause of necrotizing vasculitis? (letter), Rev. Med. Interne. 1997; 18(6):491-492.

28. Lohiya, G. Asthma and urticaria after hepatitis B vaccination, *Western Journal of Medicine,* 1987; 147: 341.

29. Grezard, P., Chefai, M., Philoppot, V., Perrot, H. and Faisant, M. Cutaneous lupus erythematosus and buccal apthtosis following hepatitis B vaccination in a six year-old boy. *Annals of Dermatology and Venereology,* 1996; 123(10):657-659.

Harold E. Buttram, MD, F A A E M

Updated: December 10, 2008

Updated October 5, 2009

# Curriculum Vitae

## Name

### HAROLD E. BUTTRAM, M.D., F.A.A.E.M.

## Current Position – Retired Since January 1, 2008

1974-January 1, 2008    Family Physician, Private Practice
5724 Clymer Rd, Quakertown, PA 18951
(215) 536-1890   Fax: (215) 529-9034
Email: hbuttram@woodmed.com

## Personal

| | |
|---|---|
| Date of Birth: | 26 Nov 1925 |
| Place of Birth: | Oklahoma City, OK |
| SSN: | 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 |
| Marital Status: | Married (Virginia) |
| Home Residence: | Blooming Glen, PA |

## Specialty

Family Practice
Environmental Medicine

## Certification

05/31/1989- present    Diplomate, International Board of Environmental Medicine
ID# 30

Oct, 03 – Dec, 04    Diplomate (Grandfathered), American Board of Clinical Metal
Toxicology – now inactive

## State Licenses

09/26/1969-    Commonwealth of Pennsylvania State Board of Medicine
12/31/2006    #MD 011389-E

## Hospital Affiliations

1970-1974    Grandview Hospital, Active Staff
General Medical and Obstetrical Privileges
Voluntary resignation (no longer doing obstetrics, the only
active participation in staff membership)

| 1998-January 1, 2008 | Lehigh Valley Hospital |
| | Department of Family Practice, Affiliate Staff |

## Education and Training

| 1946-1950 | Undergraduate Education: |
| | Texas Western College, Texas |
| | *Bachelor of Arts Degree in Psychology* |
| 1954-1958 | Professional Education: |
| | University of Oklahoma School of Medicine |
| | Oklahoma, OK |
| | *Doctor of Medicine* |

## Internship and Residency

| 07/1/58-6/30/59 | Rotating Internship |
| | Parkland Memorial Hospital/ Dallas County Hospital |
| 07/1/59-6/30/60 | Internal Medicine Residency, PGY1 |
| | Parkland Memorial Hospital/ Dallas County Hospital |
| 07/01/60-06/30/61 | Internal Medicine/Nephrology Fellowship, PGY2 |
| | University of Texas Southwestern Medical Center, Dallas |
| 07/1/61/6/30/62 | Internal Medicine Residency, PGY3 |
| | Baylor University Medical Center |

## Continuing Medical Education Summary

| 1994 | 29 Hours of Category I ACCME Approved |
| 1995 | 20 Hours Non designated |
| 1996 | 57 Hours of Category I ACCME Approved |
| 1997 | 112.5 Hours of Category I ACCME Approved |
| 1998 | 77 Hours of Category I ACCME Approved |
| 1999 | 72 Hours of Category I ACCME Approved |
| 2000 | 72 Hours of Category I ACCME Approved |
| 2001 | 121 Hours of Category I ACCME Approved |
| 2002 | 63.5 Hours of Category I ACCME Approved |
| 2003 | 72 Hours of Category I ACCME Approved |
| 2004 | 72 Hours of Category I ACCME Approved |
| 2004 | 3 Hours CME in patient Safety/Risk Management |
| 2005 | 8.5 hours CME in patient Safety/Risk |
| 2005 | Management |
| | 77 hours of Category I ACCME Approved |
| 2006 | 16 hours CME in patient Safety/Risk Management |
| 2006 | 5 hour CME in Legal Medicine |
| 2006 | 67.5 hours CME Category I ACCME Approved |

## Military Assignments

| 12/50-12/52 | Corpsman |
| | U.S. Army Medical Corp |

2

## Previous Positions

| | |
|---|---|
| 1962-1966 | Private Practice, Internal Medicine<br>Richardson, TX |
| 1966-1970 | Private Practice, General Internal Medicine and Obstetrics<br>Portales, New Mexico |
| 1970-present | Private Practice, Family Practice and Environmental Medicine<br>Quakertown, Pennsylvania |

## Appointments and Positions

| | |
|---|---|
| 11/96 -present | Humanitarian Society, Quakertown, PA |

## Membership in Professional Organizations

| | |
|---|---|
| 1985-present | Fellow, American Academy of Environmental Medicine<br>(AAEM) |

## Community Service

| | |
|---|---|
| March, 2003-present | Estimated 500 hours of pro bono medical-legal work in defense<br>of parents or caretakers whom I believed to have been falsely<br>accused of Shaken Baby Syndrome/non-accidental trauma |

**Pennsylvania Medical Society Plaque:** Awarded at a Bucks County Medical Society meeting in early 2008 following my retirement which stated:

"Fifty Years of Medical Service, faithfully performed in the traditional ideals of the medical profession."

## Publications and Presentations

| | |
|---|---|
| 1980 | *Freedom of Choice in the Healing Arts,*<br>Humanitarian Publishing Co. |
| 1982 | *Today's Health Movement and the Future of America*<br>Humanitarian Publishing Co. |
| 1983 | *Vaccinations and Immune Malfunction*<br>Humanitarian Publishing Co. |
| 1987 | *Vaccinations and Immune Malfunction*<br>Section IV, Chpt VaccIM, in *A Textbook of Natural Medicine*<br>Joseph Pizzorno ND & Michael Murray, ND, Editors<br>*John Bastyr College Publications, 1987* |
| 1990 | *For Tomorrow's Children, A Manual for Future Parents*<br>Preconception Care, Inc |
| 1996 | Contributing author to *It's Only Natural*<br>Humanitarian Publishing Co |
| 1996 | *Our Toxic World, Who Is Looking After Our Kids?* |

