ORIGINAL ARTICLE

*B 8*

# Case Analysis of Brain-Injured Admittedly Shaken Infants
## 54 Cases, 1969–2001

*Jan E. Leestma, MD, MM*

**Abstract:** The English-language medical case literature was searched for cases of apparent or alleged child abuse between the years 1969 and 2001. Three-hundred and twenty-four cases that contained detailed individual case information were analyzed yielding 54 cases in which someone was recorded as having admitted, in some fashion, to have shaken the injured baby. Individual case findings were tabulated and analyzed with respect to shaking as being the cause for the injuries reported. For all 54 admittedly-shaken-infant cases, the provided details regarding the shaking incidents and other events are reported. Data in the case reports varied widely with respect to important details. Only 11 cases of admittedly shaken babies showed no sign of cranial impact (apparently free-shaken). This small number of cases does not permit valid statistical analysis or support for many of the commonly stated aspects of the so-called shaken baby syndrome.

**Key Words:** shaken baby syndrome, child abuse, inflicted brain injury, retinal hemorrhage, pediatric head injury

*(Am J Forensic Med Pathol 2005;26: 199–212)*

In recent years, the term *battered baby* has given way to the term *shaken baby* as a label for infants or young children who have apparently suffered inflicted injuries at the hands of parents, caregivers, or others. The assertion is broadly held by many physicians that the physical act of shaking an infant may, by itself, cause serious or fatal injuries[1–4] but may be accompanied by impacts, referred to by some as the "shaken-impact" syndrome.[5] Some have maintained[3,6] that shaking and impact have essentially the same effect and produce "rotational" cranial injury by virtue of their individual or combined mechanical forces. The clinical findings in children younger than 2 years of age of subdural hematoma, cerebral edema and/or ischemia, retinal hemorrhages, retinal folds,

with or without subarachnoid hemorrhages, with or without evidence of cranial trauma are said to characterize the "shaken" baby. This constellation of findings is said not to occur with short falls, seizures, accidents, or other innocent events, rather are regarded by many as virtually diagnostic of the "shaken baby syndrome."[1–3,6] Currently, there are wide differences of opinion regarding the supposed syndrome within the medical and legal communities.

As a general principle, to discover possible causal mechanism(s)[3,6] behind any disease process it is common to select cases that unequivocally have the disease or condition in question and then study them in a variety of ways to discover common features and historical facts that might lead to a possible cause or causes for the condition. As is often the case, this undertaking initially involves a retrospective analysis, the analytical perils of which are well documented.[7] It is rarely sufficient for rigorous scientifically acceptable proof of causality to rely only upon retrospective case studies, which are very often little more than anecdotal reports; nevertheless, as a *starting point* this method has merit. Eventually, more rigorous methods must be employed to meet the standards of veracity for causality demanded by modern science. Experimental studies with appropriate controls and experimental design can provide support for, or invalidate, a causal theory. Other nonexperimental validation methods may fall under the rubric of "evidence-based medicine,"[7,8] which demands elimination of various forms of bias and error, the use of control groups, multiple independent studies, careful attention to data collection and analysis, and other often difficult, time-consuming, and expensive methods. Until there is sufficient scientifically rigorous support for a causal hypothesis and until all attempts at falsification of it have failed, the hypothesis must be regarded as unproven.[9] The so-called shaken baby syndrome is no exception to these requirements.

The goal of this study is to collect and analyze as many published alleged child-abuse cases in the English-language medical literature in which shaking may have been involved and to determine how many case reports recounted a confession or admission by a caregiver of having shaken the injured baby in some fashion. This fundamental selection criterion (shaking) was critical to evaluating conclusions

Manuscript received December 13, 2004; accepted January 10, 2005.
From the Department of Pathology, Children's Memorial Hospital, Chicago, Illinois.
Reprints: Jan E. Leestma, MD, MM, 1440 North Kingsbury Street, Suite 210, Chicago IL, 60622. E-mail: Jleestma@aol.com.
Copyright © 2005 by Lippincott Williams & Wilkins
ISSN: 0195-7910/05/2603-0199
DOI: 10.1097/01.paf.0000164228.79784.5a

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Case 3:14-cv-00047-TJC-PDB   Document 3-4   Filed 01/13/14   Page 2 of 23 PageID 153

regarding this alleged mode of injury and the features of the syndrome that are popularly accepted. Given an admission by someone of shaking in a case, the author then sought to determine what this population of children looked like in terms of the recounted shaking episode, clinical history, clinical findings, pathology, and outcome. The author sought to determine, if the case base supported or could support any of the conclusions widely held about the so-called shaken baby syndrome. Key among these were shaking causes intra-cranial brain injuries, subdural hemorrhages, retinal hemorrhages, retinal folds, and brain swelling; when a child is shaken vigorously, it becomes unconscious immediately, and the seriousness of its condition is obvious. If these assertions were true, it should be borne out in the statistical analysis of published cases, though there would still be concerns of validity because of the nature of the case study methods in the original publications.

## MATERIALS AND METHODS

The author reviewed the English-language peer-reviewed medical literature from 1969–2001, in which the title of the article or its implied subject matter dealt with the so-called shaken baby syndrome, "whiplash" shaking, inflicted cranial injury, etc. Articles were identified using a "branching" approach: searching cited articles in the most recent publications and working backward. MEDLINE and other computerized databases were also searched for citations possibly not quoted by known articles. A hard copy of every cited article identified was collected, reviewed, and analyzed by the author.

While there were hundreds of articles over the past 30-plus years that fitted the basic selection criteria, only those that included sufficient individual case data with respect to age, sex, and basic historical information, including clinical and pathologic findings, were selected for analysis. Regrettably, many articles relating to the "shaken baby syndrome" described cases in lumped table formats or statistical formats that did not permit individual case assessment or critical examination of the data and were therefore not incorporated into this analysis. A key element that was searched for was whether anyone was on record as having *admitted* to shaking the baby victim in any fashion, since this is the presumed independent variable of possible causality. Most commonly, articles listed their criteria for the label of "shaken baby" syndrome as having been based upon inference or presumptive evidence such as judgment of an individual or panel of child abuse experts, pathologists, social workers, ophthalmologists, emergency room physicians, radiologists, etc[10–15] but did not report what the perpetrator *actually did or confessed to.*

Case reports and series that did have sufficient individual case information were excerpted for a series of vital data that were reduced to tabular format for specific case categories. Case data were recorded and analyzed with the aid of the Statistical

TABLE 1. Tabular Listing of Clinical and Pathological Variables for the Entire 54 Admittedly Shaken Babies, the Cases of Hadley et al,[15] 41/54 Cases (Excepting the Hadley et al Cases), the 12 Admittedly Shaken Babies With Evidence of Cranial Impact, and the 11 Admittedly Shaken Babies Without Evidence of Impact to the Cranium

| Variable | Admittedly Shaken, No Impact, n = 11 | | Admittedly Shaken, With Impact, n = 12 | | Admittedly Shaken, Ex-Hadley et al Cases, n = 41 | | Apparently Shaken, Hadley et al, n = 13 | | The Admittedly "Shaken" Cases, n = 54 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% |
| Age in months, mean | 10 (90.9) | 5.1 mo | 12 (100) | 9.3 mo | 40 (97.6) | 7.3 mo | 13 (100) | 5.7 mo | 53 (98.1) | 6.9 mo |
| Sex, M/F | 11 (100) | 3/8 | 12 (100) | 8/4 | 41 (100) | 21/20 | 13 (100) | 7/6 | 54 (100) | 28/26 |
| Consciousness | 11 (100) | | 11 (91.7) | | 34 (82.9) | | 13 (100) | | 47 (87) | |
| Normal | | 2 (18.2) | | 3 (27.3) | | 5 (14.7) | | 0 | | 5 (10.6) |
| Obtunded | | 4 (36.4) | | 1 (9.1) | | 6 (17.6) | | 7 (53.9) | | 13 (27.7) |
| Coma | | 5 (43.5) | | 7 (63.6) | | 23 (67.6) | | 6 (46.2) | | 29 (61.7) |
| Respiration | 8 (72.7) | | 6 (50) | | 22 (53.87) | | 0 | | 22 (40.7) | |
| Normal | | 4 (50) | | 0 | | 4 (18.2) | | | | 4 (18.2) |
| Distress | | 2 (25) | | 2 (33.3) | | 10 (45.5) | | | | 10 (45.5) |
| Apnea | | 2 (25) | | 4 (66.7) | | 8 (36.4) | | | | 8 (36.4) |

*(continued)*

© 2005 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

© 2005 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

The American Journal of Forensic Medicine and Pathology • Volume 26, Number 3, September 2005 Brain-Injured Shaken Infants

**TABLE 1.** (*continued*) Tabular Listing of Clinical and Pathological Variables for the Entire 54 Admittedly Shaken Babies, the Cases of Hadley et al,[16] 41/54 Cases (Excepting the Hadley et al Cases), the 12 Admittedly Shaken Babies With Evidence of Cranial Impact, and the 11 Admittedly Shaken Babies Without Evidence of Impact to the Cranium

| Variable | Admittedly Shaken, No Impact n = 11 | | Admittedly Shaken, With Impact n = 12 | | Admittedly Shaken, Ex-Hadley et al Cases n = 41 | | Apparently Shaken, Hadley et al n = 13 | | The Admittedly "Shaken" Cases n = 54 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% | Valid Cases, No./% | Incid., No./% |
| Vomiting | 7 (63.6) | 2 (28.6) | 2 (16.7) | 0 | 11 (26.8) | 4 (36.8) | 0 | | 11 (20.4) | 4 (36.4) |
| Seizures | 8 (72.7) | 5 (62.5) | 5 (41.7) | 5 (100) | 21 (51.2) | 17 (81) | 13 (100) | 13 (100) | 34 (63) | 30 (88.2) |
| Symptoms | 4 (36.4) | | 4 (33.3) | | 12 (29.3) | | 0 | | 12 (22.2) | |
| Immediate | | 0 | | 2 (50) | | 2 (16.7) | | | | 2 (16.7) |
| Hour/hours | | 0 | | 1 (25) | | 3 (25) | | | | 3 (25) |
| Day | | 1 (25) | | 0 | | 3 (25) | | | | 3 (25) |
| Days | | 2 (50) | | 1 (25) | | 3 (25) | | | | 3 (25) |
| Month | | 1 (25) | | 0 | | 1 (8.3) | | | | 1 (8.3) |
| Retinal hemorr. | 9 (81.8) | 9 (100) | 9 (75) | 9 (100) | 33 (80.5) | 33 (100) | 13 (100) | 13 (100) | 46 (85.2) | 46 (100) |
| Vitreous hemorr. | 3 (27.3) | 3 (100) | 4 (33.3) | 4 | 10 (24.4) | 10 (100) | 0 | | 10 (18.5) | 10 |
| Retinal fold | 0 | | 2 (16.7) | 2 | 2 (4.9) | 2 | 0 | | 2 (3.7) | 2 |
| Retinal detachment | 1 (9.1) | 1 | 1 (8.3) | 1 | 3 (7.3) | 3 | 0 | | 3 (5.6) | 3 |
| Papilledema | 1 (9.1) | 1 | 0 | | 1 (2.4) | 1 | 0 | | 1 (1.9) | 1 |
| Acute SDH | 10 (90.9) | 6 (60) | 10 (83.3) | 8 (80) | 34 (82.9) | 26 (76.5) | 13 (100) | 13 (100) | 47 (87) | 39 (83) |
| Chronic SDH | 4 (36.4) | 1 | 2 (16.7) | 0 | 12 (29.3) | 4 (33.3) | 0 | | 12 (22.2) | 4 |
| Spinal EDH/SDH | 0 | | 0 | | 0 | | 13 (100) | 12 (92.3) | 6 (11.1) | 5 |
| Spinal cord injury | 0 | | 0 | | 0 | | 6 (53.8) | 4 (66.7) | 6 (11.1) | 4 |
| Cerebral edema | 5 (45.5) | 3 (60) | 3 (25) | 3 | 15 (36.6) | 13 (86.7) | 0 | | 15 (27.8) | 13 (86.7) |
| Subarach. hemorr. | 8 (72.7) | 6 (75) | 5 (41.7) | 4 | 21 (51.2) | 18 (8.7) | 13 (100) | 10 (76.9) | 34 (63) | 28 (82.4) |
| Cerebral hemorr. | 7 (63.6) | 2 (28.6) | 4 (33.3) | 3 (75) | 20 (48.8) | 12 (60) | 13 (100) | 9 (69.2) | 33 (61.1) | 21 (63.6) |
| Cerebral vein/sinus thrombosis | 0 | | 1 (8.3) | 1 | 2 (4.9) | 2 | 0 | | 2 (3.7) | 2 |
| Skull fracture | 11 (100) | 0 | 8 (66.7) | 6 (75) | 24 (58.5) | 6 (25) | 6 (46.2) | 0 | 30 (55.6) | 6 (20) |
| Scalp injury | 11 (100) | 0 | 8 (66.7) | 6 (75) | 21 (51.2) | 6 (28.6) | 0 | | 21 (38.9) | 6 (28.6) |
| Facial injury | 11 (100) | 0 | 10 (83.3) | 7 (70) | 23 (56.1) | 7 (30.4) | 0 | | 23 (42.6) | 7 (30.4) |
| Acute rib fracture(s) | 10 (90.9) | 0 | 4 (33.3) | 2 | 16 (39) | 2 (12.5) | 0 | | 16 (29.6) | 2 (12.5) |
| Old rib fracture(s) | 8 (72.7) | 1 (12.5) | 4 (33.3) | 2 | 14 (34.1) | 3 (21.4) | 0 | | 14 (25.9) | 3 (21.4) |
| Body injury | 11 (100) | 3 (27.3) | 7 (58.3) | 6 (85.7) | 25 (61) | 14 (56) | 0 | | 25 (46.3) | 14 (56) |
| Extremity injury | 10 (90.9) | 2 (20) | 5 (41.7) | 4 (80) | 20 (48.8) | 9 (45) | 0 | | 20 (37) | 9 (45) |
| Head impact* | 11 (100) | 0 | 12 (100) | 12 | 30 (73.2) | 12 (40) | 6 (46.2) | 6 | 36 (66.7) | 12 (33.3) |
| History of abuse | 4 (36.4) | | 4 (33.3) | | 13 (31.7) | | 0 | | 13 (24.1) | |
| Prior | | 2 | | 4 | | 9 (69.3) | | | | 9 (69.2) |
| Subsequent | | 2 | | 0 | | 4 (30.8) | | | | 4 (30.8) |
| History of sibling abuse | 1 (9.1) | 1 | 2 (16.7) | 2 | 7 (17.4) | 7 | 0 | | 7 (13) | 6 |
| Outcome | 11 (100) | | 12 (100) | | 41 (100) | | 13 (100) | | 54 (100) | |
| Alive | | 4 (36.4) | | 1 (8.3) | | 9 (22) | | 5 (38.5) | | 9 (16.7) |
| Alive/deficits | | 4 (36.4) | | 5 (41.6) | | 14 (34.2) | | 0 | | 19 (35.2) |
| Dead | | 3 (27.3) | | 6 (50) | | 18 (43.9) | | 8 (61.5) | | 26 (48.1) |

