UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

QINARD LAMAR COLLINS,

      Petitioner,

v.                          CASE NO. 3:14-cv-47-J-32PDB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.
_____/

## NOTICE OF FILING APPENDIX

Respondents, Secretary Department of Corrections, by and through the undersigned counsel, pursuant to rule 3.01, Rules of the United States District Court of the Middle District of Florida, hereby give notice of filing the Respondents' Appendix in the above-styled case.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

/s/ Robin A. Compton
ROBIN A. COMPTON
Florida Bar No. 846864
ASSISTANT ATTORNEY GENERAL
444 Seabreeze Boulevard, 5th Floor
Daytona Beach, FL   32118
(386) 238-4990
(386) 238-4497 Fax
Robin.compton@myfloridalegal.com
COUNSEL FOR RESPONDENTS

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Filing Appendix and Appendix, has been furnished by U.S. mail to:  Michael Ufferman, Michael Ufferman Law Firm, 2022-1 Raymond Diehl Road, Tallahassee, FL 32308, this 6th day of June 2014.


/s/ Robin A. Compton
ROBIN A. COMPTON
Assistant Attorney General