A. C. Duhaime, *et al.*

TABLE 1

*Initial clinical criteria for diagnosis of shaken baby syndrome*

| Diagnosis* | Cases | | No. of Deaths |
|---|---|---|---|
| | No. | Percent | |
| retinal hemorrhage + SAH or SDH | 29 | 60 | 5 |
| retinal hemorrhage + SAH & SDH | 10 | 21 | 5 |
| bilateral chronic SDH | 3 | 6 | 0 |
| SAH &/or SDH & interhemispheric blood on CT | 6 | 13 | 3 |
| total | 48 | 100 | 13 |

\* SAH = subarachnoid hemorrhage; SDH = subdural hemorrhage; CT = computerized tomography.

TABLE 2

*Best history in 48 cases of shaken baby syndrome*

| Etiology | Cases | |
|---|---|---|
| | No. | Percent |
| shaking only | 1 | 2 |
| fall or accidental blunt trauma | 15 | 31 |
| strike or fall plus shaking | 10 | 21 |
| strike only | 3 | 6 |
| trauma or shaking denied, caretakers in attendance | 8 | 17 |
| history unknown, caretakers not in attendance | 10 | 21 |
| cardiopulmonary resuscitation | 1 | 2 |

TABLE 3

*Trauma associated with shaken baby syndrome in 48 cases*

| Associated Trauma | Cases | |
|---|---|---|
| | No. | Percent |
| no evidence of blunt impact to head | 18 | 37.5 |
| no extracranial trauma | 12 | 25.0 |
| additional extracranial trauma | 6 | 12.5 |
| acute | 3 | 6.25 |
| old trauma only | 3 | 6.25 |
| evidence of blunt impact to head | 30 | 62.5 |
| skull fractures | 12 | 25.0 |
| cranial soft-tissue contusions | 18 | 37.5 |
| additional extracranial trauma | 18 | 37.5 |
| acute | 15 | 31.25 |
| old trauma only | 3 | 6.25 |

and emergency room personnel are well trained in recognizing the clinical manifestations associated with this syndrome, it is considered that essentially all cases seen at CHOP are reported to this group.

Suspicion of shaking was based on history, clinical findings, and CT data. All subjects met the following criteria: presence of retinal hemorrhages with subdural and/or subarachnoid hemorrhages, bilateral chronic subdural hematomas, or a CT scan showing subdural or subarachnoid hemorrhages with interhemispheric blood. In addition, all patients were judged to have histories suggestive of child abuse or neglect; well-documented, witnessed accidental trauma were excluded. Histories were obtained from several interviews with caretakers by physicians, social workers, and in some cases law enforcement agents. Caretakers were routinely asked specifically about shaking.

Associated trauma data were obtained from physical examination, skull radiographs, CT scans, and skeletal surveys. All fatal cases were examined by the Philadelphia Medical Examiner, and pathology data were obtained from that office.

*Results*

Fifty-seven patients with suspected shake injury were identified. Of these, detailed clinical information was available in 48 cases. These patients ranged in age from 1 month to 2 years (mean 7.85 months). Thirty-one patients were male (65%). There were 13 fatalities (27%). Initial clinical criteria for diagnosis of the shaken baby syndrome are listed in Table 1. Thirty-nine patients (81%) had retinal hemorrhages plus subarachnoid and/or subdural hemorrhages. The remainder had bilateral chronic subdural hematomas (6%) or the above-mentioned CT findings without retinal hemorrhages (13%).

The most common presenting complaints were lethargy, breathing difficulty, irritability, poor feeding, and seizures. Best history is listed in Table 2; the most common histories were accidental blunt trauma (usually a fall) in 15 (31%) and blunt trauma plus shaking in 10 (21%); trauma and shaking were denied in eight (17%). In three cases (6%) the child was struck by the caretaker. In eight additional cases the history was unknown, usually because the child was left alone or

with a babysitter. There were two cases (4%) with no history to explain the present findings, but both children were known to have been abused previously or subsequently. One case was associated with cardiopulmonary resuscitation (2%). In only one case was a history of shaking alone obtained; this child was reportedly shaken when she appeared to have difficulty in breathing associated with a respiratory infection.

Associated trauma observed clinically, radiographically, or at autopsy is listed in Table 3. The presence of scalp contusion, subgaleal or subperiosteal hemorrhage, and/or skull fracture was considered evidence of blunt impact to the head. Twelve cases (25%) had intracranial findings associated with the shaken baby syndrome alone, with no findings of associated blunt trauma to the head and no extracranial trauma. Six additional cases (13%) had the syndrome without signs of blunt head trauma but did have associated extracranial trauma. Thirty cases (63%) had findings of blunt impact to the head in addition to the intracranial findings of the shaken baby syndrome. Of these, 12 (25%) had skull fractures and 18 (38%) had significant cranial soft-tissue contusions. Most of the fractures were in the occipital or parieto-occipital region.

Clinical history, physical findings, hospital course, intracranial pressure (ICP, when measured), and pathological findings of the 13 fatalities are listed in Tables

The shaken baby syndrome

TABLE 4
*Clinical and pathological findings in 13 fatal cases of shaken baby syndrome\**

| Factor | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 | Case 8 | Case 9 | Case 10 | Case 11 | Case 12 | Case 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| age (mos) | 24 | 7 | 3 | 22 | 11 | 9 | 8 | 5 | 10 | 13 | 24 | 4 | 19 |
| sex | F | M | M | M | F | F | F | M | F | M | M | M | F |
| history |  |  |  |  |  |  |  |  |  |  |  |  |  |
|   fall or hit | + |  | + | + | + |  |  | + | + | + | + | + |  |
|   shaking |  |  | + |  |  |  |  |  |  |  | + |  |  |
|   trauma denied |  |  |  |  |  |  |  |  |  |  | + |  | + |
|   unknown |  | + |  |  |  | + | + |  |  |  |  |  |  |
| initial examination |  |  |  |  |  |  |  |  |  |  |  |  |  |
|   unresponsive | + | + |  | + | + |  | + | + | + |  | + | + |  |
|   retinal hemorrhages | + | + |  | + |  |  | + | + | + | + | + | + |  |
|   cranial impact | + |  |  | + |  |  |  |  |  | + | + |  |  |
|   extracranial trauma | + |  |  | + | + |  |  |  |  |  | + | + | + |
| intracranial pressure | ↑↑ | NM | ↑↑ | ↑↑ | ↑↑ | NM | ↑↑ | NM | ↑↑ | NM | ↑↑ | ↑↑ | ↑↑ |
| survival time (days) | 2 | 2 | 7 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 4 | 1 | 1 |
| pathology |  |  |  |  |  |  |  |  |  |  |  |  |  |
|   cranial contusions | + | + | + | + | + | + |  | + | + | + | + | + |  |
|   skull fracture(s) | ++ |  |  | ++ | ++ |  |  | + | + | + |  | + | + |
|   subdural hematoma | + | + | + | + | + | + | + | + | + |  | + | + | + |
|   subarachnoid hemorrhage | + | + | + | + | + | + | + | + | + |  | + |  | + |
|   hemispheric contusions | + | + |  |  |  | + |  | + |  |  |  |  | + |
|   white matter tears |  |  |  |  | + |  |  |  | + |  |  |  |  |
|   diffuse brain swelling | + | + |  | + | + |  | + |  | + | + | + |  | + |

\* ↑↑ = increased; NM = not measured; + = factor present; ++ = severe.

4 and 5. Mean age in this group was 12.23 months; 54% were male. All of these children arrived at the hospital in an essentially unresponsive state, and all died from the effects of uncontrollably increased ICP associated with massive brain swelling. In only one case was a subdural hematoma thought to be of significant size to warrant surgical intervention, and drainage was ineffective in controlling elevated ICP.

Pathological examination showed that all of the children who died had evidence of blunt head trauma. Eight had soft-tissue contusions and five had contusions and skull fractures. In seven cases, however, impact findings were noted only at autopsy, and had not been apparent prior to death. All fatal cases had subdural and subarachnoid bleeding. Focal cerebral contusions and lacerations occurred in six. Microscopic examination was performed in three cases and showed corpus callosum hemorrhages, cortical laminar necrosis, or white matter hemorrhages. All children had diffuse and usually massive brain swelling.

## Biomechanical Studies

### Whole Infant Models

To test the hypothesis that infants are particularly susceptible to injury from shaking because of a relatively large head and weak neck, we constructed models of 1-month-old infants that were implanted with an accelerometer to measure the results of shaking or impact manipulations. Since the mechanical properties of the infant neck have not been studied, three models were built with different neck structures in order to include the range of limiting conditions that might exist in the live infant. Both a fixed center of rotation with zero resistance (hinge model) and moving centers of rotation with low and moderate resistance (rubber neck models) were tested.

### Experimental Methods

The heads and bodies of the models were adapted from Just Born dolls. Head circumference was 36 cm, coronal width was 10 cm, anteroposterior diameter was 10.75 cm, and height from vertex to base (calculated from a line drawn from chin to caudal occiput) was 9.0 cm; values were comparable to human infants. Brain weight for an infant of this size was assumed to be 500 gm.[1] The ideal weight of the head was estimated by balance-weight measurements of several infants with an average age of 1 month, and was 770 to 870 gm. The heads of the models were tightly filled with cotton, with water added until the desired weight range was reached. The water was absorbed by the cotton and distributed so that no sloshing of the contents occurred. The heads were reweighed after neck insertion and sealing and at the end of all experiments.

Neck length from the skull base to the T-1 vertebra

A. C. Duhaime, *et al.*

TABLE 5
*Summary of findings in 13 fatal cases of shaken baby syndrome*

| Factor | Finding |
|---|---|
| age (mos) | |
|   mean | 12.23 |
|   range | 3–24 |
| sex M/F | 7/6 |
| history | |
|   fall or hit (three with shaking) | 10 |
|   unknown | 3 |
| initial examination | |
|   unresponsive | 13 |
|   retinal hemorrhages | 9 |
|   cranial impact | 6 |
|   extracranial trauma | 5 |
| intracranial pressure | |
|   measured, unable to control | 9 |
|   not measured | 4 |
| survival time (days) | |
|   range | 1–7 |
|   mean | 2.2 |
| pathology | |
|   cranial contusions | 13 |
|   skull fractures(s) | 5 |
|   subdural hematomas (one requiring surgery) | 13 |
|   subarachnoid hemorrhage | 13 |
|     unilateral | 3 |
|     diffuse | 3 |
|     multifocal | 7 |
|   hemispheric contusions | 6 |
|     diffuse, multiple | 3 |
|     focal, coup-contrecoup | 3 |
|   white matter tears | 4 |
|     gross | 2 |
|     microscopic | 2 |
|   diffuse brain swelling (11 with herniation evident) | 13 |

TABLE 6
*Mean acceleration and time course of shakes and impacts in all models*

| Manipulation | No. | Peak Tangential Acceleration (G) | Time (msec) | Angular Velocity (radians/sec) | Angular Acceleration (radians/sec²) |
|---|---|---|---|---|---|
| shakes | 69 | 9.29 | 106.6 | 60.68 | 1138.54 |
| impacts | 60 | 428.18 | 20.9 | 548.63 | 52,475.70 |

TABLE 7
*Effects of neck condition and "skull" on mean peak tangential acceleration and time course of shakes and impacts*

| Variant | Shakes | | Impacts | |
|---|---|---|---|---|
| | Acceleration (G) | Time (msec) | Acceleration (G) | Time (msec) |
| hinge neck | 13.85 | 92.7 | 423.42 | 18.6 |
| flexible rubber neck | 5.70 | 93.3 | 427.78 | 21.4 |
| stiff rubber neck | 7.02 | 130.5 | 433.33 | 22.8 |
| skull | 9.86 | 107.4 | 436.12 | 20.2 |
| no skull | 8.89 | 103.5 | 427.04 | 21.6 |

TABLE 8
*Effect of impact surface on mean peak tangential acceleration and time course*

| Surface of Impact | Acceleration (G) | Time (msec) |
|---|---|---|
| padded surface | 380.60 | 24.22 |
| metal bar | 489.51 | 17.13 |

was measured from lateral neck films of several normal infants with an average age of 1 month and ranged from 3.5 to 4.5 cm; all models were therefore given neck lengths of 4.0 cm. Necks were embedded in Castolite resin* superiorly, which was also used to seal the head. The interior part of the neck was secured in dental stone.† The stuffed body was then replaced around the dental stone "thorax," with lead weights added as necessary to the thorax to reach a total body weight of 3 to 4 kg. Arms and legs were not weighted, so the slightly low total weight for age reflects an attempt to approximate trunk:head weight ratios.

Model 1 had a hinge neck made from a 360° steel hinge, 3.6 cm in width, placed in the horizontal plane to allow complete anteroposterior angulation of the head. The center of rotation was 3.3 cm below the estimated level of the skull base (approximating at the C-6 vertebral level). Model 2 had a 1.9-cm diameter hollow rubber neck with a 0.8-cm lumen. This neck

did not support the weight of the head in the upright position but did not kink when the head was allowed to fall unsupported. Model 3 had a 2.9-cm rubber neck with a 1.2-cm lumen. This neck was able to support the head in the vertical position but allowed full passive movement of the head. In all models, head motion was limited in the anteroposterior direction by the occiput striking the upper back and the chin striking the chest.

To test for the effect of the deformability of the model heads on impact, all models were tested with and without an external "pseudoskull" made from thermoplastic.‡ This "skull" was 1/8 in. thick and was molded to the occipital, parietal, temporal, and posterior frontal areas, with the facial area uncovered. The "skulls" weighed 170 to 200 gm.

Data were recorded from a piezoelectric accelerometer§ embedded in a small piece of thermoplastic and attached to the vertex in a coronal plane through the

* Resin manufactured by Buehler Ltd., Evanston, Illinois.
† Dental stone, Glastone Type IV, manufactured by Ransom and Randolph Co., Toledo, Ohio

‡ Polyform thermoplastic manufactured by Rolyan Medical Products, Menomonee Falls, Wisconsin.
§ Accelerometer manufactured by Endevco Corp., San Juan Capistrano, California.

## The shaken baby syndrome



FIG. 1. Representative tangential acceleration traces for infant models undergoing shake *(upper)* and impact *(lower)* manipulations. While manipulations of the infant models were performed as described, with a series of shakes followed by an impact, the magnitude of the impact accelerations was so much greater than that associated with the shakes that different scales are used to display the respective acceleration traces.



FIG. 2. Angular acceleration versus angular velocity for shakes and impacts, with injury thresholds from primate experiments scaled to 500-gm brain weight. DAI = diffuse axonal injury; SDH = subdural hematoma.

center of the neck. Each model was subjected to repetitive violent shaking, allowing the head to travel its full excursion several times, by adult male and female experimenters. The models were held by the thorax facing the experimenter and were shaken in the anteroposterior plane, since this is the motion most commonly described in the shaken baby syndrome. At the end of each series of shakes the occiput was impacted against either a metal bar or a padded surface. Each model was tested at least 20 times. Acceleration traces were amplified and recorded.‖

Angular accelerations were calculated from the measured peak tangential accelerations by using C-6 as the center of rotation in all cases. Angular velocity was calculated as the time integral of the acceleration curve. Translational forces were assumed to be minimal.

### Results

The data were collected from 69 shaking episodes ("shakes") and 60 "impacts." Typical tangential acceleration traces for shake and impact manipulations are shown in Fig. 1. The criterion for significant difference was $p < 0.01$ in all cases.

*Shakes Versus Impacts.* Angular acceleration and angular velocity for each shake and impact are shown in Fig. 2. Mean peak tangential acceleration for 69 shaking episodes was 9.29 G; mean peak tangential acceleration for 60 impacts was 428.18 G (Table 6). The accelerations due to impact are significantly greater than those obtained by shaking ($p < 0.0001$); on the average, impact accelerations exceed shake accelerations by a factor of nearly 50 times. Mean time interval

‖ Shock amplifier, Model 2740 A, and pulse memory unit, Model 2743, manufactured by Endevco Corp., San Juan Capistrano, California.

for shakes was 106.6 msec and for impacts was 20.9 msec. This difference is significant at the $p = 0.001$ level.

*Effects of Neck Condition.* Mean tangential accelerations and time courses for shakes and impacts for each neck condition are presented in Table 7. There is no significant difference between the hinge neck, the flexible rubber neck, and the stiff rubber neck in the mean acceleration resulting from impacts (423.4, 427.8, and 433.3 G, respectively) or in the mean time course (18.6, 21.4, and 22.8 msec, respectively). With shakes, the more flexible hinge neck is associated with higher accelerations (mean 13.85 G) than the two rubber neck models (mean 5.7 and 7.0 G) ($p < 0.001$). There is an inverse relationship between neck stiffness and time duration of a shake: the stiff rubber neck was associated with a longer time course than the more flexible rubber neck (130.5 msec and 93.3 msec, respectively) ($p < 0.001$).

*Effects of "Skull."* The presence of a hard thermoplastic "skull" did not change the magnitude or time course of accelerations associated with shaking of the models. The acceleration magnitude and time course were also unchanged when the models were impacted. These data are shown in Table 7.

*Effects of Impact Surface.* Impact against a padded surface was associated with significantly smaller acceleration (mean 380.6 G) and longer time course (mean 24.22 msec) than that against a metal bar (mean 489.5 G and 17.13 msec) ($p < 0.001$). Data are shown in Table 8.

A. C. Duhaime, *et al.*

## Discussion

Clinical head injury can be classified into two major categories according to the distribution of pathological damage, whether focal or diffuse.[10] Such a distinction is important for treatment and prognosis, as well as for establishing the biomechanical conditions necessary to produce a given injury type. It has been established both experimentally and clinically that most focal injuries are associated with impact loading, resulting in contact phenomena, while diffuse injuries are associated with impulsive loading conditions resulting from acceleration-deceleration phenomena.[6] Damage to the brain occurs as a result of these biomechanical forces and from the secondary effects of ischemia due to altered autoregulation or brain swelling.

The shaken baby syndrome has been postulated to result from the effects of nonimpact acceleration-deceleration forces. It has been suggested that the back and forth movement of the head alone is sufficient to cause tearing of bridging veins, resultant subdural hematomas, and death.[8,13] The relatively large size of an infant's head, weakness of the neck musculature, softness of the skull, relatively large subarachnoid space, and high water content of the brain have been postulated to contribute to the susceptibility of shaking injuries in infants.[4,14]

While shaking alone has been considered sufficient to cause a fatal injury, the usual lack of history of the true mechanism of injury in these cases has hampered accurate clinicopathological correlations. It is of interest, however, that in a recent series of fatal cases of infantile head injuries from suspected child abuse,[5] white matter tears were found similar to those described by Lindenberg and Freytag[11] in blunt trauma in infancy. In addition, lesions in the distribution typical of diffuse axonal injury, like those found in adult head injury and in subhuman primates subjected to high acceleration-deceleration injury,[7] were described in some cases. In fact, at least one of Caffey's original cases[3] included "lacerations of the cerebral parenchyma." Shaking alone was the presumed mechanism of these injuries.

As experience has accumulated in experimental angular acceleration injury it has become clear that, besides the magnitude of the acceleration, another important biomechanical factor influencing injury type is the time interval over which the acceleration occurs. Thus, large angular accelerations occurring over shorter time periods tend to result in subdural hematoma, while longer intervals are associated with diffuse axonal injury.[6] A tolerance scale relating these two factors to resultant injury has been developed for the subhuman primate by Thibault and Gennarelli.[16] Values above certain critical limits result in a particular type of injury such as concussion, subdural hematoma, or diffuse axonal injury. When such a curve is scaled for the brain mass of an infant the size of our models, it can be seen that the angular acceleration and velocity associated with shaking occurs well below the injury range, while

the values for impacts span concussion, subdural, and diffuse axonal injury ranges (Fig. 2). This was true for all neck conditions with and without skulls. A padded surface decreases the magnitude of acceleration and lengthens the time course to some extent, but these impacts also fall in the injury range.

These results are consistent with the observation that the fatal cases of the shaken baby syndrome in this series were all associated with evidence of blunt impact to the head. This preponderance of blunt trauma has also been found in at least one other series of nonaccidental head trauma in childhood in which the mechanism of injury was investigated.[9] It is of interest that in more than half of our fatal cases, no evidence of external trauma was noted on the initial physical examination, which helped to contribute to the diagnosis of "shaken baby syndrome." Skull fractures and scalp contusions were found at autopsy, however, most often in the occipital or parieto-occipital region. In addition, several babies had parenchymal lesions in a distribution consistent with diffuse axonal injury.[11]

While some reports on the shaken baby syndrome mention brain swelling, in most reports the subdural collections themselves have been postulated as the cause of death. In this series, all fatalities were consequent to uncontrollable brain swelling, and it is clear that drainage of the small collections present would have been useless in controlling the ICP. The problem of acute brain swelling is particularly common in the pediatric population, and its cause is poorly understood.[2] Whether high accelerations in the anteroposterior direction have some particular association to this complication remains to be investigated.

It is our conclusion that the shaken baby syndrome, at least in its most severe acute form, is not usually caused by shaking alone. Although shaking may, in fact, be a part of the process, it is more likely that such infants suffer blunt impact. The most common scenario may be a child who is shaken, then thrown into or against a crib or other surface, striking the back of the head and thus undergoing a large, brief deceleration. This child then has both types of injury — impact with its resulting focal damage, and severe acceleration-deceleration effects associated with impact causing shearing forces on the vessels and parenchyma. Unless a child has predisposing factors such as subdural hygromas, brain atrophy, or collagen-vascular disease, fatal cases of the shaken baby syndrome are not likely to occur from the shaking that occurs during play, feeding, or in a swing, or even from the more vigorous shaking given by a caretaker as a means of discipline.