3

| | Foresight America Foundation for Preconception Care. |
|---|---|
| 2001 | *"Vaccine Scene 2001 Update and Overview"*<br>*Townsend Letter for Doctors and Patients, June, 2001*<br>*"Shaken Baby Syndrome or Vaccine Induced Encephalitis"*<br>*Medical Sentinel, Fall, 2001*<br>*"Shaken Baby Syndrome or Vaccine Induced Encephalitis?  The Story of Baby Allen"*<br>*The Journal of Degenerative Diseases, July 1, 2001* |
| 2002 | *"An Appeal for Clean Air in the Workplace"*<br>*Townsend Letter, August/September, 2002* |
| 2002 | *"Are Vaccines Sowing Seeds of Genetic Change?"*<br>*Philosophical Publishing Co.* |
| 2003 | *"Shaken Baby Syndrome or Vaccine-induced Encephalitis?"*<br>*Townsend Letter, October, 2003* |
| 2003 | *"Vaccines, Vitamin C Depletion, and Shaken Baby Syndrome",*<br>*Redflagsdaily.com, Nicholas Regush Editor* |
| 2003 | *"Rules of Evidence in the Courts," Redflagsdaily.com*<br>*Nicholas Regush Editor* |
| 2004 | *"Childhood Immunizations and Abrupt-Onset Apnea,"*<br>*Redflagsdaily.com* |
| 2004 | *"Vaccine Scene, 2004 Update: Still MMR Vaccination, Mercury, and Aluminum," Medical Veritas, April, 2004; 1(1):130-135* |
| 2004 | *"Superficial and Misleading Critique." British Medical Journal, Letter-to-Editor, October 5, 2004.*<br>*http://bmj.bmjjournals.com/cgi/eletters/325/7373/1134/a#7653* |
| 2004 | *Presentation on Environmental Medicine, Holistic Moms Network, Natural Living Conference, November 6, 2004, Fairfield, New Jersey* |
| 2004 | *Presentation on Shaken Baby Syndrome, Missouri State Public Defender Workshop, December 3, 2004, Lodge of Four Seasons on Lake of the Ozarks* |
| 2004 | *"Vaccine Safety Tests: What Are They? Why Are They Needed? Why Are They Not Being Done?" Red Flags Daily.com* |
| 2005 | *"Vaccine Safety Tests: What Are They? Why Do We Need Them? Why Are They Not Being Done?" Vaccine Risk Awareness Network Inc (VRAN), Spring/Summer 2005* |
| 2005 | *Food Processing and Commercial Chemicals: Their Potential Effects on the Brain, Nervous system, and Psyche during Childhood, zzzzzzzzzzzzzzzzzzzzzzzzlstitufrdLatitudes ONLINE,*<br>http://www.latitudes.org/membership/1/vol07/chemicals001.html,<br>Dec. 27, 2005; Vol. 7, No. 1 |

*2008 Mandatory Childhood Vaccine Programs: Are They Becoming America's Trojan Horse?*
*http://vaccination.news.com/Scandals/2008/Feb.8/Scandal87.htm*

*2008 Current childhood vaccine programs: An overview with emphasis on Measles-Mumps-Rubella (MMR) vaccine and of its compromising of the mucosal immune system, Medical Veritas, 5 (2008):1820-1827.*

*2009 Vaccine Overview, Part II: Inadequate Safeguards, complications from the MMR vaccine, brain hemorrhages attributed to Shaken Baby Syndrome, and are vaccines contributing to genetic change? Medical Veritas, 2009; 6(1):2012-2023.*

Since 1999 I have submitted 100+ medical reports in defense of parents accused of child abuse by Shaken Baby Syndrome and/or non-accidental injury (SBS/NAI) and have appeared in court 32 times to date in their behalf including the states of Pennsylvania, New York, New Jersey, Maryland, North Carolina, West Virginia, Florida, Texas, Indiana, Michigan, Montana, Oregon, Washington, and Utah. I have not served as a witness for the prosecution in any SBS case, as I believe the theory has been totally discredited. (There is now overwhelming research evidence that it is physiologically impossible to shake an infant with the severity that is supposed to be taking place without first killing or maiming virtually 100 percent of these infants from cervical spinal and/or brain stem injury, areas bearing major impact and force from the shaking.

To date there has never been a witnessed case of infant shaking that resulted in brain damage.

## References

John Sullivan, M.D.
1001 S. Market St
Mechanicsburg, PA 17055
(717)-697-5050

Conrad Maulfair, D.O.
1413 State St.
Mertztown, PA 19539-8943
(215)-682-2104

Gerald E. Poesnecker, N.D., D.C.
Director, Beverly Hall Corporation/Church of Illumination
PO Box 220
Quakertown, PA 18951
(215)536-7048

5



8-30-09          8/09

**Collins, Qinard Jr., Supplemental Medical Report Addressing the Bruising Issue**

<u>Part I:</u> When Qinard was admitted to Flagler Hospital Emergency Department on April 2, 2001 in a terminal condition, <u>the following bruises were described by the admitting physician,</u> as can best be deciphered from the handwriting:

- Positive ecchymosis on auricle and pinna of left ear lobe.
- Dark purple ecchymotic area left forehead.
- Circular ecchymosis on right cheek (with two opposing elliptical lines, according to a drawing). No teeth marks were noted.
- Dark purple ecchymosis with yellow discoloration extending from right cheek to right side of neck.
- Large dark purple/yellow ecchymosis of left check extending to mandible.
- Superficial abrasion on nose.
- Small circular bruise, light blue, over right eyebrow.
- Small ecchymotic area under left nipple.
- Faint blue ecchymosis right elbow.
- Faint blue right wrist.
- Superficial abrasions left face and arm.
- Dark purple ecchymosis right shoulder.
- Central line in place right chest.
- Peg tube??? Left abdomen.
- Large, well-healed surgical abdominal scars, epigastric and umbilical.
- Multiple superficial abrasions, faintly blue.
- Ecchymoses right leg/thigh ???
- Large red area at crease of right buttock and upper thigh posteriorly.
- Very faint blue/yellow ecchymosis, left thigh.
- Dark grey area left buttock to anus.
- Superficial perineal abrasions.
- Superficial abrasions left scapula.
- Back erythema/fullness L 2 (second lumbar vertebra) to T 11 (11th thoracic vertebra).

<u>External Examination of the Autopsy Report (repeating here only descriptions of the skin, as related to abrasions and bruises):</u>

1. "The scalp appears free of (superficial) traumatic injuries. Facies appear normal. The ears are normally formed. There is a scabbed irregular <u>abrasion</u> immediately anterior to the tragus of the left er up to ½" in size. The right external ear is free of traumatic injuries…
2. "Examination of the face anteriorly reveals a triangular area of fading dark red-brown bruising superior to the left medial eyebrow, 5/8" in maximal dimension.
3. A punctuate scabbed abrasion over the right bridge of the nose, 1/8" in size.
4. A linear abrasion over the dorsum of the nose, ½" in size.
5. A punctuate abrasion over the left ala, 1/16th" in size.

1

6. An avoid area of fading dark red-orange bruising over the left lateral mandibular ramus suggestive of a bite mark, 1 ½" in maximal dimensions, left to right and 1 ½" head to toe.

7. A similar area of orange-black bruising over the right mandibular ramus, 1 ½"head to toe and 1 ¼", left to right.

8. Immediately medial to the above is a non-patterned area of fading orange bruising, 1/2" X 1/8" in size.

".......There is an area of scabbed abrasion over the inferior border of the lower lip at the midline, 1/8" in size...There are multiple small areas of irregular hemorrhage over the buccal mucosa of the midupper lip and adjacent central incisor. ..Both frenulae appear intact. The tongue is free of lesions...There are four areas of scabbed punctate abrasions present over the left lateral chest up to 1/8" in size........There is an area of abrasion over the right arm and thigh, 1/8" in size. Two areas of fading orange bruising are present immediately superior and inferior to the patella, 3/8" in size. ..There is a scabbed abrasion over the left midfoot at the ankle, 1/8" in size... There is a linear area of faint, red bruising over the superior arm near the axilla, 1 ½" X 1/8" in size. There is also a roughly semilunar area of faint bruising over the distal arm and adjacent antecubital fossa, 1 5/8" in size......."