Valid cases are those in which pro or con information was provided in the case reports for that variable and which can be used for computations. When a value for a variable was not provided, the case was considered "missing" for that variable and was not included for computations. Incidence percentages were not computed when the number of cases was considered too small since the result might be misleading.

*Head impact: a computed variable (if scalp or facial injury or skull fracture was present, head impact was assumed).

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

© 2005 Lippincott Williams & Wilkins

**TABLE 2.** Tabular Listing of 41/54 Cases (Excepting the Hadley et al[16] Cases) of Admittedly Shaken Babies Showing Individual Clinical and Pathological Findings

| Case Reference | Age in Months | Sex | Consciousness | Respiration | Vomiting | Seizure | Retinal Hemorrhage | Vitreous Hemorrhage | Retinal Fold | Retinal Detachment | Papilledema | Acute Subdural Hematoma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Guthkelch[18] | 6.0 | M | O | D | 0 | + | ? | ? | ? | ? | ? | + |
| Guthkelch[18] | 6.0 | M | ? | ? | + | + | + | ? | ? | ? | ? | + |
| Musbin[20] | 3.5 | M | O | ? | ? | + | + | + | ? | ? | ? | + |
| Caffey[4] | 0.4 | F | ? | D | ? | ? | + | ? | ? | ? | ? | + |
| Caffey | 2.8 | F | O | D | ? | ? | ? | ? | ? | ? | ? | + |
| Oliver[25] | 3.0 | F | C | N | ? | + | + | ? | ? | ? | ? | + |
| Oliver[25] | 3.5 | M | C | ? | ? | + | + | ? | ? | ? | ? | + |
| Ellison[27] | 2.5 | M | O | ? | ? | ? | ? | ? | ? | ? | ? | ? |
| Bennett[28] | 15 | F | C | D | ? | ? | + | ? | ? | ? | ? | 0 |
| Carter[32] | 4.0 | M | N | N | + | + | + | + | ? | ? | ? | + |
| Carter[32] | 4.0 | M | N | A | 0 | + | ÷ | + | ? | + | ? | + |
| Carter[32] | 4.0 | F | C | ? | ? | 0 | + | ? | ? | ? | ? | + |
| Bensted[33] | 2.0 | F | O | ? | ? | + | + | ? | ? | ? | ? | + |
| Bensted[33] | 5.0 | F | C | ? | ? | + | + | ? | ? | ? | ? | + |
| Bensted[33] | 9.0 | M | C | ? | ? | ? | + | ? | ? | ? | ? | + |
| Frank[34] | 3.0 | F | C | N | 0 | + | + | ? | ? | ? | ? | 0 |
| Frank[34] | 1.3 | F | C | N | 0 | + | + | ? | ? | ? | ? | 0 |
| Frank[34] | 4.0 | F | O | N | 0 | 0 | + | ? | ? | ? | ? | 0 |
| Eagan[35] | 11.0 | F | C | A | 0 | 0 | + | ? | ? | ? | ? | 0 |
| Eagan[35] | 10 | M | C | D | ? | 0 | + | ? | ? | ? | ? | 0 |
| Greenwald[37] | 2.0 | M | N | A | ? | ? | + | + | ? | ? | ? | + |
| Greenwald[37] | 8.0 | M | C | ? | + | + | + | + | ? | + | ? | + |
| Lambert[38] | 13 | F | C | ? | + | + | + | + | ? | + | + | + |
| Duhaime[41] | 3.0 | M | C | ? | ? | ? | ? | ? | ? | ? | ? | + |
| Duhaime[41] | 24 | M | C | ? | ? | ? | + | ? | ? | ? | ? | + |
| Duhaime[41] | 19 | F | C | ? | ? | ? | ? | ? | ? | ? | ? | + |
| Spaide[49] | 1.5 | F | ? | ? | ? | + | + | ? | ? | ? | ? | ? |
| Massicotte[52] | 9.0 | F | C | A | ? | ? | + | + | ? | + | ? | + |
| Zepp[53] | 3.5 | F | C | D | ? | ? | + | + | ? | ? | ? | ? |
| Zepp[53] | 4.0 | M | C | D | ? | ? | + | + | ? | ? | ? | 0 |
| Hasler[60] | 5.6 | F | ? | A | ? | + | + | + | ? | ? | ? | + |
| Becker[62] | 3.0 | M | C | ? | ? | ? | + | ? | ? | ? | ? | ? |
| Becker[62] | 3.0 | M | C | D | + | ? | + | + | ? | ? | ? | ? |
| Becker[62] | ? | F | O | ? | ? | ? | + | ? | ? | ? | ? | ? |
| Kivlin[67] | 29 | F | C | ? | ? | ? | + | ? | + | ? | ? | ? |
| Kleinman[48] | 4.0 | M | C | A | ? | ? | + | + | ? | ? | ? | + |
| Kleinman[48] | 5.0 | M | C | A | ? | ? | + | ? | ? | ? | ? | + |

(continued)

F indicates female; M. male. Variables (+. present; 0, absent; ?, unknown or missing): consciousness (C, coma; N, normal; O, obtunded/lethargic); respiration (A, apnea; D, distress; N, normal); outcome (A, alive and well; AI, alive but neurologically impaired; D, dead).

© 2005 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

The American Journal of Forensic Medicine and Pathology • Volume 26, Number 3, September 2005 Brain-Injured Shaken Infants

**TABLE 2.** (continued)   Tabular Listing of 41/54 Cases (Excepting the Hadley et al[16] Cases) of Admittedly Shaken Babies Showing Individual Clinical and Pathological Findings

| Case Reference | Chronic Subdural Hematoms | Cerebral Edema | Subarachnoid Hemorrhage | Cerebral Hemorrhage | Skull Fracture | Scalp Injury | Facial Injury | Recent Rib Fracture(s) | Body Injuries | Extremity Injuries | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Guthkelch[18] | ? | ? | ? | + | 0 | 0 | 0 | 0 | 0 | 0 | D |
| Guthkelch[18] | ? | ? | ? | ? | 0 | ? | 0 | ? | 0 | | A |
| Mushin[20] | ? | ? | + | + | 0 | 0 | 0 | ? | + | ? | D |
| Caffey[4] | ? | ? | ? | ? | 0 | ? | ? | ? | + | ? | D |
| Caffey | ? | ? | + | 0 | 0 | 0 | 0 | ? | + | + | D |
| Oliver[25] | ? | ? | ? | ? | + | 0 | ? | ? | ? | | AI |
| Oliver[25] | ? | ? | + | ? | 0 | ? | + | + | ? | + | AI |
| Ellison[27] | ? | + | ? | + | + | ? | + | + | + | | AW |
| Bennett[28] | 0 | + | 0 | 0 | 0 | ? | ? | ? | ? | ? | AW |
| Carter[32] | ? | + | 0 | ? | 0 | 0 | 0 | 0 | 0 | 0 | AW |
| Carter[32] | ? | ? | ? | 0 | + | 0 | 0 | 0 | 0 | 0 | AI |
| Carter[32] | ? | ? | ? | ? | 0 | 0 | 0 | 0 | + | 0 | AI |
| Bensted[33] | ? | ? | + | + | ? | ? | ? | ? | ? | ? | D |
| Bensted[33] | ? | ? | ? | ? | ? | ? | ? | ? | + | ? | D |
| Bensted[33] | ? | ? | ? | + | ? | ? | ? | ? | + | + | D |
| Frank[34] | 0 | + | + | 0 | 0 | 0 | 0 | 0 | 0 | ? | AI |
| Frank[34] | 0 | ? | + | 0 | 0 | 0 | 0 | 0 | 0 | 0 | AI |
| Frank[34] | + | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | AI |
| Eagan[35] | 0 | 0 | + | 0 | 0 | 0 | 0 | 0 | 0 | 0 | AW |
| Eagan[35] | ? | ? | + | ? | ? | ? | ? | ? | ? | ? | D |
| Greenwald[37] | ? | ? | ? | ? | 0 | 0 | 0 | 0 | 0 | 0 | AW |
| Greenwald[37] | 0 | ? | ? | 0 | 0 | 0 | ? | 0 | 0 | 0 | AI |
| Lambert[38] | ? | + | + | ? | 0 | 0 | 0 | 0 | + | + | D |
| Duhaime[41] | ? | + | + | + | ? | ? | ? | ? | + | ? | D |
| Duhaime[41] | ? | + | + | ? | ? | + | ? | ? | + | ? | D |
| Duhaime[41] | ? | ? | + | + | + | + | ? | ? | ? | ? | D |
| Spaide[49] | + | ? | ? | + | ? | ? | ? | ? | ? | ? | AI |
| Massicotte[52] | ? | + | + | ? | + | + | + | + | + | + | D |
| Zepp[53] | ? | + | + | ? | ? | ? | ? | ? | ? | ? | AI |
| Zepp[53] | 0 | + | + | ? | ? | ? | ? | ? | + | + | AI |
| Haseler[60] | ? | + | ? | ? | 0 | ? | ? | 0 | ? | ? | AW |
| Becker[62] | ? | + | ? | + | ? | ? | 0 | ? | 0 | 0 | D |
| Becker[62] | ? | + | ? | ? | ? | ? | ? | ? | ? | ? | D |
| Becker[62] | ? | ? | + | + | 0 | 0 | 0 | 0 | 0 | 0 | AW |
| Kivlin[67] | ? | ? | ? | + | ? | + | + | ? | + | + | D |
| Kleinman[48] | ? | + | ? | ? | 0 | + | + | 0 | + | + | D |
| Kleinman[48] | ? | ? | ? | ? | 0 | 0 | ? | 0 | ? | + | D |

*Leestma*                     *The American Journal of Forensic Medicine and Pathology* • Volume 26, Number 3, September 2005

Package for the Social Sciences (SPSS-PC) data analysis and statistical program package. The Pearson bivariate correlation methodology for rank-ordered variables was used within the SPSS-PC program. The data recorded included and analyzed, in addition to basic demographic data, details on what the presenting symptoms and signs were, time course of processes, a listing of injuries both internal and external of the nervous system, eyes, and other organs, and outcome.