### Acknowledgments

The authors are grateful to Lucy Rorke, M.D., Giustino Tomei, M.D., Karen Hess, M.S.E., Toni Siedl, M.S.W., and Thomas Langfitt, M.D., for advice and assistance with this project.

The shaken baby syndrome

### References

1. Adams RD, Victor M: **Principles of Neurology, ed 2.** New York: McGraw-Hill, 1981, pp 387–417
2. Bruce DA, Alavi A, Bilaniuk L, et al: Diffuse cerebral swelling following head injuries in children: the syndrome of "malignant brain edema." **J Neurosurg 54:**170–178, 1981
3. Caffey J: On the theory and practice of shaking infants. Its potential residual effects of permanent brain damage and mental retardation. **Am J Dis Child 124:**161–169, 1972
4. Caffey J: The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash-induced intracranial and intraocular bleedings, linked with residual permanent brain damage and mental retardation. **Pediatrics 54:**396–403, 1974
5. Calder IM, Hill I, Scholtz CL: Primary brain trauma in non-accidental injury. **J Clin Pathol 37:**1095–1100, 1984
6. Gennarelli TA, Thibault LE: Biomechanics of head injury, in Wilkins RH, Rengachary SS (eds): **Neurosurgery.** New York: McGraw-Hill, 1985, pp 1531–1536
7. Gennarelli TA, Thibault LE, Adams JH, et al: Diffuse axonal injury and traumatic coma in the primate. **Ann Neurol 12:**564–574, 1982
8. Guthkelch AN: Infantile subdural haematoma and its relationship to whiplash injuries. **Br Med J 2:**430–431, 1971
9. Hahn YS, Raimondi AJ, McLone DG, et al: Traumatic mechanisms of head injury in child abuse. **Childs Brain 10:**229–241, 1983
10. Langfitt TW, Gennarelli TA: A holistic view of head injury including a new clinical classification, in Grossman RG, Gildenberg PL (eds): **Head Injury: Basic and Clinical Aspects.** New York: Raven Press, 1982, pp 1–14
11. Lindenberg R, Freytag E: Morphology of brain lesions from blunt trauma in early infancy. **Arch Pathol 87:**298–305, 1982
12. Ludwig S, Warman M: Shaken baby syndrome: a review of 20 cases. **Ann Emerg Med 13:**104–107, 1984
13. McClelland CQ, Rekate H, Kaufman B, et al: Cerebral injury in child abuse: a changing profile. **Childs Brain 7:**225–235, 1980
14. Merten DF, Osborne DRS: Craniocerebral trauma in the child abuse syndrome. **Pediatr Ann 12:**882–887, 1983
15. Sarsfield JK: The neurological sequelae of non-accidental injury. **Dev Med Child Neurol 16:**826–827, 1974
16. Thibault LE, Gennarelli TA: Biomechanics of diffuse brain injuries. in: **Proceedings of the Fourth Experimental Safety Vehicle Conference.** New York: American Association of Automotive Engineers, 1985
17. Zimmerman RA, Bilaniuk LT, Bruce D, et al: Computed tomography of craniocerebral injury in the abused child. **Radiology 130:**687–690, 1979

Manuscript received June 16, 1986.
*Address reprint requests to:* Ann-Christine Duhaime, M.D., Division of Neurosurgery, University of Pennsylvania, Philadelphia, Pennsylvania 19014.

*British Journal of Neurosurgery* 2002; 16(3): 217–219

*B3*


Taylor & Francis
healthsciences

**FOR DEBATE**

# Shaken Baby Syndrome: fundamental questions

R. USCINSKI

*Department of Neurosurgery, George Washington University and Department of Neurosurgery and Pediatrics, Georgetown University, Washington, DC, USA*

More than 30 years have passed since the original publication by Caffey[1] proposing the hypothesis of causing injury to infants by manual shaking, and the Shaken Baby Syndrome currently enjoys worldwide clinical attention. In the United States alone, large amounts of federal funding, passing through the individual states, provide support for comprehensive child protective services, including the evaluation of reported instances of injury by shaking, the establishment of cases of purported child abuse by shaking, and the prosecution and resolution of these cases These cases achieve widespread national and sometimes international[2] publicity, and well-intentioned health-care providers, such as physicians, nurses, paramedical personnel and social workers are often held up to close public scrutiny regarding their respective positions on this subject. While the legislatures, the media, and even some portions of the health-care professions have been quick to adopt a posture regarding the presence of child abuse as a general premise, and avoidance of injury to children by shaking specifically, a careful review of the facts surrounding the original hypothesis, plus subsequent recorded experimental data, raises questions which may have some significance here.

To begin with, Caffey in 1972 published the first definitive clinical article entitled 'On the Theory and Practice of Shaking Infants', referenced earlier. In reading this article, the only reference directly linking subdural haematomas, regarded as the hallmark injury in shaking, with violent to and fro movement of the neck, is an article published one year earlier by Guthkelch,[3] in which the latter author references as a biomechanical basis for the concept of manual shaking causing subdural hematomas in children, earlier experimental work by Ommaya.[4] Indeed, in reading the original papers by Guthkelch and Caffey, Ommaya's work emerges as the only experimental verification for the hypothesis of causing subdural haematomas in

infants by manual shaking, all else being retrospective clinical observation or anecdotal report. It would seem therefore that the original work by Ommaya should be examined closely.

In 1968, Ommaya attempted to establish experimentally whether intracranial injuries could be produced by rotational displacement of the head on the neck alone, without significant direct head impact. This series of experiments was performed in the light of previously published reports of cerebral concussion and other evidence for central nervous system involvement after whiplash injury in man. In this experiment, anaesthetized rhesus monkeys were secured in a contoured fibreglass chair mounted on a rigid carriage. This carriage was mounted on wheels placed on a track, and a piston was used to deliver an impulse to the carriage, propelling the animal forward, simulating a rear end motor vehicle collision, the actual point of interest in the experiment. The entire event was photographed with a high-speed camera, enabling a calculation of rotational acceleration of the head, this acceleration being measured in radians/s$^2$, the radian being that portion of the circumference of a circle enclosed by arc of 57.29 degrees, or the radius of a circle measured along its circumference. Ommaya was able to produce clinical and pathologically demonstrated intracranial injury in the form of concussion, subdural haematoma, and parenchymal injury to brain tissue in 19 animals, 11 of which also had pathologically demonstrated neck injuries. He also demonstrated that rotational acceleration exceeding 40,000 radians/s$^2$ was sufficient to produce experimental concussion, without impact to the head. Ommaya postulated from these data that the levels of angular acceleration required to produce cerebral concussion and brain injury in man without impact should be in the order of 6000–7000 radians/s$^2$ a figure he revised downward later to 4000 radians/s$^2$.[5] This is based on a formula

Correspondence: Ronald H. Uscinski, 121 Yarnick Road, Great Falls, VA 22066, USA. E-mail: ruscinski@juno.com
Received for publication 8 March 2002. Accepted 29 April 2002.

ISSN 0268–8697 print/ISSN 1360–046X online/02/030217–03 © The Neurosurgical Foundation
DOI: 10.1080/02688690220148978

218    *R. Uscinski* et al.

found in classical Newtonian physics, $F = ma$, where $F$ is force, 'm' is mass, and 'a' is acceleration. It is significant that Ommaya arrived at this conclusion knowing that the smaller mass of the monkey's head would require greater angular acceleration in order to satisfy this law of basic Newtonian physics, an observation which has been borne out in later work, which established that $F$ is a biological constant for neural tissue inversely proportional to the mass of neural tissue raised to the 2/3 power. Following this reasoning and in accordance with the above referenced experimental data, the smaller mass of the infant head, with nonimpact injury, should require greater angular acceleration and not less, than the adult head. Moreover, no information existed at the time as to whether a human being could generate the amount of angular acceleration necessary to cause such injury by shaking an infant, although it was doubtful. At some point after the publication of the 1968 paper, Caffey contacted Ommaya and was so advised, but apparently misunderstood or disregarded the information (personal communication). In 1987, Duhaime, Thibault *et al*,[6] studied precisely this question, and showed that human subjects, shaking dolls with hinge necks and equivalent massed heads, generated mean angular accelerations of 1138.54 radians/s², or approximately ¼ the predicted concussive injury thresholds, whereas impacts against either a hard metal or padded surface generated a mean of 52, 475.70 radians/s², well within predicted thresholds.

Taken as a whole, the above research would seem to raise some questions about whether the intracranial injuries hitherto ascribed to shaking are really the result of such and this is also noted in the last cited study, hence the genesis of the expression 'shaken-impact'. Obviously, this has far-reaching implications.

Another point which bears scrutiny is the most recognized intracranial manifestation of the described constellation of findings ascribed to shaking, the unexplained subdural haematoma. Some amplification and clarification is appropriate here. While the acute subdural haematoma most often is seen following obvious impact injury, it must clearly be differentiated from the chronic subdural haematoma, which is some key ways may be considered a different form of injury. While it is certainly correct that the chronic subdural haematoma started as an acute form, it must logically also follow that the chronic subdural haematoma is, by very definition, the acute subdural haematoma that was missed in its genesis. This need not imply that the injury was kept hidden, rather, that the injury was not severe enough to be considered serious at the time, or even to be brought to medical attention. Most obstetricians are aware that subdurals in infants can occur after apparently normal birth,[7] and a true

incidence (and prevalence) of birth related subdural bleeding has yet to be determined. Hence, it is by no means beyond the realm of possibility that a child sustaining subdural bleeding at the time of birth would present clinically weeks or even months later with a chronic subdural haematoma. By definition, this might well be interpreted as a chronic subdural haematoma without explanation, i.e. child abuse. It is also obvious that not every infant suffering an apparently minor fall, (with impact) is evaluated or scanned. One can easily see the genesis of the 'unexplained' injury under such circumstances. The mechanism of membrane formation as a means of resorption of chronic subdural hematoma in infants has never been demonstrated to be different from that in adults, and pathologic specimens obtained appear identical under the microscope. Rebleeding in subdural haematomas may occur, with minimal or no trauma, owing to the nature of the membranes and the process of resorption,[8,9] explaining the slowly enlarging subdural which suddenly becomes symptomatic. Common sense would seem to indicate that not all the subdural haemorrhages in children are inflicted injuries and prior to 1972 the presence of retinal haemorrhages was a diagnostic aid in detecting the presence of chronic subdural haematoma in children, and has long been known among neurosurgeons to reflect an abrupt increase in retinal venous pressure, as a manifestation of an abrupt increase in intracranial pressure.[10,11] Lastly, a simple point for consideration: When an adult presents with a chronic subdural haematoma, abuse is rarely a diagnostic consideration. Given the similar pathology of the subdural haematoma in adults and children, why, logically, should the opposite be true in a child?

No one would possibly disagree that the protection of innocent children is a good and desirable end. This protection, however, must be grounded in solid, logical, reproducible scientific concepts, if for no other reason than that once child abuse is suspected, a formidable apparatus of child protective agencies and the courts is engaged. Should the science be erroneous or ill founded, the paradigm shifts and, paradoxically, another category of innocents becomes imperiled, the wrongfully accused. This is not justice.

## Reference

1  Caffey J. On the theory and practice of shaking infants. *Am J Dis Child* 1972;124:161–9.
2  *Commonwealth of Massachusetts v Louise Woodward* (1997).
3  Guthkelch A. Infantile subdural haematoma and its relationship to whiplash injuries *BMJ*. 1971;2:430–1.
4  Ommaya A. Whiplash injury and brain damage. *JAMA* 1968;204:75–9.

5 Ommaya AK, Hirsh AE, Harris E, *et al.* (1967) Scaling of experimental data on cerebral concussion in subhuman primates to concussive thresholds for man, in: *Proceedings of the 11th Stapp Car Crash Conference*, Society of Automotive Engineers: New York

6 Duhaime A, Gennarelli T, Thibault L, Bruce D, Margulies S, Wiser R. The Shaken Baby Syndrome. A clinical, pathological and biomechanical study. *J Neurosurg* 1987;66: 409–15.

7 *Williams Obstetrics, 20th edn*. Stamford, CT: Appleton & Lange, p. 998, 1997.

8 Ito H, Komai K, Yamamoto S. Role of local hyper-fibrinolysis in the etiology of chronic subdural hematoma. *J Neurosurg* 1976;45:26–31.

9 Ito H, Komai K, Yamamoto S. Fibrinolytic enzyme in the lining walls of chronic subdural hematoma. *J Neurosurg* 1978;48:197–200.

10 Muller P, Deck J. Intraocular and optic nerve sheathe hemorrhage in cases of sudden intracranial hypertension *J Neurosurg* 1974;41:160–6.

11 Hollenhorst R, Stein H. Ocular signs and prognosis in subdural and subarachnoid bleeding in young children. *AMA Archives of Ophthalmology* 1958;60;187–91.

*British Journal of Neurosurgery* 2003; 17(1): 15–18

Taylor & Francis
healthsciences

FOR DEBATE

# Shaken Baby syndrome

### Comment by Dr A. V. Levin

I read with interest the Editorial commentary by Dr R. Uscinski.[1] He writes that 'prior to 1972 the presence of retinal haemorrhages was a diagnostic aid' in recognizing chronic subdural haematoma in childhood. Later in his commentary he cites two references, from the adult medical literature, to support his view that 'retinal haemorrhages' may be due to abrupt increased intracranial pressure via increases in retinal venous pressure.

The term 'retinal haemorrhage' is no more specific than the term 'intracranial haemorrhage'. Use of generic terms may be misleading and result in inaccurate conclusions. Retinal haemorrhage may, indeed, be associated with increased intracranial pressure. In the presence of papilloedema, it is not uncommon to see small splinter (also known as flame shaped) haemorrhages within the retinal nerve fibre layer on the swollen optic nerve head or in the immediate peripapillary area. In addition, one would expect to see the characteristic features of the oedematous nerve including blurring of the disc margins, disc elevation, dilated and tortuous vasculature and, in severe cases, macular exudate. In the absence of papilloedema, retinal haemorrhages in children due to increased intracranial pressure is actually quite rare.[2] When they do occur, the haemorrhages tend to be few in number, confined to the posterior pole of the retina, sometimes on the optic nerve surface, and intraretinal or preretinal. The fact that the retinal vasculature of children might respond differently than adults is not surprising given the extreme rarity, if not absence, of diabetic, hypertensive and sickle cell-induced retinal haemorrhages in the shaken baby syndrome age range. In adults, these are perhaps the most common cause of retinal haemorrhages. Terson syndrome, which may be due to increased intracranial pressure associated with intracranial haemorrhage of any type, is also much less common in children than adults.[3]

The retinal haemorrhages described above, and those seen in the uncommon child with Terson syndrome, are very different from the too-numerous-to-count, pre-, intra- and subretinal haemorrhages, extending out to the peripheral edges of the retina, with or without macular retinoschisis, that is seen in approximately 2/3 of shaken infants (with or without evidence of impact).[4] Our recently published data suggest no correlation between increased intracranial pressure and retinal haemorrhage in these victims of abuse. In addition, the theory of retinal venous obstruction also must be called into question, as the appearance of the haemorrhagic retinopathy well known to ophthalmologists as central retinal vein occlusion (or branch retinal vein occlusion) has a very characteristic pattern of haemorrhages that is rarely seen in the shaken baby syndrome.[2] Lastly, the assertion that neurosurgeons previously held a belief about retinal haemorrhages at a time when the entity of shaking or shaking-impact as a form of child abuse had not yet entered the medical consciousness, only leaves us to conclude that, indeed, their belief was incorrect.

In conclusion, I hope that all physicians working with children who exhibit retinal haemorrhages from any cause, will specifically characterise and describe the number, pattern of distribution and types of these haemorrhages. We must also continue to observe large populations of children prospectively, including those with elevated intracranial pressure, using this descriptive terminology, so that we may best recognize when 'retinal haemorrhages' have more or less diagnostic importance and specificity. Animal models may help us in better understanding the pathophysiology of retinal haemorrhages in various conditions. A small number of intraretinal haemorrhages in the posterior pole in the absence of retinoschisis is indeed non-specific, although the most likely cause still appears to be abusive head injury with a repetitive acceleration-deceleration component. The child in the first years of life with extensive haemorrhagic retinopathy must be considered a victim of abuse in the absence of another acceptable explanation for that particular pattern of haemorrhages.

A.V. LEVIN
*Departments of Paediatrics and Ophthalmology,
The Hospital for Sick Children
University of Toronto, Canada*

ISSN 0268-8697 print/ISSN 1360-046X online/03/0100015-04 © The Neurosurgical Foundation

16    *For Debate*

## References

1 Uscinski R. Shaken baby syndrome: fundamental questions. *Br J Neurosurg* 2002;16(3):217–19.
2 Levin AV. Retinal haemorrhage and child abuse. In: David TJ, ed., *Recent advances in paediatrics*, no. 18. London: Churchill Livingstone, 2000:151–219.
3 Schloff S, Mullaney PB, Armstrong DC, Simantirakis E, Humphreys RP, Myseros JS, Buncic JR, Levin AV. Retinal findings in children with intracranial haemorrhage. *Ophthalmology* 2002;109(8):1472–1476.
4 Morad Y, Kim YM, Armstrong DC, Huyer D, Mian M, Levin AV. Are there correlations between retinal findings and intracranial findings in Shaken Baby syndrome? *Am J Ophthalmol*, 2002;134:354.

DOI: 10.1080/0268869031000093654

## Comment by Dr M. Mian

The article by Dr R. Uscinski[1] contains some interesting statements on subdural haemorrhages and the effects of the birth process on the head. However, these require some further comment.

Dr Uscinski states correctly that obstetricians are aware that infants may suffer subdural haemorrhages even after apparently normal births. The nature of the subdural haemorrhages, however, needs to be defined more specifically. A small pilot study[2] suggests that normal untraumatized newborns may have very small subdural haemorrhages but these infants, who are asymptomatic at birth, grow up to be well. The authors caution that neurological abnormality cannot be ascribed to these neonatal subdural haemorrhages. In another study reporting the presence of neurological abnormalities, the authors caution that neurological symptoms are to be ascribed to co-existent cerebral injury not visible on tomography rather than to very small subdural haemorrhages.[3] Conversely, symptomatic infants at birth, even after normal births, were most frequently found to have subdural haemorrhages as their lesion, some even requiring drainage.[4] Neither of these categories of infants is likely to be confused with the child who presents with a chronic subdural haematoma weeks or months after a normal perinatal history.

Furthermore, there is reason for being precise in identifying the location of subdural haemorrhages since a large review of CT scans has demonstrated that the pattern of acute subdural blood that is over the hemispheres, supratentorial and interhemispheric is more likely to be seen in infants with inflicted rather than non-inflicted injury.[5] As for the age of the haemorrhages, children who are abused are more likely to have chronic or both acute and chronic subdural haemorrhages in comparison with unintentionally injured children at presentation.[6]

Therefore, staying well within the realm of possibility, if a child had a normal birth and was asymptomatic in the perinatal period, but was subsequently found to have a chronic subdural haemorrhage, the evidence to date suggests that the birth process was not the cause of the pathology and instead, inflicted trauma must be considered most likely. Nonetheless, it is important that we continue to review the effects of the birth process, however it unfolds, on the infant's head, both in the neonatal period and in follow-up, so that we can be more precise in correlating these outcomes with the types of subdural haemorrhages that may occur.

M. Mian
*Suspected Child Abuse and Neglect (SCAN) Program,
Hospital for Sick Children,
555 University Avenue, Toronto,
Ontario, Canada*

## References

1 Uscinski R. Shaken baby syndrome: fundamental questions. *Br J Neurosurg* 2002;16(3):217–19.
2 Holden KR, Titus MO, Van Tassel P. Cranial magnetic resonance imaging examination of normal term neonates: a pilot study. *J Child Neurol* 14:708–10.
3 Chamnavanakij S, Rollins N, Perlman JM. Subdural hematoma in term infants. *Pediatr Neurol* 2002;26:301–4.
4 Pollins J, Dias MS, Li V, Kachurek D, Arbesman M. Cranial birth injuries in term newborn infants. *Pediatr Neurosurg* 2000;35:113–19.
5 Wells RG, Vetter C, Laud P. Intracranial hemorrhage in children younger than 3 years: prediction of intent. *Arch Pediatr Adolesc Med* 2002;56:252–7.
6 Feldman KW, Ross B, Shugerman RP, Grossman DC, Grady MS, Ellenbogen RG. The cause of infant and toddler subdural haemorrhage: a prospective study. *Pediatrics* 2001;108: 636–46.

DOI: 10.1080/0268869031000093663

## Comment by Dr G. G. W. Adams and Professor P. J. Luthert

We read with interest Dr Uscinski's comment on shaken baby syndrome.[1] We would emphasize in a case of Shaken Baby syndrome that the safety of the child is paramount, but would also agree that the evidence underpinning a charge of child abuse must be solid and secure. Our interest in this area relates to the ophthalmic findings, the most common of which is the presence of retinal haemorrhages.