"The baby is rotated in a prone position...Examination of the back reveals approximately 10 areas of linear and punctuate abrasions over the left inferior lateral scapular throughout an area approximating 1" in maximal dimensions...There are two areas of punctuate scabbed abrasion over the left inferior buttock, medially, 1/8" in maximal dimensions. There is a linear area of red bruising throughout the right lateral gluteal fold approximating 3" in length and 3/8" in width...The left lower extremity shows 6 areas of linear and punctuate abrasions over the left upper leg up to 3/8" in maximal dimensions. There is bruising into the superficial S.Q. tissues beneath the area of punctuate abrasion of the left mid scapula. The bruising to the right lower lateral buttocks is confined to the skin...The skin over the right antecubital fosssa is reflected revealing soft tissue hemorrhage."

Bruising, Buccal Mucosa

Bruising of oral (buccal) mucosa was included in the medical examiner's "Final Anatomic Diagnoses" of the autopsy report.

Autopsy Findings of the Scalp and Brain

Two areas of scalp "hemorrhage" and six areas of scalp "bruising" were found, none larger than one inch in diameter. There was approximately 6 ccs of loosely clotted and liquid dark red subdural blood over the right parietal occipital region and between the adjacent left hemisphere, two areas of leptomeningeal hemorrhage over the right superior parietal region and superior occipital region near the hemispheric fissure, each approximating ¼". Hemorrhages were present in both optic nerve sheaths.

2

(**Comment:** The medical examiner also reported "moderate edema of the cerebral hemispheres." *As related to retinal hemorrhages, it is well established in the medical literature that any sudden increase in intracranial venous pressure, inherently present with cerebral edema, may cause retinal hemorrhages.*(1-9)

## Part II: Background Summary

The following summary is provided from my original medical report on Qinard L. Collins Jr:

- The baby was born premature at estimated gestational age of 26 weeks and 3 days and "very low birth weight" of 1109 grams. His birth was complicated with respiratory distress.
- At 18 days of age the baby developed "necrotizing enterocolitis" with sepsis. Subsequently he underwent a series of three bowel operations culminating in subtotal removal of the ileum, removal of the ascending colon and of the right half of the transverse colon. Subsequently he developed "short bowel syndrome and developmental delay," according to hospital records. These complications required continual hospitalization at Shands Hospital, Jacksonville, N.C. from birth on June 3, 2000 to February 6, 2001. There were 3 subsequent hospitalizations at Baptist/Wolfson's Children's Hospital, Jacksonville, N.C. February 6 to 28, March 7-14, and March 15 to 16, 2001 prior to his terminal hospitalization at Flagler Hospital o April 2, 2001.
- Commencing on the 18th day of Qinard's short life, he was started on intravenous Vancomycin and Gentamycin, which he received for 277 days out of a total life span of 305 days. Such prolonged administration of these relatively strong antibiotics could not help but caused profoundly adverse changes in bowel flora, favoring the development of drug-resistant pathogens and suppressing or virtually eliminating the beneficial intestinal microorganisms, including those that normally produce vitamin K, which is essential for production of clotting factors prothrombin, VII, IX, and X, the latter three produced by the liver. The consequences of the malabsorption of vitamin K have been recorded by several authors. They have been summarized and reported by GN Rutty(10) and Michael Innis, the latter as "Vitamin K Deficiency Disease."(11)
- Patients with Short Bowel Syndrome may have complications caused by malabsorption of vitamins (Vitamins A, C, D, E, K, folic acid, and B1) and minerals (calcium, magnesium, zinc, iron). These may appear as anemia, hyperkeratosis, easy bruising, muscle spasms, poor blood clotting, and bone pain.(12)
- Blood tests during hospitalizations at Baptist/Wolfson's Children's Hospital on March 7, 2001 reported findings of low total protein, low globulin, and elevated SGOT of 76, indications of impaired liver function. This in turn would have compromised production of liver clotting factors.
- Blood tests at Flagler Hospital during terminal admission on April 2nd, 2001 again reported abnormal liver function tests with low albumin of 2.2, low globulin of

2

2.0, and elevated AST of 36, elevated alkaline phosphatase of 285, and elevated LDH of 272. The hemoglobin was 5.7, platelets 24,000.

- Prematurity and liver dysfunction were contributing factors to this baby's demise. "Short bowel syndrome" was diagnosed fairly early in this baby's short life. Because of malabsorption of essential nutrients, which included vitamins C and K, there was a failure of normal coagulation system resulting in all the bruises and bleeding found on the child.(12)

- Vitamin C is essential for conversion of the amino acid, proline, into procollagen, the latter being the source of all connective tissue in the body including the skin, mucus membranes of the mouth, and blood vessels of the body. The skin abrasions, mouth lesions, and variously colored bruises can all be accounted for by a deficiency of vitamin C. From their experiments, Gore *et al* (1965) concluded that "endothelial cell disjunction must be the essential structural basis for the occurrence of haemorrhage in scurvy."(11) Support for this view has been provided by others.(12-16)

- **With combinations of hemorrhagic disease from vitamin K deficiency and weakened connective tissue of the blood vessels and skin from vitamin C deficiency (clinical scurvy), if there had been actual shaking of the infant with or without head impact, there would have been finger-like marks on the skin, most likely from grasps on the chest where most shaking is thought to take place. Since none were described in either hospital admission notes of April 2, 2001 or the autopsy report, this virtually rules out any possibility the that baby was shaken.**

- Qinard had been subject to recurrent bouts of septicemia since his 18th day of life. It is probable that a recurrent bout of septicemia contributed to or was the primary immediate cause of his death.

## Part III: Review of the Literature on Bruising:

Kaplan JA, Fossum, RM, Patterns of facial resuscitation injury in infancy, *American Journal of Forensic Medicine and Pathology*, 1994; 15(3):187-191.

Abstract: Cardiopulmoary resuscitation (CPR)-related artifacts in pediatric rescue that have the potential for serious complications in surviving patients have been well defined in the medical literature. Medically trivial soft-tissue injuries, especially of the face and neck, carry predominantly forensic significance and have received less attention. We described such injuries in nine of 25 consecutive cases of infants who received CPR, and correlate those injuries with specific rescue maneuvers. Techniques for effective investigation and interpretation of such injuries are suggested.

Plunkett, John, *Journal of Forensic Science*, 2006; 51(1): available online at www.blackwell-synergy.com

Abstract: Minor soft tissues injuries are common in both adults and children who have had cardiopulmonary resuscitation injuries from preexisting accidental or inflicted trauma. Potentially life-threatening injuries are rare. The pre-arrest history in a

4

resuscitated adult often assists the pathologist to interpret the autopsy findings. In contrast, an infant or child may not have a reliable history. In this situation, it may be difficult if not impossible to distinguish resuscitation injuries from preexisting accidental or inflicted trauma. I describe two children who had significant autopsy-documented injuries initially attributed to abuse. The State filed murder charges against the caretaker in each case. However, further history and review of the medical records suggested that resuscitation rather than pre-arrest trauma caused almost all of the injuries. The State dismissed the charges in the first case. A jury returned a "not guilty" verdict in the second. It is essential to consider the entire history and not just autopsy findings when performing a death investigation.