The cases were subdivided into categories: (1) those cases where someone was reported to have admitted shaking the baby, regardless of circumstance and where there was no evidence of cranial impact (no skull fracture, no scalp or facial injuries recorded); (2) those cases where shaking was admitted and there was evidence of head impact reported; (3) the cases of Hadley et al,[16] in which shaking may or may not have occurred but in which spinal injury was thought to have occurred. All these data are reported in condensed table form (Table 1). A short, often verbatim, synopsis of each case of the injury circumstances in each of the 54 admitted shakings is presented, along with the other facts of the case, in Table 2. A correlation matrix for all variables that had significant bivariate correlations to at least the 0.05 level is presented in Table 3.

## RESULTS

Of the 324 cases extracted from 57 published papers between the years 1969 and 2001, 54 of the cases reported contained specific information that someone had shaken the victim in some manner, regardless of what else might or was admitted to have happened.[4,14,16–70] The cases with no admission of shaking (270 cases) were analyzed also but will be compared with the 54 cases and reported with correlations and conclusions in a separate publication. It should be stated that the majority of alleged "shaken baby" cases do not contain an actual admission on the part of a caregiver of having shaken the victim, rather that shaking was imputed, suspected, or "determined" in some manner.

With respect to the 54 admittedly shaken cases, there were 13 cases reported by Hadley et al,[16] which were analyzed separately and together with the remaining 41 cases. Of the 41 cases (ex. Hadley et al[16]) 11 cases apparently did not have evidence of cranial impact (no scalp or facial bruising by inspection (if the child survived) or by autopsy and no evidence of skull fracture). Twelve of the 41 did have evidence of cranial impact injury. Eighteen of the 41 cases did not have information provided in the case reports referable to the issue of cranial impact (invalid cases for this variable). The 13 cases of Hadley et al[16] were analyzed separately from the 41 cases because it could not be determined from the reports if, in fact, the child had actually been admittedly shaken. The manner of these case presentations and discussion was confusing and contradictory; thus, this author could not determine the veracity of the basic selection criterion of shaking yet felt compelled to include these cases, if for no other reason than shaking was said to have been the cause of spinal injuries in this group of children. Comparisons between the groups and the entire 54 cases (including Hadley et al[16]) are presented in Table 1.

## Case Details for the 54 Admittedly Shaken Babies

### The Cases of Guthkelch (1971)[18]

In case 1, the mother said that the baby had had several "fits" and she feared he was going to choke, so she shook him several times to try to clear his throat, whereupon he went into convulsions. The mother admitted the possibility of innocent, though thoughtless, actions on the baby.

In case 2, the mother denied striking or beating the child but admitted she and her husband "might have" shaken the baby after he cried at night. Oval bruises matching finger pads were found on forearms of the baby.

### The Case of Mushin and Morgan (1971)[20]

In this case, the father admitted to strangling the baby with a blanket and then spent the remainder of the night shaking the baby in an attempt to revive him. Pharyngeal bruising and hemorrhages were noted at autopsy and "extensive" bruising, sites not specified, was noted as well.

### The Cases of Caffey (1974)[4]

In the case of baby "H," the information about the case strongly implies that the baby's nurse, who confessed to shaking most of the babies in her care, as well as performing other physical actions, such as pounding on the back, shook this baby. Autopsy was reported to show a liver laceration with hemorrhage, as well as intracranial injuries, as shown in Table 2. Apparently, no sign of external injury was noted. In the case of baby "K," specifics of the shaking were provided by the same nurse involved with baby "H." In this case, the nurse shook the baby until her head "bobbed" and she became faint because she did not drink her bottle. In this case, there was no sign of external trauma but intracranial injuries were present, as noted in Table 2.

### The Cases of Oliver (1975)[25]

In case 1, the mother admitted to shaking the baby, throwing it, and possibly swinging it against an object. There was a "long" delay between infliction of the injuries and when hospitalization occurred. The child had been having "fits" and had been refusing to eat. Skull fractures and other injuries were noted along with other details provided in Table 2. In case 2, the baby victim had been battered by the mother with blows of the fist and by shaking. There were bruises to arm and cheek, as well as scratches to chest and abdomen. Old rib fractures were also noted.

204                                                    © *2005 Lippincott Williams & Wilkins*

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 26, Number 3, September 2005 *Brain-Injured Shaken Infants*

### The Case of Ellison et al (1978)[27]

In case 3, the father admitted that while shaking the baby, his head struck a hard surface. Generalized bruising was found with ecchymoses on buttocks, both forearms and frontal scalp. A coagulation profile was normal. There were skull fractures, multiple rib fractures, and evidence of recent and older long-bone injuries (Table 2).

### The Case of Bennett and French (1980)[28]

The child was admitted flaccid and in coma, with injuries noted in Table 2. During the hospital stay, nurses observed the father to violently shake the baby by her arms because she had not finished her lunch. The father admitted to shaking in this fashion on many prior occasions. Skull films showed widened sutures but no fracture, and other radiographs showed old fractures of long bones and clavicle.

### The Cases of Carter and McCormick (1983)[32]

In case 2, the mother of the baby admitted shaking the child to quiet its crying. There were multiple old rib fractures and other injuries as noted. In case 3, the child was said to have fallen off a bed 3 days prior to admission to hospital. The child at that time was limp but eventually recovered. Three days later, the child began having seizures. Examination revealed a bruise on the back and a scrape on the forehead but little else externally. There was a skull fracture and evidence of older long-bone injury, subdural hematoma, and retinal hemorrhages. Both parents admitted to having shaken the baby. In case 4, the father admitted to violently shaken the baby during an apneic spell in an attempt to revive her. The child did not have fractures but had many bruises of the neck and abdomen, subdural hematoma, and retinal hemorrhages. The child was returned to the family. At 6 months of age, the child was readmitted to hospital with a hyphema of the right eye, fracture of the left radius, and bruising to the face. More details are found in Table 2.

### The Cases of Benstead (1983)[33]

In case 1, the child was admitted semiconscious with seizures and died. Four years after the child's death, a sibling was treated for a broken leg. At that time, the father was questioned again about the dead child and admitted to "viciously" shaking the child at the time. In case 2, the child had been irritable for the day prior to admission and had been crying inconsolably. There was a "scuff" mark across the right chest but no other external injury. Internally, there were hemorrhages in both psoas muscles and other retroperitoneal tissues. The father admitted to shaking the child during one of her "fits" to quiet her. In case 3, the child was admitted to hospital posturing and uncon-

scious. He had apparently been normal 2 hours before. The baby had a tiny bruise above the left eye and a bruise on the right upper arm. There was a sagittal sinus thrombosis found at autopsy. The mother admitted losing her temper and throwing the child across the room to a sofa and also admitted violently shaking the child. More details are found in Table 2.

### The Cases of Frank et al (1985)[34]

In case 1, the mother of the baby admitted to having violently shaken her. Papilledema may have been noted ("disc margins obscured by edema"). The injuries of the child are listed in Table 2. Studies indicated probable sagittal sinus/venous thrombosis. In case 2, the child was said to have fallen off a kitchen table, but later parents admitted to having shaken the baby because she cried. The child had apparently not lost consciousness after the shaking but by the next day was feeding poorly and developed focal seizures. No evidence of external trauma was found on admission. The child survived with brain atrophy and neurologic deficits. In case 4, the father admitted to shaking the baby because she annoyed him. The child was hospitalized with seizures. There were bilateral retinal hemorrhages; dilated retinal veins; scattered red, round, and raised papilla-like bleed foci in the retina, with scattered flame-shaped retinal hemorrhages with foci of pallor. CT scan showed subdural effusions. Apparently, the child was returned to the family but was readmitted at 10 months of age with a fractured femur. A sibling was also treated for abuse.

### The Cases of Eagan et al (1985)[35]

In case 1, the baby was admitted comatose and not breathing. The baby was said to have fallen from a couch to the floor and become unconscious. The child had been admitted several times in the past for traumatic incidents allegedly including several falls. The stepfather of the baby admitted he had shaken the child to waken her from a nap and then had slapped her. Two months later, the child was readmitted unresponsive. The stepfather admitted to spanking the child and "spinning her around," after which she became unconscious. In case 3, the father reported that the child was placed in an armless chair while he took a nap. The child may have fallen from the chair and had become lodged between 2 other pieces of furniture. On questioning, the father admitted to have shaken the child back and forth to calm him. The child had healing fractures of the left arm. Siblings showed evidence of abusive injuries. Table 2 contains more details.

### The Cases of Greenwald et al (1986)[37]

In case 2, the foster mother of the child admitted to shaking the baby in an attempt to stop seizures he was having. He had had seizures since age 4 months and may have been abused in his original home. After other injuries to the child,

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

206

Leestma

The American Journal of Forensic Medicine and Pathology • Volume 26, Number 3, September 2005

**TABLE 3.** Tabular Correlation Matrix Derived From Pearson Bivariate Correlation Computation for Variables That Had Statistically Significant Correlations to at Least the 0.05 Level Using SPSS-PC Statistical Program

| Variables | Age | Consciousness | Respiration | Seizure | Symptom Delay | Acute SDH | Chronic SDH | Spine Injury | Cord Injury | Cerebral Edema | SAH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | X | • | | | | | | | | | |
| Consciousness | • | X | | | | | | | | | |
| Respiration | | | X | | | • | | | | | |
| Seizure | | | | X | | | | | | • | |
| Symptom delay | | | | | X | | # | | | • | |
| Acute SDH | | | • | | | X | | | | | |
| Chronic SDH | | | | | | | X | | | | |
| Spine injury | | | | | | | | X | • | | • |
| Cord injury | | | | | | | | • | X | | # |
| Cerebral edema | | | | • | • | | | | | X | X |
| SAH | | | | | | | | • | # | | X |
| Brain hem. | | | | | | • | | | | | |
| Skull fx | | | • | | | | | | | | |
| Acute rib fx | | | | | | | | | | | |
| Old rib fx | | | | | | | | | | | |
| Other fx | | | | | | | | | | | |
| Scalp injury | • | | | | | | | | | | |
| Face injury | | | | | | | | | | | |
| Body injury | | • | | | | | | | | | |
| Extremity injury | | | | | | | | | | | |
| Internal injury | | | | | | | | | | | |
| Head impact | | | | | | | | | | | |
| Outcome | | | | | | • | | | | | |

(continued)

*Indicates correlation significance to the 0.05 (2-tailed) level, and # indicates correlation significance to the 0.01 or better (2-tailed) level.

Fx indicates fracture; SAH, subarachnoid hemorrhage; SDH. subdural hematoma.

Definitions: Consciousness, level of consciousness at admission; respiration, respiratory status on admission; seizure, presence or absence of seizures on admission; symptom delay. time elapsed between incident and appearance of symptoms or hospitalization; head impact, computed variable positive if case had scalp hemorrhage, and/or facial bruising, and/or skull fracture; outcome, alive or dead.