Dr Uscinski notes that prior to 1972 the presence of retinal haemorrhages was a diagnostic aid

in detecting the presence of chronic subdural haematomata in children. Now the finding of retinal haemorrhages in a child under three without obvious explainable cause, particularly if associated with intracerebral bleeding, is in many quarters assumed to be a sign of non-accidental injury. In 1999, the Royal College of Ophthalmologists Child Abuse Working Party[2] noted there was good evidence that there must be considerable acceleration forces applied to produce retinal bleeding. The recent publications by Geddes et al.[3,4] have questioned this assumption of considerable force. They have suggested on the basis of their pathological findings, that less force than previously predicted may produce a stretch injury at the craniocervical junction with damage to the brain stem respiratory centre with apnoea, acute brain hypoxia with swelling and an abrupt rise in intracranial pressure. Forty per cent of the infant group had no signs of extracranial injury or skull fracture, but all had raised intracranial pressure with subdural haemorrhage in 86% and retinal haemorrhage in 83% of those examined. A recent paper by Ommaya[5] and colleagues has looked at the role of raised intracranial pressure and orbital shaking, and suggested that it is biomechanically improbable that shaking can produce retinal haemorrhage because of the small mass of the eye. They consider that an abrupt rise in intracranial pressure is the more likely explanation and there is certainly an abundance of data relating raised intracranial pressure to retinal haemorrhage in other contexts. Tongue[6] has previously suggested that fragility of the infant vascular system may make it more susceptible to abrupt changes in pressure, and that this vascular fragility may predispose to the formation of retinal haemorrhages in the young age group. Autoregulation of cerebral microcirculation appears less well developed in young children than in adults and this may also be a factor in the retina.

Therefore, in infants, particularly those of 3 months of age or less, who present acutely with retinal and subdural haematoma without any other extracranial sign of injury, it may be unwise, on the basis of this recently published evidence, to try and define the level of inflicted force. Obviously, in the other child and in children with fractures or other signs of extracranial injuries, then they would appear to have been victims of injuries inflicted by unacceptable force.

A child presenting with cerebral and retinal haemorrhage needs to be thoroughly and completely examined, documented and worked up. The ophthalmologist is an important member of the team taking care of a child suspected of suffering non-accidental injury. We strongly advise a thorough and complete documentation of the eyes by an experienced paediatric ophthalmologist, and that this is both timed and dated, and legibly signed. Unless there is any strong neurosurgical contraindication these children should be well dilated and examined with an indirect ophthalmoscope. Some hospitals in the UK now have appropriate retinal cameras, but where these are not available good quality diagrams indicating the position and type of haemorrhage are required. It is unhelpful to record simply 'retinal haemorrhage'. We would also emphasize the importance of serial examinations to look for re-absorption of the haemorrhage, which aids estimation of the time of causation.

We would emphasize that retinal haemorrhages alone do not explain causation, and that the morphology of retinal haemorrhage depends on the level and the layer in which retinal bleeding takes place. Whilst a diagnosis of non-accidental injury may be suspected it is vital that the child is adequately assessed and worked up, and that findings are interpreted in light of all available evidence in order to avoid miscarriages of justice.

Dr Uscinski notes the issues surrounding non-accidental injury are fraught, and as Dame Elizabeth Butler-Sloss pointed out earlier this year,[7] medical experts in this area must keep up to date with new findings, and be prepared to consider them when faced with a child who has been the possible victim of non-accidental injury. The child's welfare is of overriding importance, but a logical approach to the problem is vital in what can be a very difficult area of medicine.

G. G. W. ADAMS & P. J. LUTHERT
Moorfields Eye Hospital
City Road, London EC1V 2PD, UK

## References

1 Uscinski R. Shaken baby syndrome: fundamental questions. Br J Neurosurg 2002;16:217–19.
2 Ophthalmology Child Abuse Working Party. Child abuse and the eye. Eye 1999;13;3–10.
3 Geddes JF, Hackshaw AK, Vowles GH, Nickols CD, Scott IS, Whitwell HL. Neuropathology of inflicted head injury in children I. Pattern of brain damage. Brain 2001;124: 1290–8.
4 Geddes JF, Vowles GH, Hackshaw AK, Nickols CD, Scott IS, Whitwell HL. Neuropathology of inflicted head injury in children II. Microscopic brain injury in infants. Brain 2001;124:1299–306.
5 Ommaya AK, Goldsmith W, Thibault L. Biomechanics and neuropathology of adult and paediatric head injury. Br J Neurosurg 2002;16:220–42.
6 Tongue AC. Discussion of report on traumatic retinoschisis in battered babies. Ophthalmology 1986;63:624–6.
7 Butler-Sloss E, Hall A. Expert witnesses, courts and the law. J R Soc Med 2002;95:431–4.

DOI: 10.1080/0268690031000093672

18     *For Debate*

**Comment by Professor J. F. Geddes *et al.***

Dr Uscinski's provocative commentary[1] airs some central issues in the field of infant head injury, probably the most important of which is the need to examine critically (and, if necessary, to challenge) the validity of long-held beliefs. In our endeavour to protect children and identify possible abuse, we tend to forget that the mere fact that experts, or the majority of experts, have always believed something does not mean that the belief is correct. Dr Uscinski's unravelling of the chain of 'evidence' that shaking can cause subdural bleeding is a salutory reminder of this.

Another element of received wisdom, the belief that diffuse traumatic axonal injury or 'DAI' occurs in severe cases of 'shaken baby syndrome', has also been challenged in a recent report, and the evidence-base for that idea shown to be non-existent.[2] The same study demonstrated that the vast majority of infants with fatal head injury, in fact, have little or no traumatic brain damage, and die because of hypoxic brain swelling. Other comparable assumptions bedevil the field of non-accidental injury: for example, while we know that children who are involved in high-speed road traffic accidents or who fall from two storey windows suffer intracranial bleeding, we don't know the minimum force needed to produce retinal and subdural haemorrhage. It is one thing to give instances of extreme force, but it does not follow that nothing less can cause such bleeding. Do we, in fact, know whether force is always necessary? Merely because a head injury in older children or adults causes bridging veins to rupture and produce a large unilateral haematoma, are we right in assuming that the typical infantile subdural, very different from the adult counterpart, has the same aetiology? If the biomechanical evidence is against traumatic rupture resulting from shaking, could the subdural bleeding have a non-traumatic origin? A recent publication argues for, and provides some evidence of, a physiological aetiology for subdural and retinal bleeding.[3] If true, this would not only provide an explanation for the occasional non-traumatic cases that mimic 'shaken baby syndrome', but would also account for all the features of the 'syndrome', whether or not force had been used.

No one involved in this field would deny that there is evidence of violence in most children with inflicted head injury. Nevertheless, there does remain a small group of worrying cases in which there is no objective evidence of trauma in the form of extracranial or impact injuries, and in which the only allegations of abuse originate from the medical experts involved—allegations that are based purely on the pathological findings of retinal or subdural haemorrhages. Given that these haemorrhage are not pathognomonic of inflicted injury, neither alone nor in combination, such allegations can never be absolutely certain. It is in these cases that we need to tread with extreme caution and be entirely convinced of the validity of the scientific data we use to support our expert opinions. Dr Uscinski has done us a service in re-emphasizing the need to evaluate the literature critically.

J. F. Geddes,
St. Bartholomews and The London School of
Medicine & Dentistry,
Royal London Hospital, Whitechapel,
London, E1 1BB, UK

H. L. Whitwell,
Department of Forensic Pathology,
University of Sheffield, Medicolegal Centre,
Watery Street, Sheffield S3 7ES, UK

R. C. Tasker,
University Department of Pediatrics,
Addenbrooke's Hospital,
Hills Road,
Cambridge CB2 2QQ, UK

**References**

1 Uscinski R. Shaken Baby syndrome: fundamental questions. *Br J Neurosurg* 2002;16:217–19.
2 Geddes JF, Vowles GH, Hackshaw AK, Nickols CD, Scott IS, Whitwell HL. Neuropathology of inflicted head injury in children. II. Microscopic brain injury in infants. *Brain* 2001;124:1299–306.
3 Geddes JF, Tasker RC, Hackshaw AK, Nickols CD, Adams GGW, Whitwell HL, Scheimberg I. Dural haemorrhage in non-traumatic infant deaths: does it explain the bleeding in 'shaken baby syndrome'? *Neuropathol Appl Neurobiol* 2003;29:14–22.

DOI: 10.1080/0268869031000093681

REVIEW

*B4*

# Evidence-Based Medicine and Shaken Baby Syndrome

## Part I: Literature Review, 1966–1998

*Mark Donohoe, MD*

(Am J Forensic Med Pathol 2003;24: 239–242)

In recent years, there has been a clear move toward basing medical practice and opinions on the best available medical and scientific evidence. This process has been termed *evidence-based medicine* (EBM) and involves a review of the quality of evidence that is available in various diseases and fields of inquiry within medicine.

This is the first of 2 articles that attempts to formally rank the available medical scientific evidence by internationally accepted methods, to determine the degree of confidence that can be held on various claims about the condition termed *shaken baby syndrome* (SBS). Areas with good scientific evidence are identified, and shortcomings in the research and publications on the subject are addressed.

Approximately half of all indexed medical publications on the subjects of SBS and shaken-impact syndrome were published before 1999 and half since that time. Given that 1998/1999 is regarded as the turning point in acceptance of the tenets and practice of EBM, it seemed reasonable to assess the quality of evidence before 1999 and compare it with the quality of evidence on the same subject matter since that time. At the conclusion of Part II, the 2 periods are compared to determine the extent to which EBM has affected the field of SBS in terms of quality of available evidence.

The aim of this review is to be neutral on the subject of SBS. Neutrality is difficult to define in this field, in part because of the polarization of opinions on the highly emotional subject of infant injury and death and in part because of clear data deficiencies arising from difficulties in performing experiments. It is clearly unethical to intentionally shake infants to induce trauma, and there is an obvious problem with studies and reports that rely on either indirect or disputed evidence of the occurrence, severity, or type of trauma.

Many studies lacking these critical data make the obvious logical error of selecting cases by the presence of the very clinical findings and test results they seek to validate as diagnostic. Not surprisingly, such studies tend to find their own case selection criteria pathognomonic of SBS.

*Neutrality* in this review simply means that there is no selective quotation of the available literature, and literature is not chosen to support any particular view. The assessment is of the methods and quality of the actual research, and until this assessment is complete, the content, findings, and recommendations are irrelevant. At the end of the ranking, those studies that achieve the highest QER scores are reviewed for their content, findings, and recommendations. Their outcomes are collated, and the entire published data set is then reviewed as a whole to determine the summarized recommendations, noting areas of agreement, conflict, or controversy. From this, the problems with the published evidence are noted, and data gaps are identified. Recommendations can then be made according to the summarized data.

In assessment of the quality of the available scientific evidence, the author has taken an approach recently defined worldwide as an appropriate scale for review of quality of evidence. This approach has been described recently in context of setting Australian clinical guidelines.

Genuine hypothesis testing requires use of appropriate research methodologies, including collection of relevant control data, and suitable statistical analysis. The interpretation of individual study findings may be constrained by factors such as whether the cohort examined was adequately representative of the patient population in general. Replication across studies and in independent research centers is a key factor in the reliability of evidence.

Compelling evidence comes from consistent findings in 2 or more well-constructed, controlled trials or population-based epidemiologic studies (i.e., level I or level II evidence). By contrast, clinical practice guidelines with level IV evidence represent consensus statements of the expert panel according to clinical experience and limited scientific data. Although these statements may influence current practice,

Manuscript received December 2, 2002; accepted May 29, 2003.
From Mosman, New South Wales, Australia.
Address correspondence and reprint requests to Mark Donahoe, PO Box 328, Mosman, New South Wales, Australia. E-mail: drmark@bigpond.net.au
Copyright © 2003 by Lippincott Williams & Wilkins
0195-7910/03/2403-0239
DOI: 10.1097/01.paf.0000083635.85457.97

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Donohoe*                   *The American Journal of Forensic Medicine and Pathology* • Volume 24, Number 3, September 2003

they are likely to be modified in response to further research findings. Data from a single case series without control subjects provide little more than a stimulus for subsequent hypothesis testing.

## Quality of Evidence Ratings

I: Consistent evidence obtained from more than 2 independent, randomized, and controlled studies or from 2 independent, population-based epidemiologic studies. Studies included here are characterized by sufficient statistical power, rigorous methodologies, and inclusion of representative patient samples. Meta-analysis of smaller, well-characterized studies may support key findings.

II: Consistent evidence from 2 randomized controlled studies from independent centers, a single multicenter randomized controlled study, or a population-based epidemiologic study. Data included here have sufficient statistical power, rigorous methodologies, and the inclusion of representative patient samples.

III-1: Consistent evidence obtained from 2 or more well-designed and controlled studies performed by a single research group.

III-2: Consistent evidence obtained from more than 1 study but in which such studies have methodologic constraints, such as limited statistical power, or the inclusion of patient samples that may be nonrepresentative.

III-3: Evidence obtained from a single case study or a selected cohort study.

III-4: Conflicting evidence obtained from 2 or more well-designed and controlled studies.

IV: Consensus opinions of authorities according to clinical experience or descriptive reports.

## SBS: Literature Review (1966–1998)

### Overview and Methods

The entire Biomednet Medline database (http://www.biomednet.com/db/medline) was searched by using the search term *shaken baby syndrome* and Internet Explorer in late November 1998. Other articles identified that had not yet been indexed on MEDLINE but had been published were also included.

The entire set of retrieved articles was reviewed, and those in which SBS was only peripherally mentioned or in which SBS was unrelated to the original article were omitted. Letters and brief correspondence were also discarded, unless they added new information or data on SBS. Articles in non-English journals that lacked an English abstract were also generally excluded from assessment.

These exclusions reduced the initial list of 71 articles to 54, which were reviewed, categorized, and ranked according to the QER above. To these was added the important study by Jayawant et al. from *BMJ* of December 5, 1998. The editorial was omitted because it added nothing to the original article.

It was impossible to review the full original article in many cases, although all of the major articles were reviewed in full. The remainder was assessed for categorization by using the authors' abstracts.

Each article was assigned to 1 of 4 categories: (1) randomized controlled trial; (2) case series with or without controls (with date, series size recorded); (3) single case reports; and (4) other, including review articles, opinion pieces, and articles on social implications.

## Results of Quality of Evidence Ratings

Fifty-four articles or abstracts were reviewed. One was a randomized controlled trial.[34] This trial was not relevant to the general topic of SBS because it assessed a diagnostic technique (electroretinograph) that proved unsuccessful in diagnosis. Twenty-six were case series.[1,2,7,9,11,13–15,18,19,26,28–30,33,36,39,42,45–50,52,53] Twenty-five were retrospective studies, and 1 was prospective.

In total, 307 SBS cases were claimed to have been assessed among the 23 articles in which numbers of SBS patients were provided, with a mean study size of 13 cases and a median of 7 cases per series.

Selection criteria for SBS cases were unstated in 12 articles, based on presumption or suspicion in 10, and confirmed in 4 by confession or conviction. Two studies had appropriate control groups, 3 had inappropriate control groups, and 21 were case series without control groups. Twelve studies were case reports:[3–5,8,10,17,22,24,31,32,51,55]

Retinal pathology in suspected SBS, 5 cases
Blunt head injury at autopsy, 1
Subdural hemorrhage (SDH) and retinal hemorrhage (RH) as a result of fall and chest compression, 1 case
Shaking causing traumatic aneurism, 1 case
Arteriovenous malformation, not SBS, as cause, 1 case
Intentional asphyxia and shaking of 15-week-old baby, 1 case
Magnetic resonance imaging value in diagnosis, 1 case
Raised intracranial pressure as cause of RH, 1 case
Fifteen were "other" articles[6,12,16,20,21,23,25,27,37,38,40,41,43,44,54]

Historical reviews of SBS,10 articles
Opinion papers without original material, 3 articles
Social issues and SBS, 1 article
Review of imaging in SBS (computed tomography versus magnetic resonance imaging), 1 article

## RESULTS

The randomized controlled trial was unrelated in any aspect of interest in this review and addressed a method of assessment of the retinae that proved to be unsuccessful.

Of the case series, the flaws noted above are relevant. All but 1 was retrospective, and all but 5 had no control population to compare cases with. Three of those that did

240

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 24, Number 3, September 2003      *Shaken-Baby Syndrome*

include controls chose insufficient or inappropriate controls (head impact trauma, without healthy controls or other illness unrelated to head injury). This shortcoming would normally have excluded these studies from the literature review (because they do not fulfill criteria for inclusion). Given the difficulties inherent in assessment of SBS and of identifying appropriate control groups, however, these articles have been included as QER III-2.

In studies with confirmed (i.e., admitted or observed) trauma and SBS, there were few common findings, apart from the presence of SDH accompanied by RH in 80% of examined cases. Some articles attempt to measure other risk factor, and the study by Jayawant et al.[42] is noteworthy in this respect.

Finally, the "other" articles do little but summarize opinions and summarize past data. Such articles do not add to the quality of understanding of the condition, nor are they necessarily accurate in what has become a rather emotionally charged area of research and polarized opinion.

In this article, the quality of evidence, rather than the predominance of findings, is being assessed. The issue of the evidence for SBS appears analogous to an inverted pyramid, with a small database (most of it poor-quality original research, retrospective in nature, and without appropriate control groups) spreading to a broad body of somewhat divergent opinions. One may need reminding that repeated opinions based on poor-quality data cannot improve the quality of evidence.

## Data Gaps Identified

There exist major data gaps in the medical literature about SBS. There is a very obvious lack of clear definition of cases. For valid studies, some method of determining cases of actual proven shaking must be found, and appropriate control groups (trauma without shaking, other illness, healthy controls) must be defined and assessed blindly. This gold standard has yet to be achieved in even a single study in the field of SBS. There is a lack of useful and specific laboratory or other markers proven to identify SBS. There is poor definition and quantification of the social and family risk factors to provide guidance on likelihood of abuse for a given set of circumstances. Last, there is a strong need for a checklist or other diagnostic or management tool to assess cases and to quantify index of suspicion of shaking.

## CONCLUSIONS

There was no evidence on the subject of SBS that exceeded QER III-2 by the end of 1998, which means that there was inadequate scientific evidence to come to a firm conclusion on most aspects of causation, diagnosis, treatment, or any other matters pertaining to SBS.

The majority of evidence achieved only a level of QER IV, opinions that shed no new light upon SBS and did not add

to knowledge about SBS. Many of the authors repeated the logical flaw that if RH and SDH are nearly always seen in SBS, the presence of RH and SDH "prove" that a baby was shaken intentionally. Many other studies assumed that the presence of RH and SDH was sufficient to make the diagnosis of SBS in terms of case selection.

The remainder of articles are QER III-3, and as noted above, the inclusion of case series without controls would normally not occur. Thus, the data available in the medical literature by the end of 1998 were inadequate to support *any* standard case definitions, or *any* standards for diagnostic assessment.

Before 1999, there existed serious data gaps, flaws of logic, inconsistency of case definition, and a serious lack of tests capable of discriminating NAI cases from natural injuries. By 1999, there was an urgent need for properly controlled, prospective trials into SBS, using a variety of controls. Without published and replicated studies of that type, the commonly held opinion that the finding of SDH and RH in an infant was strong evidence of SBS was unsustainable, at least from the medical literature.

## REFERENCES

1. Schmidt US, Mittelviefhaus K, Hansen LL. *Klin Monatsbl Augenheilkd.* [Retinal hemorrhage in the infant as an indication of shaken baby trauma]. 1997;211:354–358.
2. Matthews GP, Das A. Dense vitreous hemorrhages predict poor visual and neurological prognosis in infants with shaken baby syndrome. *J Pediatr Ophthalmol Strabismus.* 1996;33:260–265.
3. Weissgold DJ, Budenz DL, Hood I, et al. Ruptured vascular malformation masquerading as battered/shaken baby syndrome: a nearly tragic mistake. *Surv Ophthalmol.* 1995;39:509–512.
4. Granry JC, Chapotte C, Monrigal JP, et al. [Shaken baby syndrome]. *Ann Fr Anesth Reanim.* 1994;13:133–134.
5. Poepel B, Seiberth V, Knorz MC, et al. [Eye manifestations of shaken baby syndrome: case presentation]. *Ophthalmologe.* 1994;91:380–382.
6. Spaide RF, Swengel RM, Scharre DW, et al. Shaken baby syndrome. *Am Fam Physician.* 1990;41:1145–1152.
7. Alexander R, Sato Y, Smith W, et al. Incidence of impact trauma with cranial injuries ascribed to shaking. *Am J Dis Child.* 1990;144:724–726.
8. Keithahn MA, Bennett SR, Cameron D, et al. Retinal folds in Terson syndrome. *Ophthalmology.* 1993;100:1187–1190.
9. Duhaime AC, Gennarelli TA, Thibault LE, et al. The shaken baby syndrome: a clinical, pathological, and biomechanical study. *J Neurosurg.* 1987;66:409–415.
10. Lambert SR, Johnson TE, Hoyt CS. Optic nerve sheath and retinal hemorrhages associated with the shaken baby syndrome. *Arch Ophthalmol.* 1986;104:1509–1512.
11. Wilkinson WS, Han DP, Rappley MD, et al. Retinal hemorrhage predicts neurologic injury in the shaken baby syndrome. *Arch Ophthalmol.* 1989;107:1472–1474.
12. D'Lugoff MI, Baker DJ. Case study: shaken baby syndrome: one disorder with two victims. *Public Health Nurs.* 1998;15:243–249.
13. Ludwig S, Warman M. Shaken baby syndrome: a review of 20 cases. *Ann Emerg Med.* 1984;13:104–107.
14. Shannon P, Smith CR, Deck J, et al. Axonal injury and the neuropathology of shaken baby syndrome. *Acta Neuropathol (Berl).* 1998;95:625–631.
15. Odom A, Christ E, Kerr N, et al. Prevalence of retinal hemorrhages in pediatric patients after in-hospital cardiopulmonary resuscitation: a prospective study. *Pediatrics.* 1997;99:E3.
16. Wong JS, Wong PK, Yeoh RL. Ocular manifestations in shaken baby syndrome. *Singapore Med J.* 1995;36:391–392.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Donohoe*                    *The American Journal of Forensic Medicine and Pathology* • Volume 24, Number 3, September 2003

17. Lam CH, Montes J, Farmer JP, et al. Traumatic aneurysm from shaken baby syndrome: case report. *Neurosurgery*. 1996;39:1252–1255.