Maguire S, Mann MK, Sibert J, Kemp A, Are there patterns of bruising in childhood which are diagnostic or suggestive of abuse? A systematic review. *Archives of the Diseases of Children*, 2009; 90:182-186.

Abstract: Aims: To investigate what patterns of bruising are diagnostic or suggestive of child abuse by means of a systematic review.
Methods: All language literature seach 1951-2004 included studies that defined patterns of bruising in non-abused or abused children <18 years. Excluded: personal practice, review articles, single case reports, inadequate confirmation of abuse. Two independent full text reviews using standardized data extraction and critical appraisal forms. Studies ranked by study design and definition of abuse used.
Results: Twenty three studies included: seven non-abusive bruising, 14 abusive bruising, and two both.
*Non-abusive:* The prevalence, number, and location of bruises is related to increased motor development. Bruising in non-independently mobile babies is very uncommon (<1%). Seventeen % of infants who are starting to mobilize, 53 % of walkers, and a majority of schoolchildren have bruises. These are small, sustained over body prominences, and found on the front of the body. *Abuse:* Bruising is common in children who are abused. Any part of the body is vulnerable. Bruises are away from boy prominences; the commonest site is head and neck (particularly face) followed by the buttocks, trunk, and arms. Bruises are large, commonly multiple, and occur in clusters. They are often associated with other injury types that are large, commonly multiple, and occur in clusters. They are often associated with other injury types that may be older. Some bruises carry the imprint of the implement used.
*Conclusion:* When abuse is suspected, bruising must be assessed in the context of medical, social, and developmental history, the explanation given, and the patterns of non-abuse bruising. Bruising in nonmobile infants, over soft tissue areas, that carry the imprint of an implement and multiple bruises of uniform shape are suggestive of abuse. Quality research across the whole spectrum of children is urgently needed.

(Comment: Although the observations and conclusions in the above article are reasonable and undoubtedly correct as far as they go, there are no allowances for other variants such as those found in the present case with combinations of a fulminating

hemorrhagic disorder combined with multiple vitamin and mineral deficiencies, almost certainly including vitamins C and K.

Conclusion: Based on the rationale provided in my original medical report and this supplemental report, it is my opinion with a reasonable degree of medical certainty that the death of Qinard L. Collins Jr. was purely and obviously medical in nature, resulting from a hemorrhagic disorder from vitamin K deficiency,(17) and skin-tissue fragility from clinic scurvy (vitamin C deficiency), (18) and that the bruises and skin abrasions, as well as buccal mucosal bleeding took place during CPR measures by emergency medical personnel following the infants collapse while en route to the hospital on April 2, 2001.

Perhaps the most decisive evidence against inflicted trauma in the forms of Shaken Baby Syndrome (SBS) and/or Shaken Impact Syndrome (SIS) is the absence of finger-print patterns of bruising on the chest, abdomen, or extremities, which are generally conceived to be areas involved in the shaking, as there were no descriptions of such in the terminal hospital admission note nor in the very detailed autopsy report.

It reasonably follows that the father was falsely accused and falsely convicted of murdering his son by the "Battered Infant Syndrome." It is hoped that our legal system will offer a new appeal for the father's case, based on the "new evidence" provided in these reports.

*Harold Buttram*

Harold E Buttram, M.D.
August 30, 2009

References

1. Tongue AC, Discussion, *Ophthalmology*, 1986; 93:624-625.
2. Smith DC, Kearns TP, Sayre GP, pre-retinal and optic nerve sheath hemorrhage: pathologic and experimental aspects in subarachnoid hemorrhage, *Transactions of American Academy of Opthalmology and Otolaryngology*, 1957; 61:201-211.
3. Lehman RAW, Krupin T, Podos SM, Experimental effect of intracranial hypertension upon intraocular pressure. *Journal of Neurosurgery*, 1972; 36:60-66.
4. David DB, Mears T, Quinlan MP. Ocular complications associated with bungee jumping. *British Journal of Ophthalmology*, 1994; 78:234-235.
5. Vanderlinden RG, Chisol LD. Vitreous hemorrhage and sudden increased intracranial pressure. *Journal of Neurosurgery*, 1974; 41:167-176.
6. Jain BK, Talbot EM. Bungee jumping and intraocular hemorrhage. *British Journal of Opthalmology*, 1994; 78:236-237.
7. Muller P, Deck J, Intraocular and optic nerve sheathe hemorrhage in cases of sudden intracranial hypertension. *Journal of Neurosurgery*, 1974; 41:160-166.
8. Hollenhorst R, Stein H. Ocular signs and prognosis in subdural and subarachnoid bleeding in young children. *AMA Archives of Ophthalmology*, 1958; 60:187-191.

9.  Khan SG, Frenkel M. Intravitreal hemorrhage associated with rapid increase in intracranial pressure (Terson's Syndrome). *American Journal of Ophthalmology*, 1975; 80(1):37-43.

10. Rutty GN, Smith M, Malia RG, Late Form Hemorrhagic Disease of the Newborn. A fatal case report with illustrations of investigation which may assist avoiding the mistaken diagnosis of child abuse. *American Journal of Forensic Medicine and Pathology*, 1999; 20(1):48-51.

11. Innis, MD, Vitamin K Deficiency Disease, *Journal of Orthomolecular Medicine*, 2008; 23:15-20.

12. enwikipedia.org/wik/Short_bowel_syndrome.

13. Clemetson CAB, Vitamin C, Vol. I, II, and III, CRC Press, Boca Raton, 1989.

14. Clemetson CAB, Child abuse or Barlow's Disease, *Medical Hypothesis;* 2002; 59(1):52-26.

15. Clemetson CAB, Vaccinations, inoculations and ascorbic acid, *Journal of Orthomolecular Medicine*, 1999; 14(3):137-142.

16. Kalokerinos A. *Every Second Child,* Thomas Nelson Limited, Australia, 1974.

17. Innis MD, Vaccines, apparent life-threatening events, Barlow's Disease, and questions about "Shaken Baby Syndrome, *Journal of American Physicians and Surgeons;* 2006; 11:17-19.

# ROBERT A. MENDELSOHN, M.D., P.C.

*A 4*

8703 Bellwood Road
Bethesda, Maryland 20817
301-469-5072
FAX: 301-469-0119
TAX ID: 52-17493-42

7 December 2009

Kent Holcomb, #091014
ASPC Lewis Unit Barchey
P.O. Box 3200
Buckeye
AZ 85326

Re: <u>Arizona vs Quinard L. Collins</u>

Dear Mr. Holcomb,

I was asked to review medical records regarding the death of Quinard Collins, Jr., in order to determine the nature of multiple lesions found terminally, and the mechanism of those lesions.