© 2005 Lippincott Williams & Wilkins

© 2005 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

The American Journal of Forensic Medicine and Pathology • Volume 26, Number 3, September 2005 Brain-Injured Shaken Infants

**TABLE 3.** (continued) Tabular Correlation Matrix Derived From Pearson Bivariate Correlation Computation for Variables That Had Statistically Significant Correlations to at Least the 0.05 Level Using SPSS-PC Statistical Program

| Variables | Brain Hem. | Skull Fx | Acute Rib Fx | Old Rib Fx | Other Fx | Scalp Injury | Face Injury | Body Injury | Extremity Injury | Internal Injury | Head Impact | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | | | | | | # | | | | | | |
| Consciousness | | | | | | | | • | | | | # |
| Respiration | | • | | | | | | | | | | |
| Seizure | | | | | | | | | | | | |
| Symptom delay | | | | | | | | | | | | |
| Acute SDH | | | | | | | | | | | | # |
| Chronic SDH | | | | | | | | | | | | |
| Spine injury | | | | | | | | | | | | |
| Cord injury | | | | | | | | | | | | |
| Cerebral edema | | | | | | | | | | | | |
| SAH | | | | | | | | | | | | |
| Brain hem. | X | | | | | | | | | # | | • |
| Skull fx | | X | # | | # | # | | | | | # | |
| Acute rib fx | | # | X | • | • | # | # | • | | | # | |
| Old rib fx | | | | X | | | # | * | | | | |
| Other fx | | # | • | | X | # | | | # | | # | |
| Scalp injury | • | # | # | | # | X | # | # | • | | # | * |
| Face injury | | | # | # | | # | X | # | • | | # | |
| Body injury | | | • | | | # | # | X | # | | # | * |
| Extremity injury | | | | | # | • | • | # | X | | • | |
| Internal injury | # | | | | | | | | | X | | * |
| Head impact | | # | # | | # | # | # | # | • | | X | |
| Outcome | • | | | | | • | | • | | * | | X |

Leestma                    *The American Journal of Forensic Medicine and Pathology* • Volume 26, Number 3, September 2005

he was removed from the foster home and placed in another home. In case 5, the child was admitted apneic. CPR had been attempted by the father, and he had also shaken the baby in an attempt to revive him over a 10-minute period. The child had had prior apneic episodes. Subdural hematomas required repeated aspirations and shunts. The child was not examined by an ophthalmologist until 7 months of age. Table 2 contains more details.

### The Case of Lambert et al (1986)[38]

The baby had apparently been vomiting for 4 days prior to admission. The child's babysitter admitted shaking the child vigorously 4 days before admission. Examination showed ecchymoses over the sternum and other injuries as noted in Table 2. At autopsy papilledema was noted in one eye. The sternal injury was said to be consistent with 3–5 days' duration, as was the age of the subdural hematoma the child had.

### The Case of Alexander et al (1986)[39]

This 3 1/2-month-old boy had been irritable and "stiff," with shallow breathing. The father admitted "patting him, shaking him, and giving mouth-to-mouth resuscitation." The child had facial bruises, retinal hemorrhages, and bilateral subarachnoid and subdural hemorrhages but no fractures. Other details are found in Table 2.

### The Cases of Duhaime et al (1987)[41]

In case 3, the child apparently had a history of a fall or having been hit and admittedly shaken by someone (not specified). No apparent cranial impact was noted and no skull fracture seen. Apparently, no retinal hemorrhages were noted. Case 11 had a history of an apparent fall or having been hit and shaken by someone (not specified). Injuries are listed in Table 2. In case 13, the history was similar to both cases with an apparent fall and/or having been hit or shaken by someone (not specified). There were skull fractures, and other injuries were noted.

### The Case of Spaide et al (1990)[49]

This child may have fallen 6 weeks prior to admission from her crib to the floor. Subdural effusions were found on admission. The mother admitted that she shook the baby after she cried all day long and after, finally having fallen asleep, she was awakened by noises made by siblings and a church bell ringing. The mother lost her temper and was enraged and grabbed the baby and shook her. Other details are found in Table 2.

### The Case of Massicotte et al (1992)[52]

In case 2, the babysitter of the child said she had rolled off the couch and landed on her milk bottle or may have slipped while in the bathtub, hitting her head. The 12-year-old sitter later admitted to shaking the infant and throwing her to

the floor. There were skull fractures and multiple injuries listed in Table 2. There were optic nerve sheath hemorrhages; both eyes had perimacular folds and hemorrhages to the ora serrata in the eyes.

### The Cases of Zepp et al (1992)[53]

In case 1, the child had apparently been healthy until the day before admission, when she appeared sleepy and refused food; the next morning, the child could not be aroused. Ultrasound imaging indicated intracranial bleeding and a possible lesion in the medulla. Other lesions are listed in Table 2. The parents admitted they had vigorously shaken the baby. In case 2, the parents admitted to repetitively having shaken the baby because of crying. There were chest injuries. No apparent subdural hematoma was noted, though the brain was edematous and there was increased intracranial pressure and bilateral retinal and vitreous hemorrhages.

### The Case of Haseler et al (1997)[60]

In case 1, the child was said to have suffered a seizure after a 3-foot fall from a table, but one parent was reported to have witnessed the other parent severely shaking the infant. The child apparently was initially conscious but then went on to arrest. An MRI showed extradural and subdural collections, both of which eventually resolved without treatment. Table 2 contains further details.

### The Cases of Becker et al (1998)[62]

In case 1, the child was reported to have been crying inconsolably all day, with frantic sucking actions. In the evening, the father found the baby not breathing and slapped him on the back and tried mouth-to mouth resuscitation. He later admitted that he had "shaken the baby too much" during the incessant crying of the baby. No external signs of trauma were noted. Extensive intra- and pretertinal bleeding was noted in both eyes. In case 2, the baby had several episodes of vomiting and making "strange noises." The mother admitted to shaking the child because she thought he was suffocating. She said she held the baby by the chest and shook him. The child became cyanotic but responded to mouth-to-mouth resuscitation but then had respiratory failure again. Apparently both parents had shaken the child. There were no external signs of trauma. The child had a leg fracture and other injuries. In case 4, the parents of the baby were worried because the child did not awaken. The mother then shook the baby several times. The child then awakened but then lost consciousness and had a seizure. The mother said that she could not imagine that her shaking was that violent and denied intent to harm the child. Table 2 contains further details.

### The Case of Kivlin (1999)[67]

This 29-month-old female was admitted in coma, with extensive bruising of the head, face, limbs, and trunk. The

© 2005 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

The American Journal of Forensic Medicine and Pathology • Volume 26, Number 3, September 2005 Brain-Injured Shaken Infants

chest showed "loop-shaped" marks that were said to be pathognomonic for abuse. The wrists showed evidence of restraint injuries and many old burn marks. The baby's grandmother admitted to shaking the baby after being enraged at her resistance to toilet training and for swearing at her. The child apparently appeared dazed after the shaking and then fell down some stairs. The brain allegedly showed laceration of the corpus callosum. Little other information was provided (see Table 2). The eyes at autopsy showed evidence of retinal scarring and hemosiderin.

### The Cases of Hadley et al (1989)[16]

No specific incident data regarding shaking were provided, and there is doubt if shaking occurred (see Discussion below). The case data provided are summarized in Table 1. Of the 13 cases presented, only 6 had an autopsy performed. Very little data from the autopsies were provided, but it is said that none of the babies suffered a cranial impact. All of the infants had retinal hemorrhages, subdural hematomas, and presumed evidence of spinal injury.

### The Cases of Benzel and Hadden (1989)[47]

In case 5, a 9-month-old male allegedly fell from a bed. From the manner in which the information was provided in the paper, it appears that the baby's mother admitted shaking the baby in an attempt to revive it, possibly after the baby aspirated. This child apparently had no external injury but did have bilateral chronic subdural hematomas with an acute component on one side. It is not noted if the child had retinal hemorrhages. The child recovered with good neurologic status. In case 12, the baby was a 3-year-old female who experienced a seizure while eating and was shaken by a parent apparently after the child aspirated. The child had bilateral chronic subdural hematomas and apparently intraparenchymal brain hemorrhage. No mention is made of retinal hemorrhages. The child had multiple periosteal elevations in several long bones and burn on the flank. The child survived in a vegetative state. In case 19, the baby was a 6-month-old male who apparently choked while eating and was shaken by a parent in an attempt to revive it after aspiration. The child had a subarachnoid hemorrhage and facial bruises. No mention was made of retinal hemorrhages. The child survived but with poor neurologic status. Table 2 contains further details.

### The Cases of Kleinman et al[48]

In case 1, a 4-month-old male was admitted to the hospital in respiratory arrest with cerebral edema, probable subdural hematoma, retinal hemorrhages, and a healing tibial fracture. The baby died after 13 hours. There had been a previous admission with facial bruising. The father of the baby admitted that he held the baby in front of him and shook and squeezed him for 1 to 2 minutes. In case 2, a 5-month-old male was admitted in coma to the hospital after apparently

suddenly stopping breathing. The father admitted shaking the baby in an attempt to revive him. The baby had retinal hemorrhages, interhemispheric subdural hematoma, intraventricular hemorrhage, and several healing skeletal fractures. More details are found in Table 2.

### Clinical and Pathologic Findings in the 54 Cases

The characteristics of all 54 cases, as well as the various subcategories (the "Hadley" cases, those with and without apparent impact to the head) are tabulated in Table 1. The youngest case was about 2 weeks of age, and the oldest was 3 years of age. The average age of the 54 infants was 6.9 months, with the nonimpacted babies appearing to be younger than those with evidence of cranial impact. The male/female ratio was nearly equal. About 10% of shaken babies were apparently conscious at the time of admission and/or were never unconscious. The majority of shaken babies had respiratory difficulty or apnea on admission, but 18% did not. Seizures before, at, or after admission were very common (88%). For the 12 having actual pro or con (valid cases) information about the time course of development of symptoms, about 17% of babies apparently became ill proximate to the event, but delays of symptom appearance were very common (over 80% of cases). For the 46 cases for which some information was reported concerning retinal hemorrhages, all of these had some degree of retinal hemorrhaging in 1 eye or both eyes. There were 10 valid cases of vitreous hemorrhage, and all had this lesion; in the remainder no information was provided. There were only 2 cases reported with retinal folds and 3 cases with retinal detachments. Only 1 case was reported to have papilledema, but no data on this point were provided for the other 53 cases.

Information about acute subdural hemorrhage, unilateral or in multiple sites, was reported for 47 of 54 cases, and 83% of the cases valid for this variable had a subdural hemorrhage. Chronic subdural hematoma information was provided for 12 cases, but only 4 of these had this lesion. Comparatively little information was provided in the 54 cases concerning spinal skeletal or soft tissue or spinal cord injury (only 6, essentially the "Hadley" cases) in which 2 of 3 had some form of spinal trauma. Data about cerebral edema was provided for only 15 of 54 cases, but 87% of these cases had it in some form. Subarachnoid hemorrhage was reported in >80% of the 34 cases where information existed. Hemorrhage said to have been present in the brain tissue (so-called contusions) occurred in about the same percentage of valid cases. Cerebral venous/sagittal sinus thrombosis was rarely reported (only 2 cases). Skull fracture occurred in 6 of 30 valid cases for this variable. Similar occurrences of facial and scalp bruising were observed. Some form of head impact was found in 12 of the 36 valid cases for this "computed" variable. Recent rib fractures were present in 2 of 16 valid

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Case 3:14-cv-00047-TJC-PDB   Document 3-4   Filed 01/13/14   Page 12 of 23 PageID 163

cases, and older rib fractures were present in 3 of 14 valid cases for this variable. Injury to the trunk was present in 14 of the 25 valid cases for this variable, and fracture or soft-tissue injury to an extremity or extremities was present in 9 of 20 valid cases. Chronic abuse was noted in all the 13 valid cases for this variable, and sibling abuse was noted in 6 of the 7 cases where information was provided. Twenty-six infants died (48% mortality rate), 9 infants were alive and apparently well, but 19 (35%) were alive but had neurologic deficits of varying severity.

The corresponding data on the other groupings of cases are found in Table 1. An overview of the "shaken without apparent impact" (11 cases) and the "shaken with head impact" (12 cases) reveals that the nonimpact group appeared to be younger than the impacted group. They also presented with fewer and less serious clinical symptoms than the impacted group. The distribution of retinal pathology in impact versus nonimpact shaken babies is not very different. It should be noted that no retinal folds were found in the nonimpact babies and that the only cases with this pathology had evidence of head impact, but there were only 2 valid cases listed. Acute subdural hematomas were probably more common in the impacted babies than in the nonimpacted babies. The mortality rate for nonimpacted babies was 27% as compared with 50% for impacted babies. Apparently, no observation of spinal injury or cord injury was noted in any of the non–"Hadley" cases. The individual clinical and pathologic findings for all 54 cases can be found in Table 2.