18. Betz P, Puschel K, Miltner E, et al. Morphometrical analysis of retinal hemorrhages in the shaken baby syndrome. *Forensic Sci Int*. 1996;78: 71–80.

19. Haseler LJ, Arcinue E, Danielsen ER, et al. Evidence from proton magnetic resonance spectroscopy for a metabolic cascade of neuronal damage in shaken baby syndrome. *Pediatrics*. 1997;99:4–14.

20. Cox LA. The shaken baby syndrome: diagnosis using CT and MRI. *Radiol Technol*. 1996;67:513–520.

21. Chiocca EM. Shaken baby syndrome: a nursing perspective. *Pediatr Nurs*. 1995;21:133–38.

22. Jansson B. [Shaken baby syndrome: severe brain injuries caused by child abuse can be detected by fundus oculi examination]. *Lakartidningen*. 1994;91:491–494, 499.

23. Lancon JA, Haines DE, Parent AD. Anatomy of the shaken baby syndrome. *Anat Rec*. 1998;253:13–18.

24. Fernandes YB, Maciel Júnior JA, Guedes CM, et al. [Shaken baby syndrome: report of a case]. *Ar Qneuropsiquiatr*. 1995;53:649–653.

25. Nashelsky MB, Dix JD. The time interval between lethal infant shaking and onset of symptoms: a review of the shaken baby syndrome literature. *Am J Forensic Med Pathol*. 1995;16:154–157.

26. Han DP, Wilkinson WS. Late ophthalmic manifestations of the shaken baby syndrome. *J Pediatr Ophthalmol Strabismus*. 1990;27:299–303.

27. American Academy of Pediatrics Committee on Child Abuse and Neglect. Shaken baby syndrome: inflicted cerebral trauma. *Pediatrics*. 1993;92:872–875.

28. Gaynon MW, Koh K, Marmor MF, et al. Retinal folds in the shaken baby syndrome. *Am J Ophthalmol*. 1988;106:423–425.

29. Roussey M, Dabadie A, Betrémieux P, et al. [Not-always-apparent abuse: the shaken baby syndrome]. *Arch Fr Pediatr*. 1987;44:441–444.

30. Apolo JO. Bloody cerebrospinal fluid: traumatic tap or child abuse? *Pediatr Emerg Care*. 1987;3:93–95.

31. Spaide RF. Shaken baby syndrome: ocular and computed tomographic findings. *J Clin Neuroophthalmol*. 1987;7:108–111.

32. Levin AV, Magnusson MR, Rafto SE, et al. Shaken baby syndrome diagnosed by magnetic resonance imaging. *Pediatr Emerg Care*. 1989; 5:181–186.

33. Brenner SL, Fischer H, Mann-Gray S. Race and the shaken baby syndrome: experience at one hospital. *J Natl Med Assoc*. 1989;81:183–184.

34. Fishman CD, Dusher WB 3rd, Lambert SR. Electroretinographic findings in infants with the shaken baby syndrome. *J Pediatr Ophthalmol Strabismus*. 1998;35:22–26.

35. Duhaime AC, Christian CW, Rorke LB, et al. Nonaccidental head injury in infants: the "shaken-baby syndrome." *N Engl J Med*. 1998;18(338): 1822–1829.

36. Kapoor S, Schiffman J, Tang R, et al. The significance of white-centered retinal hemorrhages in the shaken baby syndrome. *Pediatr Emerg Care*. 1997;13:183–185.

37. Coody D, Brown M, Montgomery D, et al. Shaken baby syndrome: identification and prevention for nurse practitioners. *J Pediatr Health Care*. 1994;8:50–56.

38. Hansen KK. Folk remedies and child abuse: a review with emphasis on caida de mollera and its relationship to shaken baby syndrome. *Child Abuse Negl*. 1998;22:117–127.

39. Loh JK, Chang DS, Kuo TH, et al. Shaken baby syndrome. *Kao Hsiung I Hsueh Ko Hsueh Tsa Chih*. 1998;14:112–116.

40. Butler GL. Shaken baby syndrome. *J Psychosoc Nurs Ment Health Serv*. 1995;33:47–50.

41. Shaken baby syndrome: inflicted cerebral trauma: Committee on Child Abuse and Neglect, 1993-1994. *Del Med J*. 1997;69:365–370.

42. Jayawant S, Rawlison A, Gibbon F, et al. Subdural haemorrhages in infants: population based study. *BMJ*. 1998;317:1558–1561.

43. Dorfman DH, Paradise JE. Emergency diagnosis and management of physical abuse and neglect of children. *Curr Opin Pediatr*. 1995;7:297–301.

44. Williams DF, Mieler WF, Williams GA. Posterior segment manifestations of ocular trauma. *Retina*. 1990;10(suppl 1):S35–44.

45. Closset M, Leclerc F, Hue V, et al. [Is pericerebral hemorrhage a cause of severe malaise in infants? ]. *Pediatrie (Bucur)*. 1992;47:459–465.

46. Munger CE, Peiffer RL, Bouldin TW, et al. Ocular and associated neuropathologic observations in suspected whiplash shaken infant syndrome: a retrospective study of 12 cases. *Am J Forensic Med Pathol*. 1993;14:193–200.

47. Teyssier G, Rayet I, Miguet D, et al. [Cerebro-meningeal hemorrhage in infants: shaken children? abuse or accidents? 3 cases]. *Pediatrie*. 1988; 43:535–538.

48. Bass M, Kravath RE, Glass L. Death-scene investigation in sudden infant death. *N Engl J Med*. 1986;315:100–105.

49. Hadley MN, Sonntag VK, Rekate HL, et al. The infant whiplash-shake injury syndrome: a clinical and pathological study. *Neurosurgery*. 1989; 24:536–540.

50. Harada K, Hayashi T, Anegawa S, et al. [Vitreous hemorrhage after accidental head injury with chest compression: case report]. *No To Shinkei*. 1994;46:1095–1099.

51. Starling SP, Holden JR, Jenny C. Abusive head trauma: the relationship of perpetrators to their victims. *Pediatrics*. 1995;95:259–262.

52. Budenz DL, Farber MG, Mirchandani HG, et al. Ocular and optic nerve hemorrhages in abused infants with intracranial injuries. *Ophthalmology*. 1994;101:559–565.

53. Ward JD. Pediatric issues in head trauma. *New Horiz*. 1995;3:539–545.

54. Rabl W, Ambach E, Tributsch W. [Asphyxia protracted after shaking trauma]. *Arch Kriminol*. 1991;187:137–145.

© 2003 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

J Neurosurg 99:143–150, 2003

# Anthropomorphic simulations of falls, shakes, and inflicted impacts in infants

MICHAEL T. PRANGE, PH.D., BRITTANY COATS, B.S., ANN-CHRISTINE DUHAIME, M.D., AND SUSAN S. MARGULIES, PH.D.

*Department of Bioengineering, University of Pennsylvania, Philadelphia; and Division of Neurosurgery, Children's Hospital of Philadelphia, Pennsylvania*

*Object.* Rotational loading conditions have been shown to produce subdural hemorrhage and diffuse axonal injury. No experimental data are available with which to compare the rotational response of the head of an infant during accidental and inflicted head injuries. The authors sought to compare rotational deceleration sustained by the head among free falls, from different heights onto different surfaces, with those sustained during shaking and inflicted impact.

*Methods.* An anthropomorphic surrogate of a 1.5-month-old human infant was constructed and used to simulate falls from 0.3 m (1 ft), 0.9 m (3 ft), and 1.5 m (5 ft), as well as vigorous shaking and inflicted head impact. During falls, the surrogate experienced occipital contact against a concrete surface, carpet pad, or foam mattress. For shakes, investigators repeatedly shook the surrogate in an anteroposterior plane; inflicted impact was defined as the terminal portion of a vigorous shake, in which the surrogate's cranium made contact with a rigid or padded surface. Rotational velocity was recorded directly and the maximum (peak–peak) change in angular velocity ($\Delta\dot\Theta_{max}$) and the peak angular acceleration ($\ddot\Theta_{max}$) were calculated.

Analysis of variance revealed significant increases in the $\Delta\dot\Theta_{max}$ and $\ddot\Theta_{max}$ associated with falls onto harder surfaces and from higher heights. During inflicted impacts against rigid surfaces, the $\Delta\dot\Theta_{max}$ and $\ddot\Theta_{max}$ were significantly greater than those measured under all other conditions.

*Conclusions.* Vigorous shakes of this infant model produced rotational responses similar to those resulting from minor falls, but inflicted impacts produced responses that were significantly higher than even a 1.5-m fall onto concrete. Because larger accelerations are associated with an increasing likelihood of injury, the findings indicate that inflicted impacts against hard surfaces are more likely to be associated with inertial brain injuries than falls from a height less than 1.5 m or from shaking.

KEY WORDS • brain injury • child abuse • diffuse axonal injury • subdural hematoma • children

T RAUMATIC brain injury is the most common cause of death in children.[3] Brain injuries resulting in hospitalization or death occur in at least 150,000 children per year, at a rate of more than 200 per 100,000 children. Head injury in infancy results in higher incidences of morbidity and mortality than those seen in older children, and it has become increasingly clear that the significant incidence of nonaccidental injury in the youngest patients is, in large part, responsible for this difference.[5,11,28,39]

The majority of serious traumatic brain injuries in infants and toddlers is due to child abuse, and abused children with brain injury have a worse outcome than children who sustain an accidental brain injury.[5,13] The actual mechanism of injury responsible for subdural hemorrhage, retinal hemorrhage, axonal injury, and skeletal trauma that characterize abusive head injury has been debated for decades. Caffey[6,7] first proposed the term "whiplash shaken infant syndrome" to describe the occurrence of subdural and retinal hemor-

rhages in response to presumed inflicted angular acceleration of the head. Others have followed with reports of subdural hemorrhage, retinal hemorrhage, and death occurring in the absence of contact injury (skull fracture, cranial bruising, or scalp swelling).[2,20] Regardless, contact head trauma remains a frequent finding in abusive head injury.[17]

Accidental falls are also a common cause of trauma found in the pediatric population, with falls accounting for 25 to 34% of hospital admissions for pediatric trauma and 6% of deaths in children due to trauma.[21,34] Nevertheless, accidental falls are a common history given by caregivers in suspected abuse cases. The suspicion of abuse often arises when the event history appears not to correspond to the injury in the child. The differentiation between causes of accidental and abusive head injury is hindered by the controversy regarding fall heights associated with serious head injures in children. Evidence exists to support the hypothesis that short falls do not cause serious injury and the critical height for a fall to cause death is substantial (> 10 ft).[4,10,34,36,49,55] Simultaneously, however, others contend that relatively short falls can occasionally cause injuries associated with high mortality rates, such as SDHs, epidural hematomas, and skull fractures.[8,18,19,21,40,43,44,46,54] Because the mechanical responses experienced by the head and the in-

*Abbreviations used in this paper:* ANOVA = analysis of variance; DAI = diffuse axonal injury; SDH = subdural hematoma; TAI = traumatic axonal injury; $\Delta t$ = duration of the maximum change in angular velocity; $\Delta\dot\Theta_{max}$ = maximum (peak–peak) change in angular velocity; $\ddot\Theta_{max}$ = peak angular acceleration.

M. T. Prange, et al.

TABLE 1
*Comparison between body measurements in infant and surrogate*

| Body Measurement | Infant | Surrogate |
|---|---|---|
| head weight (kg) | 0.77–0.87* | 1.13 |
| head circumference (transverse plane [cm]) | 39.5† | 40.5 |
| head height (inferior to superior [cm]) | 13.5† | 12.6 |
| head breadth (right to left [cm]) | 10.5† | 11.4 |
| head length (anterior to posterior [cm]) | 14.1† | 12.6 |
| distance from shoulder to top of head (cm) | 14.7† | 15.1 |
| distance from axis of rotation (C5–6) to top of head (cm) | 15.4‡ | 14.7 |
| distance from axis of rotation (C5–6) to center of gravity of the head (cm) | 9.5‡ | 9.2 |
| distance from axis of rotation (C5–6) to base of skull (cm) | 3.3* | 4.5 |
| distance from axis of rotation (C5–6) to transducers (cm) | not applicable | 18.0 |
| total body weight (kg) | 3–4* | 4.83 |
| | 4.8§ | |
| breadth of shoulders (cm) | 17.6† | 17.8 |
| head/body weight ratio | 0.23* | 0.23 |
| | 0.24‖ | |

* Weight of 1-month-old infant according to Duhaime, et al., 1987.
† Measurements obtained in an infant 0 to 3 months of age according to Schneider, et al.
‡ Distance according to Swischuk.
§ Weight of average male or female 6-week-old infant according to Kuczmarski, et al.
‖ Ratio in a 6-week-old infant according to Jensen.

jury tolerances associated with shaking, shaking with impact, and falls have not yet been established, the differentiation between accidental and inflicted head injury is problematic. Objective information regarding these parameters is needed to determine if some circumstances are more hazardous than others during accidental and inflicted traumatic situations.

Previously, dolls that were anthropomorphically matched to human infants were shaken with and without impact;[12] investigators reported that during an inflicted impact the angular deceleration of the head is 45 times that observed during a vigorous shake, exceeding scaled thresholds for concussion, subdural hemorrhage, and DAI. In that study, however, the angular (rotational) motions were calculated on the assumption that there was a fixed center of rotation, and were not measured directly. Moreover, falls were not simulated, only inflicted shakes and impacts. In this study, we have created an improved anthropomorphic surrogate of a 1.5-month-old infant, and directly measured the rotational velocities experienced by the head of the surrogate during shakes, inflicted impacts, and short-distance falls. This research also extends that of previously published studies by examining the effect of different contact surfaces on the rotational response of the infant's head during both abusive and accidental injury scenarios. By comparing the responses, our findings are an important step toward distinguishing the potential for head injuries caused by rotational motion during contact and purely inertial events, and during accidental and inflicted injury scenarios.

## Materials and Methods

*Construction of the Anthropomorphic Dummy of an Infant*

*Head Design.* A dummy was designed, constructed, modified, and improved to create a more biofidelic and durable anthropomorphic surrogate of a 1.5-month-old infant than that used previously. The head of a toy doll (La Baby; JC Toys Group, Inc., Miami, FL) was used to represent the head of the anatomically correct 1.5-month-old anthropomorphic surrogate. Because the center of gravity and the majority of an infant's body mass are located in the head and torso, the distribution of the weight of the arms and legs of the infant were incorporated into the weight of the torso. The surrogate's total body weight, 4.8 kg (10.6 lb), was matched to that of a 1.5-month-old infant whose body weight lies within the 50th percentile.[25] Using previously reported measurements, the distributed masses of the head and body were adjusted to mimic those of 1.5-month-old infant by creating a head/total body weight ratio of 0.235[12,25] (1.13-kg head mass). The breadth, length, and width of the head were measured and are in good agreement with those obtained in a 0- to 3-month-old infant in the 50th percentile (Table 1).

*Neck Design.* One-month-old infants have very compliant necks with little muscle tone and control of head movement.[9] The weak flexor and extensor muscles of the neck allow a significant lag between the head and torso when raising the infant to a sitting position and lowering him or her back to a lying position.[9] The normal movement of the neck has been described in the context of qualitative neurological examinations and developmental assessments in children; however, no quantitative information is available on the biomechanics of the human infant neck. In light of the absence of detailed quantitative information about the kinematics of infant necks in the literature, we fashioned a hinged neck with negligible resistance for the dummy, as previously published.[12] In this way, measurements would reflect a worst-case scenario of no resistance provided by the neck, so that we could ascertain the greatest possible velocities and accelerations that can be generated by these mechanisms. One end of a heavy-duty stainless-steel strap hinge was rigidly attached to the skull material on the surrogate's head; the other end was rigidly attached to the torso. The hinge was used as the neck joint in the surrogate to allow resistance-free motion in extension and flexion with no movement in other directions. The center of rotation of the hinge was located 9.2 cm inferior to the center of mass of the head, and approximately at the junction between C-5 and C-6 measured by magnetic resonance imaging.[51] Although the fixed center of rotation in the dummy would result in an overestimation of rotational acceleration because the actual centers of rotation are likely to be higher in the cervical spine, the relatively short cervical spine, compared with the head size of a typical young infant, minimizes the influence of this idealization. Regardless, this simplification once again errs on the side of a worst-case scenario.

*Skull and Scalp Material.* Another design consideration was the representation of the stiff skull with a flexible scalp. Experiments were performed to determine appropriate "skull" and "scalp" materials to use in the construction of the dummy. The mechanical properties of the orthopedic-grade copolymer polypropylene (2.25 mm thick; American Plastics, Fort Worth, TX) were tested and determined to lie between those of infant skull and suture.[31,41] The plastic was heated and molded to the head of the surrogate and allowed to cool to room temperature. The instrumentation mounting bracket was attached securely to the skull, creating a rigid connection among the instrumentation, surrogate skull material, and head. A latex rubber material (Mold Builder [1.25 mm thick]; ETI, Fields Landing, CA) with properties similar to scalp[14,33,42] was used to cover the occipital portion of the polypropylene skull; this material remained adherent throughout the tests.

## Head Instrumentation

An angular rate sensor (model ARS-01; ATA Sensors, Albuquerque, NM) was securely attached to the top of the dummy's head via a lightweight bracket, and was adjusted to measure rotations with an axis of rotation oriented perpendicular to the sagittal plane. This transducer location was selected to be remote from the impact site, so as not to damage the transducer in the impact and fall experiments. Any similar location on the head and transducer orientation would have yielded the same rotational velocity data. The velocity channel was sampled at 10,000 scans per second and filtered using a digital Butterworth low-pass filter (DADiSP/2000; DSP Develop-

Anthropomorphic simulations



FIG. 1. Graph showing a representative angular velocity and acceleration trace for the impact produced from a 0.9-m (3-ft) fall onto concrete.



FIG. 2. Graph showing a representative angular velocity and acceleration trace for a shaking event.

ment Corp., Newton, MA) as specified by the Society of Automotive Engineers.[50] Simulations of falls and inflicted impacts that involved contacting hard materials (carpet pad, concrete, or lab bench) were processed through a low-pass filter with a cutoff frequency of 1000 Hz, according to the standard SAE J211-1 channel frequency Class 1000 used for measuring head accelerations during automotive crash tests.[50] Because shakes and impacts against the foam mattress had pulse durations much longer than impacts against hard surfaces, these signals were processed through a low-pass filter with a cutoff frequency of 250 Hz to eliminate the noise from the velocity signal.

*Abuse and Accident Reconstruction*

A custom-designed drop-test apparatus was constructed to allow the dummy to be dropped consistently from 0.3-m (1-ft), 0.9-m (3-ft), and 1.5-m (5-ft) heights. The surrogate was suspended from three points (two on the body, one on the head) with the height of the dummy's head placed slightly lower (< 3 cm) than the body to ensure that the surrogate's occiput was the first point to contact the surface. To reproduce the shaking of an infant, the surrogate was grasped firmly by its torso and held at chest level. The dummy was then shaken back and forth, making sure that during each shake the head went through a complete range of motion from full extension to full flexion. Each episode included at least five shakes, with the final shake concluding with an inflicted impact of the surrogate's occiput against one of three materials located at approximately the volunteer's waist level (0.9 m from floor). The sequence was divided into two segments, the "shaking event" and the "inflicted impact event," for analysis. Volunteers were instructed to use maximum effort during vigorous shaking and impact, and not to release or throw the dummy during impact.

Three materials were used in the fall and inflicted impact simulations: a piece of 10.2-cm (4-in)–thick foam from a crib mattress, a section of 6.35-mm (0.25-in)–thick carpet pad, and a hard surface (concrete floor for falls, stone bench top for inflicted impacts). These materials were tested and the average linear elastic moduli of the foam and carpet pad were measured and found to be 24.8 and 621 kPa, respectively,[42] whereas the elastic modulus of concrete in compression has been documented to range from approximately 20 to 60 GPa.[41] These data demonstrate the wide range of contact surface characteristics that were used in the household fall situations.

*Statistical Analysis*

After filtering the measured angular velocity for each event, angular acceleration was calculated by taking the derivative of the angular velocity–time history trace. Only the rotation caused by the initial impact was analyzed in traces for falls and inflicted impacts. For each shaking event, only the shake with the greatest angular acceleration was analyzed out of the series of shakes in the episode. Each event was analyzed to find the $\Delta\dot{\Theta}_{max}$, the $\Delta t$, and the $\Theta_{max}$ during this interval.

A total of 134 fall events were reconstructed from various heights

onto different surfaces with at least 14 falls for each height–surface combination. A representative trace of the measured angular velocity and calculated angular acceleration during a fall is shown in Fig. 1.

Sixty-one shaking and impact sequences were performed by six different adult volunteers (four male and two female volunteers ranging in weight from 50–100 kg). Nearly all shaking episodes (60 of 61) consisted of a shake and an inflicted impact segment in which the surrogate's occiput made contact with one of three surfaces (foam in 18 episodes, carpet pad in 20 episodes, and a composite bench top in 22 episodes). Typical angular velocity and angular acceleration measurements from a series of shakes and inflicted impacts are shown in Figs. 2 and 3, respectively.