In this regard I have reviewed the following:

- Flagler Hospital. 4/2/2001
- Shands Hospital, birth on 6/3/2000, and thereafter for necrotizing enerocolitis at day 18 of life, followed by three bowel resections
- Harold E. Buttram, M.D. reports, dated 8/28/2009 and 9/12/2009
- Autopsy Report by Terrence Steiner, M.D., Medical Examiner
- Deposition Testimony of Terrence Steiner, M.D.
- Michael Innis, M.D. report

I will not necessarily repeat details recounted in the above listed records and reports. The Medical Examiner describes multiple areas –"of recent trauma to the head by some type of blunt trauma and classically that could be like knuckles or . . .". There was no description in the autopsy report of a pattern to these lesions, nor a measurement as to how far apart they were, so that his volunteering "like knuckles" was pure speculation. Additionally he diagnosed "battered child", meaning injuries near the time of death, and

<u>Arizona vs Collins</u>

Page Two

older, meaning several days, yet under "Final Anatomic Diagnoses" in his autopsy report, he describes his Findings of Unexpected infant death as all being either "acute" or "recent". He reported no microscopic findings which are customarily used to help date the age of the various lesions. There is considerable variation in many instances when one relies on the naked eye, just as there is from one examiner to the next, in assessing the age of lesions.

In the deposition of Dr. Steiner, he opines, "But the head injury in this case and the eye injury is that that is (sic) classic for the shaken baby syndrome, which is an abusive head injury with or without associated trauma". He ignores the fact that there were no "grip marks" on the torso and/or arms, which are frequently found when there has been violent shaking. Additionally, he describes the neck structures as normal. This infant was underdeveloped, having been premature, followed by infections and multiple surgery resulting in a short bowel syndrome. Studies have shown that neck injury is to be expected if the force of shaking is sufficient to cause subdural hematoma, intracranial bleeding, and retinal hemorrhages. All the more so in this infant, whose neck musculature was weak and whose head mass was relatively large. Further, biomechanical studies have cast considerable doubt as the the very existence of the so called shaken baby syndrome.

As had been noted, at Flagler the usual battery of blood tests taken to evaluate the blood clotting mechanism was not done. His admission blood work suggested severe anemia and probable infection with other shortcomings reflective of the short bowel syndrome he was known to have.

With a reasonable degree of medical certainty, it is my opinion that the child's death can be best explained by the bleeding diathasis Dr.'s Buttram and Innis so aptly described, along with the necessary medical intervention which followed his collapse.

I reserve the right to alter opinions stated herein if I am provided with further information relative to this matter.

I am a neurosurgeon with forty years of hands on experience in dealing with trauma. For almost thirty-five years I have been actively engaged in consulting in cases relating to mechanism of injury. I have been involved in matters relating to the question of child abuse as far back as the late 1950's.

Robert A. Mendelsohn, M.D.

## ROBERT A. MENDELSOHN, MD, PC, FACS

8703 Bellwood Road
Bethesda, Maryland 20817

Phone: 301 469-5072
Fax: 301 469-0119

Born: August 14, 1926, Baltimore, Maryland

### TRAINING AND CERTIFICATIONS

Graduated Georgetown University Medical School, 1949,
Magna Cum Laude
Rotating Internship, Walter Reed Army Hospital, 1949-1950
Neurosurgery Resident, Mayo Clinic, 1951-1954
Chief of Neurosurgery, Lackland Air Force Hospital, 1954-1958
Private Practice Neurosurgery, Washington, D.C. Metropolitan Area,
1958 - 1992
American Board of Neurological Surgeons, Certified May 1957
Fellow, American College of Surgeons

### HOSPITAL ASSOCIATIONS

Formerly Chief of Neurosurgery:
Prince George's Hospital Center, Cheverly, Maryland
Holy Cross Hospital, Silver Spring, Maryland
Washington Adventist Hospital, Takoma Park, Maryland

### MEMBERSHIPS

Congress of Neurological Surgeons
American Association of Neurologic Surgeons
Middle Atlantic Neurosurgical Society
Washington Academy of Neurosurgery (Formerly President)
Maryland Neurosurgical Society (Formerly President 1988-1991)
– Association for Advancement of Automotive Medicine
(Board of Directors 1991 - 1994)
American Medical Association
Prince George's County Medical Society
Cervical Spine Research Society
– Society of Automotive Engineers
American Clinical Neurophysiology Society

# ROBERT A. MENDELSOHN, MD, PC, FACS

## PUBLICATIONS

McCarty, C.S. and Mendelsohn, R.A.: Injury of the Cervical Vertebra with Sequelae after Fifty Years. Proceedings of the Staff Meetings of the Mayo Clinic. 29:372-375, June 30, 1954.

Dodge, H.W. and Mendelsohn, R. A.: Recent Trends in the Surgical Management of Infantile Hydrocephalus. Minnesota Medicine. 37:440-443, June, 1954.

Craig, W. McK., Dodge, H.W., DuShand, J.W. and Mendelsohn, R.A.: Sympathectomy for Hypertension in Childhood. Collected papers of the Mayo Clinic and the Mayo Foundation. 46:606-607, 1954.

Uihlein, A., Mendelsohn, R.A. and Brown, H.A.: Syndrome of the Cerebellopontine Angle: Report of Two cases. Minnesota Medicine. 37:498-500, July, 1954.

Mendelsohn, R.A., Weiner, I.H., and Keegan, J.M.: Myelographic Demonstration of Brachial Plexus Root Avulsion. A.M.A. Archives of Surgery. 75:102-107, July, 1957.

Mendelsohn, R.A. and Anders, Sola: Electromyography in Herniated Lumbar Discs. A.M.A. Archives of Neurology and Psychiatry. February, 1958.

Mendelsohn, R.A. and Mora, Federico: Spontaneous Subarachnoid Hemorrhage Due to Ependymoma of the Filum Terminale. Journal of Neurosurgery. 15:460-463, July, 1958.

Weiner, I.H., Azzato, N.M. and Mendelsohn, R.A.: Cerebral Angiography: A New Technique. Catheterization of the Common Carotid Artery via the Superficial Temporal Artery. Journal of Neurosurgery. 15:618-626, November, 1958.

Barrett, J.W. and Mendelsohn, R.A.: Post-Traumatic Porencephaly in Infancy. Journal of Neurosurgery. 23:522-527 November 23, 1965.

Wener, Louis: DiChiro, Giovanni and Mendelsohn, R.A.: External Carotid Cavernous Sinus Fistula Diagnosed by Common Carotid Arteriography. Journal of Neurosurgery. October, 1974.

Huelke, Donald F., Mendelsohn, Robert A., States, John D., and Melvin, John W.: Cervical Fracture and Fracture Dislocations: Sustained Without Head Impact. Journal of Trauma. 18:533-538, July, 1978.

**ROBERT A. MENDELSOHN, MD, PC, FACS**

**PUBLICATIONS, Continued**

Huelke, Donald F., Moffatt, Edward, Mendelsohn, Robert A., and Melvin, John W.: Cervical Fractures and Fracture Dislocations: An Overview. (790131) SAE-SP438: 9-15, February, 1979.

Huelke, D.F., Mendelsohn, R.A., States, J.D. and Melvin, J.W.: Cervical Fractures and Fracture Dislocations Sustained Without Head Impact. (790132) SAE-438: 17-24, February, 1979.