## Statistical Correlations

The age of the baby correlated significantly to the 0.05 level with the state of consciousness at admission, meaning that lower levels of consciousness were more likely the older the baby was. Furthermore, a lower level of consciousness correlated with the presence of trunk trauma, as did the presence of rib fractures (old and new), evidence of scalp, face, and internal injuries, and a poor outcome. Scalp injury was most likely to be observed visually or at autopsy in the older rather than in the younger babies (<0.01). Respiratory difficulty on admission correlated (0.05 level) with the presence of an acute subdural hematoma and a skull fracture. In addition, acute subdural hematoma correlated with the likelihood of hemorrhage in the brain substance and a poorer outcome. Other correlations with brain tissue hemorrhage were scalp hematoma, poor outcome, and evidence of internal visceral injuries (<0.01 level). Seizures correlated with the presence of cerebral edema but not with any other variable. Cerebral edema correlated with delay in the appearance of symptoms (0.05 level) and with the appearance of seizures, as did the presence of a chronic subdural hematoma (<0.01 level). Subarachnoid hemorrhage was correlated with spine injury (0.05 level) and with spinal cord injury (<0.01 level). Since the "computed" variable, head impact, was computed

out of evidence for any 1 or more of facial bruising, scalp bruising, skull fracture, each component variable correlated highly with the "computed" variable. Poor outcome appeared to be most dependent on the level of consciousness at admission and the presence of an acute subdural hematoma (<0.01 level), and the presence of hemorrhage in the brain, scalp, trunk, and with internal injuries (0.05 level). No statistical correlations with any variable could be obtained for any category of ocular or orbital pathology. These data are found in Table 3.

## DISCUSSION

The number of reported apparently or supposedly shaken babies in the literature until about the year 2001 is not precisely known, but the 324 cases forming this series are in keeping with the estimated number indexed by other authors.[8,70] The fundamental question addressed by this study involved whether case literature on the broad subject of abusively head-injured babies supports or can support the widely held views that shaking of an infant causes a constellation of injuries that when identified are probative for shaking having occurred and that to some, retinal hemorrhages and certain other intraocular pathologies are by themselves diagnostic, or virtually so, of the infant having been shaken and that once shaking has occurred, the infant becomes ill almost immediately; thus, the adult who is present when a child decompensates and has certain clinical findings (elaborated above) is regarded as having inflicted the injuries upon the baby in his/her care.[71]

It should be evident from the foregoing data described in the text and in tables, that case-based information on allegedly "shaken" infants is often scanty or missing, highly variable in the manner reported, and not systematic in details provided. The case selection methodology employed in most articles is inconsistent, often arbitrary, and, individually or collectively of insufficient numbers to permit robust statistical analysis, much less declarative supportable statements of how certain injuries are supposed to have occurred. It is well recognized that in most child-abuse cases, little, if any, information is ever provided by the alleged abuser as to what he/she did, inherently making any case study on allegedly "shaken" babies very difficult to perform at the outset. These deficiencies have been pointed out before by Donohoe.[8] Even when there is an admission on the part of a caregiver, however complete or truthful the admission is can rarely be known with certainty.[72] Usually, very little information regarding the specifics of an abusive episode are ever elicited and almost never reported in detail in the literature. Thus, it is painfully apparent that the crucial selection criterion, that the baby was shaken, is rarely obtained and is usually lacking in details of what else might have occurred. It should also be obvious how difficult it would be to assemble a significant

© *2005 Lippincott Williams & Wilkins*

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 26, Number 3, September 2005 Brain-Injured Shaken Infants

body of case reports upon which to show highly specific causal relationships to the trauma or injuries observed.

It appears that there may only be 11 cases in over 30 years of published case reports that may actually meet the criterion of "shaken-only" injured infants. Eight of these babies survived and 3 died; thus, it may never be known what the full extent of injuries, including possible cranial impact and neck injuries, existed in these 8 for lack of an autopsy. It may be worth noting that this group of infants was younger than those with known cranial impacts. It may be that the younger infants had more malleable skulls than the older babies and thus were less likely to display scalp bruising, even if they suffered a head impact, than those infants with more ossified skulls. It also appears that none of these 11 babies had neck injuries and that, whatever happened to these infants, it was less serious than in those infants who suffered known cranial impacts. Neck injuries were reported only in the cases of Hadley et al[16] and not in any of the others. This raises the issue of possible missed spinal injury in allegedly shaken infants, as well as the inability at clinical examination to identify possible cord injury in a comatose, nonbreathing infant. With respect to retinal pathology, the number of valid cases is simply too small to permit conclusions to be made regarding any form of retinal pathology and the phenomenon of shaking forces. Furthermore, if the 11 cases of "shaking only" are valid, it is obvious that delays in appearance of symptoms do occur and are more likely than the immediate appearance of symptoms following the shaking incident(s).

Owing to a paucity of collateral information in the cases examined, it cannot be conclusively known which injuries occurred because of inflicted or accidental physical forces or by underlying or secondary disease processes, an issue that is rarely addressed in the "shaken baby" literature. Furthermore, because many potentially causal variables for pathologies and clinical findings observed exist in alleged abuse cases, given the nature of the case report literature it is impossible to determine with scientific rigor what role shaking might play in abusive head injury in the face of obvious impact injuries. It is also not possible from this case analysis to infer that any particular form of intracranial or intraocular pathology is causally related to shaking; rather, it appears that most of the pathologies in allegedly shaken babies are due to impact injuries to the head and body, regardless of what came before.

## REFERENCES

1. Kairys SW, Alexander RC, Block RW, Everett VD, Hymel KP, Jenny C, for the American Academy of Pediatrics Committee on Child Abuse and Neglect. Shaken baby syndrome: rotational cranial injuries: technical report (T0039). *Pediatrics.* 2001;108:206–210.
2. Alexander R, Crabbe L, Sato Y, et al. Incidence of impact trauma with cranial injuries ascribed to shaking. *Am J Dis Child.* 1990;144:724–726.
3. Case ME, Graham MA, Handy TC, et al. Position paper on fatal abusive head injuries in infants and young children. *Am J Forensic Med Pathol.* 2001;22:112–122.
4. Caffey J. The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash-induced intracranial and intraocular bleedings, linked with residual permanent brain damage and mental retardation. *Pediatrics.* 1974;54:396–403.
5. Bruce DA, Zimmerman RA. Shaken impact syndrome. *Pediatr Ann.* 1989;18:482–491.
6. Spivack BS. Biomechanics of abusive head trauma. In: Lazoritz S, Palusci VJ, eds. *The Shaken Baby Syndrome: A Multidisciplinary Approach.* Binghamton, NY: The Haworth Maltreatment & Trauma Press; 2001:55–78.
7. Greenhalgh T. *How to Read a Paper: The Basics of Evidence Based Medicine.* London: BMJ Publishing Group; 1997.
8. Donohoe M. Evidence-based medicine and shaken baby syndrome, part I: literature review 1966–1998. *Am J Forensic Med Pathol.* 2003;29:239–242.
9. Foster KR, Huber PW. *Judging Science: Scientific Knowledge and the Federal Courts.* Cambridge, MA: MIT Press; 1997.
10. Reece RM. Controversies in shaken baby/shaken impact syndrome. In: Lazoritz S, Palusci VJ, eds. *The Shaken Baby Syndrome: A Multidisciplinary Approach.* Binghamton, NY: The Haworth Maltreatment & Trauma Press; 2001:367–388.
11. Alexander R, Crabbe L, Sato Y, et al. Serial abuse in children who are shaken. *Am J Dis Child.* 1990;144:58–60.
12. Chadwick DL. Preparation for court testimony in child abuse cases. *Ped Clin NA.* 1990;37:955–971.
13. DiScala C, Sege R, Guohua Li, et al. Child abuse and unintentional injuries: a 10 year retrospective. *Arch Pediatr Adolesc Med.* 2000;154:16–22.
14. D'Lugoff MI, Baker DJ. Case study: shaken baby syndrome: one disorder with two victims. *Public Health Nurs.* 1984;15:243–249.
15. Eagan BA, Whelan-Williams S, Brooks WG Jr. The abuse of infants by manual shaking: medical, social and legal issues. *Florida MA.* 1985;72:503–507.
16. Hadley MN, Sonntag VKH, Rekate HL, et al. The infant whiplash-shake injury syndrome: a clinical and pathological study. *Neurosurgery.* 1989;24:536–540.
17. Swischuk LE. Spine and spinal cord trauma in the battered child syndrome. *Radiology.* 1969;92:733–738.
18. Guthkelch AN. Infantile subdural haematoma and its relationship to whiplash injuries. *BMJ.* 1971;2:430–431.
19. Mushin AS. Ocular damage in the battered-baby syndrome. *BMJ.* 1971;14:402–404.
20. Mushin A, Morgan G. Ocular injury in the battered baby syndrome: report of two cases. *Br J Ophthalmol.* 1971;55:343–347.
21. Harcourt B, Hopkins D. Ophthalmic manifestations of the battered-baby syndrome. *BMJ.* 1971;3:398–401.
22. Friendly DS. Ocular manifestations of physical child abuse. *Trans Am Acad Ophthalmol Otol.* 1971;75:318–332.
23. Jensen AD, Smith RE, Olson MI. Ocular clues to child abuse. *J Pediatr.* 1971;8:270–272.
24. Guarnaschelli J, Lee J, Pitts FW. "Fallen fontanelle" (Caida de Mollera): a variant of the battered child syndrome. *JAMA.* 1972;222:1545–1546.
25. Oliver JE. Microcephaly following baby battering and shaking. *BMJ.* 1975;2:262–264.
26. Weidenthal DT, Levin DB. Retinal detachment in a battered infant. *Am J Ophthalmol.* 1976;81:725–727.
27. Ellison PH, Tsai FY, Largent JA. Computed tomography in child abuse and cerebral contusion. *Pediatrics.* 1978;62:151–154.
28. Bennett HS, French JH. Elevated intracranial pressure in whiplash-shaken infant syndrome detected with normal computerized tomography. *Clin Pediatr.* 1980;19:633–634.
29. Ober RR. Hemorrhagic retinopathy in infancy: a clinicopathologic report. *J Pediatr Ophthalmol Strabismus.* 1980;17:17–20.
30. San Martin R, Steinkuller PG, Nisbet MR. Retinopathy in the sexually abuse battered child. *Ann Ophthalmol.* 1981;13:89–91.
31. Ment LR, Duncan CC, Rowe DS. Central nervous system manifestations of child abuse. *Conn J Med.* 1982;46:315–318.
32. Carter JE, McCormick AQ. Whiplash shaking syndrome: retinal hemorrhages and computerized axial tomography of the brain. *Child Abuse Negl.* 1983;7:279–286.

© 2005 Lippincott Williams & Wilkins

211

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Leestma                    *The American Journal of Forensic Medicine and Pathology* • Volume 26, Number 3, September 2005

33. Benstead JG. Shaking as a culpable cause of subdural haemorrhage in infants. *Med Sci Law*. 1983;23:242–244.

34. Frank Y, Zimmerman R, Leeds NMD. Neurological manifestation in abused children who have been shaken. *Dev Med Child Neurol*. 1985;27:312–316.

35. Eagan BA, Whelan-Williams S, Brooks SG Jr. The abuse of infants by manual shaking: medical, social and legal issues. *J Florida Med Assoc*. 1985;72:503–5-7.

36. Giangiacomo J, Barkett KJ. Opthalmoscopic findings in occult child abuse. *J Pediatr Ophthalmol Strabismus*. 1985;22:234–237.

37. Greenwald MJ, Weiss A, Oestlerle CS, et al. Traumatic retinoschisis in battered babies. *Ophthalmology*. 1986;93:618–625.

38. Lambert SR, Johnson TE, Hoyt CS. Optic nerve sheath and retinal hemorrhages associated with the shaken baby syndrome. *Arch Ophthalmol*. 1986;104:1509–1512.

39. Alexander RC, Schor DP, Smith WL. Magnetic resonance imaging of intracranial injuries from child abuse. *J Pediatr*. 1986;109:975–979.

40. Spaide RF. Shaken baby syndrome: ocular and computed tomographic findings. *J Clin Neuroophthalmol*. 1987;7:108–111.

41. Duhaime A-C, Gennarelli TA, Thibault LE, et al. The shaken baby syndrome: a clinical, pathological, and biomechanical study. *J Neurosurg*. 1987;66:409–415.

42. Sinal SH, Ball MA. Head trauma due to child abuse: serial computerized tomography in diagnosis and management. *South Med J*. 1987;80:1505–1512.

43. Giangiacomo J, Khan JA, Levine C, et al. Sequential cranial computed tomography in infants with retinal hemorrhages. *Ophthalmology*. 1988;95:295–299.