To determine overall differences between falls from different heights and onto different surfaces, three separate two-way ANOVAs were used to analyze the $\Delta\dot{\Theta}_{max}$, $\Theta_{max}$, and $\Delta t$ individually. A Tukey test for multiple comparisons was also performed to determine the differences between each individual type of fall. The measurements from shakes were compared with inflicted impacts against different surfaces by using one-way ANOVA to determine the significance of the test mode and the Tukey test to determine differences between each pair of test modes. A Dunnet test for multiple comparisons to a control was used to compare the $\Delta\dot{\Theta}_{max}$, $\Theta_{max}$, and $\Delta t$ from all falls, comparing the effects of the various surface materials by using shakes as the control or standard in the Dunnet test. The same analysis was repeated in a sequence of Dunnet tests by using inflicted impacts against foam, carpet pad, or bench top as the control group in each evaluation. Statistical significance was defined at a probability value of 0.05 or less for each analysis.

## Results

*Falls Onto Padded and Unpadded Surfaces*

A two-way ANOVA revealed a significant overall increase in $\Delta\dot{\Theta}_{max}$ and $\Theta_{max}$ (p < 0.001; Fig. 4 *upper* and *center*) and a decrease in $\Delta t$ with falls onto harder surfaces and from greater heights (p < 0.001; Fig. 4 *lower*). A Tukey test revealed no significant effect of the height of the fall in the measured $\Delta\dot{\Theta}_{max}$ or $\Theta_{max}$ during falls onto foam and showed that both kinematic measurements at a given height were significantly less for falls onto foam than for those onto carpet pad or concrete. Falls from a given height onto the carpet pad and concrete were indistinguishable, except for the $\Theta_{max}$ during 1.5-m falls. For a particular surface, no significant difference between 0.9- and 1.5-m falls was found in the measurements of $\Delta\dot{\Theta}_{max}$ or $\Theta_{max}$; however, measurements of $\Delta t$ were significantly different when comparing fall heights onto foam, with the $\Delta t$ decreasing as the height of the fall increased.

M. T. Prange, et al.



FIG. 3. Graph demonstrating representative angular velocity and acceleration trace for an inflicted impact against a bench top.



*Shakes and Inflicted Impacts*

Averaged across volunteers, the values of $\Delta\dot{\Theta}_{max}$ and $\ddot{\Theta}_{max}$ during inflicted impacts against foam were greater than, although not significantly different from, those measured during shaking events (Fig. 5 *upper* and *center*). Inflicted impacts against foam, however, had a significantly shorter average $\Delta t$ than shaking events (Fig. 5 *lower*). Inflicted impacts against the carpet pad and rigid bench surface were indistinguishable. Taken together, inflicted impacts against these two hard surfaces resulted in an approximately 39 times greater $\ddot{\Theta}_{max}$, a three times greater $\Delta\dot{\Theta}_{max}$, and a 53 times shorter $\Delta t$ than the response measured during shaking.

Shakes had a statistically similar $\Delta\dot{\Theta}_{max}$ to those of 0.3-m falls onto concrete and carpet pad, and a similar $\ddot{\Theta}_{max}$ to that of falls onto a foam mattress. Shaking resulted in a significantly longer $\Delta t$ than any fall events. Inflicted impacts against foam had a similar $\ddot{\Theta}_{max}$ to that of falls onto a foam mattress and a similar $\Delta\dot{\Theta}_{max}$ to that of falls onto concrete. Inflicted impacts against a hard surface resulted in a similar $\Delta t$ to those of falls onto carpet pad and concrete, and had a significantly greater $\Delta\dot{\Theta}_{max}$ and $\ddot{\Theta}_{max}$ than all fall scenarios.

## Discussion

The focus of this study was to determine the rotational response of the head of an infant that is experienced during low-height falls and inflicted head injuries. Rotational motions have been shown to cause a diffuse pattern of strains and injury throughout the brain, whereas translational motion causes more focal damage.[37] For this reason, with the exception of epidural hematoma, falls have often been considered benign, because they are assumed to be essentially translational events. Nevertheless, although a fall may have predominantly translational components, its terminus (contact with an often immobile object) may produce significant rotational events and the brain may also experience rapid changes in rotational velocity and deceleration. It was the purpose of this study to measure these rotational events and to compare them with those created by shaking, impacts after free falls, and inflicted impacts.

In the impacts against carpet pad and concrete simulated in this study, the occiput made contact before the torso and then rotated, producing a significant angular motion of the

FIG. 4. Bar graphs showing the $\Delta\dot{\Theta}_{max}$ (*upper*), $\ddot{\Theta}_{max}$ (*center*), and $\Delta t$ (*lower*) for falls from different heights onto different surfaces. The bars depict mean values and the error bars indicate standard errors.

head relative to the thorax. We found that the rotational accelerations and changes in rotational velocity experienced by the head during impact increased with the height of the fall. These larger rotational responses can be attributed to the higher linear velocities reached as drop height (and thus potential energy) increases. Harder surfaces absorb less energy than deformable materials during contact, causing the head to rebound more; the head thus experienced significantly larger rotational accelerations during contact with the concrete and the carpet pad, compared with contact with foam, during falls and inflicted impacts. Conversely, when the head contacted the foam it was pocketed in the foam, such that both torso and head moved together, producing only a very small rotational response. It should be emphasized that the foam material used in these tests was uncased, and the addition of a plastic or other covering might alter the deceleration pattern. For this reason, one cannot extrapolate tests performed using uncased foam to impacts against a covered mattress or padded furniture.

*J. Neurosurg. / Volume 99 / July, 2003*

## Anthropomorphic simulations

Head rotations during shakes occurred over significantly longer time periods than any other event. Thus, although shakes had a similar $\Delta\dot\Theta_{max}$ to that of a 0.3-m (1-ft) fall onto concrete and carpet pad, this change in velocity occurred over a much longer period, producing a significantly lower $\ddot\Theta_{max}$. Furthermore, shakes had a similar $\ddot\Theta_{max}$ to that of falls onto the mattress foam, but because the $\Delta t$ is longer, shakes had significantly higher $\Delta\dot\Theta_{max}$ values.

There has been much debate on whether shaking alone is sufficient to cause the typical primary brain injuries seen in inflicted neurotrauma in infancy, specifically, SDH and/or TAI, or whether impact is necessary. Recent evidence suggests that injury to the cervicomedullary junction may be found in some cases of fatal inflicted head injury, and the role of this finding in the pathophysiology of apnea, hypoxia, and secondary cellular events is, at present, incompletely understood. Regardless, the focus of this study was to investigate the biomechanical causes of primary brain injuries by using rotational forces as a benchmark for the incidence of acute intracranial events such as failure of parasagittal bridging veins or axonal tears. To mimic inflicted impacts, the shaking scenarios described earlier were concluded with an impact of the surrogate's occiput against one of three surfaces. Our results demonstrate that measurements made during inflicted impacts against a carpet pad were not significantly different from those made during impacts against a rigid surface (lab bench top). Although the pad was less stiff than the bench top, the carpet pad used was only 6.35 mm (0.25 in) thick and the force of the inflicted impact completely compressed the pad during impact. During impact the carpet pad therefore exhibited the same properties as the underlying bench top during the later stages of contact. Inflicted impacts against carpet pad and bench top produced a significantly greater $\Delta\dot\Theta_{max}$ and $\ddot\Theta_{max}$ than those experienced under all other conditions simulated in this study. In contrast, the inflicted impact against the thicker (10-cm) foam mattress did not fully compress the foam, resulting in a $\Delta\dot\Theta_{max}$ and $\ddot\Theta_{max}$ that were lower than those associated with inflicted impacts against harder surfaces and similar to those associated with shaking. To summarize, the inflicted impacts against the carpet pad and bench top had a three times greater $\Delta\dot\Theta_{max}$ and a 39 times greater $\ddot\Theta_{max}$ than shaking. These results suggest a higher likelihood of injury from inflicted impacts against hard surfaces than from vigorous shaking, or from falls of 1.5 m or less.

Sixteen years ago, we published results found using a less sophisticated anthropomorphic dummy of a 1-month-old infant,[12] and found similar $\Delta\dot\Theta_{max}$ and $\ddot\Theta_{max}$ ratios between shakes and impacts to those in the current study. In the current study, we constructed a more biofidelic 1.5-month-old dummy by using skull and scalp material with properties similar to those in infants. We measured rotational velocity directly and expanded the study to include falls and a wide variety of contact materials. Despite these improvements, the current study has several limitations. The dummy designed for this study included a simplified representation of the infant skull and neck that potentially influenced loads during falls and impact events. First, the dummy's skull was made from a solid homogeneous 2.25-mm-thick sheet of copolymer polypropylene. The actual braincase of an infant consists of bone plates connected by compliant sutures that allow substantial deformation of the skull. The compliant skull deforms during the birthing process and permits nor-







FIG. 5. Bar graphs showing the inflicted $\Delta\dot\Theta_{max}$ (*upper*), $\ddot\Theta_{max}$ (*center*), and $\Delta t$ (*lower*) for shakes and impacts against different surfaces.

mal expansion of the brain and soft tissues during infancy and childhood; it also allows large changes in shape during impact loading.[31] These skull deformations would slow the period of contact during an impact, and decrease the resulting angular accelerations. The solid plastic "skull" of the dummy is therefore not an exact representation of the separate bone and suture material of an infant, and it could cause an overestimate of the response measured during impact events. Studies including more accurate skull and suture representations, which can also be used to measure skull contact forces, are now underway; the important data obtained in these studies will be crucial for computational simulations of skull and brain injuries caused by these focal loads experienced during impacts.

A second limitation of the current study is the inability of the surrogate's neck to mimic the properties of a real infant's neck. At present, no detailed quantitative information is available to validate the biomechanical properties of the human infant neck. Qualitatively, as a child matures, the neck stiffness increases, offering more resistance to a rotational motion of the head relative to the torso. Nevertheless,

young infants (< 2 months old) have little muscle tone in their necks and cannot support the weight of their heads.[9] Thus, the low-resistance hinge representation may be appropriate for a newborn but not an older child. Furthermore, the cervical spine consists of a series of vertebrae, allowing for rotation of the neck in different locations and directions; the hinge used to model the neck motion in the dummy has a fixed point of rotation, only allowing anteroposterior flexion and extension. The hinge does not provide resistance to motion or dampen responses between the torso and neck. More accurate kinematics of the infant neck would allow for translation as well as rotation of the head, and a moving center of rotation. These differences in the kinematics of the neck result in an overestimation of the rotational motions experienced during inflicted and accidental events. Although the biofidelity of the surrogate has not been established, these experiments do provide an upper boundary for the measured head response to shaking, inflicted impact, and falls. When data are available on properties of the neck, a more biofidelic model should be created to ensure accurate measurements during inflicted and accidental injury scenarios.

A third limitation of the study is that the model represents a child in the 50th percentile for body and head mass. A heavier child with the same neck development would experience higher impact energy in a fall or inflicted impact due to the larger mass, and likely would experience a concomitant larger rotational velocity and acceleration than a smaller child. It is difficult to speculate, however, whether the volunteers could have generated the same peak acceleration with a heavier child. Considering that each sequence was a maximum effort, it is likely that the shakes would have resulted in a lower acceleration and velocity in a heavier dummy. Thus we would anticipate a greater disparity among the data obtained during shakes, impacts, and falls with increasing body and head mass.

Subdural hematoma and TAI are among the most common findings in serious head injuries in infancy and in those associated with nonaccidental causes. Both these injury types have been produced by, and correlated to, the angular velocity or angular acceleration of the head.[1,15,16,32] Rotational motions have been shown to cause a diffuse pattern of strains and injury throughout the brain, whereas translational (linear) motion causes more focal damage.[24,37] Although the anthropomorphic dummy test data are useful to evaluate the rotational response of the head caused by falls and inflicted injury events, the results of the dummy tests cannot be used to predict whether such rotations are sufficient to cause injury. Regional tissue thresholds specific to the infant would be required to predict injury on the basis of local intracranial stresses or strains produced by the rapid rotations. Such thresholds are currently unavailable for the pediatric population. In lieu of this information, we used a more qualitative approach to determine injuries likely to occur during simulated events. Specifically, we correlated measured accelerations and changes in velocity with injuries documented from controlled cadaver, animal, and human experiments in which the response is often measured directly and the exact details of the injury event are carefully recorded. Using dimensional analysis, angular velocities and accelerations from the different animal, human, and cadaver experiments were scaled to the infant as a function of brain mass (420 g).[38] These results were compared with the different rotational responses measured in the minor fall

and inflicted impact events simulated in the dummy experiments performed in this study.

Impacts from falls from 0.3, 0.9, and 1.5 m onto mattress foam, and from 0.3 m (1 ft) onto carpet pad produced the lowest rotational accelerations and changes in velocity of all falls examined in this study. Weber[54] found only a 10% chance of skull fracture when infant cadavers were dropped from a similar height onto a similar surface. No data have been collected from animal and human experiments that were conducted at the low levels of $\ddot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ measured during falls onto foam. Values of $\ddot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ similar to those measured during 0.3-m falls onto carpet pad were recorded from head rotations of instrumented models of boxers with no occurrence of concussion, skull fracture, SDH, or TAI of the brain.[39] All cases of SDH and DAI in human cadaver studies and primate (rhesus monkey and baboon) rotational inertial experiments[1,15,32] had considerably greater angular accelerations and velocities when scaled to a human infant than an average $\ddot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ produced by falls onto foam. Correlating these experimental data, it is highly unlikely that serious or fatal injuries occur during falls onto an unencased foam mattress from a height of 1.5 m or less, or from 0.3 m falls onto a carpet pad.

At the rotational responses calculated during impacts after 0.3-m (1-ft) falls onto concrete and 0.9-m (3-ft) falls onto carpet pad, it is not clear if serious injuries occur. The experimental evidence shows both the absence and occurrence of serious head trauma. Specifically, although human infant cadaver drop test studies have demonstrated an 80 to 100% occurrence of skull fractures,[44,53] subhuman primate inertial studies[1,15,32] and adult cadaver studies[35] have shown both the presence and absence of intracranial hemorrhage and acute SDH.

No experimental data could be found with a $\ddot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ similar to those of the most severe falls, that is, 1.5-m (5-ft) and 0.9-m (3-ft) falls onto concrete and 1.5 m (5 ft) falls onto carpet pad. At lower values of $\ddot{\Theta}_{max}$, however, impacts to the cadaver head caused intracranial bleeding, and nonhuman primates experienced SDH and DAI. The absence of data at this highest tier underscores our uncertainty regarding the occurrence of serious injury at these levels. These falls represent an extreme limit, producing the maximum rotation because of the hinge neck, the occipital contact site, and the purely sagittal rotation. In reality a fall is likely to include mixed rotational directions that would decrease the actual acceleration in the sagittal plane and the potential for SDH. For these idealized situations of falls onto hard surfaces, experimental data thus support at least the possibility of intracranial injuries caused by these most severe falls measured in this study.

There were no experimental data at values of $\ddot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ similar to those measured during shaking or inflicted impacts against foam. For example, shakes and inflicted impacts against foam each had a $\Delta\dot{\Theta}_{max}$ similar to that associated with noninjurious head rotation in boxers,[39] but these human tests produced a significantly greater $\ddot{\Theta}_{max}$. The most severe inflicted impact against foam approached, but was still less than, the values of $\Delta\dot{\Theta}_{max}$ and $\ddot{\Theta}_{max}$ that produced SDH in adult rhesus monkeys and cadavers.[1,15,32] To summarize, there are no data demonstrating that the $\Delta\dot{\Theta}_{max}$ and $\ddot{\Theta}_{max}$ experienced during shaking and inflicted impact against foam cause SDH or TAI in infants.

## Anthropomorphic simulations

Finally, although the $\dot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ measured during inflicted impacts against carpet pad and rigid bench top were significantly greater than those associated with all other scenarios tested in this study, no animal, human, or cadaver experiments at these levels of $\dot{\Theta}_{max}$ have been published. The majority of inflicted impacts against these hard surfaces produced a $\Delta\dot{\Theta}_{max}$ and $\dot{\Theta}_{max}$ greater than the scaled rotational responses that produced fatal acute SDH in adult primates and intracranial bleeding in adult cadavers.[1,15,35] Approximately half of these inflicted impacts also exceeded the scaled $\Delta\dot{\Theta}_{max}$ and $\dot{\Theta}_{max}$ that produced axonal injury in adult baboons.[32] Given this experimental data, angular velocities and accelerations measured during inflicted impacts against hard surfaces would likely produce SDH and, possibly, TAI in an infant.

These injury projections should be interpreted with caution, because differences in species, age, material properties, geometry, and direction make scaling experimental angular acceleration and velocity measurements to infants problematic when based on differences in brain mass alone. To avoid the limitations of using scaled loads from animal and cadaver experiments to investigate real life events, case studies of minor falls in infants were also used to examine injuries that occur as a result of falling from different heights. Unfortunately, these falls are rarely witnessed, load measurements of the event are lacking, contact surface information is rarely given, and the population studied generally includes a broad age range, rather than just newborns. To increase the specificity of our comparisons, we included only case studies of children reported to be younger than 3 years old.

Skull fracture has been reported as a result of minor falls in children younger than 3 years.[11,18,19,23,27,47,52,55] Reports of falls 0.6 m or less note an absence of skull fracture.[44,48,53,55] Studies have documented cases of skull fracture from minor falls from heights estimated to be 0.9 m (3 ft)[18,19,47,52] and 1.2 to 1.5 m (4–5 ft)[55] with no fatalities. Importantly, several studies have also shown an increase in the risk of skull fracture with the increased hardness of surfaces contacted after a free fall.[27,54] To summarize, these case study data provide evidence that minor falls (< 1.5 m) can cause skull fracture, especially if the impact occurs on a hard surface.

Case studies of infants younger than 3 years old have shown that SDH, TAI, and death are rarely caused by impact from falls from 1.5 m (5 ft) or less. In a 3.5-year retrospective study, Chadwick and colleagues[8] found no fatalities resulting from 1.5- to 2.75-m (5–9-ft) falls. In that study the authors did find three to seven deaths in children younger than 3 years of age with a history of falling from approximately 0.6 to 1.2 m (2–4 ft), but the majority of these cases had associated injuries attributed to abuse. Cases of playground falls reported by Plunkett[40] revealed only six fatal falls ranging from 0.6 to 1.8 m during an 11.5-year period. The causes of death in all six children were determined to be SDH or cerebral edema. Studies of falls occurring in hospitals from an estimated height of 0.61 to 1.2 m (2–4 ft) do not show any case of SDH or death.[22,30,36] Other case studies have shown no incidence of SDH or death caused by falls from 0.9 m (3 ft).[48,55] To our knowledge, no case study contains a report of serious brain injuries or death caused by falls from 0.3 m (1 ft) or less. Similar to the results of the animal and cadaver experimental data, these

data show that, although the possibility exits, SDH and death from minor falls are unlikely.

## Conclusions

This paper presents the rotational response of the head of an infant, measured using an anthropomorphic dummy, during minor falls, shakes, and inflicted impacts. In general, the $\dot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ increased with increasing fall height and surface hardness. The measured angular velocity and acceleration during minor falls were similar to those associated with shaking; however, inflicted impacts against hard surfaces produced a significantly greater $\dot{\Theta}_{max}$ and $\Delta\dot{\Theta}_{max}$ than a 1.5-m fall onto concrete. Because larger rotational acceleration and velocities are associated with a higher likelihood of injury, these findings suggest that inflicted impacts against hard surfaces may be more frequently associated with clinically significant inertial brain injuries than vigorous shaking or falls from less than 1.5 m. In addition, there are no data showing that the $\Delta\dot{\Theta}_{max}$ and $\dot{\Theta}_{max}$ of the head experienced during shaking and inflicted impact against unencased foam is sufficient to cause SDHs or primary TAIs in an infant.