Mendelsohn, R.A.: Anatomy and Trauma of the Cervical Spinal Cord. (790133) SAE-SP438: 25-30, February, 1979.

Huelke, Donald F., O'Day, James, Lawson, Thomas E., Barhvdt, Wendy H. and Mendelsohn, Robert A.: Cervical Injuries in Automobile Crashes. University of Michigan Highway Safety Research Institute. 80-40, Special Report 1980, Sponsored by the National Highway Traffic Safety Administration, Department of Transportation.

Huelke, Donald F., O'Day, James, and Mendelsohn, Robert A.: Cervical Injuries Suffered in Automobile Crashes. Journal of Neurosurgery. 54:316-322, March, 1981.

Mendelsohn, R.A. and Huelke, D.F.: Anatomy, Injury and Biomechanics of the Cervical Spine. AM ASSN for Automotive Medicine and International Research Council on Biomechanics of Impact. Captiva Island, Florida, 123-162, May, 1986.

Bandstra, Richard A., Welkey, George M., and Mendelsohn, R.A.: Door Latch Seatbelt Capture: Odd Restraint Failure, Unusual Injury. Accident Reconstruction Journal. 20-23. Volume 5, No. 4, July/August, 1993.

Bandstra, Richard A., Meissner, Uwe, Warner, Charles Y., Monaghan, Susan, Mendelsohn, Robert A., MacPherson, Duncan: Seat-Belt Injuries in Medical and Statistical Perspectives. 16th International Technical Conference on the Enhanced Safety of Vehicles; Windsor, Ontario, Canada, (98-S6-W-25) 1-4 June 1998.

A 5

STATE OF ARIZONA)
                )
                ) S.S. Holcomb Sworn Declaration
                )
COUNTY OF MARICOPA)

I, Kent R. Holcomb, being deposed upon my oath pursuant to 28 U.S.C. 1746, under penalty of perjury, assert that the following is true and correct to the best of my personal knowledge:

1.  That I authored the following medical journal articles which underwent a double-blind pre-publication peer-review process and were endorsed (pre/post publication) by numerous medical, biomechanical, and legal experts:

(A) "American Academy of Pediatrics Shaken Baby Syndrome Fraud", The Journal of Hydrosonics (2009), [web.mac.com/lea15/Am...Pediatrics.../Kent_R_Holcomb.html]

(B) "Justification For a Federal Injunction To Suspend all vaccine licenses based on unreasonable health risks and causal links to chronic disease pandemics" KR Holcomb, Medical Veritas International 6 (2009) 1925-36

(C) "Shaken Baby Syndrome: Actual innocence petition", KR Holcomb/Medical Veritas 5 (2008) 1828-1835

2.  That for the last 17 yrs. I have been a criminal law paralegal and for the last two years have been a consultant and a ghost-writer for lawyers who represent pediatric-head-trauma cases. That I do not and have not represented myself as a lawyer to any person, although medical experts refer to me as such at times as a kind honorific.

3.   That due to my extensive work with both medical-legal communities, to include my work for law firms, I consider myself bound by the same ethical rules and laws which govern law firms and officers of the Court.

4.   That I was contacted by Oinord Collins who had reviewed my 2008 publication and asked to provide pro bono consultant and paralegal assistance: That after reviewing his records I felt ethically compelled to provide expert assistance pro bono: That I contacted Dr. Robert Mendelsohn and Dr. Peter Stephens who agreed to conduct pro bono reviews upon my request and for this reason their reports are addressed to me rather then Mr. Collins.

5.   That I prepared Mr. Collins memorandums of fact/law, his exhibit appendeces, and his motion for counsel under the legal authority of Johnson v. Avery, 393 U.S. 483 (1969) and the presumed Florida State law version of 28 U.S.C. 2242 (habeas corpus may be verified "by someone acting in his behalf"): That all the facts therein are true and correct representations of court records, affidavits, expert reports and the scientific literature exhibits.

6.   That I can come before the Court telephonically to answer any questions that it or counsel may have, but would not be willing to travel to Florida for this pro bono service, as I remain a Arizona Prisoner. Nothing more sayeth affiant.

Dated 10/10/10:      By: _____

AFFIANT Kent R. Holcomb #91014

*A6*

## Peter J. Stephens, M.D.
### Forensic Pathologist
#### Board Certified in Anatomic, Clinical and Forensic Pathology

**100 Club Drive, Suite 135**
**30 Valley Mist View**
**Burnsville, NC 28714**
**Telephone: (828) 682-7472**
**Fax: (828) 682-4035**

**Email:  pjstephens@ccvn.com**

27 September 2010

Kent R. Holcomb #91014
A.S.P.C. Lewis
Barchey Unit
P.O. Box 3200
Buckeye, AZ 85326

Re:    Quinard Collins, Jr deceased

Dear Mr. Holcomb:

At your request, I have reviewed the following materials concerning the death of
Quinard Collins, Jr deceased:

Prenatal and obstetrical records of Carrie Lenn Canova, Shands Hospital, 06/03/2000
Medical records from Flagler Hospital (emergency room visit)
Medical records from Shands Hospital.
Medical records from Baptist/Wolfson's Children's Hospital
Autopsy Report number 01-23-108 dated 4/17/01.
Death certificate of Quinard Lamar Collins Junior
Affidavit of Detective Robert Gober III, dated 04/03/01
Deposition of detective Robert Gober
Deposition of C. Hooker
Deposition of S. Canfield
Report of Arthur S. Burns DDS and curriculum vitae
Report of Harold E. Buttram M.D.
Report of Robert A. Mendelsohn M.D.
Report of Michael Innes M.D. and copy of e-mail to Harold E. Buttram M.D.
Misc. discovery documents provided by Assistant Public Defender Vaili B. Quetti
Proceedings of Circuit Court hearing dated 08/08/2003

Caveat: The amount of medical records I received from Shands and Baptist/Wolfson

Kent R. Holcomb  09/27/2010
Page 2

hospitals is scant compared to the expected complete medical records seen in similar cases. I presume that many more are available that I have been unable to review.

Based on my review of the above captioned materials, my opinions are as follows:

1       Quinard Collins Jr died as a result of the complications of his prematurity. He was born after 28 weeks gestation with a birth weight of 1109 g (approximately 2 1/2 pounds). His stay in the Shands Hospital neonatal intensive care unit lasted from 06/03/2000 through 02/06/2001, approximately 8 months. He was then transferred to Baptist/Wolfson where he stayed 22 days, being discharged on 02/28/2001. Throughout this time he had numerous additional medical problems including respiratory distress, necrotizing enterocolitis, short bowel syndrome, rotavirus infection and gram-positive sepsis. He underwent at least two surgical procedures related to his bowel problems. Two of these problems, necrotizing enteritis and short bowel syndrome are widely reported in the medical literature to be associated with high morbidity and mortality and there is general agreement that prematurity is the leading cause. The combination of necrotizing enterocolitis and the surgery which it may require often leads to short bowel syndrome and greatly magnifies his risk of death. As a result of these bowel problems he was demonstrably malnourished at the time of his death. Laboratory reports from Flagler Hospital indicate he was suffering from severe protein malnutrition and bacterial infection when he arrived in the Emergency Room.