44. Ganyon MW, Koh K, Marmor MF, et al. Retinal folds in the shaken baby syndrome. *Am J Ophthalmol*. 1988;106:423–425.

45. Rao N, Smith RE, Choi JH, et al. Autopsy findings in the eyes of fourteen fatally abused children. *Forensic Sci Int*. 1988;39:293–299.

46. Levin AV, Magnusson MR, Rafto SE, et al. Shaken baby syndrome diagnosed by magnetic resonance imaging. *Pediatr Emerg Care*. 1989;5:181–186.

47. Benzel EC, Hadden TA. Neurologic manifestations of child abuse. *South Med J*. 1989;82:1347–1351.

48. Kleinman PK, Blackbourne BD, Marks SC, et al. Radiologic contributions to the investigation and prosecution of cases of fatal infant abuse. *N Engl J Med*. 1989;320:507–511.

49. Spaide RF, Swengel RM, Scharre DW, et al. Shaken baby syndrome. *Am Fam Physician*. 1990;411:1145–1153.

50. Elner SG, Elner VM, Arnall M, et al. Ocular and associated systemic findings in suspected child abuse: a necropsy study. *Arch Ophthalmol*. 1990;108:1094–1101.

51. Mehl AL. Shaken impact syndrome. *Child Abuse Negl*. 1990;14:603–605.

52. Massicotte SJ, Folberg R, Torczynski E, et al. Vitreoretinal traction and perimacular folds in the eyes of deliberately traumatized children. *Ophthalmology*. 1991;98:1124–1127.

53. Zepp F, Brühl K, Zimmer B, et al. Battered child syndrome: cerebral ultrasound and CT findings after vigorous shaking. *Neuropediatrics*. 1991;23:188–191.

54. Buys YM, Levin AV, Enzenauer RW, et al. Retinal findings after head trauma in infants and young children. *Ophthalmology*. 1992;99:1718–1723.

55. Spear RM, Chadwick D, Peterson BM. Fatalities associated with misinterpretation of blood cerebrospinal fluid in the "shaken baby syndrome." *Am J Dis Child*. 1992;146:1415–1417.

56. Hicks RA, Gaughan DC. Understanding fatal child abuse. *Child Abuse Negl*. 1995;17:855–863.

57. Sargent S, Kennedy JG, Kaplan JA. "Hyperacute" subdural hematoma: CT mimic of recurrent episodes of bleeding in the setting of child abuse. *J Forensic Sci*. 1996;41:314–316.

58. Lam CH, Montea J, Farmer J-P, et al. Traumatic aneurysm from shaken baby syndrome: case report. *Neurosurgery*. 1996;39:1252–1255.

59. Haviland J, Ross Russell RI. Outcome after severe non-accidental head injury. *Arch Dis Child*. 1997;77:504–507.

60. Haseler LJ, Arcinue E, Danielsen ER, et al. Evidence from proton magnetic resonance spectroscopy for a metabolic cascade of neuronal damage in shaken baby syndrome. *Pediatrics*. 1997;99:4–14.

61. Kapoor S, Schiffman J, Tang R, et al. The significance of white-centered retinal hemorrhages in the shaken baby syndrome. *Pediatr Emerg Care*. 1997;13:183–185.

62. Becker JC, Liersch R, Tautz C, et al. Shaken baby syndrome: report on four pairs of twins. *Child Abuse Negl*. 1998;22:931–937.

63. Hansen KK. Folk remedies and child abuse: a review with emphasis on *caida de mollera* and its relationship to shaken baby syndrome. *Child Abuse Negl*. 1998;22:117–127.

64. Fishman CD, Dahser WB III, Lambert SR. Electroretinographic findings in infants with the shaken baby syndrome. *Pediatr Ophthalmol Strabismus*. 1998;35:22–26.

65. Shannon P, Smith CR, Deck J, et al. Axonal injury and the neuropathology of shaken baby syndrome. *Acta Neuropathol*. 1998;95:625–631.

66. Chabrol B, Decarie J-C, Fortin G. The role of cranial MRI in identifying patients suffering from child abuse and presenting with unexplained neurological findings. *Child Abuse Negl*. 1999;23:217–228.

67. Kivlin JD. A 12-year ophthalmologic experience with the shaken baby syndrome at a regional children's hospital. *Trans Am Ophthalmol Soc*. 1999;97:545–582.

68. Brown SM, Shami M. Optic disk neovascularization following severe retinoschisis due to shaken baby syndrome. *Arch Ophthalmol*. 1999;117:838–839.

69. Gleckman AM, Evans RJ, Bell MD, et al. Optic nerve damage in shaken baby syndrome: detection by β-amyloid precursor protein immunohistochemistry. *Arch Pathol Lab Med*. 2000;124:251–256.

70. Taff ML, Boglioli LR, DeFelice JF. Commentary on: Controversies in shaken baby syndrome and on Gilliland MGF, Folberg R. Shaken babies: some have no retinal injuries. *J Forensic Sci*. 1996;41:114–116. *J Forensic Sci*. 1996;41:729–730.

71. Nashelsky MB, Dix JD. The time interval between lethal infant shaking and onset of symptoms: a review of the shaken baby syndrome literature. *Am J Forensic Pathol*. 1995;16:154–157.

72. Conti RP. The psychology of false confessions. *J Credibility Assessment Witness Psychol*. 1999;2:14–36.

© 2005 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.



Available online at www.sciencedirect.com

SCIENCE @ DIRECT®

Forensic Science International 151 (2005) 71–79



www.elsevier.com/locate/forsciint

**ELSEVIER**

# Shaken baby syndrome: A biomechanics analysis of injury mechanisms

Faris A. Bandak *

*Department of Neurology, A1036 F. Edward Hébert School of Medicine, Uniformed Services,
University of the Health Sciences, 4301 Jones Bridge Road, Bethesda, MD 20814, USA*

Received 2 November 2004; received in revised form 2 February 2005; accepted 8 February 2005

## Abstract

Traumatic infant shaking has been associated with the shaken baby syndrome (SBS) diagnosis without verification of the operative mechanisms of injury. Intensities for SBS have been expressed only in qualitative, unsubstantiated terms usually referring to acceleration/deceleration rotational injury and relating to falls from great heights onto hard surfaces or from severe motor vehicle crashes. We conducted an injury biomechanics analysis of the reported SBS levels of rotational velocity and acceleration of the head for their injury effects on the infant head-neck. Resulting forces were compared with experimental data on the structural failure limits of the cervical spine in several animal models as well as human neonate cadaver models. We have determined that an infant head subjected to the levels of rotational velocity and acceleration called for in the SBS literature, would experience forces on the infant neck far exceeding the limits for structural failure of the cervical spine. Furthermore, shaking cervical spine injury can occur at much lower levels of rotational velocity and acceleration than those reported for the SBS. These findings are consistent with the physical laws of injury biomechanics as well as our collective understanding of the fragile infant cervical spine from (1) clinical obstetric experience, (2) automotive medicine and crash safety experience, and (3) common parental experience. The findings are not, however, consistent with the current clinical SBS experience and are in stark contradiction with the reported rarity of cervical spine injury in children diagnosed with SBS. In light of the implications of these findings on child protection and their social and medico-legal significance, a re-evaluation of the current diagnostic criteria for the SBS and its application is suggested.
© 2005 Elsevier Ireland Ltd. All rights reserved.

*Keywords:* Injury; Infant; Shaken; Baby; Rotational; Acceleration/Deceleration; Syndrome; Neck

## 1. Introduction

Shaking an infant to the point of severe brain injury is usually associated in the literature with the diagnosis referred to as the shaken baby syndrome (SBS). Infant shaking is in fact a potentially very injurious mechanical event. Consequently, its analysis and assessment requires knowledge and training in *Injury Biomechanics*. This scien-

tific discipline deals with the mechanical damage processes and causations of injury. Therefore, Injury Biomechanics is central to the study of the mechanisms of injury in the SBS.

The current description of the SBS in the literature evolved over a period of nearly a half a century with some reports attributing its genesis to Caffey [1–3] a pediatric radiologist, who had the notion that an association between chronic subdural hematoma and long bone fracture in children should be a red flag for child abuse. Caffey's notion remained less known for about 10 years until he encountered the case of Virginia Jaspers, a nurse caretaker who confessed

* Tel.: +1 301 299 7357.
*E-mail address:* fbandak@usuhs.mil.

0379-0738/$ – see front matter © 2005 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.forsciint.2005.02.033

*F.A. Bandak / Forensic Science International 151 (2005) 71–79*

Table 1
Head injuries in the infant vs. the adult

| Infant | Adult | Both |
|--------|-------|------|
| **Deformation based** | | |
| Tears in subcortical white matter | Epidural hematoma | Lesions in the corpus callosum and brain stem |
| Separation of a suture | Basilar skull fractures | Traumatic axonal injury |
| Suture-to-suture linear fractures | Diffuse axonal injury | Linear skull fractures |
| Ping pong fractures | | |
| Bilateral skull fractures | | |
| **Pressure based** | | |
| Coup hemorrhages | Coup and contre-coup hemorrhages | |
| Coup contusions | Coup and contre-coup contusions | |
| Coup acute subdural hematoma | | |
| **Relative motion based** | | |
| | | Acute subdural hematoma[a] |
| | | Localized intracranial hemorrhages[a] |

[a] Represents different biomechanisms for the infant and adult.

to shaking a 2-week-old infant who died. Jasper's confession is a legalistic characterization and thus did not provide scientific support for Caffey's notion but did help start the use of the SBS label in the literature. It is unclear from the literature that Caffey envisioned this label to evolve into the SBS diagnosis as seen and applied today.

Kempe [4] contributed to the current description of SBS by introducing the "Battered Child Syndrome" and the concept that inconsistency between clinical observations and reported event history should signal abuse. However, a fundamental element of the meaning behind accurate "history" has to do with the biomechanical causes of injury. Clearly, the assessment of the mechanical causation of injury requires training and experience in Injury Biomechanics, a distinct discipline not taught in medical school. Lack of education and experience in Injury Biomechanics, amongst other factors, has led in practice to the proliferation and propagation of inaccurate and sometimes erroneous information on SBS injury mechanisms in the literature.

Another factor was added by Guthkelch [5] who synthesized the accumulating SBS medical literature to conclude that it is possible to infer shaking without impact as a cause of injury when an infant presents with subdural hematoma and retinal hemorrhages. He did not conclude that only shaking could cause such injuries. At this point in its evolution, the SBS began to develop in the literature into the *injury causation signature* that is widely described and used today. More specifically, an infant presenting with, at a minimum, acute subdural hematoma (ASDH) and retinal hemorrhages with "inconsistent" or "un-explained" biomechanical history is commonly diagnosed with SBS. Such diagnosis puts the physician in the difficult position of evaluating injury causation to determine if the reported history is biomechanically "consistent" or "explainable" without the benefit or even availability of an Injury Biomechanics assessment.

In this study, we will present a biomechanics analysis of infant shaking and its consequences on the head-neck to determine if it is possible for the fragile infant neck to withstand SBS-defined levels of head accelerations without injury.

## 2. Biomechanical classification of head injury

The SBS diagnosis has been primarily linked to injuries of the head. Table 1 shows the types of head injuries occurring in infants and adults. Generally, head injuries can be classified in groups with similar biomechanical genesis (Fig. 1). Biomechanical forces acting on the head can be dynamic or static (Fig. 1) and since shaking is a dynamic event, static forces (Fig. 1) will not be discussed here. Dynamic head loadings are categorized as either contact or non-contact meaning direct loading to the head and head loading through the neck respectively. The mechanical features leading to a particular head injury or set of injuries distinguishing primary and secondary are shown in Fig. 1. Primary injuries are those caused directly by the mechanical insult and secondary injuries result as that part of the pathophysiological progression following primary injury. *The boundary between primary and secondary injury in SBS has not been clearly defined.*

Fig. 1 shows injuries that have been related in the literature to local intracranial brain motion, gross intracranial brain motion, or both. For instance, a direct impact to the head resulting from a fall on a flat, hard surface produces a local indentation of the skull impinging on the brain and producing local brain deformations and pressures. Another consequence of the contact is the stopping of the moving head. The stopping force is communicated to the brain through a local path starting first with the area of contact on the scalp over the skull through the subarachnoidal cerebro-spinal fluid (CSF) layer surrounding the brain and eventually reaching the brain. The higher the fall, the faster, to a practical limit, the head impact velocity, and so the

F.A. Bandak / Forensic Science International 151 (2005) 71–79

73



Fig. 1. Biomechanical classification of head injuries.

greater and faster the stopping force transmission to the brain. Whole-brain movement is eventually stopped against higher intracranial coup pressure and lower contre-coup pressure. The extent of gross intracranial brain movement also depends on how much rotational energy is involved in the impact [6]. Forces on the head through the non-contact mechanism pass through the neck and therefore inherently have a rotational component though, practically, much lower peak accelerations and much longer durations are achievable through this type of loading. Theoretically, injuries associated with rotational head accelerations are common to both the contact and the non-contact categories (Fig. 1) if sufficient magnitudes and rates are reached. Head injuries from non-contact loading are producible through contact loading but the converse is generally not true.