### References

1. Abel JM, Gennarelli TA, Segawa H: Incidence and severity of cerebral concussion in the rhesus monkey following sagittal plane angular acceleration, in Proceeding of 22nd Stapp Car Crash Conference. Warrendale, PA: SAE, 1978, pp 35–53

2. Alexander R, Sato Y, Smith W, et al: Incidence of impact trauma with cranial injuries ascribed to shaking. Am J Dis Child 144: 724–726, 1990

3. Anonymous: Childhood injuries in the United States. Division of Injury Control, Center for Environmental Health and Injury Control, Centers for Disease Control. Am J Dis Child 144:627–646, 1990

4. Barlow B, Niemirska M, Gandhi RP, et al: Ten years of experience with falls from a height in children. J Pediatr Surg 18:509–511, 1983

5. Billmire ME, Myers PA: Serious head injury in infants: accident or abuse? Pediatrics 75:340–342, 1985

6. Caffey J: On the theory and practice of shaking infants. Its potential residual effects of permanent brain damage and mental retardation. Am J Dis Child 124:161–169, 1972

7. Caffey J: The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash-induced intracranial and intraocular bleedings, linked with residual permanent brain damage and mental retardation. Pediatrics 54:396–403, 1974

8. Chadwick DL, Chin S, Salerno C, et al: Deaths from falls in children: how far is fatal? J Trauma 31:1353–1355, 1991

9. Cole CH: The Harriet Lane Handbook: A Manual for Pediatric House Officers, ed 10. Chicago: Year Book Medical Publishers, 1984

10. Cummins BH, Potter JM: Head injury due to falls from heights. Injury 2:61–64, 1970

11. Duhaime AC, Alario AJ, Lewander WJ, et al: Head injury in very young children: mechanisms, injury types, and ophthalmologic findings in 100 hospitalized patients younger than 2 years of age. Pediatrics 90:179–185, 1992

12. Duhaime AC, Gennarelli TA, Thibault LE, et al: The shaken baby syndrome. A clinical, pathological, and biomechanical study. J Neurosurg 66:409–415, 1987

13. Ewing-Cobbs L, Kramer L, Prasad M, et al: Neuroimaging, physical, and developmental findings after inflicted and noninflict-

149

ed traumatic brain injury in young children. **Pediatrics 102:** 300–307, 1998

14. Galford J, McElhaney J: A viscoelastic study of scalp, brain, and dura. **J Biomech 3:**211–221, 1970
15. Gennarelli T, Thibault L, Adams J, et al: Diffuse axonal injury and traumatic coma in the primate. **Ann Neurol 12:**564–574, 1982
16. Gennarelli TA, Thibault LE: Biomechanics of acute subdural hematoma. **J Trauma 22:**680–686, 1982
17. Gilliland M, Folberg R: Shaken babies—some have no impact injuries. **J Forensic Sci 41:**114–116, 1996
18. Greenes D, Schutzman SA: Infants with isolated skull fracture: what are their clinical characteristics, and do they require hospitalization? **Ann Emerg Med 30:**253–259, 1997
19. Gruskin KD, Schutzman SA: Head trauma in children younger than 2 years: are there predictors for complications? **Arch Pediatr Adolesc Med 153:**15–20, 1999
20. Hadley MN, Sonntag VK, Rekate HL, et al: The infant whiplash-shake injury syndrome: a clinical and pathological study. **Neurosurgery 24:**536–540, 1989
21. Hall JR, Reyes HM, Horvat M, et al: The mortality of childhood falls. **J Trauma 29:**1273–1275, 1989
22. Helfer RE, Slovis TL, Black M: Injuries resulting when small children fall out of bed. **Pediatrics 60:**533–535, 1977
23. Hobbs CJ: Skull fracture and the diagnosis of abuse. **Arch Dis Child 59:**246–252, 1984
24. Holbourn AHS: Mechanics of head injuries. **Lancet 2:**438–441, 1943
25. Jensen RK: Body segment mass, radius and radius of gyration proportions of children. **J Biomech 19:**359–368, 1986
26. Kuczmarski RJ, Ogden CL, Grummer-Strawn LM, et al: CDC Growth Charts: United States, in **Advance Data From Vital and Health Statistics, no. 314.** Hyattsville, MD: National Center for Health Statistics, 2000
27. Laforest S, Robitaille Y, Lesage D, et al: Surface characteristics, equipment height, and the occurrence and severity of playground injuries. **Inj Prev 7:**35–40, 2001
28. Luerssen T: General characteristics of neurologic injury, in Eichelberger M (ed): **Pediatric Trauma: Prevention, Acute Care, Rehabilitation.** St. Louis: Mosby Year Book, 1993, pp 345–352
29. Luerssen TG, Huang JC, McLone DG, et al: Retinal hemorrhages, seizures, and intracranial hemorrhages: relationships and outcomes in children suffering traumatic brain injury, in Marlin AE (ed): **Concepts in Pediatric Neurosurgery.** Basel: Karger, 1991, Vol 11, pp 87–94
30. Lyons TJ, Oates RK: Falling out of bed: a relatively benign occurrence. **Pediatrics 92:**125–127, 1993
31. Margulies SS, Thibault KL: Infant skull and suture properties: measurements and implications for mechanisms of pediatric brain injury. **J Biomech Eng 122:**364–371, 2000
32. Margulies SS, Thibault LE, Gennarelli TA: Physical model simulations of brain injury in the primate. **J Biomech 23:**823–836, 1990
33. McElhaney JH, Roberts VL, Hilyard J: **Handbook of Human Tolerance.** Tokyo: Japan Automobile Research Institute, 1976
34. Musemeche CA, Barthel M, Cosentino C, et al: Pediatric falls from heights. **J Trauma 31:**1347–1349, 1991
35. Nahum AM, Smith RW: An experimental model for closed head impact injury, in **Proceedings of 20th Stapp Car Crash Conference.** Dearborn, MI: SAE, 1976, pp 783–814
36. Nimityongskul P, Anderson LD: The likelihood of injuries when children fall out of bed. **J Pediatr Orthop 7:**184–186, 1987
37. Ommaya AK: Head injury mechanisms and the concept of pre-

ventive management: a review and critical synthesis. **J Neurotrauma 12:**527–546, 1995
38. Ommaya AK, Yarnell P, Hirsch AE, et al: Scaling of experimental data on cerebral concussion in sub-human primates to concussion threshold for man, in **Proceedings of 11th Stapp Car Crash Conference.** Los Angeles: SAE, 1967, pp 73–80
39. Pincemaille Y, Trosseille X, Mack P, et al: **Investigation of the Relationships Between Physical Parameters and Neuro-physiological Response to Head Impact.** Nanterre, France: Laboratory of Physiology and Biomechanics, 1988
40. Plunkett J: Fatal pediatric head injuries caused by short-distance falls. **Am J Forensic Med Pathol 22:**1–12, 2001
41. Popov EP: **Introduction to Mechanics of Solids.** Englewood Cliffs, NJ: Prentice-Hall, 1968
42. Prange MT: **Biomechanics of Traumatic Brain Injury in the Infant. Dissertation.** Philadelphia: University of Pennsylvania, 2002
43. Reiber GD: Fatal falls in childhood. How far must children fall to sustain fatal head injury? Report of cases and review of the literature. **Am J Forensic Med Pathol 14:**201–207, 1993
44. Root I: Head injuries from short distance falls. **Am J Forensic Med Pathol 13:**85–87, 1992
45. Schneider LW, Lehman RJ, Pflug MA, et al: **Size and Shape of the Head and Neck From Birth to Four Years.** Washington, DC: Consumer Product Safety Commission, 1986
46. Schutzman SA, Barnes PD, Mantello M, et al: Epidural hematomas in children. **Ann Emerg Med 22:**535–541, 1993
47. Shane SA, Fuchs SM: Skull fractures in infants and predictors of associated intracranial injury. **Pediatr Emerg Care 13:**198–203, 1997
48. Smith GA, Dietrich AM, Garcia CT, et al: Injuries to children related to shopping carts. **Pediatrics 97:**161–165, 1996
49. Smith MD, Burrington JD, Woolf AD: Injuries in children sustained in free falls: an analysis of 66 cases. **J Trauma 15:**987–991, 1975
50. Society of Automotive Engineers: Surface Vehicle Recommended Practice: J211-1: **Instrumentation for Impact Test—Part 1—Electronic Instrumentation.** Warrendale, PA: SAE, 1995
51. Swishchuk LE: **Imaging of the Newborn, Infant and Young Child, ed 4.** Baltimore: Williams & Wilkins, 1997
52. Tarantino CA, Dowd MD, Murdock TC: Short vertical falls in infants. **Pediatr Emerg Care 15:**5–8, 1999
53. Weber W: Experimentelle Untersuchungen zu Schadelbruchverletzungen des Sauglings. **Z Rechtsmed 92:**87–94, 1984
54. Weber W: Zur biomechanischen Fragilität des Sauglingsschadels. **Z Rechtsmed 94:**93–101, 1985
55. Williams RA: Injuries in infants and small children resulting from witnessed and corroborated free falls. **J Trauma 31:**1350–1352, 1991

Manuscript received November 22, 2002.
Accepted in final form March 21, 2003.
This work was supported by National Institutes of Heath Grant No. NS39679 and Centers for Disease Control and Prevention Grant No. R49/CCR312712 to Dr. Margulies.
Address for Dr. Duhaime: Dartmouth Hitchcock Medical Center, Lebanon, New Hampshire.
*Address reprint requests to:* Susan Margulies, Ph.D., Department of Bioengineering, University of Pennsylvania, 3320 Smith Walk, 105 Hayden Hall, Philadelphia, Pennsylvania 19104-6392, email: margulies@seas.upenn.edu.

REVIEW

*B 6*

# A Biomechanical Analysis of the Causes of Traumatic Brain Injury in Infants and Children

*Werner Goldsmith, PhD\* and John Plunkett, MD†*

**Abstract:** There is significant disagreement among medical professionals regarding the mechanisms for infant brain injury. This disagreement is due in part to the failure by some to acknowledge and incorporate known biomechanical data and models into hypotheses regarding causes. A proper biomechanical understanding of the mechanisms of traumatic brain injury (TBI) challenges many published and testified assumptions regarding TBI in infants and children.

This paper analyzes the biomechanical relationship between the causes of TBI in infants and children, and their physiological consequences. Loading characteristics, injury parameters and criteria, scaling, failure characteristics, differences between infants and adults, and impact due to falls are described and discussed in the context of the laws of mechanics. Recent studies are critiqued with reference to their contribution to an understanding of brain injury mechanisms. Finally, methods for improving our currently incomplete knowledge of infant head injuries, and their mechanisms, consequences and tolerances are proposed. There is an urgent need for close collaboration between physicians and biomechanicians to objectively and scientifically evaluate infant head injuries to further define their mechanical bases, and to assist in their diagnosis and treatment.

**Key Words:** Traumatic Infant Head Injury, Shaken Baby Syndrome (SBS), Impact, Impulsive Loading

*(Am J Forensic Med Pathol 2004;25: 89–100)*

**B**iomechanicians and physicians evaluate trauma in fundamentally different ways. A biomechanician constructs or accepts a particular system, obtains its physical and geometric characteristics, applies a specified and quantifiable input (load), and then determines the output using experimental,

From the \*Graduate School, Departments of Mechanical Engineering and Bioengineering, University of California, Berkeley, California; and the †Department of Laboratory and Medical Education, Regina Medical Center, Hastings, Minnesota.

Reprints: John Plunkett, MD, Laboratory and Medical Education Director, Regina Medical Center, 1175 Nininger Road, Hastings, MN 55033.
  E-mail: plunkettj@reginamedical.org.
Copyright © 2004 by Lippincott Williams & Wilkins
ISSN: 0195-7910/04/2502-0089
DOI: 10.1097/01.paf.0000127407.28071.63

analytical, and numerical techniques. A physician sees the end product of signs and symptoms, and relies primarily if not exclusively on experience and observational case material to diagnose and treat. A biomechanician traces a continuous path from cause to effect using the laws of nature, tries to determine the specific mechanism of an injury, and attempts to either establish or eliminate an ultimate mechanical cause. A physician treats the physiological alterations due to an injury, and does not usually need to validate the diagnosis with a controlled experiment prior to making a decision to initiate treatment.

Recent advances in the quantitative characterization of the material and structural properties of the developing infant brain and skull permit the biomechanician to study the differences between traumatic brain injury in infants and adults.[1–6] The findings suggest that understanding the unique age-dependant properties of the developing brain and skull is critical for determining both impulsive and impact loading thresholds. New and continued research, including pediatric injury models, will play a vital role in evaluating infant traumatic head injury.[7] Collaboration between biomechanicians and physicians will provide a foundation for developing improved clinical, diagnostic, preventive, therapeutic, and rehabilitative strategies to address the unique problems of pediatric head injury.

## Biomechanics

*Biomechanics* is the application of the science of mechanics to biologic systems, whether plant or animal.[8,9] *Mechanics* is defined as the consequences of the application of forces and couples (a set of equal, parallel and oppositely directed forces) to one object or a system of objects (solid, liquid or gas). A solid object may be considered analytically as a particle (a point in space that has mass, and that resists motion); as a group or system of such particles; or as a single solid body that may be either rigid or deformable.

Skull and brain motion and the forces causing them are governed by Newton's Second Law, Force = mass times acceleration (F = ma). The displacement of the head (as an object with mass) can be described as planar or as occurring in space as defined by motion in one or all 3 of the X-, Y-, and Z-axes. The displacements are governed by Newton's Law

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Goldsmith and Plunkett*      *The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004

and constraints, and can be extended to provide an impulse-momentum and a work-energy relation. The neck is a constraint to this motion.

## Loading characteristics

Traumatic brain injury (TBI) in infants, children and adults is caused by one of 2 mechanisms: (a) *Impulsive Loading*, when the head moves as the result of motion imparted to some other part of the body ("whiplash", Figs. 1a and 1b); and (b) *Impact Loading*, where the head either strikes a stationary object (Fig. 2a) or is struck by a moving object (Fig. 2b). These events are mechanically distinct and separate and they have different consequences. Both actions cannot occur simultaneously, although they may happen sequentially.

Impulsive loading of an unsupported head will cause it to rotate about some point of the cervical spine, from the occipital condyles to C7/T1. In such a rotation, the skull will move at a different rate from the brain, which lags behind because the brain and skull are not rigidly linked and force is transmitted to the skull prior to the brain, in the same way that a car responds to an impact before a passenger. This differential displacement may produce tensile failure of the bridging veins, which occurs on the average when they are stretched 30% beyond unloaded length.[10,11] Further, at a given input, injury due to impulsive loading typically decreases from the cortex towards the base of the brain.[12,13] There are also regional and directional differences of brain injury type and distribution from impulsive loading, and differences due to vessel orientation.[14–16] Sagittal plane acceleration at sufficient magnitude usually causes a subdural hematoma (SDH), while coronal plane acceleration at sufficient magnitude usually results in traumatic axonal injury (TAI, which may be focal or diffuse [DAI]).[17] Most studies have used a single applied load, but a recent investigation of repetitive loading of rats showed increasing damage with successive load application after significant periods of quiescence.[18]

Impact, in contrast, is the collision of 2 solid objects at a velocity sufficient to cause observable effects.[19] Impact loading is fundamentally different from impulsive loading. An impact produces: (a) a contact phenomenon in one or both of the colliding objects, such as a scalp contusion or skull fracture; and (b) the transmission and reflection of pressure waves into the system (Fig. 3), for example, the contracoup effect of skull deformation[20] or cavitation.[21–23] If there is no contact phenomenon or wave propagation, the event is not an impact. Slamming a baby or an adult's head into a pillow is not an impact because there is no wave propagation: the pillow simply gives way, absorbing and diffusing kinetic energy of the moving head such that very little energy must be dissipated by the head and its contents.

The impact of a rigid skull against a nonyielding surface always causes both translational and angular acceleration of the brain unless the force is transmitted exclusively through the center of mass. The relative contributions of the impact-induced translational and angular acceleration components, and their magnitude will determine whether a subsequent injury is primarily focal, primarily diffuse, or a combination of focal and diffuse. The path to the impact ("preimpact impulsive loading", such as a fall from a moving swing, or a "slam" following a "shake") is irrelevant and does not contribute to the injury or its characteristics.[24–26]

## Injury parameters and criteria

Kinematic (motion) parameters such as acceleration (G's) are usually used to define injury thresholds. It is relatively simple to measure linear acceleration, **a**, in contrast to a quantity such as deformation that can be directly associated with injury. However, kinematic parameters are an incomplete description of the event and may be significantly misleading. Unfortunately, the current federally mandated standards,[27] supplemented by those of private organizations such as the American National Standards Institute[28] and the Snell Foundation,[29] base head injury tolerance on either the peak acceleration, the acceleration-time record, or a function of the acceleration history. The latter, called the HIC (Head Injury Criterion), is defined as

$$HIC = \max_{t_1, t_2, t_2 > t_1}\left[\frac{1}{t_2 - t_1}\int_{t_1}^{t_2} a\, dt\right]^{2.5}(t_2 - t_1), \qquad (1)$$

where $t_1$ and $t_2$ are any 2 points on the acceleration curve. If the HIC is less than 1000, the criterion predicts that there will be no irreversible injury.[30]

These standards specify *linear* acceleration as the tolerance parameter, although *angular* acceleration produces a different and more significant injury pattern.[31,32] Tolerance based on linear acceleration resulted from the pioneering work of Gurdjian.[33,34] His curve, known as the Wayne State



**FIGURE 1.** Impulsive loading (a) Rear loading (b) Front loading.

© 2004 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004          *TBI in Infants and Children*




FIGURE 2. Impact loading (a) With a fixed object (b) With a moving object.

Tolerance Curve (WSTC), is based on a number of assumptions, including the equivalence of linear skull fracture and the onset of concussion, and the direct extrapolation of the results from cadavers to living humans. The WSTC and others[35] do not differentiate between age, sex, or size, and were expected to apply to infants and children as well as adults. However, this extrapolation is almost certainly invalid because the cerebral mechanical properties and even scaled geometry of infants is quite different from that of adults.[1–7]

Regardless of the utility of the HIC for defining limits of translational acceleration, other criteria have been proposed.[36] A separate criterion is also needed for rotational acceleration and for a combination of rotation and translation occurring simultaneously (as is almost always the case for biologic systems).[37]

Stürtz established *linear* acceleration head tolerance levels for children by reconstructing pedestrian-automobile



FIGURE 3. Contact phenomenon and wave propagation in impact to the head.

impacts.[38,39] He determined that 83g was the limit for the anterior/posterior acceleration when the acceleration lasted more than 3 milliseconds. He also concluded that a peak acceleration of 70g was associated with completely reversible injury, and that 110g was associated with 25% irreversible injury. These limits correspond to HIC values of 350 and 600, respectively, for a 6-year-old child dummy[40]).

The biofidelity and motion of the Child Restraint-Air Bag Interaction (CRABI) anthropometric dummy[41] have been studied by subjecting the dummy to linear and angular acceleration.[42] The author suggested limiting HIC values for the 6-month-old infant of 121 with an acceleration duration of 22 milliseconds (a peak tolerance of 32g), if the values are scaled from adult dummy values of HIC = 1000, an acceleration duration of 15 milliseconds, and a peak acceleration of 85 g. However, the CRABI dummy may not provide adequate biofidelity at impact levels producing significant injury.[42] Experiments using other surrogates were somewhat inconclusive, but indicated no significant difference in tolerance levels between children and adults,[43,44] with values in the range of those found by Stürtz.[39]

Gennarelli and Thibault established *angular* acceleration tolerances by subjecting baboons to severe rotational acceleration replicating automotive impacts.[13,17,32] These experiments were designed to isolate the rotational component of brain acceleration caused by an impact, not to study "whiplash". The measured angular acceleration corresponding to the observed injuries, from concussion to SDH to DAI, were extrapolated to humans using scaling relations discussed below. These extrapolations were also used for the first of only 3 published scientific experiments conducted to measure the acceleration levels produced by shaking and by impact, and to predict the likely outcome in an infant.[45] The results (Fig. 4) plot angular acceleration as a function of the change in angular velocity, with injury thresholds scaled from primate experiments to a 500 g brain mass. Mean peak tangential accelerations for "shaking" were 9.3 g, while those for "impact" were 428 g, 46 times greater. These impulsive

© 2004 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004

*Goldsmith and Plunkett*



**FIGURE 4.** Angular acceleration as a function of angular velocity scaled to a 500 g brain mass, showing thresholds of concussion, SDH and DAI for both shaking and impact.[44] (Reproduced with permission from Duhaime A-C, Gennarelli TA, Thibault LE, et al. The shaken baby syndrome: a clinical, pathologic and biomechanical study. *J Neurosurg.* 1987;66:409–415.)

loading and impact experiments were repeated with an infant dummy that had a deformable skull.[46,47] In these studies, the ratio of peak impact acceleration to impulsive loading acceleration was reduced from 46 to 39, as expected with a deformable skull model.

The low load level from shaking was substantiated by experiments in our Berkeley laboratory using an anthropometric dummy shaken by a variety of individuals. "Shaking" produced frequencies from 3–5 Hz, with associated total displacements from 102–152 mm (4–6 in). If the excursion and frequency are modeled as "simple harmonic motion",[48] a repetitive movement at a uniform rate from an equilibrium position with an amplitude, A, half (51–76 mm [2–3 in]) of the total displacement, the motion approximates an actual "shaking". Using this model, the maximum linear acceleration, $a_{max}$, = $A\omega^2$, where $\omega$ is the angular velocity, was 7.7 g, slightly less than that found in the previous tests.[45–47] When the actual digital camera data rather than the model were analyzed, the result was 15 g, higher than the model because the real-time motion is not that of a rigid-body.

Two sets of whiplash tests on anesthetized baboons,[31,49] modeling a rear-end vehicular collision, caused acute SDH and spinal cord injuries with angular velocities

above 500 rad/s and angular accelerations of more than 10 krad/s². (10 krad/s² is 10,000 ft/s², or 155 g's, at a radius of 1 foot.) These values are typical of head accelerations under vehicular impact conditions. The results of these experiments have been cited incorrectly[50–52] to support the mechanism for Shaken Baby Syndrome (SBS), the authors apparently not understanding that the results replicated the effects of a 48.3 km/h (30 mph) vehicular impact, not a 9.3 g "shake".

## Scaling and impulsive loading

Different sized brains do not have the same injury thresholds. However, it is possible to convert or scale brain injury thresholds associated with impulsive loading from many animals to humans. These species relationships are based on an empirically verified equation, derived from theory, where the ratio of the accelerations is equal to the inverse of the brain mass ratio raised to the 1/3 power for linear acceleration and the 2/3 power for angular acceleration (Fig. 5).[53,54] Scaling assumes complete material property, structural, and geometric similarity between the various systems compared. The head of an infant is smaller and geometrically unlike that of an adult.[55–57] The structural properties of the infant skull (ease of deformation and decreased threshold

© 2004 Lippincott Williams & Wilkins

92

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004

*TBI in Infants and Children*



FIGURE 5. Concussion tolerance as a function of angular acceleration and brain mass.[52] (Modified and reproduced with permission from Ommaya AK, Yarnell P, Hirsch AE, et al. Scaling of experimental data for cerebral concussion in subhuman primates to concussive threshold for man. In: *Proc 11th Stapp Car Crash Conf* New York: SAE; 1967: 47–52. SAE Paper 670906.)

to fracture), and the mechanical properties of the infant brain are also different from those of an older child or adult.[5,46,58,59] These actual and potential differences between adult and infant brain structural and mechanical properties mean that impact-induced acceleration tolerances for nonhuman adult primates should not be scaled to human infants.