The net effect of his prematurity and its complications was to place him at high risk of natural death. As noted by Drs. Innis and Buttram these would have included multiple nutritional deficiencies, including but not limited to deficiencies in vitamins C, D and K. Vitamins C and K are essential in the prevention of blood clotting disorders and vitamin D has been shown within the past 3 to 5 years to be essential to a variety of health issues of which we are only just becoming aware. Therefore I agree with the opinions expressed by these two physicians. Additionally, he was clearly at risk of episodes of infection (sepsis) which in and of themselves may lead to easy bruising.

While such a clinical history does not exclude the possibility of superimposed inflicted injury, it should certainly be taken into account when formulating an opinion as to the cause and manner of death, particularly in view of the absence of evidence of infliction in this case.

2.      I have serious reservations as to the autopsy diagnosis, determination of the manner of death and whether or not the above medical history was considered in formulating Dr. Steiner's opinions as to the cause and manner of death.

The autopsy report is sketchy and inadequate. There is no statement in the autopsy report as to what the postmortem full body x-rays showed. There is no record as to whether or not any photographs were taken. The bruises described, while multiple, are all small and many are insignificant when the size of the patient is considered. None by itself represents a lethal injury and there are no patterned injuries to indicate use of an instrument or weapon. A patterned injury consistent with infliction by a defined weapon

Kent R. Holcomb  09/27/2010
Page 3

is the only way in which a given bruise can be considered diagnostic of infliction. A large recent study has determined that the size and distribution of bruising in infants and children are not per se diagnostic of infliction [1]. Of greater concern yet is that there is no record of any histologic (microscopic) examination of any body organ or what it showed and thus there was no apparent attempt to find the source of his infection.

Unfortunately I do not have Dr. Steiner's deposition available for review. However he opines that the cause of death is "Abusive Head Injury" despite the fact that there is not one scintilla of evidence to suggest inflicted injury. He does not give a reason for his opinion as to the cause of death. The opinion as to the manner of death follows on from his unsubstantiated determination of the cause of death, a prime example of circular reasoning. In addition, despite the fact that multiple fractures would be expected in a child with Quinard's medical problems, there are no fractures. There is no burst liver. There are no skin lesions beyond bruising and there are no neck injuries. His opinion, stated as a contributing cause, of "Battered Child Syndrome" is also unsubstantiated.

The Flagler Hospital laboratory findings of severe protein malnutrition, severe anemia, acute bacterial infection and dangerously low platelets should have alerted any medical examiner to the probability of natural death. A further flag that natural death was involved was the presence of gum bleeding described in excerpts from his deposition at the plea hearing. Gum bleeding is typical of a child with a platelet count of $24,000/mm^3$ but is uncommon in inflicted injury.

In short, this autopsy examination is inadequate and I would expect that it would have been challenged had the case gone to trial.

3.      As has been stated by Dr. Mendelsohn, the usual battery of blood tests taken to evaluate the clotting mechanism was not done at Flagler Hospital. This is excusable for the Flagler physicians because they had limited time, mere minutes, to consider the possibilities prior to pronouncing Quinard dead. However, the platelet count that they had ordered was dangerously low -- an indicator of coagulopathy in itself. While most coagulation testing is unreliable when done after death, a definitive test for vitamin K deficiency (Protein Induced by Vitamin K Absence, a/k/a PIVKA-II) has been shown to be stable postmortem. This test was not done.

Dr. Mendelsohn's report contains a reference and quotation from Dr. Steiner's deposition indicating that he considered this "classic for the Shaken Baby Syndrome". Over the past 10 years substantial changes have occurred in our understanding of the so-called Shaken Baby Syndrome and its mimics. This was just beginning at the time of Quinard's death and was accelerating rapidly at the time of the plea agreement such that Dr. Steiner may reasonably be excused for not being aware of the new research at the time. Many pathologists, me included might have testified similarly. However, the past five years have seen increasing evidence against the existence of the so-called shaken baby syndrome and various related unproven hypotheses. In fact, in 2009, the American Academy of Pediatrics put out a policy statement recommending against the use of the term unless shaking could be proven [2]. A working committee of the British

Kent R. Holcomb  09/27/2010
Page 4

Royal College of Pathologists recently published a similar recommendation against the sole use of the "triad" to make such a diagnosis [3].

A detailed review of whether or not shaking can cause the death of an infant is beyond the scope of this report other than to point out that there are many other causes of brain swelling, subdural hematoma and retinal hemorrhages including infection and coagulopathy (clotting disorders).  In particular retinal hemorrhages are increasingly recognized as irrelevant since they commonly occur in brain swelling of whatever cause.

At the very least, Dr. Steiner's determination of "Battered Child Syndrome" is inconsistent with modern understanding of pediatric head injury.

4.      The definition of certain bruises as "bitemarks" should have been further challenged. Within this decade, several presentations at Annual Meetings of the American Academy of Forensic Sciences indicate that the science of bitemarks has undergone considerable recent change. Dr. Burns, an orthodontist, is not currently listed as a diplomate of the American Board of Forensic Odontology [4]. Because of the pejorative nature of defining a bruise as a bite mark extreme caution should be exercised before defining such a bruise as inflicted (i.e. from biting) and especially before defining an individual as a "possible" biter. The definition of certain bruises as "bitemarks" should have been rigorously challenged. Within this decade, several presentations at Annual Meetings of the American Academy of Forensic Sciences indicate that the science of bitemarks has undergone considerable recent change.  The currently preferred terminology is "Inconclusive" or "Not Excluded" [4]. This case should be reviewed in the light of current changes in forensic odontology and a second opinion from a board-certified forensic odontologist obtained.

5.      In view of Quinard's past medical history, the poor investigation done in 2001, the significant changes that have occurred in our understanding of the pathology of brain swelling and the increasing recognition internationally that the shaken baby hypothesis is unproven, it is clear that this plea agreement represents a tragic miscarriage of justice.

Sincerely,

Peter J. Stephens M.D.
PS/wp

Kent R. Holcomb  09/27/2010
Page 5

## REFERENCES

1.  Are there patterns of bruising in childhood which are diagnostic or suggestive of
    abuse? A systematic review
    Maguire S, Mann M K, Sibert J, Kemp A
    Arch Dis Child 2005;90:182–186

2.  Abusive Head Trauma: A new name for Shaken Baby Syndrome
    Policy statement appearing in the May 2009 issue of Pediatrics
    Official publication of the American Academy of Pediatrics

3.  Report of a Meeting on the Pathology of Traumatic Head Injury in Children
    Royal College of Pathologists, London, England  10 December 2009
    Pages 11 – 12   (Conclusions)

4.  American Board of Forensic Odontology
    www.abfo.org, September 2010

# CURRICULUM VITAE

**Peter J. Stephens, M.D.**
100 Club Drive, Suite 135
Burnsville, NC  28714

**Personal:**
Date of Birth:   3 September 1941
Birthplace:      Colchester, Essex, England
Marital Status:   Married, two children

| | |
|---|---|
| **School Education:** | |
| Westminster School, London, England | 1954 - 1957 |
| | |
| **Premedical Education:** | |
| McGill University, Montreal, Canada | 1957 – 1961 Degree: B.Sc. |
| | |
| **Medical Education:** | |
| McGill University, Montreal, Canada | 1961 – 1965 Degree: M.D.,C.M. |
| | |
| **Internship:** | |
| Royal Victoria Hospital, Montreal, Canada | 1965 - 1966 |