The non-contact form of head loading has been the cornerstone of the Shaking Baby Syndrome definition. In its purest form the SBS, as described in the medical literature [7], represents rotational head accelerations from a sequence of mechanical events paraphrased as follows:

*An infant is gripped by the chest or shoulders and forcefully shaken back and forth whipping the head in the antero-posterior direction. The nearly non-existent muscle strength of the infant neck makes the head highly susceptible to high head-whipping rotational acceleration so severe that the brain moves relative to the interior surface of the skull resulting in torn bridging veins and so acute subdural hematoma.*

While SBS has taken on other labels in the literature adding or substituting terms like "whiplash" and "impact," it still maintains the shaking component as the central causation substratum of this diagnosis.

## 3. Biomechanical aspects of the infant anatomy

Discussion of infant shaking calls for a brief overview of the infant anatomy deemed relevant to the biomechanics of shaking. The head of the infant, weighing up to one third of the total body weight, is effectively a nearly unsupported mass. As a practical matter of common safety, caution is required of a caretaker when picking up or generally moving an infant. Caretakers must provide head support to compensate for the fragility, laxity, and the lack of infant neck muscle strength since it provides minimal resistance to any externally induced relative motion between the head and the thorax.

*F.A. Bandak/Forensic Science International 151 (2005) 71–79*

The massive-head and weak-neck attributes of the infant create the potential for severe neck injury under certain dynamic conditions. The flat, shallow, articular surfaces, cartilaginous nature, and incomplete ossification of the cervical vertebrae increases the potential for relative displacement between vertebrae and puts more burden on the weak infant cervical spine ligaments and on the infantile spinal cord. The neck as a whole, with the characteristics described above can stretch significantly beyond subluxation limits without ligamentous rupture. In addition, it can be stretched more than the spinal cord is able to accommodate [8] thus potentially injuring the spinal cord under distraction forces. Atlanto-axial and atlanto-occipital dislocation, dens fractures, and cord transections can occur from excessive stretch of the neck as has been reported for circumstances of breech extraction deliveries [9]. The infantile ligaments control the articulation and govern the mobility and range of motion of the cervical spine. These ligaments are vital to the stability of the atlanto-occipital joints governing the articulation at the cranio-vertebral junction. The cranio-vertebral junction houses the cervico-medullary portion of the spinal cord and thus presents a vulnerability to commonly fatal craniospinal injuries under serious traumatic excursions into the spinal canal. This canal is large in C1 compared to the segments below. It is occupied equally by the dens and the cord both taking up two thirds of the space with the remaining one third free space. Consequently, there is some room for the cord to move under atlanto-occipital displacement. However, displacements exceeding the available free space can injure the cord.

The chest of the infant is defined in the SBS literature as a possible grip area for the shaker. The infant's thin thoracic wall and the cartilaginous elastic nature of the ribs make the chest more vulnerable to large deformations and chest indentations which can cause injury and affect internal organs. The chest circumference is generally smaller (0.5 in. or so) than the head circumference at birth with its value reaching that of the head circumference at about 1 year of age. The neonatal chest is nearly circular and slowly becomes elliptical with age making it wider in the coronal plane at about 6 months of age. The location of the heart in an infant is of course different from that of the older child. It is located at the midpoint between the head and the buttocks and after the fourth year, the heart descends downward as the thorax grows. The chest prepares biomechanically for this descent by becoming very bony with ossified ribs forming the protective rib cage, which also descends downward providing similar protection for the kidneys, the spleen, and other organs.

Integrated into the chest structure is the thoracic part of the vertebral column. The infant spinal column has a single curve composed of the thoracic, the cervical, and the lumbar portions of the column [10]. This important feature is relevant to the infant's biomechanical response to shaking versus that of the older child. The lower portion of the spinal column, referred to as the sacral region, forms another but smaller curve. The vertebral column eventually assumes the familiar S-shape as the skeletal structure develops and the pelvis tilts forward creating the thoraco-lumbar inflection point in the familiar S-shape.

## 4. Injury biomechanics analysis of infantile SBS

In order to evaluate the operative injury mechanisms in the brain of an infant under SBS-defined head acceleration,



Fig. 2. Several time-history snap shots of the head-neck during chest shaking.

F.A. Bandak / Forensic Science International 151 (2005) 71–79                                                                 75

we must obtain the loadings that actually reach the brain along the path starting at the grip points of the shaker's hands, through the thorax, spinal column, neck, and eventually the head. Fig. 2 shows, schematically, the back and forth head motion resulting from shaking. The grip forces act on the thorax and load the ribs. They are transmitted through the posterior joints connecting the ribs to the thoracic spinal column and so shake the column imposing that back-and-forth on the base of the cervical spine portion of the spinal column. The resulting forces enter the neck at C7. We did not address possible injury to any part of the body below C7 in this study. This conservative position was taken even though the required chest-shaking intensity of SBS can cause injuries in the infant below C7.

## 5. SBS head loading

We have necessarily described SBS in terms of head loading because the head has been central to the definition of the SBS injuries. Chest shaking forces reach the head through the neck moving back and forth in wave fashion (Fig. 2) eventually transmitting forces to the cranio-vertebral junction. Along this path, the force acts on soft, flat, incompletely ossified vertebrae, and soft ligaments. The forces reach the cranio-vertebral junction and induce the infant skull to move back and forth with little resistance to pivot about the atlanto-occipital joint. The overall head motion is governed by the neck which significantly influences

the head trajectory and the center of rotation. In fact, the neck must completely bear the load that keeps the head and thorax from separating. For the infant, this type of chest-shaking head motion can be thought of as a kind of "dragging" motion where the neck, acting as a tether, pulls the unsuspecting head in response to the induced motion of the chest. This has not been described as the mechanism for SBS.

To understand what has been described in the literature for SBS accelerations, consider an illustrated example of a sphere with mass $m$ connected to a rod with length $r$ as shown in Fig. 3. If point $B$ starts to move in a straight line in the horizontal direction, a force from the rod will act on it to cause it to also move inwards in the radial direction resulting in the composite, familiar motion along a circular arc ultimately setting mass $m$ in rotation about point $A$. At any point along the arc, one can evaluate the acceleration of mass $m$. This acceleration has two main components, a tangential component (along the arc), $a_t$, and a normal (in the radial direction) component, $a_n$ as shown in Fig. 3. The figure shows that the mass is tending to escape the circular arc and go free but is constrained by the rod to move along the arc. Naturally then, the mass $m$ is exerting a force with components $F_n = ma_n$ and $F_t = ma_t$ on the rod. If for instance, the outward acceleration $a_n$ has a magnitude of 50 G and the value for mass is 1.36 kg, then the force acting on the rod is equal to 665 N (150 lbf). Clearly, the rod will give way if it is not strong enough to bear such a force. Under similar circumstances the neck experiences forces as the massive head is accelerated.

$a_n = v^2/r$ — Normal acceleration (velocity squared over the radius)

$a_t = r \, (d^2\theta/dt^2)$ — Tangential acceleration (radius times the angular acceleration)

$F = ma$ — Newton's Second Law (mass times acceleration)

$F_n = ma_n$ — Normal Force (distraction force)

$F_t = ma_t$ — Tangential Force (shear force)



Fig. 3. Force diagram on (a) sphere and (b) head-neck schematically indicating rotational head motion about point A.

F.A. Bandak / Forensic Science International 151 (2005) 71–79

The reported SBS back-and-forth head motion of this type along an arc produces an exchange between $a_n$ and $a_t$ in a periodic fashion reaching peaks at alternating times along the arc. Relating these to forces acting on the rod, we see that the rod has to resist forces tending to both stretch and bend it. While more complicated biomechanically, the actual shaking response of the infant head also imposes shear and tensile forces as well as compressive forces on the infant neck.

To evaluate the forces produced by SBS-type head accelerations, we considered the range of rotational head acceleration and velocity levels cited in the literature. Jenny and co-authors [11] attempting to show that higher accelerations can be achieved by human manual shaking reported that peak rotational accelerations of 6000–13,252 rad/s² and rotational velocities of 120–153 rad/s are possible through the manual human shaking of a dummy surrogate representing a Japanese infant. Spivack used the work of Duhaime et al. [12] relating rotational velocities of 50–120 rad/s and approximately 30,000-rad/s² rotational acceleration to SBS. SBS is cited in the literature as having forces that are as great as those of falls from great heights, by some accounts more than 9 m (30 ft), onto hard surfaces or from high-speed motor vehicle crashes [13]. These contentions of SBS load levels have not been substantiated biomechanically with some reports refuting their validity at all [12,14].

To illuminate and compare simplified head motion energies of familiar events such as car crashes, biking, walking, etc., with shaking, we calculated the free head velocity associated with each event as shown in Table 2. The table reflects conservative but realistic estimates of maximum free head velocity for each of the events. Ironically, the values show that shaking head velocity is less than the maximum free-fall velocity from height of 1 m (3(1/4) ft). This comparability of energies raises further questions concerning the forces reported for SBS and might account in part for the misconceptions and controversial views on the head injury severity of "short falls." The energy from velocity is called kinetic energy and we refer to it here as *unrealized* damage energy meaning it can be converted to potentially damaging energy through a rapid change in magnitude and/or direction. For the case of the infant head, this velocity change can come from the action of the neck on the head during chest

shaking as we explained earlier or it can come from an impact action applying force directly on the head such as that from a fall. Table 2 shows the energies as multiples of units of failure energy where the failure energy was taken to be equal to the skull fracture energy in the infant. Skull fracture energy was chosen since skull fracture has been used as a conservative indicator of impact intracranial injury in infants [15,16].

A range of angular accelerations and velocities was taken to be between 5000 and 15,000 rad/s² for rotational acceleration and between 50 and 150 rad/s for rotational velocity. This range was chosen because it is conservatively representative of the *lower* values cited in the literature for SBS and reported to be below thresholds postulated in the SBS literature for subdural hemorrhages. The SBS forces were obtained and compared with the current biomechanical data related to infant injury thresholds.

## 6. Results and discussion

The shaken baby syndrome, as a diagnosis, has become virtually synonymous with inflicted cerebral trauma. The injury mechanisms of the SBS have historically not been linked to cervical spine injury even though its early evolution was bolstered by Caffey's [3] interpretation of Ommaya's whiplash work [17,18]. Caffey interpreted this work as a demonstration that brain injury could occur from head whipping by chest shaking without contact head impact. Caffey translated Ommaya's results without considering Injury Biomechanics, into an explanation for a confession of shaking.

The Ommaya whiplash animal model primarily addressed the primate head as an adequate surrogate for the adult human head under the types of loading tested. While an argument can be made for this model substitution for the case of adult human head, the neck is another matter. Astonishingly, Caffey did not give consideration to the head-neck features of the primate model used to study whiplash. In fact, the animal model used had quite opposite whiplash-related features compared to the infant when the head-neck is concerned. Specifically, the rhesus monkey has a small,

Table 2
Head velocities and normalized failure energy associated with familiar dynamic events compared with shaking and falls

| | Height (m) | Velocity (m/s) | Normalized impact energy (Nm/N) | 1.3 N head weight $(E_{SF})^a$ | 2.3 N head weight $(E_{SF})$ |
|---|---|---|---|---|---|
| Free fall (30 ft) | 9.10 | 13.36 | 9.10 | 13.00 | 23.00 |
| Powered vehicles 48 km/h (30 mph) | | 13.36 | 9.10 | 13.00 | 22.99 |
| Adult biking 32 km/h (20 mph) | | 8.90 | 4.04 | 5.77 | 10.20 |
| Adult running 24 km/h (15 mph) | | 6.70 | 2.29 | 3.27 | 5.78 |
| Toddler biking 16 km/h (10 mph) | | 4.40 | 0.99 | 1.41 | 2.49 |
| Toddler running 9.7 km/h (6 mph) | | 2.70 | 0.37 | 0.53 | 0.94 |
| Free fall (3 ft) | 0.91 | 4.09 | 0.85 | 1.22 | 2.15 |
| Shaking 11–15.5 km/h (6.8–9.5 mph; 10–14 ft/s) | | 4.31 | 0.95 | 1.35 | 2.39 |

$^a$ $E_{SF}$ is the energy associated with skull fracture and so the column is in units of $E_{SF}$.