## Deformation and failure characteristics of objects

A SDH is usually caused by rupture of the parasagittal bridging veins. The mechanical and failure behavior of these vessels have been determined by load tests that provide either force-deformation or stress-strain relations up to rupture. Unidirectional stress is force per unit area, $\sigma = F/A$, while deformation (strain) may be through extension, compression, or "shear." Mathematically, uniaxial strain $\epsilon = (\Delta L/L_0)$ where $\Delta L$ is the change in length and $L_0$ is the original length.[8,48]

The behavior of all solid materials under loading conditions is characterized either by a relationship between stress and strain (and possibly time), a constitutive equation, or by a load-deformation curve, a structural designation. Solid material behavior is characterized as elastic, or time-independent and reversible, when a substance subjected to a force immediately returns to its original shape upon unloading along the same path as the loading curve. The behavior is viscoelastic when internal energy dissipation significantly delays the return of the deformation to its original state upon unloading and/or the unloading path is significantly below the loading curve. It is plastic when a substance (such as clay)

retains a permanent deformation after load removal. Most biologic tissues, including brain, are viscoelastic and their behavior depends on the rate of load application. Only teeth, nails, and adult bone have nearly elastic behavior before failure.

The critical load is that where mechanical (structural) failure is produced, although physiological (functional) disruption may occur at lower levels. The critical value is the ultimate strain, $\epsilon_u$, corresponding to an ultimate stress, $\sigma_u$, where there is total mechanical disruption (fracture of the skull or rupture of the bridging veins). The likelihood of bridging vein rupture also depends on the orientation of the vessels to the superior sagittal sinus. Veins anterior to the midfrontal pole drain posteriorly to join the sinus in the same direction as its flow, and are subject to maximum extension strain only with a frontal impact. Vessels at the midfrontal pole enter the sinus perpendicular to it. Veins posterior to the midfrontal pole drain anteriorly into the sinus, in the direction apposite its flow, and experience maximum extension strain with an occipital impact.[10,11,60,61]

An example of a set of nonlinearly elastic relationships of vessels under slow loading conditions is shown in Figure 6.[62,63]

## Differences in adult and infant skull properties and the response to impact and impulsive loads

The mechanical characteristics of the infant and adult skull are not the same. The adult skull is only slightly deformable prior to fracture. The infant skull is not rigid, and should be considered as a segmented unit of loosely associated curved plates with interspersed soft membranes (sutures and fontanelles).[55,64]



FIGURE 6. Quasi-static stress versus stretch behavior for various fresh cortical arteries and veins.[59] (Reproduced with permission from Monson KL, Goldsmith W, Barbaro N, et al. Static and dynamic mechanical and failure properties of human cerebral blood vessels. In: *Crashworthiness, Occupant Protection and Biomechanics in Transportation Systems.* New York, ASME; 2000. AMD 246/BED 49:255–65.)

© 2004 Lippincott Williams & Wilkins

93

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Goldsmith and Plunkett*                    *The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004

Thibault and Margulies[5,6,65,66] compared the mechanical properties of the skulls of human infants and adults to those of infant and adult pigs. They found significant variation in the failure stress of the skull of the neonate, the young child, and the adult, with an increase in stress to fracture of more than a factor of 10 from the newborn to the adult (Fig. 7). The variation in the elastic modulus, E, showed a 10-fold increase (Fig. 8), supporting nearly identical conclusions from earlier tests.[40,67,68]

The Consumer Products Safety Commission (CPSC)[56] has published a compendium on the geometric properties of the infant head. An earlier work indicated substantial difference in the vasculature of infants and adults.[57] The neonates had thinner and fewer vessels than the mature cortex,[69] the blood/brain barrier was incompletely developed, and the infant blood cerebral blood flow and oxygen consumption were more than twice that in adults.

These structural differences cause the injury mechanism for an infant to be fundamentally different from that of an older child or adult. Impact loading of the compliant infant skull/brain unit produces potentially damaging levels of strain within the entire structure. Deformation, not impact-induced angular acceleration, is the critical factor. Nonimpact loading ("shaking") may result in strains of the neurovascular structures, but there is no associated skull deformation. Biomechanical studies have demonstrated that the head accelerations generated by shaking are below the thresholds for



**FIGURE 8.** Elastic modulus of human cranial bone versus age. (Created by Kirk L. Thibault, PhD, from data in the studies referenced.)

traumatic DAI, SDH, and even concussion. If one could "shake" an infant or a child, or an adult for that matter, vigorously enough to cause traumatic DAI or SDH, there will be significant structural neck damage, including the craniocervical junction (F.A. Bandak, personal communication).[70–71] Shaking simply does not generate accelerations that exceed any known injury tolerance values for traumatic *brain* injury.

The material and structural properties of the skull and brain are age-dependant. The transition from the predominately deformation-mediated impact response in an infant to a predominately acceleration (impulsive)-mediated response in an older child or adult is a continuum. It is not possible, with today's data, to state a specific age at which the final change occurs. In vivo and surrogate biomechanical experiments to further define the parameters of age-dependency must be assisted by various imaging technologies including MRI, a careful neurologic examination for signs of cervical spinal cord or brain stem injury in a child who is living, and a complete and careful postmortem examination including posterior neck dissection if death occurs.

## Analysis of Impacts due to Falls

The linear impulse-momentum relation derived from Newton's Second law applied over time can be used to analyze an impact caused by a fall. The relationship states that the area under the force-time (F-t) curve is equal to the change of linear momentum; in practice, the product of mass, m, times the change of velocity, $\Delta v$.[19,48] For contact events, the maximum force generated can be closely approximated by the expression $F_{max} = 2m\Delta v/\tau$, where $\tau$ is the duration of contact.[72] If a 0.91 m (3 ft) tall child falls by backward rotation about the soles of his/her feet, the translational impact velocity is 4.24 m/s (13.9 ft/s) at the occiput, and the angular impact velocity is 4.63 rad/s. Our Berkeley laboratory



**FIGURE 7.** Skull failure stress for the neonate, young child and adult.[8] (Reproduced with permission from Ommaya AK, Goldsmith W, Thibault L. Biomechanics and neuropathology of adult and pediatric head injury. Br J Neurosurg. 2002;16: 220–242.)

© 2004 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

determined that contact duration $\tau$ is 3–7 milliseconds by dropping a weight-adjusted cadaver skull onto the edge of a hardwood stair step. If only the impact of the head produces the contact force (the weight of the body does not contribute), the contact time is taken as 5 milliseconds and the head weighs 22.4 Newtons (N) (5.3 lb), 20% of the body weight of 112 N (26.4 lb), the peak force is 4070 N (915 lb) from the linear impulse-momentum relation, assuming a triangular force profile. This is a peak acceleration of 173 g, nearly sixteen times greater than would be obtained by shaking and twice as great as the tolerance limit suggested by Stürtz.[39] These linear acceleration values approach those obtained from the previously described actual experiments;[45–47] the small differences are most likely due to variation in surface characteristics or a conservative assumption for the contact time in the above analysis.

There have been sworn testimony in courts of law by expert witnesses who state that trauma caused by shaking is equivalent to a fall from a two-story (or higher) window onto the pavement.[73] If such a fall is head first with the body in a vertical or near vertical position at impact, the forces on the head can be calculated from the linear impulse-momentum law. Assuming that the weight of the child is 66.7 N (15 lb), that the fall height is 5.63 m (18 ft), and that the contact duration is a very conservative 10 milliseconds, the impact velocity will be 10.37 m/s (34 ft/s), and the peak contact force 14,190 N (3167 lb). This exceeds by at least an order of magnitude the force that can be exerted by shaking, and at least 3 times that considered from the data of Gurdjian[30] as the human tolerance limit. The analogy of "shaking" injury to that from a two-story fall is not justifiable.

It has also been stated that falls from low heights do not produce significant injury or death.[74–76] However, Mohan et al[77] analyzed 30 falls in children under the age of 10, and reconstructed 6 of them using the MVMA Two-Dimensional Crash Victim Simulator computer model. The authors concluded that falls as low as 2 meters may cause serious injury or death.

Plunkett documented 18 fatal falls from heights of 0.6 to 3 m (2–10 ft).[24] One of these falls was coincidentally videotaped, permitting an approximate analysis of the contact loads. A 23-month-old girl who weighed 129 N (29 lb) and was 0.838 m (33 in) tall fell from a play structure onto a 10 mm (0.39 in) thick carpet without foam backing covering a concrete floor. She had lost her grip on a rail when she was in a nearly horizontal position approximately 1.07 m (42 in) above the ground. She struck the ground first with her outstretched hands and then with her right upper frontal forehead, followed by her right shoulder (Fig. 9). Although alert immediately after the fall, she became unconscious within approximately 5 minutes. She was taken to a tertiary care hospital where a 100 mL right-sided SDH was immediately evacuated. The attending medical staff documented



**FIGURE 9.** Idealized contact position and loads in the fall of a 29 lb (12.9K) child from a height of 42 in (1.07 m).

extensive bilateral retinal hemorrhage (RH) following the surgery. Postoperatively, she developed refractory cerebral edema and was removed from life support after 1.5 days. An autopsy showed a small residual right SDH, cerebral edema with herniation, and a 40 × 45 mm (1.58 × 1.77 in) right frontal scalp contusion. There was no skull fracture.

Her unsupported weight caused rotation about her feet until her body was at an angle of approximately 45° from the horizontal, with her head and neck inclined at approximately 30° to the horizontal. Her feet then disengaged the play structure and she fell freely with her center of gravity dropping 0.483 m (19 in) until she struck the carpet. If the moment of inertia (the property of an object to resist rotation) taken at the center of mass, G, is idealized as a uniform cylinder with a radius of 101.6 mm (4 in), her moment of inertia about her feet is 3.116 N-m-s² (27.57 lb-in-s²).[48] The impact velocity due to rotation, using a number of simplifying assumptions, is 4.36 m/s (14.3 ft/s) whose vertical component is 3.78 m/s (12.4 ft/s). The concurrent velocity due to the vertical motion of the center of gravity in the fall is 3.05 m/s (10 ft/s), so that the impact velocity of the head is 6.83 m/s (22.4 ft/s) (compared with 4.57 m/s [15 ft/s] if the body remained entirely horizontal). This calculation ignores the braking effect of the outstretched arms, so that the likely impact speed of the head was of the order of 4.57–6.10 m/s (15–20 ft/s).

Since the skull, scalp and carpet were not available to measure compliance, the contact duration will be conservatively assumed to be 10 milliseconds. The child's weight distribution will be assumed to be 107 N (24 lb) for torso,

© 2004 Lippincott Williams & Wilkins

95

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004

*Goldsmith and Plunkett*

legs and arms, 4.45 N (1 lb) for the neck and 17.8 N (4 lb) for the head. The 107 N (24 lb) component will be resolved along and perpendicular to the spine (the centerline of the body); this component, further resolved, is transmitted along the neck to the head, and the full weight of the head contributes to the impact event. This results in an equivalent vertical force at the contact point due to the weight components of 60 N (13.5 lb). The peak impact contact force $F_m$ is calculated from the adjusted linear impulse-momentum equation, using both the equivalent weight of 60N (13.5 lb) and the full child's weight of 129 N (29 lb). The clockwise movement of her head is small and will be ignored. The peak forces and corresponding maximum compressive stresses, assuming that contact occurred over the entire area of the contusion, are (Table 1).

This child did not have a skull fracture (consistent with a well-distributed impact load against a flat surface), and the area of her scalp contusion was less than 2.25 in². Her skull failure stress was approximately 16–20 MPa (Fig. 7). Her maximum skull stress computed for a duration of 10 milliseconds is less than 16–20 MPa for both sets of conditions used in the calculations. Although the peak compressive stress is not directly related to the tensile failure limit of the parasagittal bridging veins, this limit of 3.5 MPa[11] is of the same order of magnitude.

Finite element modeling (FEM) of heads subjected to various types of impact and impulsive loading supports this type of analysis.[68,78] However, until validated by appropriate experiments, the FEM results must be interpreted cautiously.

## Recent studies

Geddes et al did the first rigorous analysis of the infant brainstem in presumed nonaccidental head injury.[79] They identified specific neuropathological findings in head injury for 53 infants and children, and found statistically significant patterns of age-related injury. The group of 37 infants 20 days to 9-months-old tended to have injuries limited to the head, including skull fracture (43%). Twenty-six of the 37 (70%) had SDH. The SDH was a "thin-film" in 21 of the 26 (84%). Eleven (30%) of the 37 infants had immunohistochemical evidence for axonal damage at the craniocervical junction. Only 2 infants had traumatic diffuse axonal injury (DAI). Children thirteen months or older tended to have larger SDH, and if there was traumatic axonal damage, the injury patterns were similar to those reported in adults. The authors concluded that traumatic DAI is uncommon in children thought to have inflicted head injury.

In a second study, these authors compared the neuropathological findings in the younger group of 37 infants to a control group of 14 similarly aged infants who died of other causes.[80] The most common finding in the study group was global hypoxic damage (84%). Two cases had traumatic axonal injury, and both had severe contact head injuries with skull fractures. Epidural cervical hemorrhage, and focal axonal brainstem and cervical nerve root damage, was found in 11 cases, with none in the control group, suggesting relative vulnerability at the infant craniocervical junction. The authors concluded that the lack of widespread severe axonal damage in the infant could be explained in one of 2 ways: either the nonmyelinated axons of the immature brain are less susceptible to damage during traumatic loading, or in "shaking type injuries" the brain is not exposed to the forces necessary to cause traumatic DAI. Because of the trivial nature of the brain stem pathology in a few of the cases, coupled with a lack of damage to soft tissues in the neck, the authors suggested that hyperextension/hyperflexion at low loading levels, below those necessary to cause diffuse brain damage, may injure nerve fibers at the craniocervical junction. The resulting apnea leads to severe hypoxia and cerebral edema, and the immediate signs and symptoms may mimic those previously thought due exclusively to parasagittal vessel failure caused by violent head rotation.

Margulies and Thibault's study emphasized the critical role of skull deformation in infant impact head injury[6] by measuring infant skull and suture properties, and modeling differences between infants and adults with regard to the consequences of impact loading. They first confirmed that infant pig and infant human skull and suture properties were comparable, then measured infant pig cranial bone and suture failure using tensile and three-point bending. They found that the elastic modulus, ultimate stress, and energy absorbed to failure increases, and ultimate strain decreases, with age for both skulls and sutures. The authors then constructed 2 finite element models of a one-month-old infant head, using the above-determined infant values for one and adult values for the other. When the models were impact loaded, the skull and brain of the infant model underwent larger cranial shape changes and had a more diffuse pattern of brain distortion than the adult model. Dynamic herniation of the brainstem through the foramen magnum as a result of these shape-change induced deformations during impact, or quasi-static herniation of the brainstem during secondary brain swelling,

**TABLE 1.**  Impact Force and Stress

| Weight | | Impact velocity | | Peak force | | Peak compressive stress | |
|---|---|---|---|---|---|---|---|
| N | lb | m/s | ft/s | kN | lb | MPa | psi |
| 60 | 13.5 | 4.57 | 15 | 5.59 | 1258 | 3.1 | 449 |
| 60 | 13.5 | 6.10 | 20 | 7.46 | 1677 | 4.13 | 599 |
| 129 | 29.0 | 4.57 | 15 | 12.02 | 2702 | 6.65 | 965 |
| 129 | 29.0 | 6.10 | 20 | 16.02 | 3602 | 8.88 | 1287 |

© 2004 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004

may cause focal traumatic axonal injury mimicking "shaking"/hyperextension.

## Abuse

Either abuse or an accident may cause head injury in an infant or child.[81,82] However, it is not possible to differentiate a deliberate impact from an accidental fall under the same mechanical circumstances (speeds, surfaces, configurations) by biomechanical analysis since the mechanism and injury patterns will be identical.

There are other "hallmarks" of "nonaccidental" infant head trauma that need to be critically evaluated. For example, Greenwald[83] and the American Academy of Ophthalmology[84] have stated that retinal hemorrhage (RH) with particular characteristics is "proof" of shaking. Greenwald and others[52,83,85] state that the mechanism for RH in SBS is impulsive loading, with vitreous traction splitting the retina. However, *external* rotation of the eye as would occur with "shaking" (with a moment of inertia about C4-5) is curvilinear not rotational. For *internal* rotation (the eye rotating about its own center of mass) to cause traumatic injury, scaling suggests that the level of acceleration would need to be greater than 100,000r/s², or 6250g at a radius of 3/8 in. Experimental data indicate that the actual mechanism for RH is functional or mechanical venous occlusion.[86–89] RH of all types and distributions has been documented in ruptured vascular malformations,[90] increased intrathoracic pressure,[91] bungee jumping,[92,93] atypical lymphohistiocytic proliferations,[94] short falls,[24] anemia,[95] and severe contact head injury.[96,97] The question is not whether shaking causes RH, but under what mechanical constraints (rate, etc.) does cerebral edema or other causes of venous occlusion result in RH?

Does new bleeding/"rebleeding" in an established SDH require proximate trauma? This question can be approached biomechanically, but there is little definitive information concerning the sequence of events. For example, the rate of efflux from various types of tears in cerebral vessels has not been quantified, nor has the rate of resorption of blood in the subdural or subarachnoid spaces been determined. The "natural history" of an acute SDH includes new bleeding without proximate trauma, and has been documented in a series of patients with acute SDH followed by computed tomography scanning.[98]

All of the above and preceding questions *demand* an interdisciplinary effort involving physicians, biomechanicians, and other specialists to determine the actual unique, age-dependant mechanisms of pediatric head injury. The effort should be directed toward constructing a dummy with realistic head and neck characteristics and subjecting this device to controlled loading. The experiments should be paralleled by analytical and numerical studies of the physical events and extended to the cellular level.[99–106] When accept-able correlation of predictions and tests is achieved, a major step will have been taken to resolve these issues.

## CONCLUSIONS

1. It is usually not possible, based on the *medical* signs and symptoms, to determine if a given head injury is due to an accident or abuse. Therefore, it is critical that health care professionals who are asked to make this determination understand injury *mechanisms*, tolerance thresholds, and the limitations of a mechanistic approach.

2. Tolerance thresholds for infants, and especially those less than 3-months-old, should not be scaled from adult acceleration or deformation data.

3. The known mechanical properties of the infant *skull* permit construction of a biofidelic dummy that can be subjected to a variety of loading conditions. The results can be compared with established or future injury criteria, providing a distinctive database for assessing the *mechanical* cause of an injury. The results of such experiments can be correlated with data from analytical modeling and/or primate experiments.

4. It is not currently possible to construct a biofidelic infant *neck* because the mechanical properties of the infant neck are not known.

5. There is an urgent need for close collaboration between physicians and biomechanicians to objectively and scientifically evaluate infant head injury, and to assist in determining the mechanical basis, diagnosis and treatment of infant head trauma.

## ACKNOWLEDGMENTS

The authors express sincere appreciation to Drs. Kirk Thibault, Kenneth Monson, and Andrea Goldsmith for major assistance in the composition of this article.

## REFERENCES

1. McPherson GK, Kriewall TJ. The elastic modulus of fetal cranial bone: a first step towards an understanding of the biomechanics of fetal head modeling. *J Biom.* 1980;13:9–16.
2. Kriewall TJ, McPherson GK, Tsai A Ch. Bending properties and ash content of fetal cranial bone. *J Biom.* 1981;14:73–79.
3. Kriewall TJ. Structural, mechanical and material properties of fetal cranial bone. *Am J Obstet Gynec.* 1982;143:707–714.
4. Kriewall TJ, Akkas N, Bylski Dl, et al. Mechanical behavior of fetal dura mater under large axisymmetric inflation. *J Biom Eng.* 1983;105:71–76.
5. Thibault KL, Margulies SS. Age-dependent material properties of the porcine cerebrum: effect on pediatric head injury criteria. *J Biom.* 1998;31:1119–1126.
6. Margulies SS, Thibault KL. Infant skull and suture properties: measurements and implications for mechanisms of pediatric brain injury. *J Biom Eng.* 2000;122:364–371.
7. McPherson GK, Kriewall TJ. Fetal head modeling: an investigation utilizing a finite element model of the fetal parietal bone. *J Biom.* 1980;13:17–26.
8. Ommaya AK, Goldsmith W, Thibault LE. Biomechanics and neuro-pathology of adult and paediatric head injury. *Br J Neurosurg.* 2002;16:220–242.