**Postgraduate Training:**
Medical College of Virginia, Richmond, Virginia:

| | |
|---|---|
| Junior Asst. Resident & Asst. Resident in Pathology | 1966 - 1967 |
| Assistant Resident in Pathology | 1967 - 1968 |

University of Western Ontario, London, Canada:

| | |
|---|---|
| Assistant Resident in Anatomic Pathology | 1968 - 1969 |
| Assistant Resident in Clinical Pathology | 1969 - 1970 |
| | |
| **Board Certification:** | |
| American Board of Pathology: (Anatomic & Clinical Pathology) | Nov 1970 |
| American Board of Pathology: (Forensic Pathology) | June 1984 |

**Continuing Education:**
American Acad. of Forensic Sciences, 1988-90,'92,'95,'96, '98, 2003, 2004, 2007, 2008
EBMS Seminar on Head Injury in Childhood, Chicago, May 2007
Mammography Education, Inc. Breast Cancer Control, April 5 - 9, 1995
Workshop on Current approaches in Forensic Toxicology, 2/19/96

| | |
|---|---|
| Surgical Pathology Course, Harvard Med. School/Mass Gen. Hosp. | 11/17-11/21/97 |
| Duke University Medical Center, Pulmonary Pathology Course | 8/25/99 - 8/27/99 |
| National Association of Medical Examiners Annual Mtg. | October 1999 |
| | |
| **Preceptorships in Forensic Pathology:** | |
| Cuyahoga County Coroner's Office, Cleveland, OH, | 1983, 1984 |
| Wayne County Med. Examiner's Office, Detroit, MI, | 1983, 1984 |

**Employment:**

| | |
|---|---|
| Regional Medical Labs, P.C., | July 1970 to Jan 1977 |
| Battle Creek, Michigan | |

**Employment (continued):**

Peter J Stephens MD Page 2

| | |
|---|---|
| Quad Cities Pathologists Group,<br>Davenport, Iowa | February 1977 to Dec 1989 |
| Private Practice of Forensic Pathology<br>Bettendorf, Iowa | January 1990 to June 1991 |
| Weland Clinical Laboratory, PC<br>Cedar Rapids, Iowa | July 1991 to March 2001 |

**Miscellaneous Appointments:**

| | |
|---|---|
| Acting Iowa State Medical Examiner | 1984 |
| Deputy Iowa State Medical Examiner | 1985 - 1995 |
| Deputy Medical Examiner, Scott County, Iowa | 1983 - 1991 |
| Inspector, C.A.P. Lab. Accreditation Program | 1980 - 2001 |
| Inspector, A.A.B.B. I & A Program: | 1978 – 1989 |

**Hospital Staff Memberships:**

| | | |
|---|---|---|
| St. Luke's Hospital, Davenport, Iowa | (Active) | 1977 - 1990 |
| Mercy Hospital, Davenport, Iowa | (Active) | 1977 - 1991 |
| Muscatine Gen. Hospital, Muscatine, Iowa | (Active) | 1977 - March 2001 |
| Illini Hospital, Silvis, IL | (Courtesy) | 1990 - 1991 |
| Mercy Hospital, Cedar Rapids, Iowa | (Active) | 1991 - March 2001 |
| Sartori Memorial Hospital, Cedar Falls, Iowa | (Active) | 1991 - 1995 |
| Guttenberg Municipal Hospital, Guttenberg, IA | (Courtesy) | 1991 - March 2001 |
| Peoples Memorial Hospital, Independence, IA | (Courtesy) | 1991 - March 2001 |
| Med. Ctr. Of NE Iowa, Manchester, IA | (Courtesy) | 1991 - March 2001 |
| Mercy Hospital, Oelwein, IA | (Courtesy) | 1991 - March 2001 |
| Community Memorial Hospital, Sumner, IA | (Courtesy) | 1991 - March 2001 |
| Palmer Lutheran Health Ctr., West Union, IA | (Courtesy) | 1991 - March 2001 |
| Central Community Hospital, Elkader, IA | (Courtesy) | 1991 - March 2001 |
| Chief of Staff, Muscatine General Hospital, | | 1980 - 1982 |

**State Medical Licensure:**
Indiana, Wisconsin
Inactive in Ontario (Canada), Illinois, Iowa, Michigan, Minnesota and Vermont.

**Memberships in Professional Organizations:**

| | | |
|---|---|---|
| American Medical Association | (Member) | 1970-Present |
| Mitchell-Yancey County (N.C.) Medical Society | (Member) | 2002-Present |
| College of American Pathologists | (Emeritus Fellow) | 1970-Present |
| American Society of Clinical Pathologists | (Fellow) | 1970-2001 |
| Iowa Association of Pathologists | (Member) | 1977-2001 |
| Iowa Association of Pathologists | (President) | 1985-1987 |
| American Academy of Forensic Sciences | (Member) | 1985-Present |
| National Association of Medical Examiners | (Member) | 1985-Present |

**Clinical Research:**

Peter J Stephens MD Page 3

Pathology reviewer, Cedar Rapids Oncology Project,  1991 to March 2001

**Publications:**
Spontaneous rupture of the spleen in plasma cell leukemia.
Stephens PJ; Hudson P
Can Med Assoc J (Canada), Jan 1969, Vol.100 (1) p31-4

Carcinoma of the breast in childhood.
Oberman HA; Stephens PJ
Cancer (United States), Aug 1972, Vol. 30 (2) p470-4.

The correlation of promotion of tumour growth and of induction of hyperplasia in epidermal two-stage
carcinogenesis.
Frei JV; Stephens P
Br J Cancer (England), Mar 1968, Vol. 22 (1)  p83-92.

Rectal impaction following concrete enema.
Stephens PJ and Taff ML
Am J For Med and Pathology, June 1987, Vol. 8(2):179-182.

A case of autoerotic asphyxia with multiplex paraphilias
Boglioli LR, Taff ML, Stephens PJ and Money ML
Am J For Med and Pathology.   Vol. 20(3):274-276 (1999)

Four Deaths Due to Carbon Monoxide Poisoning in Car Washes
Carson, H.J. & Stephens, P.J.Am J For Med and Pathology.  Vol. 12(1):64-73      (1999)

Making allegations without due care is wrong.
Stephens, PJ   BMJ. 2005 Jun 25;330(7506):1508.  (Invited letter)

**Miscellaneous:**

| | |
|---|---|
| Senior Aviation Medical Examiner, Federal Aviation Administration, | 1974-1991 |
| U.S. (FAA) Commercial & Instrument Pilot Certificate | |
| Associate Staff, Transportation Safety Institute, Okla. City, OK | July 1990 |
| Member, Rotary Club of Davenport, Iowa | 11/89 to 6/91 |
| Member, Iowa Medical Delegation to Stavropol, Russia | March 1994 |