F.A. Bandak / Forensic Science International 151 (2005) 71–79   77

Table 3
Neck distraction forces vs. head weight and center of rotation

| Neck distraction force (N) | | | | | | |
|---|---|---|---|---|---|---|
| Head weight (kg) | 0.68 | | 1.34 | | 1.59 | |
| Neck length (cm) | 3.81 | 6.35 | 3.81 | 6.35 | 3.81 | 6.35 |
| Low end of reported SBS rotational acceleration range | 1027 | 1711 | 1711 | 2852 | 2395 | 3992 |
| High end of reported SBS routational acceleration range | 9240 | 15399 | 15399 | 25665 | 21559 | 35931 |

relatively less massive, head on quite a strong neck while the infant on the other hand has a relatively more massive head on a floppy, weak, neck. Consequently, the infant neck is far more susceptible to whiplash injury than that of the rhesus monkey under the similar chest-shaking head accelerations. Nearly half of the concussed animals in Ommaya's [17]

whiplash experiments experienced cervical spine or brain stem injuries even with the disproportionately strong neck relative to the human infant.

Ommaya's experiments [17] as well as follow-up primate experiments by Ommaya's previous co-workers, Gennarelli and Thibault [19] supported a rotational acceleration



Fig. 4. SBS neck distraction force vs. (a) Structural failure of the cervical spine and (b) normalized to human neonate distraction failure data.

mechanism for the generation of cranial subdural hemato-
mas. This is the much-heralded differential rotational skull-
brain motion mechanism that causes parasagittal bridging
veins to rupture and thus hemorrhage below the dura. This
mechanism was postulated for the adult head with a fully
ossified, stiff, skull which plays a major role in its activation.
It is important to note that the Gennarelli-Thibault experi-
ments were conducted in a way that protected the neck from
head whipping forces. In those experiments, the head of the
primate was potted in a metal cylinder which was con-
strained to accelerate and then decelerate along a prescribed
arc in a prescribed time frame. In this way, the neck was not
subjected to the forces of the accelerated free head as it
would be if the loadings were applied at the chest. This is
precisely and erroneously the presumed SBS head motion
where equivalent rotational accelerations of the infant
human head were calculated by scaling this type of data.
The important question when using the results of these
experiments to interpret infant shaking injury is whether
it is naturally possible for a free human head to reach such
head accelerations through chest shaking without neck
injury. This question was not addressed by those primate
experiments nor has it been addressed quantitatively in the
literature. It was addressed in this study for the case of infant
shaking.

Our results for SBS head accelerations imposed for
different head masses and centers of rotation (Table 3)
representative of infants show that the resulting forces
produce both distraction and localized hyper-flexion and
hyper-extension forces on the infant neck and that these
forces increase with increasing head mass. Therefore, it can
be concluded that for the same acceleration and same neck
size, a heavier head is more likely to produce a shaking neck
injury.

Using a range of values for head mass and center of
rotation for infants, and peak acceleration and peak velocity
for SBS, we obtained neck distraction forces ranging from a
lower bound of 1027 N to an upper bound of 35,910 N
(Table 3). These values were compared with experiments
on several animal species and on neonate cadavers as shown
in Fig. 4. The experimental results show that the cervical
spine becomes susceptible to severe injury at values as low
as 209 N for the baboon at 3 years equivalent human age
[20,21]. Fig. 4 shows failure values of 249 N for the infant
goat neck [22] and 445 N for the human neonate neck [9]. It
is important to note that these experimental values approx-
imate force levels that would cause major structural failure
of the cervical spine for each species. Serious cord injury or
even transection can be expected to occur at even lower force
levels [8]. The important observation here is the order of
magnitude differences between what is reported in the SBS
literature as necessary levels to cause injury and the actual
magnitudes of the operative forces.

These force levels conservatively indicate that severe
cervical spinal cord or brain stem injury in the infant can
occur at significantly lower levels than invoked by the

current SBS literature as a cause of subdural hematomas.
These results are quite consistent with the laxity and fragility
of the infantile cervical spine and the lack of muscle strength
of the neck. They are also consistent with the established
experience that neck injury does not usually occur as a result
of direct loading to the neck. The more common causes of
neck injury are by action that involves the head. Whether by
direct head impact induced accelerations, or head accelera-
tions from indirect chest shaking, it is generally the forces on
the head that transmit to neck injury forces. This is the
essence of the term "whiplash" that is quite familiar to neck
injury victims of rear-end motor vehicle crashes. Ironically,
whiplash has been intrinsically embraced in the definition of
the Shaken Baby Syndrome without reference at all to
cervical spine injury.

## 7. Conclusions

This study resulted in the following findings:

1. Head acceleration and velocity levels commonly reported
   for SBS generate forces that are far too great for the infant
   neck to withstand without injury.
2. Head velocity from human manual shaking is of the same
   order as free fall head velocity from a height of about 1 m
   (approximately 3-ft).
3. Shaking head accelerations can potentially cause severe,
   if not lethal, cervical spinal cord or brain stem injury in
   the infant at levels *well below* those reported for the
   Shaking Baby Syndrome.
4. Given that cervical spine injury is reported to be a rare
   clinical finding in SBS cases, the results of this study
   indicate an SBS diagnosis in an infant with intracerebral
   but without cervical spine or brain stem injury is ques-
   tionable and other causes of the intracerebral injury must
   be considered.
5. Re-consideration and clarification of the relative signifi-
   cance of each of the terms "shaking" and "impact" as
   used in the SBS diagnosis of cerebral trauma in an infant
   is warranted.
6. Cervical spine and/or brain stem injury should be
   included amongst the factors considered in the determi-
   nation of consistency of reported history in cases where
   infant shaking is suspected. It should be kept in mind that
   such injury is not exclusive to shaking as the sole
   mechanical cause. Traumatic shaking is just one of the
   causes.
7. The rotational head acceleration mechanism for the
   intracerebral injuries of the SBS is inconsistent with
   the findings of this study. A non-impact, shaking-only,
   mechanism of primary intracerebral injury in an infant
   has not yet been described and requires further research.
   We have shown that infant shaking can cause primary
   brain stem or cervical spinal cord disruption which is
   known to lead to secondary intracerebral injury manifest-

Case 3:14-cv-00047-TJC-PDB   Document 3-4   Filed 01/13/14   Page 23 of 23 PageID 174

ing as the familiar apneic presentation which is followed by hypoxic-ischemic response and cerebral edema.

In light of the findings of this study, re-evaluation of the present diagnostic criteria for the SBS merits serious attention for its implications on child protection and for the social and medicolegal significance of its application.

## References

[1] J. Caffey, Multiple fractures in the long bones of infants suffering from subdural hematoma, Am. J. Roentgen. 56 (1946) 163.

[2] J. Caffey, On the theory and practice of shaking infants: its potential residual effects of permanent brain damage and mental retardation, Am. J. Dis. Child. 124 (1972) 161.

[3] J. Caffey, The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash- induced intracranial and intraocular bleedings, linked with residual permanent brain damage and mental retardation, Pediatrics 54 (1974) 396–403.

[4] C.H. Kempe, F.N. Silverman, R.F. Steele, W. Droegemueller, H.K. Silver, The battered child syndrome, JAMA 181 (1962) 17–24.

[5] A.N. Guthkelch, Infantile subdural hematoma and its relationship to whiplash injuries, Br. Med. J. 2 (1971) 430–431.

[6] F.A. Bandak, On the mechanics of impact neurotrauma: critical review and synthesis, In: Bandak et al., (Ed.),Traumatic Brain Injury: Bioscience and Mechanics, Mary Ann Liebert, 1996, pp. 139–153.

[7] American Academy of Pediatrics, Committee on child abuse and neglect, Shaken baby syndrome: Rotational cranial injuries – technical report, Pediatrics, 2001 108, 1, 206–210.

[8] W.E. Stern, R.W. Rand, Birth injuries to the spinal cord: report of two cases and review of the literature, Am. J. Obstet. Gynecol. 78 (1959) 498.

[9] M. Duncan, Laboratory note: on the tensile strength: a critical of the fresh adult fetus, Br. Med. J. 2 (1874) 763–764.

[10] W.H. Johnson, J.A. Kennedy, Radiographic Anatomy of the Human Skeleton, Williams and Wilkins, Baltimore, 1961.

[11] C. Jenny, T. Shams, N. Rangarajan, T. Fukuda, Injury Biomechanics Research, 30th International Workshop, Ponte Vedra Beach, Florida, 2002, pp. 129–143.

[12] A.-C. Duhaime, T.A. Gennarelli, L.E. Thibault, D.A. Bruce, S.S. Margulies, R. Wiser, The shaken baby syndrome: a clinical, pathological, and biomechanical study, J. Neurosurg. 66 (1987) 409–415.

[13] A.C. Duhaime, J. Alario, et al. Pediatrics 90 (1992) 179–185.

[14] M.T. Prange, B. Coats, A.C. Duhaime, S.S. Margulies, Anthropomorphic simulations of falls, shakes, and inflicted impacts in infants, J. Neurosurg. 99 (2003) 143–150.

[15] S.A. Schutzman, P. Barnes, A.-C. Duhaime, D. Greenes, C. Homer, D. Jaffe, R. Lewis, Evaluation and management of children younger than 2-years-old with apparently minor head trauma: proposed guidelines, Pediatrics 107 (5) (2001) 983–993.

[16] K. Quayle, D. Jaffe, N. Kupperman, B. Kaufman, B. Lee, T. Park, W. McAllister, Diagnostic testing of acute head injury in children: When are head computed tomography and skull radiographs indicated? Pediatrics 99 (5) (1997).

[17] A.K. Ommaya, F. Faas, P. Yarnell, Whiplash injury brain damage, JAMA 204 (1968) 285–289.

[18] A.K. Ommaya, P. Yarnell, Subdural hematoma after whiplash injury, Lancet (1969) 237.

[19] T.A. Gennarelli, L.E. Thibault, Biomechanics of acute subdural hematoma, J. Trauma. 22 (1982) 680–686.

[20] D. Nuckley, M. Eck, S. Herstad, R. Mixra, R. Ching, Tensile mechanics of the developing baboon cervical spine, in: F.A. Bandak (Ed.), Injury Science Research Proceedings of the 28th International Workshop on Human Subject Biomechanics, Atlanta, Georgia, 2000, pp. 85–89.

[21] R. Ching, J. Nuckley, S. Herstad, M. Eck, P. Mann, Tensile mechanics of the developing cervical spine, Stapp. Car Crash. J. 45 (2001) 329–336.

[22] R. Mayer, P. Pintar, N. Yoganaden, Pediatric neck tensile strength characteristics using a caprine model, in: F.A. Bandak (Ed.), Injury Biomechanics Research, Proceedings of the 27th International Workshop on Human Subject Biomechanics, San Diego, California, 1999, pp. 87–92.

## Glossary

*Injury Biomechanics:* Biomechanics is the subset of the scientific discipline of Mechanics that deals with the forces, motions, deformations, ruptures, fractures, breaks, etc. of living tissue. The science of Biomechanics applies at the microscopic (cellular, sub-cellular, etc.) and the macroscopic (tissue, organ, full body, etc.) scales. Injury Biomechanics is the application of Biomechanics to the understanding of the causation and mechanism of injury.

*Normal:* in this case "normal" means in a direction perpendicular to the arc.

$G$: is the designated symbol for one unit of gravitational acceleration. On earth, the value of $G$ is $32.2 \, ft/s^2$

$N$: refers to a Newton, the unit of force or weight.

*Rad:* is the symbol for radian, which, like degrees, is a measure of angle. Approximately 6 radians represents one revolution or 360 degrees. The actual value for one revolution is $2\pi$ radians where $\pi$ has an approximate value of 3.14.

$E_{sfr}$: infant skull fracture energy.