© 2004 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

9. Goldsmith W. The state of head injury biomechanics – past, present and future. Part 1. *Crit Rev Biomed Engng.* 2001;29:441–600.
10. Löwenhielm P. Dynamic properties of parasagittal bridging veins. *Z Rechtsmed.* 1974;74:55–62.
11. Lee MH, Haut RC. Insensitivity and tensile breakdown properties of the human parasagittal bridging veins to strain rate dependence in biomechanics of subdural hematoma. *J Biom.* 1989;22:532–542.
12. Ommaya AK, Thibault LE, Bandak F. Mechanisms of head injury. *Int J Impact Eng.* 1994;15:525–560.
13. Ommaya AK, Corrao P, Letcher PS. Head injury in the chimpanzee: biodynamics of traumatic unconsciousness. *J Neurosurg.* 1963;39:152–166.
14. Prange MT, Margulies SS. Regional, directional and age-dependent properties of the brain using physical models to determine cortical strains in the head during dynamic loading. In: *Proc Ann Intern Conf IEEE Engng in Med and Bio Soc.* New York: IEEE. 1989;3:816–817.
15. Arbogast KB, Margulies SS. Regional differences in mechanical properties of the porcine central nervous system. In: *Proc 42nd Stapp Car Crash Conf 1997.* Warrendale, PA: Society of Automotive Engineers. SAE Paper 973336:293–300.
16. Kleiven S. Influence of impact direction on the human head in prediction of subdural hematoma. *J Neurotr.* 2003;20:365–379.
17. Gennarelli TA, Thibault LE, Adams JH, et al. . Diffuse axonal injury and traumatic coma in the primate. *Ann Neurol.* 1982;12:264–274.
18. Smith SL, Andrus PK, Gleason DD, et al. Infant rat model of the shaken baby syndrome: preliminary characterization and evidence for the role of free radicals in cortical hemorrhaging and progressive neuronal degeneration. *J Neurotr.* 1998;15:693–705.
19. Goldsmith W. *Impact: The Physical Theory and Behaviour of Colliding Solids.* London: Edward Arnold Ltd.; 1960. Mineola, NY: Dover Publications; 2001.
20. Ommaya AK, Grubb RL, Naumann RA. Coup and contre-coup injury: Observations on the mechanics of visible brain injuries in the Rhesus Monkey. *J Neurosurg.* 1971;35:503–516.
21. Gross AG. Impact thresholds and brain concussion. *Aviation Med.* 1958;29:725–732.
22. Lubock P, Goldsmith W. Experimental cavitation studies in a model head-neck system. *J Biom.* 1980;13:1041–1052.
23. Nusholtz GS, Glascoe LG, Wylie EB. Cavitation during head impact. In: *Occupant Protection and Injury Assessment in the Automotive Crash Environment, SP 1231.* Warendale, PA: Society of Automotive Engineers; 1997:151–623.
24. Plunkett J. Fatal pediatric head injuries caused by short distance falls. *Am J Forens Med Pathol.* 2001;22:1–12.
25. Goldsmith W. Fatal pediatric head injuries caused by short distance falls (letter). *Am J Forens Med Pathol* 2001;22:334–336.
26. Plunkett J. Fatal pediatric head injuries caused by short distance falls (letter). *Am J Forens Med Pathol* 2002;23:103–105.
27. Hess RL, Weber K, Melvin JW. A review of research on head impact tolerance and injury criteria related to occupant protection. In: *Head and Neck Injury Criteria: A Consensus Workshop.* Washington, DC: U S Government Printing Office; 1983. (DOT HS 806 434):183–194.
28. American National Standards Institute. *American National Standard for Protective Headgear – for Bicyclists.* Washington, DC: American National Standards Institute; April 1984. ANSI Z90.
29. Snell Memorial Foundation. *Standards for Protective Headgear for Use With Bicycles. Child Helmet. Addendum for CPS Requirements.* North Highlands, CA: Snell Memorial Foundation; 1995.
30. Goldsmith W. Meaningful concepts of head injury. In: *Proc 1989 International Research Council on the Biomechanics of Impact Conf.* Bron, France: IRCOBI. 1989;1:–12.
31. Ommaya AK, Hirsch AE. Tolerances for cerebral concussion from head impact and whiplash in primates. *J Biom.* 1971;4:13–21.
32. Gennarelli TA, Thibault LE. Biomechanics of acute subdural hematoma. *J Trauma.* 1982;22:680–686.
33. Gurdjian ES, Lissner HR, Patrick LM. Protection of the head and neck in sports. *JAMA.* 1962;182:509–512.
34. Gurdjian ES. *Impact Head Injury: Mechanistic, Clinical, and Preventive Correlations.* Springfield, IL: CC Thomas; 1975.
35. Ono K, Kikushi A, Nakamura M, et al. Human head tolerance in sagittal impact reliable estimation deduced from experimental head injury using subhuman primates and human cadaver skulls. In: *Proc 24th Stapp Car Crash Conf.* Warrendale, PA: Society of Automotive Engineers; 1980:101:–160. SAE Paper 801303.
36. Sturgess CE. A thermomechanical theory of impact trauma. In: *Proc ImechE J Automobile Div.* London: Institution of Mechanical Engineers; 2003: In press.
37. Newman JA. A generalized model for brain injury threshold. In: *Proc 1986 International Research Council on the Biomechanics of Impact Conf.* Bron, France: IRCOBI; 1986: 121:–131.
38. Stürtz G. Correlation of dummy-loadings with real injuries of children by repetition tests. In: *Proc Vth International IRCOBI Conf.* Bron, France: IRCOBI; 1980:194:–208.
39. Stürtz G. Biomechanical data of children. In: *Proc 24th Stapp Car Crash Conf.* Warrendale, PA: Society of Automotive Engineers; 1980. (SAE Paper 801313):525–59.
40. Melvin JW. Injury assessment reference values for the CRABI-6 month infant dummy in a rear-facing infant restraint with airbag deployment. *SAE J for Passenger Cars.* Warrendale, PA: Society of Automotive Engineers; 1995. SAE Paper 950872:1553–64.
41. Irwin A, Mertz HJ. Biomechanical basis for the CRABI and Hybrid lll child dummies. In: *Proc 41st Stapp Car Crash Conf.* Warrendale, PA: Society of Automotive Engineers; 1995. (SAE Paper 973317):261–72.
42. Klinich KD, Hulbert GM, Schneider LW. Estimating infant head injury criteria and impact response using crash reconstruction and finite element modeling. *Stapp Car Crash J.* 2002;46: Paper O2S-32.
43. Lucchini E, Weissner R. Difference between the kinematics and loadings of impacted adults and children: Results from dummy tests. In: *Proc 1980 International Research Council on the Biomechanics of Impact Conf.* Bron, France: IRCOBI; 1980:165:–78.
44. Stcherbatcheff G, Tarriere C, Duclos P, et al. Simulation of collisions between pedestrians and vehicles using adult and child dummies. In: *Proc 19th Stapp Car Crash Conf.* Warrendale, PA: Society of Automotive Engineers; 1975. (SAE Paper 751167):147–53.
45. Duhaime A-C, Gennarelli TA, Thibault LE, et al. The shaken baby syndrome: a clinical, pathological and biomechanical study. *J Neurosurg.* 1987;66:409–415.
46. Prange MT, Coats B, Raghupathi R, et al. Rotational loads during inflicted and accidental infant head injury. *J Neurotr* 2001;Abst.D8;18: 1142.
47. Prange MT, Coats B, Duhaime A-C, et al. Anthropomorphic simulations of falls, shakes, and inflicted impacts in infants. *J Neurosurg.* 2003;99:143–150.
48. Berger SA, Goldsmith W, Lewis ER, eds. *Introduction to Bioengineering.* Oxford: Oxford University Press; 1996, 2000.
49. Ommaya AK. Trauma to the nervous system. *Ann Roy Coll Surg Engl.* 1966;39:317–347.
50. Caffey J. The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash-induced intracranial and intraocular bleedings, linked with permanent brain damage and mental retardation. *Pediatrics.* 1974;54:396–403.
51. Guthkelch AN. Infantile subdural hematoma and its relationship to whiplash injuries. *Brit Med J.* 1971;2:430–431.
52. Lonergan GJ, Baker AM, Morey MK, et al. Child abuse: Radiologic-pathologic correlation. *Radiographics.* 2003;23:811–845.
53. Ommaya AK, Yamell P, Hirsch AE, et al. Scaling of experimental data for cerebral concussion in sub-human primates to concussive threshold for man. In: *Proc 11th Stapp Car Crash Conf.* New York: Society of Automotive Engineers; 1967. (SAE Paper 670906):47–52.
54. Ljung C. On scaling in head injury research. In: *Proc Vth Intern IRCOBI Conf on the Biomechanics of Impacts.* Bron, France: IRCOBI; Sept. 9–11, 1980; 209–217.
55. Netter FH. *Atlas of Human Anatomy.* Summit, NJ: Ciba-Geigy Corp; 1989.
56. Schneider LW, Lehman RJ, Flug M, et al. *Size and Shape of the Head From Birth to Four Years. Final Report to the Consumer Products Safety Commission.* Washington, DC: Univ of Michigan Transp Res Inst 1986; UMTRI-86-2.

© 2004 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

57. Stehbens WE. *Pathology of the Cerebral Blood Vessels.* St. Louis: Mosby;1972.

58. Thibault KL, Margulies SS. Age-dependant material properties of the porcine cerebrum: Effect on pediatric inertial head injury criteria. *J Biomech.* 1998;31:1119–1126.

59. Prange MT, Margulies SS. Regional, directional, and age-dependant properties of the brain undergoing large deformations. *Trans ASME.* 2002;124:244–252.

60. Oka K, Rhoton AJ, Barry M, et al. Microsurgical anatomy of the superficial veins of the cerebrum. *Neurosurg.* 1985;17:711–748.

61. Huang HM, Lee MC, Chiu WT, et al. Three-dimensional finite element analysis of subdural hematoma. *J Trauma.* 1999;47:538–544.

62. Monson KL, Goldsmith W, Barbaro N, et al. Static and dynamic mechanical and failure properties of human cerebral blood vessels. In: *Crashworthiness, Occupant Protection and Biomechanics in Transportation Systems.* New York: ASME; 2000. AMD 246/BED 49:255–65.

63. Monson KL, Goldsmith W, Barbaro N, et al. Axial mechanical properties of fresh human cerebral blood vessels. *J Biom Engng.* 2003;125:288–294.

64. Sobatta J. *Atlas of Human Anatomy 1927–1928.* Edited from the 6th German edition by JP McMurrich, 1 and 3. New York: GE Stechert; 1927–28.

65. Margulies SS, Thibault LE. An analytical model of traumatic diffuse brain injury. *J Biom Eng.* 1989;111:241–249.

66. Thibault KL. Pediatric Head Injuries: the Influence of Brain and Skull Properties [dissertation]. Philadelphia: University of Pennsylvania; 1997.

67. Hubbard RP. Flexure of layered cranial bone. *J Biomech.* 1971;4:251–263.

68. Runge CF, Yousses A, Thibault KL. Material properties of human infant skull and suture: experiments and numerical analysis. In: *Injury Prevention Through Biomechanics Symposium, National Center for Injury Prevention and Control.* Detroit: Centers for Disease Control; 1998. Report 1–1998.

69. McMinn RMH, Hutchings RT, eds. *Color Atlas of Human Anatomy.* Chicago: Year Book Med Publ, Inc.; 1977.

70. Duncan M. Laboratory note: On the tensile strength of the fresh adult fœtus. *BMJ* 1874;2:763–764.

71. Mertz HJ, Patrick LM. Strength and response of the human neck. In: *Proc of the 15th Stapp Car Crash Conference.* Warrendale, PA: Society of Automotive Engineers; 1971. SAE Paper 710855:2903–28.

72. Goldsmith W, Kabo JM. Performance of baseball caps. *Am J Sports Med.* 1982;10:31–37.

73. 2001 WL 1630083 (Colo. App.). Colorado Court of Appeals, Div. 1. No. 00CA0312.

74. Chadwick DL, Chin S, Salerno C, et al. Deaths from falls in children: How far is fatal? *J Trauma.* 1991;31:1353–1355.

75. Williams RA. Injuries in infants and small children resulting from witnessed and corroborated free falls. *J Trauma.* 1991;31:1350–1352.

76. Lyons TJ, Oates RK. Falling out of bed: A relatively benign occurrence. *Pediatrics.* 1993;92:125–127.

77. Mohan D, Bowman BM, Snyder RG, et al. A biomechanical analysis of head impact injuries to children. *J Biom Engng.* 1979;101:250–260.

78. Zhang L, Bae J, Hardy WN, et al. Computational study of the contribution of the vasculature on the dynamic response of the brain. *Stapp Car Crash J.* 2002;46:145–163.

79. Geddes JF, Hackshaw AK, Vowles GH, et al. Neuropathology of inflicted head injury in children. I. Patterns of brain damage. *Brain.* 2001;124:1290–1298.

80. Geddes JF, Vowles GH, Hackshaw AK, et al. Neuropathology of inflicted head injury in children, II: Microscopic brain injury in infants. *Brain.* 2001;124:1299–1306.

81. Shannon B, Becker L. Mechanisms of brain injury in infantile child abuse. *The Lancet.* 2001;358:686–687.

82. Wilkins B. Head injury – abuse or accident. Commentary by Sunderland R. *Arch Dis Child.* 1997;76:393–397.

83. Greenwald MJ. The shaken baby syndrome. *Semin Ophthalmol.* 1990; 5:202–215.

84. Am Acad Ophthalmol. Shaken Baby Syndrome Resources. Available at: http://www.aao.org/aao/education/library/shaken_baby.cfm-ocular. Date accessed: April 22, 2004.

85. Morad Y, Kim YM, Armstrong DC, et al. Correlation between retinal abnormalities and intracranial abnormalities in the Shaken Baby Syndrome. *Am J Ophthalmol.* 2002;134:354–359.

86. Aoki N, Masuzawa H. Infantile acute subdural hematoma: clinical analysis of 26 cases. *J Neurosurg.* 1984;51:273–280.

87. Muller PJ, Deck JHN. Intraocular and optic nerve sheath hemorrhage in cases of sudden intracranial hypertension. *J Neurosurg.* 1974;41:160–166.

88. Tongue AC. The ophthalmologist's role in diagnosing child abuse. *Ophthalmol.* 1991;98:1009–1010.

89. Avery GB, Fletcher MA, McDonald MG. *Neonatology,* 4th ed. Philadelphia: Lippincott; 1994: 1146.

90. Edlow JA, Caplan LR. Avoiding pitfalls in the diagnosis of subarachnoid hemorrhage. *NEJM.* 2000;342:29–36.

91. Tomasi LD, Rosman NP. Purtscher retinopathy in battered child syndrome. *Am J Dis Child.* 1975;129:1335–1337.

92. David DB, Mears T, Quinlan MP. Ocular complications associated with bungee jumping. *Br J Ophthalmol.* 1994;78:234–235.

93. Bain BK, Talbot EM. Bungee jumping and intraocular hemorrhage. *Br J Ophthalmol.* 1994;78:236–237.

94. Rooms L, Fitzgerald N, McClain KL. Hemophagocytic lymphohistiocytosis masquerading as child abuse: presentation of three cases and review of central nervous system findings in hemophagocytic lymphohistiocytosis. *Pediatr.* 2003;111:e636–e640.

95. Biousse V, Rucker JC, Vignal C, et al. Anemia and papilledema. *Am J Ophthalmol.* 2003;135:437–446.

96. Medele RJ, Stummer W, Mueller AJ, et al. Terson's syndrome in subarachnoid hemorrhage and severe brain injury accompanied by acutely raised intracranial pressure. *J Neurosurg* 1998;88:851–854.

97. Lantz PE, Sinal SH, Stanton CA, et al. Evidence-based case report. Perimacular retinal folds from childhood head trauma. *BMJ.* 2004;328: 754–756.

98. Bergstrom M, Ericson K, Levander B, et al. Computed tomography of cranial subdural and epidural hematomas: Variation of attenuation related to time and clinical events such as rebleeding. *J Comp Assist Tomogr.* 1977;1:449–455.

99. Thibault LE. Brain injury from the macro to the micro level and back again: what have we learned to date? In: *Proc 1993 Intern Conf on Biomechanics of Impacts.* Bron, France: IRCOBI; 1993: 3–25.

100. Thibault LE, Gennarelli TA, Tipton HW, et al. The physiologic response of isolated nerve tissue to dynamic loading. *ACEMB.* 1974; 16:176.

101. Bain A, Meaney DF. Thresholds for mechanical injury to the in vivo white matter. In: *Proc 43rd Stapp Car Crash Conf.* Warrendale, PA: Society of Automotive Engineers; SAE 1999. Paper 99SC19.

102. Barbee KA, Macarak EJ, Thibault LE. Strain measurement in cultured vascular smooth muscle cells subjected to mechanical deformation. *Ann Biomed Engng.* 1994;23:14–22.

103. Ueno K, Melvin JW, Li L, et al. Development of a tissue level brain injury criteria by finite element analysis. In: Bandak FA, Eppinger RH, Ommaya AK, eds. *Traumatic Brain Injury: Bioscience and Mechanics.* Larchmont, NY, Mary Ann Liebert; 1996:155–66.

104. Saatman KE, Thibault LE. Rapid elongation of a myelinated fiber: a model of head injury. *Proc Annual Intern Conf IEEE Engng in Med Biol Soc.* New York: IEEE; 1989;5:1663–1664.

105. Galbraith JA, Thibault LE, Matteson DR. Mechanical and electrical responses of the giant squid axon to simple elongation. *J Biom Engng.* 1993;115:15–22.

106. Thibault LE, Gennarelli TA. Biomechanics of diffuse brain injury. In: *Proc 10th Intern. Conf on Experimental Safety Vehicles* Warrendale, PA: Society of Automotive Engineers PT 43; 1985. SAE Paper 856022.

© 2004 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Goldsmith and Plunkett*                    *The American Journal of Forensic Medicine and Pathology* • Volume 25, Number 2, June 2004

## Glossary

1. Acceleration, a – The rate of change of velocity.
2. Angular acceleration, $\alpha$ – The rate of change of angular velocity. The acceleration of a rigid body about a fixed axis may be resolved into two components, tangential ($a_t = r\alpha$) and normal ($a_n = r\omega^2$) to the radius of rotation, r.
3. Angular velocity, $\omega$ - The rate of change of angular position. The linear velocity associated with angular motion is normal to the radius of the motion ($v = \omega r$).
4. Anthropometric – Accurately mimics actual human dimensions.
5. Biofidelic – Accurately mimics actual human properties.
6. Coronal plane – Side-to-side plane.
7. Constitutive equation -- The relationship between stress and strain, and their rates, that defines the behavior of a solid under loading.
8. Couple – A set of equal and oppositely directed but non-colinear forces.
9. Density – Mass per unit volume.
10. Displacement – The distance that an object moves.
11. Elastic modulus – The ratio of stress to strain in a linear stress-strain curve.
12. Failure – A stress or strain that does not allow a return to the normal physical state.
13. Finite Element Method – The numerical, approximate solution of problems in mechanics by subdividing the spatial and temporal fields into small finite parts using the assigned properties of the system. The validity of the solution depends on the validity of the input properties of the system.
14. Force, F – Mass times acceleration.
15. Impulsive loading – Motion at a distance from an applied force.
16. Impact – The collision of two solid objects resulting in demonstrable deformation, and propagation of a signal away from the point of contact.
17. Kilogram, kg – The unit of mass in the metric system.
18. Linear acceleration – Acceleration along a straight line.
19. Load – A force or moment that produces motion or deformation.
20. Mass, m – The property of an object that resists a change in velocity.
21. MVMA – Motor Vehicle Motion Analysis, a numerical method developed at the University of Michigan to examine the motion of vehicle occupants subsequent to impact.
22. Newton, N – The unit of force in the metric (kms) system. For purposes of this article, the Newton is used as an equivalent unit for mass to avoid converting the English unit of force (Pound) to the English unit for mass (slug).
23. Particle – A point in space that has mass.
24. Pascal, Pa – The unit of stress, force/unit area, in the metric system. One Pa = one N/m²; 1kPa = 1000Pa; 1 MPa = 1,000,000 Pa.
25. Pound, lb – The unit of force in the English (sfs) system.
26. Quasi-static – Extremely slow rate of loading, for example, catching one's leg in an elevator door, or a finger in a vise.
27. Radian, rad – The unit of angular displacement. A radian is the radius of a circle stretched over its circumference. There are $2\pi$ rad in a circle, and each rad subtends an angle of 57.3 degrees. One krad = 1000 rad.
28. Sagittal plane – Anterior-posterior or posterior-anterior plane.
29. Scaling – Extrapolating the results from one set of experiments to another system based on size.
30. Slug, s – The English unit of mass. One slug = weight (in pounds)/32.2 at sea level.
31. Stress, $\sigma$ - Force per unit area.
32. Strain, $\varepsilon$ – Change in length per unit reference length. Strain may be elongation, compression, or shear.
33. Ultimate stress – The stress at which a material fails structurally, associated with the largest load prior to failure.
34. Velocity, v – The rate of change of displacement.

© *2004 Lippincott Williams & Wilkins*

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

B7

Downloaded from bmj.com on 23 October 2008



## The evidence base for shaken baby syndrome

J F Geddes and J Plunkett

*BMJ* 2004;328;719-720
doi:10.1136/bmj.328.7442.719

---

Updated information and services can be found at:
**http://bmj.com/cgi/content/full/328/7442/719**

---

These include:

| | |
|---|---|
| **Data supplement** | *"Additional references"* <br> **http://bmj.com/cgi/content/full/328/7442/719/DC1** |
| **References** | This article cites 10 articles, 5 of which can be accessed free at: <br> **http://bmj.com/cgi/content/full/328/7442/719#BIBL** |
| | 8 online articles that cite this article can be accessed at: <br> **http://bmj.com/cgi/content/full/328/7442/719#otherarticles** |
| **Rapid responses** | 63 rapid responses have been posted to this article, which you can access for free at: <br> **http://bmj.com/cgi/content/full/328/7442/719#responses** |
| | You can respond to this article at: <br> **http://bmj.com/cgi/eletter-submit/328/7442/719** |
| **Email alerting service** | Receive free email alerts when new articles cite this article - sign up in the box at the top left of the article |

---

| | |
|---|---|
| **Topic collections** | Articles on similar topics can be found in the following collections <br><br> Clinical trials (epidemiology) (3807 articles) <br> Epidemiologic studies (6835 articles) <br> Neurological injury (360 articles) <br> Trauma CNS / PNS (361 articles) <br> Ophthalmology (1064 articles) <br> Child abuse (849 articles) <br> Neuropathology (55 articles) <br> Trauma (1551 articles) <br> Injury (1512 articles) |

---

**Notes**

---

To order reprints follow the "Request Permissions" link in the navigation box

To subscribe to *BMJ* go to:
**http://resources.bmj.com/bmj/subscribers**