



FIG. 6. Original position of infant reconstructed.



FIG. 4. Facial perinasal fingertip impressions following attempted resuscitation by parents.

face, in a nonpatterned distribution that may reflect the plethora of hand positions adopted by the rescuing practitioner (Fig. 3). Our experience here differs from the findings reported elsewhere of recurrent patterns of fingernail scratches to the face and neck

resulting from CPR in adult and pediatric populations (15,16).

**Mouth-to-Mouth-Type Ventilatory Injury**

This type of resuscitative ventilation is usually employed by a first responder, who is likely to be a household member and untrained in CPR techniques. The resulting pattern of injury reflects both initial turmoil surrounding the arrest and lack of medical training, and may have an alarming or bizarre appearance (Fig. 4). Here, tightly grouped fingernail impressions and scrapes are left in perinasal distribution, with loosely satellited fingernail-type abrasions to cheeks, forehead, and chin.

A case of unusual abrasive injuries to the perineum associated with facial injuries related to mouth-to-mouth-type ventilatory rescue was noted (Fig. 5). This case was related to attempts by a lone rescuer to simultaneously transport and rescue the infant, by holding the infant's body tightly in one arm, maintaining mouth-to-mouth-type ventilation



FIG. 5. Perineal abrasions following simultaneous rescue and transport of infant by single rescuer.



FIG. 7. Intubation-associated nasal abrasion with patterned benzoin staining across face.

190                          J. A. KAPLAN AND R. M. FOSSUM

and finger-to-chest compression with the free hand (Fig. 6).

### Intubation-Type Ventilation-Associated Injury

Use of the laryngoscope during orotracheal intubation in the adult may cause compression of oral soft tissues against the teeth, with resultant contused laceration to the lips. In this series, only one instance of this injury was noted, reflecting the edentulous infant jaw. Additionally, no gingival or buccal contusions or lacerations were noted. On occasion, injuries similar to those noted in the setting of mouth-to-mouth ventilation or air-bag-valve mask rescue were noted in cases that received orotracheal intubation; these cases reflected a sequence of changing resuscitation techniques through the clinical course, culminating in orotracheal intubation (Figs. 4a and 7).

### DISCUSSION

It is common practice in medicolegal death investigation protocols that all invasive medical devices, such as intubation tubes and vascular catheters, be left in place on the body to facilitate the recognition of changes to the body that follow such maneuvers. We suggest that usually discarded non-invasive resuscitation devices such as air-bag-valve masks also be retained to accompany the body. Comparison of the air-valve mask to facial injuries present on the body has enabled us to positively identify injuries as artifacts that would otherwise have remained suggestive of suffocation.

Finally, we have noted that many of the abrasions in these cases became visible only after drying sufficiently. Thus, an attempt to identify parental or first-responder contribution to resuscitation injuries by asking late-arriving rescuers about the presence of such injury must be undertaken with an understanding of the postmortem changes involved.

In other types of resuscitation traumas, especially those arising out of bystander or first-responder attempts, an open-ended inquiry of the resuscitationist may help to determine the artifactual nature of the injury. It is our experience that rescue personnel tend to view their performance in these tragic cases as personal failure, and these feelings are amplified by the medical examiner's inquiry. Thus, we go to great lengths to emphasize the dismal record of out-of-hospital CPR in the setting of pediatric cardiac arrest (17) and to underline the basis of our interest in rescue procedures.

In our experience, there was a 30% incidence of facial injury in the SIDS category (six of 20) and

a 60% incidence of facial injuries to infants dying of natural causes (NSIDS, three of five). The calculated mean duration of resuscitative efforts for NSIDS group was 75 min and 68 min per SIDS, reflecting a partially rural setting with long transport times. The mean duration of transport and thus the incidence of CPR-associated facial injuries might be expected to be lower in an urban setting. While no significant association between incidence or type of facial injury and estimated postmortem interval or calculated duration of CPR was demonstrated, this may be due to the limited numbers of cases included in this study. The trend to a higher incidence of facial injury in the NSIDS group may reflect longer duration of rescue attempts in the setting of a witnessed arrest with shorter "down time."

Nonetheless, the similarity of injury patterns between both groups, related only by age and history of CPR, suggests a common etiology for such injury, confirmed by investigation in the cases presented here.

Certain broad patterns of facial injury can be distinguished in studying these cases: extensive perinasal and nasal fingernail injury has emerged in our experience as suggestive of mouth-to-mouth resuscitation. Nonetheless, there is nothing pathognomonic about this pattern of injury, and diagnosis must await careful, open-ended inquiry of rescue personnel and a complete scene investigation. Widely satellited fingernail scratches were present in at least two cases of unwitnessed but investigation-corroborated bystander CPR and must be interpreted within the context of each individual case. Mask-related injuries, in our experience, were best identified by comparison to mask configuration, as previously discussed. It is important to note that facial injuries resulting from CPR, identified within this series of 25 cases, were entirely abrasion in type, with the exception of a single punctate intubation-associated contused lip injury.

### REFERENCES

1. Leadbeatter S, Knight B. Resuscitation artefact. *Med Sci Law* 1988;28:200–4.
2. Rothrock S. Successful resuscitation from cardiac arrest using sublingual injection for medication delivery. *Ann Emerg Med* 1993;22:751.
3. Galvis A, Kelley C. Hypopharynx perforation during infant resuscitation. *JAMA* 1979;242:1526–7.
4. Custer JR, et al. Gastric perforation following cardiopulmonary resuscitation in a child: report of a case and review of the literature. *Pediatr Emerg Care* 1987;3:24–7.
5. Waldman PJ, et al. Pancreactic injury associated with interposed abdominal compressions in pediatric cardiopulmonary resuscitation. *Ann J Emerg Med* 1984;2:510–2.

6. Kanter RK. Retinal hemorrhage after cardiopulmonary resuscitation or child abuse. *J Pediatr* 1986;108:430–2.

7. Feldman KW, Brewer DK. Child abuse, cardiopulmonary resuscitation, and rib fractures. *Pediatrics* 1984;73:339–42.

8. Barrowcliffe MP. Visceral injuries following external cardiac massage. *Anesthesia* 1984;39:347–50.

9. Gregerson M, Vesterby A. Iatrogenic fractures of the hyoid bone and the thyroid cartilage: a case report. *Forensic Sci Int* 1981;17:41–3.

10. Gueugniard PY. Subarachnoid hemorrhage: a complication of CPR [Letter]. *Crit Care Med* 1987;284–5.

11. Azuma SS, et al. Chest compression induced vertebral fractures. *Chest* 1986;89:154–5.

12. Atcheson SG, et al. Ill-effects of cardiac resuscitation: report of two unusual cases. *Chest* 1975;67:615–6.

13. Wolfe WG, et al. Pathologic study of unsuccessful cardiac resuscitation. *Arch Surg* 1968;96:123–6.

14. Lignitz E, et al. Zur Problematik von Reanimationsschaden mit besonderer Berucksichtigung der Leberruptur. *Prakt Anasth* 1977;12:523–6.

15. Saternus K-S. Das Reanimationstrauma durch Atemspende und Intubation. *Intensivbehandlung* 1988;13:7–10.

16. Harm T, Rajs J. Face and neck injuries due to resuscitation versus throttling. *Forensic Sci Int* 1983;23:109–16.

17. Zaritsky A. Cardiopulmonary resuscitation in children. *Clin Chest Med* 1987;8:561–71.

*The American Journal of Forensic Medicine and Pathology* 20(1):48–51, 1999.   ©1999 Lippincott Williams & Wilkins, Inc., Philadelphia

B 16

# Late-Form Hemorrhagic Disease of the Newborn

## A Fatal Case Report With Illustration of Investigations That May Assist in Avoiding the Mistaken Diagnosis of Child Abuse

129

G. N. Rutty, C. M. Smith, and R. G. Malia

Hemorrhagic disease of the newborn (HDN) is usually a self-limiting hemorrhagic disorder of childhood that occurs as a result of vitamin K deficiency. It may be defined as early or late form depending on the time of onset related to birth. HDN is recognized as one of several bleeding disorders that can mimic the findings of nonaccidental head injury and may lead to a mistaken diagnosis of child abuse. We present a single fatal case of late-onset HDN with illustration of hematologic assays that can be performed to assist the pathologist in making the correct diagnosis of HDN.
**Key Words:** Hemorrhagic disease of the newborn—Vitamin K—PIVKA—Subdural hematoma—Retinal hemorrhages.

First reported by Townsend in 1894 (1), the classical form of hemorrhagic disease of the newborn (HDN) is usually a self-limiting, acquired, hemorrhagic disorder that occurs as a result of vitamin K deficiency and takes place within 24 to 72 hours after birth (2,3). Late-onset HDN is defined as cases occurring after the first week of life, with most presenting between 4 to 6 weeks after birth (4). Rarely, cases are reported to occur as late as 6 months of life (5). Intracranial bleeding may occur in up to 100% of late-onset cases; other common sites of bleeding include the skin and the oronasal, gastrointestinal, and urogenital tracts. Mortality from intracranial bleeding may reach 19%, with 67% of survivors reported to potentially have long-term neurologic deficits (4).

Bleeding disorders, including HDN, are recognized to mimic findings that can occur in nonaccidental injury and may subsequently lead to the mistaken diagnosis of child abuse (6–8). We report a fatal case of late-onset HDN presenting with spontaneous subdural hematoma and bilateral retinal hemorrhages and draw attention to the role of hematologic investigations performed as part of the autopsy examination to assist in the exclusion of nonaccidental head injury.

## CASE REPORT

A 9-week-old Indopakastani boy presented floppy, slightly jaundiced, and unconscious to an accident and emergency department. He had been born at full term by spontaneous vaginal delivery and given prophylactic intramuscular vitamin K at birth. A second dose of vitamin K was given in the community. He was bottle-fed but had been seen on several occasions for failure to thrive. For 10

Received April 1, 1998; accepted October 3, 1998.
From the Department of Forensic Pathology, Medico-Legal Centre (G.N.R.), Department of Neuropathology, Royal Hallamshire Hospital (C.M.S.), and Sheffield Haemophilia and Thrombosis Centre Laboratory, Royal Hallamshire Hospital, Sheffield, U.K.
Address correspondence and reprint requests to G. N. Rutty, Department of Forensic Pathology, Medico-Legal Centre, Watery Street, Sheffield, S3 7ES, U.K.



**FIG. 1.** Intracranial contents showing a right-sided subdural hematoma and extensive posterior cerebral necrosis.

days prior to presentation, he had had diarrhea with vomiting. A computerized tomography scan, performed on admission, showed a right-sided subdural hematoma, midline shift, and infarction of the right parietal lobe. He underwent a craniotomy and evacuation of the hematoma but died 24 hours after admission.

Autopsy examination confirmed the presence of a right-sided subdural hematoma (Fig. 1) as well as bilateral retinal hemorrhages (Fig. 2). A single external bruise was present in the midline of the chest. Neuropathologic examination revealed widespread perivascular and white matter hemorrhages within both cerebral hemispheres (Fig. 3) in a distribution not typical of nonaccidental head injury. Histologic examination confirmed the presence of retinal hemorrhages and showed a chronic active gastritis and hepatitis of unknown cause.

### HEMATOLOGIC INVESTIGATIONS

Antemortem hematologic results taken on admission to hospital showed gross prolongation of both the extrinsic (PT) and intrinsic (APTT) pathways in the presence of a normal thrombin time and normal fibrinogen levels (Table 1).

In view of these findings, following the autopsy the frozen admission blood samples were retrieved and additional tests performed. The functional levels of factors II, VII, and X were measured on a Sysmex CA6000 (Milton Keynes, U.K.) using recombinant human thromboplastin and plasmas specifically depleted of the appropriate clotting factor (Table 2). Factors II, VII, and X were shown to be reduced in parallel. Factor V, a non–vitamin K–dependent protein, was also measured as a marker of liver function.

Factors II and X were then measured by anti-

genic assay—Laurell immunoelectrophoresis in the presence of EDTA and enzyme-linked immunosorbent assay, respectively—each assay using specific rabbit anti-human immunoglobulins (Hoechst, Milton Keynes, U.K; Dakopatts, High Wycombe, U.K.). These assays (Table 3) showed an excess of antigen compared to activity; the ratio of the activity to antigen indicated the presence of protein induced by vitamin K antagonism or absence (PIVKA).

Normal carboxylated vitamin K–dependent factors are absorbed by aluminum hydroxide, whereas PIVKA are not. Therefore, the antigen levels were finally assayed preabsorption and postabsorption with aluminum hydroxide (Table 4). This demonstrated no reduction in antigen level following absorption, confirming that the proteins present were PIVKA.

A warfarinized sample was used as a positive control during the third and fourth parts of the assay. Warfarin, however, was not detected on toxicologic analysis of the patients antemortem blood sample.

### DISCUSSION

An infant presenting with unilateral or bilateral subdural hematoma or hematomas and unilateral or bilateral retinal hemorrhages with or without soft tissue or bony injuries should always raise a high index of suspicion of nonaccidental head injury, as typified by the "shaken baby syndrome" (9,10). However, not all subdural or retinal hemorrhages are traumatic in origin, and the possibility of a congenital or acquired natural disease must always be explored to avoid the misdiagnosis of child abuse (6–8).

HDN is classically defined as early or late de-



**FIG. 2.** Sagittal section of one eye showing extensive retinal hemorrhages.

50     *LATE-FORM HEMORRHAGIC DISEASE OF THE NEWBORN*



**FIG. 3.** Section of cerebral hemisphere showing areas of white matter hemorrhage.

**TABLE 2.** *Functional levels of vitamin K–dependent clotting factors*

| | Subject (μ/ml) | Normal range (μ/ml) |
|---|---|---|
| Factor II | 0.02 | 0.66–1.06 |
| Factor VII | 0.03 | 0.60–1.56 |
| Factor X | 0.04 | 0.79–1.31 |
| Factor V | 0.59 | 0.73–1.37 |

mother (including warfarin, phenytoin, barbiturates, isoniazid, herbal extracts and Chinese medicines), infective gastroenteritis, malabsorption, and liver disease (3,4). In this case, the infant was full term, bottle-fed, and had received 2 doses of prophylactic vitamin K, of which at least one was intramuscular. However, he had a 10-day history of vomiting, diarrhea, and the onset of hepatitis. In our opinion, these resulted in profound absence of vitamin K–related clotting factors and spontaneous hemorrhage.

Normal full-term babies have vitamin K–dependent factors between 25% and 70% of adult levels and do not achieve adult levels until 2 to 12 months of age (12,13). Spontaneous hemorrhage, however, does not occur until levels of these factors fall below 25% of adult levels. Prophylactic vitamin K given intramuscularly at birth is reported to protect the infant from HDN for up to 8 weeks. Vitamin K is required for λ carboxylation of glutamic acid residues on the precursor of factors II, VII, IX, and X for their normal function. Failure of carboxylation results in the production of nonfunctioning proteins which appear in the blood. These are known as proteins induced by vitamin K absence (PIVKA), and they can be assayed to assess vitamin K deficiency (14).

HDN has a characteristic hematologic profile which, if considered, can be diagnosed using antemortem blood. The prothrombin and partial thromboplastin times are prolonged in the presence of normal thrombin time and fibrinogen levels. Thus, before the autopsy is started, the pathologist may be alerted to the diagnosis of HDN by reviewing the hospital notes, particularly any hematologic tests that may have been performed. As all pathologists would endeavor to recover antemortem blood samples for toxicologic, hematologic, or microbiologic tests in suspicious adult deaths, the au-

pending on the time of onset related to the birth. Seventy percent of cases of early onset HDN are associated with gastrointestinal tract hemorrhages; whereas, depending on the series reported, up to 100% of cases of late-onset disease present with intracranial bleeding (84%–100% subdural, 37%–80% subarachnoid, and 25%–40% intracerebral) (11). Late-onset HDN is usually associated with breast-fed babies who did not receive prophylactic vitamin K at birth, although other risk factors include prematurity, being small for gestational age, birth asphyxia, traumatic delivery, antibiotic therapy in the neonatal period, drugs taken by the

**TABLE 1.** *Antemortem admission hematologic results*

| | Subject | Normal range |
|---|---|---|
| Hemoglobin | 3.4 g/dl | 9.5–14 g/dl |
| WBC | 18.5 × 10⁹/L | 6–15 × 10⁹/L |
| PT | > 200 seconds | — |
| APTT | > 300 seconds | — |
| TT | 17 seconds | 17 seconds |
| Fibrinogen | 3 g/L | 1.5–4 g/L |
| INR | > 15 | |

APTT, activated partial thromboplastin time; INR, PT, prothrombin time; TT, thrombin time; WBC, white blood cell count.

**TABLE 3.** *Factor II and X activity and antigen ratio assay*

| | Factor II activity (μ/ml) | Factor II antigen (μ/ml) | Activity/antigen ratio | X activity (μ/ml) | X antigen (μ/ml) | Activity/antigen ratio |
|---|---|---|---|---|---|---|
| Control | 1.2 | — | — | 1.19 | 1.25 | 0.95 |
| Warfarin | 0.14 | 0.34 | 0.41 | 0.08 | 0.31 | 0.26 |
| Subject | 0.02 | 0.24 | 0.08 | 0.04 | 0.30 | 0.13 |

*G. N. RUTTY ET AL.*                                                    51

TABLE 4. *Factor II and X antigen levels preabsorption and postabsorption with aluminium hydroxide*

|          | Factor II antigen (μ/ml) | Factor II absorbed (μ/ml) | Absorbed/ antigen ratio | X antigen (μ/ml) | X absorbed (μ/ml) | Absorbed/ antigen ratio |
|----------|--------------------------|---------------------------|-------------------------|------------------|-------------------|-------------------------|
| Control  | 1.01                     | 0.47                      | 0.47                    | 1.02             | 0.48              | 0.47                    |
| Warfarin | 0.34                     | 0.32                      | 0.94                    | 0.31             | 0.29              | 0.94                    |
| Subject  | 0.29                     | 0.25                      | 0.86                    | 0.30             | 0.28              | 0.93                    |

thors recommend that pathologists should also give consideration to availability of antemortem samples in unexpected child deaths. These antemortem samples may be submitted for vitamin K–related clotting factor and PIVKA protein analysis.

Retinal hemorrhages are a frequent finding in childhood nonaccidental injury, and in combination with intracranial hemorrhage, their presence should raise a high index of suspicion for child abuse (15). However, it must always be remembered that retinal hemorrhages can also occur as a result of natural and assisted birth, prematurity, raised intracranial venous pressure, abnormal intracranial blood vessels, and vitamin deficiencies, including vitamin B and K deficiencies (16).

We present a child death with findings that potentially could have been mistaken as child abuse; however, further investigation showed the characteristic hematologic findings of HDN. We recommend that pathologists should consider retrieving antemortem blood samples in infant deaths, and that vitamin K–related clotting factors and assay for PIVKA proteins should be considered to confirm the diagnosis of HDN.

**Acknowledgments:** The authors wish to thank Dr. Variand, Children's Hospital, Sheffield, for his opinion and additional investigations performed on the stomach and liver sections, as well as Mr. D. Jarvis and the Department of Medical Photography, Royal Hallamshire Hospital, Sheffield, for the preparation of the illustrations.

## REFERENCES

1. Townsend CW. The haemorrhagic disease of the newborn. *Arch Pediatr* 1894;11:559–65.
2. Kries RV. Neonatal vitamin K. *BMJ* 1991;303:1083–4.
3. Nelson WE, Behrman RE, Kliegman RM, Arvid AM, eds. *Nelson textbook of paediatrics*, 15th ed. Philadelphia: WB Saunders, 1996:504–5.
4. Sutor AH, Dagres N, Niederhof H. Late form vitamin K deficiency bleeding in Germany. *Klin Padiatr* 1995;207: 89–97.
5. Hathaway WE. Vitamin K deficiency. *Southeast Asian J Trop Med Pub Health* 1993;24(Suppl):5–9.
6. Wheeler DM, Hobbs CJ. Mistakes in diagnosing non-accidental injury: 10 years experience. *BMJ* 1988;296:1233–6.
7. O'Hare AE, Eden OB. Bleeding disorders and non-accidental injury. *Arch Dis Child* 1984;59:860–4.
8. Wardinsky TD, Vizcarrondo FE. The mistaken diagnosis of child abuse: a 3 year USAF medical centre analysis and literature review. *Military Med* 1995;160:15–20.
9. Couser S. Shaken baby syndrome. *J Paediatr Health Care* 1993;7:238–9.
10. Caffey J. Brain damage from whiplash shaking of children. *Am J Dis Child* 1972;124:161–9.
11. Choo KE, Tan KK, Chuah SP, Ariffin WA, Gururaj A. Haemorrhagic disease of the newborn and older infants: a study of hospitalized children in Kelantan, Malaysia. *Ann Trop Paediatr* 1994;14:231–7.
12. Forbes D. Delayed presentation of Haemorrhagic disease of the newborn. *Med J Aust* 1983;2:136–8.
13. Shearer MJ. Vitamin K metabolism and nutriture. *Blood Rev* 1992;6(2):92–104.
14. Kries RV, Greer FR, Suttie JW. Assessment of vitamin K status of the newborn infant. *J Pediatr Gastroenterol Nutr* 1993;16:231–8.
15. Green MA, Lieberman G, Milroy CM, Parsons MA. Ocular and cerebral trauma in non-accidental injury in infancy: underlying mechanisms and implications for paediatric practice. *Br J Ophthalmol* 1996;80:282–7.
16. Sezen F. Retinal haemorrhages in newborn infants. *Br J Ophthalmol* 1970;5:248–53.

$B\ 17$

*Journal of Pediatric Gastroenterology and Nutrition*
49:78–84 © 2009 by European Society for Pediatric Gastroenterology, Hepatology, and Nutrition and
North American Society for Pediatric Gastroenterology, Hepatology, and Nutrition

# Prevalence of Subclinical Vitamin K Deficiency in Cholestatic Liver Disease

*Jennifer Strople, †Glenda Lovell, and ††James Heubi

*Division of Gastroenterology, Hepatology, and Nutrition, Children's Memorial Hospital, Chicago, IL,
†General Clinical Research Center, Cincinnati Children's Hospital Medical Center, and
‡Division of Gastroenterology, Hepatology, and Nutrition, Cincinnati Children's
Hospital Medical Center, Cincinnati, OH

## ABSTRACT

**Background and Objective:** Prothrombin time (PT), a surrogate marker of vitamin K deficiency, may underestimate the prevalence of vitamin K deficiency in cholestatic liver disease. This study investigated the frequency of vitamin K deficiency in children and adults with cholestatic liver disease by determining plasma protein induced in vitamin K absence II (PIVKA-II), and assessed the relation between plasma PIVKA-II levels and markers of cholestasis, measured PT, international normalized ratio (INR), serum undercarboxylated osteocalcin (ucOC), serum vitamins A and E, and serum 25-hydroxyvitamin D levels.

**Patients and Methods:** Blood was collected from patients with cholestatic liver disease for liver biochemistries, PT, INR, bile acids, 25-hydroxyvitamin D, vitamin A, vitamin E, ucOC, and PIVKA-II.

**Results:** Thirty-one patients were enrolled (age range 0.5–54 years, median age 5.7 years, 17 females). Nine patients (29%) had increased INRs, whereas 21 (68%) had elevated plasma PIVKA-II levels. All patients with increased INRs had increased plasma PIVKA-II. Fifteen of 21 patients with increased plasma PIVKA-II were receiving supplemental vitamin K therapy (range 7.8–700 μg/kg/day). Plasma PIVKA-II levels were positively correlated with serum conjugated bilirubin, bile acids, aspartate aminotransferase, alanine aminotransferase, PT, INR, and serum ucOC ($P \leq 0.02$) and negatively correlated with serum 25-hydroxyvitamin D levels ($P = 0.01$). Twenty-two patients (71%) had vitamin D deficiency, 9 patients (29%) had vitamin A deficiency, and 2 patients (6%) had vitamin E deficiency.

**Conclusions:** Despite vitamin K supplementation, elevation of plasma PIVKA-II suggesting ongoing vitamin K deficiency is common in cholestatic liver disease. Better strategies for vitamin K supplementation and dosing guidelines are needed. *JPGN 49:78–84, 2009.* **Key Words:** Cholestasis—PIVKA-II—Vitamin K. © 2009 by European Society for Pediatric Gastroenterology, Hepatology, and Nutrition and North American Society for Pediatric Gastroenterology, Hepatology, and Nutrition

Fat malabsorption is well recognized in children and adults with cholestatic liver disease. Decreased bile flow and subsequent decreased intraluminal bile salt concentrations below critical micellar concentration result in malabsorption of fat-soluble molecules, with the degree of malabsorption generally correlating with severity of cholestasis (1). Deficiencies of fat-soluble vitamins A/E/D/K may be present in 20% to 35% of patients with cholestatic liver disease resulting in skin and visual changes, spinocerebellar syndrome, rickets and osteoporosis, and coagulopathy. Many patients are asymptomatic at presentation, stressing the importance of early and adequate supplementation to help prevent long-term consequences (1–4).

Vitamin K is present naturally as phylloquinones synthesized by green plants and menaquinones produced by intestinal bacteria. Dietary phylloquinones provide the main source of vitamin K in humans and, like other fat-soluble vitamins, require incorporation into micelles within the intestinal lumen for efficient absorption. Vitamin K is rapidly metabolized so malabsorption may lead to rapid depletion of limited stores, leading to clinically significant deficiency. Vitamin K serves as a cofactor for the enzyme γ-glutamylcarboxylase, which supports posttranslational carboxylation of glutamic acid residues in many proteins, including coagulation factors such as factors II (prothrombin), VII, IX, X,

Received June 27, 2008; accepted December 18, 2008.

Address correspondence and reprint requests to Jennifer Strople, MD, Division of Gastroenterology, Hepatology, and Nutrition, Children's Memorial Hospital, 2300 Children's Plaza, Box #65, Chicago, IL 60614, USA (e-mail: jstrople@childrensmemorial.org).

This study was supported by National Institutes of Health grants NCRR M01 08084 and NIDDK T32 07727. The authors report no conflicts of interest with respect to this article.

The authors report no conflicts of interest.

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.

protein C, protein S, and proteins involved in bone homeostasis, specifically osteocalcin and matrix gla protein. Most of these proteins have multiple carboxylations, and these carboxylated glutamic acid residues have the ability to bind calcium, making the proteins functionally active (1,5). In vitamin K deficiency, there is an increase in abnormal undercarboxylated or partially carboxylated forms of these proteins, which are functionally defective. After these undercarboxylated proteins, particularly undercarboxylated prothrombin, reach a poorly defined level, vitamin K deficiency results in coagulopathy, as measured by prolongation of prothrombin time (PT). Vitamin K deficiency may also contribute to bone disease through inadequate carboxylation of bone matrix proteins, specifically osteocalcin, which represents 15% to 20% of noncollagenous bone. In adults, associations have been demonstrated between low vitamin K intake and decreased bone mineral density (6) and increased risk of hip fractures (7,8).

Traditionally, vitamin K status has been assessed by surrogate markers such as the PT, which measure activity, rather than vitamin K presence. This may greatly underestimate the actual incidence of vitamin K deficiency, as the PT is a late indicator of vitamin K deficiency and can be normal even when prothrombin concentrations fall to half normal values (9). Thus, many patients with cholestasis may have subclinical vitamin K deficiency, placing them at potential risk for bleeding complications and altered skeletal health. New methods of measuring undercarboxylated vitamin K dependent proteins, such as protein induced in vitamin K absence-II (PIVKA-II), are a more sensitive measure of vitamin K status, enabling the clinician to identify early deficiency and subsequently correct vitamin K nutritional status (10,11). The primary aim of this work was to determine the frequency of vitamin K deficiency in cholestatic children and adults as measured by PIVKA-II and assess the relation between PIVKA-II and serum conjugated bilirubin, various serum markers of liver injury ($\gamma$-glutamyl transpeptidase [GGT], aspartate aminotransferase [AST], alanine aminotransferase [ALT], alkaline phosphatase], serum bile acids, PT, international normalized ratio (INR), and serum undercarboxylated osteocalcin (ucOC).

## PATIENTS AND METHODS

This was a cross-sectional study of patients with cholestatic liver disease recruited from the Gastroenterology/Hepatology clinics at Cincinnati Children's Hospital Medical Center (CCHMC) and the University of Cincinnati. Patients were identified from records of outpatient and inpatient encounters with members of the Division of Pediatric Gastroenterology, Hepatology, and Nutrition at CCHMC and the Division of Digestive Diseases of the University of Cincinnati College of Medicine. Informed consent was obtained from all participants. For patients younger than 18 years, parents provided informed consent and patient's assent was obtained from minors older than 11 years. The study was approved by the institutional review boards of CCHMC and the University of Cincinnati, and the scientific advisory committee of the General Clinical Research Center of CCHMC.

Patients represented a convenience sample of available children and adults with cholestasis defined as direct bilirubin >1 mg/dL and/or serum bile acids >30 $\mu$mol/L. Patients of either sex were eligible. Inclusion diagnoses were biliary atresia, primary sclerosing cholangitis, $\alpha$-1 antitrypsin deficiency, neonatal hepatitis, progressive familial intrahepatic cholestasis (PFIC I, II, or III), Alagille syndrome, primary biliary cirrhosis, chronic hepatitis, and idiopathic cirrhosis. Exclusion criteria were concurrent disease known to result in fat malabsorption, such as pancreatic insufficiency, short gut syndrome, and intestinal lymphangiectasia; malignancy; age younger than 6 months or older than 65 years; AIDS; decompensated cirrhosis characterized by intractable ascites and severe coagulopathy (defined as INR >2 not responsive to parental vitamin K therapy); and weight <6 kg. Patients taking antibiotics were not excluded. A brief questionnaire, including such items as age of diagnosis, specific diagnosis, medications, including vitamin supplementations, and hospitalizations and surgeries, was administered by the primary investigator (J.S.). Supplemental information was obtained by reviewing records at the CCHMC.

The patient's blood was drawn for liver biochemistry tests (AST, ALT, alkaline phosphatase, GGT, albumin, total protein, conjugated and unconjugated bilirubin), PT, INR, serum bile acids (normal range 7–9 months: 1–28 $\mu$mol/L; 10–12 months: 1–37 $\mu$mol/L; >1 year: 1–7 $\mu$mol/L), 25-hydroxyvitamin D (normal >32 ng/mL), vitamin A (normal range <1 year: 200–490 $\mu$g/L; >1 year: 200–520 $\mu$g/L), vitamin E (normal range 3–15 $\mu$g/mL), PIVKA II, and ucOC. Liver biochemistry tests, PT, INR, serum bile acids, serum 25-hydroxyvitamin D, serum vitamin A, and serum vitamin E levels were measured using standard laboratory techniques in the laboratories of CCHMC.

Plasma PIVKA-II concentrations were measured using a commercially available enzyme-linked immunosorbent assay kit (Diagnostica Stago; Asnier, France), which uses a mouse monoclonal antibody specific for undercarboxylated prothrombin, but without cross-reactivity to fully carboxylated prothrombin. The lowest limit of detection for this assay is 2 ng/mL. Values <2 ng/mL are considered normal; however, for the purposes of this research protocol, values <2 times the lower limit of detection (4 ng/mL) were considered normal. All control samples were up to 2 standard deviations below this value. All samples were run in duplicate on 2 separate days. Intraassay variability was 6.2% and interassay variability was 10%. Serum ucOC was measured by radioimmunoassay performed by Caren Gundberg (12) at Yale University using previously published techniques. The average value for ucOC is 35% ($\pm$15%) in healthy adults and 20% ($\pm$18%) in individuals supplemented with vitamin K.

Copyright © 2009 by Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

80                                          STROPLE ET AL.

A sample size of 30 was calculated to detect a correlation of at least 0.5 between plasma PIVKA-II and markers of cholestasis. This sample size calculation was based on a 2-sided test with an alpha error of 0.05 and power of 0.80. All statistical analyses were performed using SAS software (version 8.3, SAS Institute, Cary, NC). Because the data were not normally distributed, Spearman correlations were determined among plasma PIVKA-II, serum ucOC, and other variables. Partial correlations were used to assess the relation between plasma PIVKA-II, serum ucOC, and other measured parameters while controlling for vitamin K intake. For the purpose of analysis, all laboratory values below the limit of detection for a particular assay were recorded as the lowest value for that assay. All *P* values were 2-sided.

## RESULTS

Thirty-three patients were enrolled in this study. Two patients (1 with biliary atresia and 1 with idiopathic cholestasis) withdrew due to difficulty obtaining a sufficient quantity of blood for study laboratories. Of the 31 patients who fulfilled eligibility criteria, 24 (77%) were children (<18 years old) and 17 (55%) were female. The mean age of the study patients was 12.8 years (median 5.7, range 0.7–54.1 years) (Table 1). The most common diagnoses were Alagille syndrome (n = 10) and biliary atresia (n = 9), accounting for 60% of the study population. Other diagnoses included primary biliary cirrhosis (4), progressive familial intrahepatic cholestasis (2), congenital hepatic fibrosis (1), primary sclerosing cholangitis (1), α-1 antitrypsin deficiency (1), hepatitis C (1), and idiopathic cholestasis (2). Mean serum conjugated bilirubin and bile acids were 1.8 mg/dL and 276 μmol/L, respectively. Other laboratory values for study patients are listed in Table 1.

Of the 31 patients, 28 had all laboratories drawn at the time of study enrollment. Three patients did not have PT or INR results available on the day of study. One patient had a PT and INR drawn within 2 days of initial laboratory assessment and this value was used in the analysis. Laboratory records were reviewed for the other 2 patients and both had normal PT/INR before and after study laboratories and a stable medical history without change in medications or clinical status. For these patients, the PT and INR values obtained closest to the time of study enrollment were used for analysis. Of the 31 patients, 9 (29%) had increased INRs, defined as >1.3 (Tables 2 and 3). Twenty-one patients (67%) had an elevated (abnormal) plasma PIVKA-II (Tables 2 and 3). All patients with increased INRs had increased plasma PIVKA-II. The highest plasma PIVKA-II (5831.4 ng/mL) and most elevated INR (3.45) were observed in a pediatric patient with Alagille syndrome. This occurred despite receiving supplemental oral vitamin K at a dosage of 162.3 μg/kg/day, and corrected after receiving parenteral vitamin K. Of the 21 patients with plasma PIVKA-II elevation, 15 (71%) were receiving supplemental vitamin K therapy, with dosages ranging from 7.8 to 700 μg/kg/day. In patients with normal plasma PIVKA-II, 9 (90%) were receiving supplemental vitamin K (dosage range 10–289 μg/kg/day). Seven patients (6 adults, 1 child) were receiving no supplemental vitamin K and 6 (86%) of these patients had elevated PIVKA-II levels.

Other fat-soluble vitamin deficiencies were observed in 77% of the study participants. The most common was vitamin D deficiency as assessed by serum 25-hydroxy-vitamin D, observed in 22 (71%) of patients (Table 2). Nine (29%) patients had decreased serum vitamin A levels, whereas 2 patients (6%) had decreased serum vitamin E levels (Table 2). Two patients had both vitamin D and vitamin E deficiency, whereas 7 patients had

**TABLE 1.** *Clinical and laboratory characteristics of patients*[*]

|  | Pediatric patients | Adult patients | All patients |
|---|---|---|---|
| N | 24 | 7 | 31 |
| Age, y | 4.4 (0.7–14.5) | 41.5 (20.2–54.1) | 12.8 (0.7–54.1) |
| AST, U/L | 155 (50–352) | 122 (57–227) | 148 (50–352) |
| ALT, U/L | 100 (25–292) | 81 (26–192) | 96 (25–292) |
| Albumin, g/dL | 3.8 (2.9–4.6) | 3.4 (2.3–4.3) | 3.7 (2.3–4.6) |
| Conjugated bilirubin, mg/dL | 2.0 (0–12.3) | 1.1 (0–6.8) | 1.8 (0–12.3) |
| Alkaline phosphatase, U/L | 637 (301–1098) | 349 (197–646) | 572 (197–1098) |
| GGT, U/L | 406 (18–2529) | 437 (159–1386) | 413 (18–2529) |
| Bile acids, μmol/L | 316 (29–928) | 138 (48–335) | 276 (29–928) |
| PT, sec | 13.3 (10.9–21.6) | 12.7 (10.7–14.1) | 13.1 (10.7–21.6) |
| INR | 1.32 (0.87–3.45) | 1.18 (0.83–1.46) | 1.29 (0.83–3.45) |
| PIVKA-II, ng/mL | 743.2 (2.0–5831.4) | 72.5 (2.44–413.5) | 591.7 (2.0–5831.4) |
| Vitamin A, μg/L | 501 (99–1263) | 312 (84–868) | 458 (84–1263) |
| Vitamin E, μg/mL | 10.5 (3–24.2) | 10.0 (5.8–15.9) | 10.4 (3–24.2) |
| 25-hydroxyvitamin D, ng/mL | 25.4 (6.1–55.7) | 20.5 (5–32) | 24.3 (5–55.7) |

PT = prothrombin time; INR = international normalized ratio; PIVKA-II = protein induced in vitamin K absence II.
[*] Values expressed as mean (range).

*J Pediatr Gastroenterol Nutr, Vol. 49, No. 1, July 2009*

Copyright © 2009 by Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Case 3:14-cv-00047-TJC-PDB   Document 10-9   Filed 06/06/14   Page 11 of 26 PageID 789

**TABLE 2.** *Abnormal laboratory values*

|  | Pediatric patients, N (%) | Adult patients, N (%) | All patients, N (%) |
|---|---|---|---|
|  | N = 24 | N = 7 | N = 31 |
| Increased INR | 7 (29) | 2 (29) | 9 (29) |
| PIVKA-II elevation | 16 (67) | 5 (71) | 21 (68) |
| Vitamin D deficiency | 16 (67) | 6 (86) | 22 (71) |
| Vitamin A deficiency | 6 (25) | 3 (43) | 9 (29) |
| Vitamin E deficiency | 2 (8) | 0 | 2 (6) |

INR = international normalized ratio.

**TABLE 3.** *Increased INR and plasma PIVKA-II elevation by diagnosis*

| Diagnosis | Increased INR (%) | PIVKA-II elevation (%) |
|---|---|---|
| Alagille syndrome, N = 10 | 4 (40) | 7 (70) |
| Biliary atresia, N = 9 | 2 (22) | 5 (56) |
| Primary biliary cirrhosis, N = 4 | 0 | 3 (75) |
| PFIC, N = 2 | 1 (50) | 2 (100) |
| Other, N = 6 | 2 (33) | 4 (67) |

INR = international normalized ratio; PIVKA-II = protein induced in vitamin K absence II; PFIC = progressive familial intrahepatic cholestasis.

vitamin D and vitamin A deficiency. In total, 56% of patients with vitamin A deficiency, 77% of patients with 25-hydroxyvitamin D deficiency, and 100% of patients with vitamin E deficiency had elevated PIVKA-II.

When we evaluated the relation between diagnosis and increased INR and plasma PIVKA-II levels (Table 3), we found a consistently higher frequency of increased PIVKA-II level compared with INR increases across all diagnoses. This may be a direct reflection of severity of cholestasis with a strong correlation among serum bile acids, serum conjugated bilirubin, and PIVKA-II ($P = 0.002$ and $P < 0.001$, respectively) (Table 4).

To assess whether markers of the severity of an individual's cholestatic liver disease such as serum conjugated bilirubin and elevated INR were associated with elevated plasma PIVKA-II, Spearman correlations were performed between plasma PIVKA-II, serum ucOC, and other measured parameters. Plasma PIVKA-II directly correlated with PT ($P = 0.02$), INR ($P = 0.02$), and the severity of cholestasis as measured by serum conjugated bilirubin ($P < 0.001$) and serum bile acids ($P = 0.002$) (Table 4, Fig. 1). Additional positive correlations were observed between plasma PIVKA-II and serum ucOC, serum AST, ALT, and alkaline phosphatase. There was an inverse correlation between plasma PIVKA-II and serum 25-hydroxyvitamin D levels ($P = 0.01$) (Fig. 1). No significant correlations were found between plasma PIVKA-II and other measured laboratories (Table 4).

Twenty-nine patients had serum analyzed for ucOC, with a mean ucOC of 25% (median 21.3%, range 0%–57.5%). In total, 14 (48%) patients had abnormal values. One (14%) of the unsupplemented individuals had abnormal ucOC values (defined as >35%, value 40.8%), whereas 13 (59%) patients taking supplemental vitamin K had abnormal ucOC values (defined as >20%, range 21%–57.5%). Of those patients with abnormal ucOC values, 100% of unsupplemented patients and 77% of supplemented patients had elevated PIVKA-II. Spearman correlations were performed between serum ucOC and other measured parameters. Serum ucOC directly correlated with plasma PIVKA-II ($P = 0.003$) and serum albumin ($P = 0.004$), and inversely correlated with serum vitamin A ($P < 0.01$). No significant correlation was observed between PT, INR, or markers of cholestasis such as conjugated bilirubin or bile acids.

Because most patients (77%) were taking oral vitamin K supplements, Spearman correlations were also determined between supplemental vitamin K intake and other measured parameters. Vitamin K intake was positively correlated with serum bile acids and alkaline phosphatase, and the correlation between vitamin K intake and serum conjugated bilirubin approach significance (Table 5), indicating patients with more significant cholestatic liver disease were more likely to be taking higher dosages of supplemental vitamin K. However, no correlation was observed between vitamin K intake and PT, INR, plasma



**FIG. 1.** PIVKA-II values versus conjugated bilirubin (A), bile acids (B), and 25-OH vitamin D (C). The PIVKA-II values have been log transformed on the y-axis.

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.

TABLE 4. *Correlations of plasma PIVKA-II with liver biochemistry tests, ucOC, and vitamin levels*

| Variable | Spearman r | P |
|---|---|---|
| AST | 0.46 | 0.01 |
| ALT | 0.41 | 0.02 |
| Albumin | 0.07 | 0.73 |
| Conjugated bilirubin | 0.66 | <0.001 |
| Alkaline phosphatase | 0.36 | 0.05 |
| GGT | 0.15 | 0.43 |
| Bile acids | 0.53 | 0.002 |
| PT | 0.42 | 0.02 |
| INR | 0.42 | 0.02 |
| ucOC | 0.55 | 0.002 |
| Vitamin A | 0.24 | 0.18 |
| 25-Hydroxyvitamin D | −0.47 | 0.01 |
| Vitamin E | −0.10 | 0.59 |

ALT = alanine aminotransferase; AST = aspartate aminotransferase; GGT = γ-glutamyl transpeptidase; INR = international normalized ratio; PIVKA-II = protein induced in vitamin K absence II; PT = prothrombin time; ucOC = undercarboxylated osteocalcin.

PIVKA-II, or serum ucOC (Table 5). Subsequently, Spearman correlations between plasma PIVKA-II, serum ucOC and other laboratories were reanalyzed, controlling for vitamin K intake. Apart from the correlation between PIVKA-II and alkaline phosphatase, all previously correlated parameters persisted, with the correlations between plasma PIVKA-II, serum ucOC, conjugated bilirubin, and bile acids remaining most significant (data not shown). Similarly, significant correlations between serum ucOC with previously noted parameters remained when controlling for vitamin K intake (data not shown).

## DISCUSSION

Fat and fat-soluble vitamin malabsorption in cholestatic liver disease results from intraluminal bile salt concentrations falling below the critical micellar level. Deficiencies of fat-soluble vitamin deficiencies are a well-known complication of cholestasis. The results of

TABLE 5. *Correlations of vitamin K intake with liver biochemistry tests, plasma PIVKA-II, and ucOC*

| Variable | Spearman r | P |
|---|---|---|
| Conjugated bilirubin | 0.34 | 0.06 |
| Alkaline phosphatase | 0.41 | 0.02 |
| GGT | −0.06 | 0.74 |
| Bile acids | 0.46 | 0.01 |
| PT | 0.25 | 0.18 |
| INR | 0.25 | 0.18 |
| PIVKA-II | 0.15 | 0.43 |
| ucOC | 0.23 | 0.24 |

GGT = γ-glutamyl transpeptidase; INR = international normalized ratio; PFIC = progressive familial intrahepatic cholestasis; PIVKA-II = protein induced in vitamin K absence II; PT = prothrombin time; ucOC = undercarboxylated osteocalcin.

the current study indicate that vitamin K deficiency, as assessed by plasma PIVKA-II, affects two thirds of cholestatic children and adults, with 77% having deficiencies of other fat-soluble vitamins. Of note, since vitamin E/lipid ratios were not measured, we may have underestimated vitamin E deficiency in our population.

Increased undercarboxylated prothrombin or decreased vitamin K levels have previously been identified in adults with cholestatic liver disease (13–15). Although there were discrepancies between measured vitamin K levels and PT, a limitation of these studies is that plasma vitamin K levels may not be representative of total body vitamin K stores (5). Most studies on adults have included only primary biliary cirrhosis, and therefore, the findings may not be generalizable to other cholestatic liver diseases, particularly those causing childhood cholestasis. There is a single study evaluating vitamin K deficiency in childhood cholestasis in which elevated plasma PIVKA-II was found in 48% of children of mild to moderate cholestatic liver disease, with only 4.7% having prolonged PT. Plasma PIVKA-II was positively correlated with markers of cholestasis and severity of liver disease as measured by the Child-Turcotte-Pugh classification (16). The present study similarly indicates that vitamin K deficiency, as determined by elevated PIVKA-II levels, is common in cholestatic liver disease despite oral vitamin K supplementation. Prothrombin time, a surrogate marker of vitamin K status, identified only 43% of those with increased plasma PIVKA-II, suggesting that PT underestimates the prevalence of vitamin K deficiency.

Deficiencies of other fat-soluble vitamins were present in 77% of the study patients, with vitamin D deficiency in 71% and vitamin A deficiency in 29%. Vitamin E deficiency occurred less frequently. Overall, the prevalence of vitamin D deficiency in the present study is higher than in previous reports (2,4,13,15,17,18). This discrepancy is likely due to our use of a more stringent definition of vitamin D deficiency defined as 25-hydroxyvitamin D levels <32 ng/mL. Values of 25-hydroxyvitamin D >32 ng/mL are now recognized by authorities in the field as the level required for optimal calcium absorption and bone health, and thus this value has become the standard for vitamin D sufficiency (19). Studies in children, adolescents, and adults have shown an inverse relation between serum PTH and 25-hydroxyvitamin D at levels below 32 ng/mL (20–23). The prevalence of vitamin A and E deficiency in our study is consistent with some previously reported frequencies in patients with cholestatic liver disease (2,4,13,15,18), whereas others have reported a higher prevalence (3,17,24–27). These differences may relate to the methods used to assess deficiency, particularly for vitamin E. Cholestatic liver disease can lead to hyperlipidemia, which may artificially raise vitamin E levels to normal values because vitamin E is carried in the high-density lipoprotein and low-density lipoprotein

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.

fraction of lipoproteins, thus masking true vitamin E deficiency (28,29). The measurement of the ratio of serum vitamin E to total lipids is a more accurate indicator of vitamin E status (29), and because serum total lipids, cholesterol, and triglycerides were not measured in our study, vitamin E deficiency may be underestimated in our study population. In the present study, vitamin A deficiency may be overestimated because vitamin A levels were not normalized for serum retinol binding protein, which may be reduced in decompensated liver disease (30). Because few patients had evidence of advanced hepatic decompensation as assessed by reduced serum albumin concentrations, this may not represent a significant problem in our study population.

Previous studies have found associations between vitamin K deficiency, either measured by low plasma vitamin K levels (15) or elevated undercarboxylated prothrombin (13,16), and the severity of cholestasis in adults as determined by elevated conjugated bilirubin, serum bile acids, and alkaline phosphatase. This study confirmed these findings, and we identified correlations between plasma PIVKA-II and serum aminotransferases. In the present study, the 100% concordance between prolonged PTs and elevated plasma PIVKA-II levels, significant correlation between plasma PIVKA-II and serum ucOC, another vitamin K–dependent protein, and the presence of other fat-soluble vitamin deficiencies in 81% of the patients with increased plasma PIVKA-II strongly suggests that abnormal PIVKA-II was the result of vitamin K deficiency. Although we cannot categorically conclude that malabsorption was the cause of the elevated PIVKA-II, given the above associations, this is the most plausible explanation.

Not surprisingly, vitamin K intake was positively correlated with the severity of cholestasis, suggesting that clinicians recommend supplementation in the presence of increasing cholestasis; however, plasma PIVKA-II elevation was common in these patients despite vitamin K therapy. It would be expected that a negative correlation between vitamin K intake and PT, INR, and PIVKA-II levels would be identified, but in fact there were no correlations found. This suggests that even with supplementation, intake is not sufficient to overcome the absorptive defect in these patients and current practices of oral vitamin K supplementation may be inadequate to maintain vitamin K nutriture in cholestatic liver disease. A new mixed micellar preparation of vitamin $K_1$ (Kanakion MM) is available in Europe, but unfortunately, absorption of this formulation in cholestatic infants remains poor and unpredictable (31). In addition, few clinicians recommend parenteral vitamin K unless extremely prolonged PTs develop. Future studies examining the dosage and route of vitamin K administration are, therefore, indicated.

Clinical characteristics and medical management may differ between adult and pediatric patients. In the present study, there was a trend for the pediatric patients to be more cholestatic, with higher conjugated bilirubin and serum bile acids, factors that are highly correlated with PIVKA-II elevation. Additionally, pediatric patients were more likely to be receiving supplemental vitamin K replacement. Only 1 adult patient with Alagille syndrome studied at the pediatric center was receiving vitamin K therapy.

This study has some limitations. The sample size is small, particularly in regards to the adult population. Although the study had sufficient power to evaluate correlations between plasma PIVKA-II and markers of cholestasis within the study population, differences between various cholestatic conditions and adult and pediatric patients and predictors of plasma PIVKA-II elevation within these subgroups could not be assessed. The study patients are a convenience sample and may not be completely representative of children and adults with cholestasis; however, there is no reason to believe that our patients would not be representative of all pediatric and adult cholestatic patients. Measurement of serum lipids and retinal binding protein were not performed, which may have influenced the identified prevalence of deficiencies of vitamin E and A in this population. Finally, many patients (58%) were taking antibiotics at the time of study enrollment, which may alter intestinal bacteria and thus influence menoquinone production. However, most of these patients (89%) were receiving oral vitamin K supplementation and it is doubtful that the antibiotics had any measurable effect on their vitamin K metabolism.

In summary, despite vitamin K supplementation elevated plasma PIVKA-II is common in cholestatic liver disease and frequently accompanies other fat-soluble vitamin deficiencies, suggesting continued vitamin K deficiency in these patients. Patients with advanced cholestasis, with increased serum conjugated bilirubin and serum bile acids, are at highest risk for PIVKA-II elevation. Prothrombin time may underestimate the prevalence of vitamin K deficiency as determined by elevated plasma PIVKA-II. Better strategies for vitamin K assessment and guidelines for specific dosing in cholestatic liver disease should be developed.

**Acknowledgments:** The authors would like to acknowledge the following individuals for their thoughtful comments, advice, and their assistance in this project: the physicians and nurses of the Division of Gastroenterology, Hepatology, and Nutrition at CCHMC, Kenneth Sherman, MD, Stephen Zucker, MD, Caren Gundberg, PhD, the General Clinical Research Center nurses and staff, and all of the parents and patients.

## REFERENCES

1. Sokol RJ. Fat-soluble vitamins and their importance in patients with cholestatic liver diseases. *Gastroenterol Clin North Am* 1994;23:673–705.

Copyright © 2009 by Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

 2. Phillips JR, Angulo P, Petterson T, et al. Fat-soluble vitamin levels in patients with primary biliary cirrhosis. *Am J Gastroenterol* 2001;96:2745–50.

 3. Sokol RJ, Kim YS, Hoofnagle JH, et al. Intestinal malabsorption of vitamin E in primary biliary cirrhosis. *Gastroenterology* 1989; 96:479–86.

 4. Munoz SJ, Heubi JE, Balistreri WF, et al. Vitamin E deficiency in primary biliary cirrhosis: gastrointestinal malabsorption, frequency and relationship to other lipid-soluble vitamins. *Hepatology* 1989; 9:525–31.

 5. Shearer MJ. Vitamin K. *Lancet* 1995;345:229–34.

 6. Booth SL, Broe KE, Gagnon DR, et al. Vitamin K intake and bone mineral density in women and men. *Am J Clin Nutr* 2003; 77:512–6.

 7. Feskanich D, Weber P, Willett WC, et al. Vitamin K intake and hip fractures in women: a prospective study. *Am J Clin Nutr* 1999;69:74–9.

 8. Booth SL, Tucker KL, Chen H, et al. Dietary vitamin K intakes are associated with hip fracture but not with bone mineral density in elderly men and women. *Am J Clin Nutr* 2000;71:1201–8.

 9. Sokoll LJ, Sadowski JA. Comparison of biochemical indexes for assessing vitamin K nutritional status in a healthy adult population. *Am J Clin Nutr* 1996;63:566–73.

10. Widdershoven J, van Munster P, De Abreu R, et al. Four methods compared for measuring des-carboxy-prothrombin (PIVKA-II). *Clin Chem* 1987;33:2074–8.

11. Motohara K, Kuroki Y, Kan H, et al. Detection of vitamin K deficiency by use of an enzyme-linked immunosorbent assay for circulating abnormal prothrombin. *Pediatr Res* 1985; 19:354–7.

12. Gundberg CM, Nieman SD, Abrams S, et al. Vitamin K status and bone health: an analysis of methods for determination of undercarboxylated osteocalcin. *J Clin Endocrinol Metab* 1998; 83:3258–66.

13. Kaplan MM, Elta GH, Furie B, et al. Fat-soluble vitamin nutriture in primary biliary cirrhosis. *Gastroenterology* 1988; 95:787–92.

14. O'Brien DP, Shearer MJ, Waldron RP, et al. The extent of vitamin K deficiency in patients with cholestatic jaundice: a preliminary communication. *J R Soc Med* 1994;87:320–2.

15. Kowdley KV, Emond MJ, Sadowski JA, et al. Plasma vitamin K1 level is decreased in primary biliary cirrhosis. *Am J Gastroenterol* 1997;92:2059–61.

16. Mager DR, McGee PL, Furuya KN, et al. Prevalence of vitamin K deficiency in children with mild to moderate chronic liver disease. *J Pediatr Gastroenterol Nutr* 2006;42:71–6.

17. Argao EA, Specker BL, Heubi JE. Bone mineral content in infants and children with chronic cholestatic liver disease. *Pediatrics* 1993;91:1151–4.

18. Jorgensen RA, Lindor KD, Sartin JS, et al. Serum lipid and fat-soluble vitamin levels in primary sclerosing cholangitis. *J Clin Gastroenterol* 1995;20:215–9.

19. Hollis BW. Circulating 25-hydroxyvitamin D levels indicative of vitamin D sufficiency: implications for establishing a new effective dietary intake recommendation for vitamin D. *J Nutr* 2005; 135:317–22.

20. Guillemant J, Cabrol S, Allemandou A, et al. Vitamin D-dependent seasonal variation of PTH in growing male adolescents. *Bone* 1995;17:513–6.

21. Bowden SA, Robinson RF, Carr R, et al. Prevalence of vitamin D deficiency and insufficiency in children with osteopenia or osteoporosis referred to a pediatric metabolic bone clinic. *Pediatrics* 2008;121:e1585–90.

22. El-Hajj Fuleihan G, Nabulsi M, Choucair M, et al. Hypovitaminosis D in healthy schoolchildren. *Pediatrics* 2001;107:E53.

23. Rajakumar K, Fernstrom JD, Janosky JE, et al. Vitamin D insufficiency in preadolescent African-American children. *Clin Pediatr (Phila)* 2005;44:683–92.

24. Herlong HF, Russell RM, Maddrey WC. Vitamin A and zinc therapy in primary biliary cirrhosis. *Hepatology* 1981;1:348–51.

25. Herlong HF, Recker RR, Maddrey WC. Bone disease in primary biliary cirrhosis: histologic features and response to 25-hydroxy-vitamin D. *Gastroenterology* 1982;83:103–8.

26. Sokol RJ, Balistreri WF, Hoofnagle JH, et al. Vitamin E deficiency in adults with chronic liver disease. *Am J Clin Nutr* 1985;41:66–72.

27. Jeffrey GP, Muller DP, Burroughs AK, et al. Vitamin E deficiency and its clinical significance in adults with primary biliary cirrhosis and other forms of chronic liver disease. *J Hepatol* 1987;4:307–17.

28. Behrens WA, Thompson JN, Madere R. Distribution of alpha-tocopherol in human plasma lipoproteins. *Am J Clin Nutr* 1982; 35:691–6.

29. Sokol RJ, Heubi JE, Iannaccone ST, et al. Vitamin E deficiency with normal serum vitamin E concentrations in children with chronic cholestasis. *N Engl J Med* 1984;310:1209–12.

30. Mourey MS, Siegenthaler G, Amedee-Manesme O. Regulation of metabolism of retinol-binding protein by vitamin A status in children with biliary atresia. *Am J Clin Nutr* 1990;51:638–43.

31. Pereira SP, Shearer MJ, Williams R, et al. Intestinal absorption of mixed micellar phylloquinone (vitamin K1) is unreliable in infants with conjugated hyperbilirubinaemia: implications for oral prophylaxis of vitamin K deficiency bleeding. *Arch Dis Child Fetal Neonatal Ed* 2003;88:F113–8.

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.

*J Forensic Sci*, January 2006, Vol. 51, No. 1
doi:10.1111/j.1556-4029.2005.00027.x
Available online at: www.blackwell-synergy.com

## CASE REPORT

*John Plunkett,*[1,2] *M.D.*

*#  18*

# Resuscitation Injuries Complicating the Interpretation of Premortem Trauma and Natural Disease in Children

**ABSTRACT:** Minor soft tissues injuries are common in both adults and children who have had cardiopulmonary resuscitation (CPR). Potentially life-threatening injuries are rare. The pre-arrest history in a resuscitated adult often assists the pathologist to interpret autopsy findings. In contrast, an infant or child may not have a reliable history. In this situation, it may be difficult if not impossible to distinguish resuscitation injuries from pre-existing accidental or inflicted trauma. I describe two children who had significant autopsy-documented injuries initially attributed to abuse. The State filed murder charges against the caretaker in each case. However, further history and review of the medical records suggested that resuscitation rather than pre-arrest trauma caused almost all of the injuries. The State dismissed the charges in the first case. A jury returned a "not guilty" verdict in the second. It is essential to consider the entire history and not just autopsy findings when performing a death investigation.

**KEYWORDS:** forensic science, artifact, child abuse, resuscitation

Resuscitation frequently causes skin, soft tissue, and skeletal injuries in children and adults. Iatrogenic injuries include contusions and puncture wounds from IV placement (1), burns from defibrillation, and rib and sternal fractures (in adults) (2). However, lip contusions, lacerations and tooth fractures from attempted intubation, facial contusions from air-bag valve-mask use (1,3), and extensive subcutaneous hematomas from attempted jugular or subclavian catheter placement may be more difficult to interpret, especially if the resuscitation history is unknown or not sought. Published life-threatening infant resuscitation injuries include right atrial rupture (4); trachea perforation and gastric rupture (5); hepatic, splenic, and pancreatic lacerations (6); and retroperitoneal hemorrhage (7). The incidence of these complications is not known. Krischer et al. (8), in a comprehensive prospective study of 705 autopsied deaths in which cardiac resuscitation had been performed, documented liver and spleen lacerations in a 10-month-old child, and gastric rupture in a 16-month-old child. However, this study does not state the age range or distribution of the subjects, or tabulate specific injuries to a specific age.

This report describes two children with significant injuries most likely caused by resuscitation. In each case, the injuries were initially interpreted to represent pre-arrest trauma, resulting in capital murder charges against the caretaker who was with the child at the time of the collapse at home.

### Case #1

A 6-year-old male with no significant past medical history (according to the Medical Examiner's initial investigation) lived with his biologic mother and his mother's boyfriend. The boyfriend had lived with the mother and child since the child was a baby. There was no Child Protection involvement with the family; the mother and boyfriend's had a stable and nonviolent relationship; and the child's mother and other friends reported that he had a good relationship with the child. The boyfriend stated that he had been alone with the child since approximately noon and that he had last seen him alive at 12:30 pm. The child had been complaining of abdominal pain and was "sleepy," but otherwise appeared and acted normally. He found the youngster collapsed and not breathing on the bedroom floor at 1 pm, and called rescue personnel. The "911" operator instructed him in cardiopulmonary resuscitation (CPR), and he initiated and continued chest compression until paramedics arrived 11 min after the call. The child was in a complete cardiopulmonary arrest (asystole) and early rigor, but the resuscitation attempt was continued enroute to a local hospital. He was dead on arrival in the emergency room (ER), and the ER personnel discontinued the resuscitation.

A postmortem examination indicated no cutaneous injuries. However, there was a 2.5 cm laceration of the liver at the attachment of the ligamentum teres; a 2.0 cm laceration of the right adrenal gland adjacent to and beneath the hepatic laceration; and an estimated 300 mL of intra-abdominal blood. Microscopic examination indicated that the hemoperitoneum was "acute" and had no evidence for an inflammatory infiltrate. The autopsy report stated that the other internal organs were grossly and microscopically normal. The pathologist told the Prosecutor that the condition of the child when he was first examined by emergency medical services (EMS) personnel (rigor with asystole) was inconsistent with the history of a maximum 30 min postmortem interval given by the boyfriend, that the death was caused by the hemoperitoneum due to hepatic and adrenal lacerations, and that it was a homicide. The State filed first-degree murder charges against the boyfriend.

[1] Departments of Pathology and Medical Education, Regina Medical Center, Hastings, MN.
[2] Present address: 13013 Welch Trail, Welch, MN 55089.

Received 30 Jan. 2005 ; and in revised form 5 June 2005; accepted 9 July 2005; published 26 Dec. 2005.

Copyright © 2005 by American Academy of Forensic Sciences

*Outcome*

Two pathologists and a pediatric pulmonologist independently reviewed the death investigation and autopsy at the request of the defense attorney. Review of the child's medical records indicated that he had unstable asthma for which his physician had prescribed albuterol sulfate syrup. Examination of the autopsy lung slides showed striking emphysematous changes (Fig. 1). Mucous plugs occluded all of the large and small bronchi and bronchioles, and there was mucous gland hyperplasia and thickening of the bronchiolar muscle walls (Figs. 2–3). An independent witness, a workman in the apartment complex, stated that he had seen the child alive and apparently okay approximately 20 min before the "911" call. The reviewers discussed their findings with the State's attorney, and the State dismissed the charges.

## Case #2

A 21-month-old male lived with his 3.5-year-old brother, his mother, and his mother's boyfriend in an apartment. The children and adults ate dinner at approximately 6 pm, and the children went in their bedroom at 8 pm. The mother stated that she was doing housework, then took a shower 20 ft from the bedroom, and that she heard nothing unusual. The boyfriend stated that the older child came out of the bedroom at 8:15 pm and said his younger brother fell out of bed. (The top of the mattress was 19 in above a carpeted floor.) The boyfriend went into the room and found the child on the floor, groggy but arousable, with blood on the right side of his head. He and the child's mother took the infant by car to a hospital 10 min from their home. He was hypotensive and bradycardic on admission, breathing agonally, and had a rectal temperature of 91.7°F. He was intubated in the ER. A computed tomography (CT) scan indicated a depressed fracture of the petrous portion of the right temporal bone associated with temporal lobe lacerations and a subdural hematoma. The subdural hematoma continued to enlarge. He had a cardiac arrest while being transported to the operating room (OR) approximately 4.5 h after admission. Trained pediatric hospital personnel resuscitated him, but he developed a consumption coagulopathy and arrested four more times over the subsequent 4 h. Resuscitation restored cardiac activity after each arrest, but the child was brain dead. The attending physicians removed the respirator 12.5 h after the initial arrest and 17 h after admission to the hospital.

An autopsy indicated a depressed fracture of the petrous portion of the right temporal bone extending through the right mastoid process to the lambdoid suture. The fracture lacerated the right



FIG. 2—*(a) Case 1. Lung, hematoxylin and eosin (H&E) × 100. (b) Case 1. Lung, H&E × 400.*

temporal lobe and caused a right hemisphere subdural hematoma. The child also had abraded contusions of the upper and lower lips (Fig. 4); multiple cutaneous contusions; a fracture of the right tenth rib posteriorly in the mid-scapular line; 100 mL of intra-



FIG. 3—*(a) Case 1. Lung, mucin × 100. (b) Case 1. Lung, mucin × 400.*

FIG. 1—*Case 1. Lung, whole-mount, hematoxylin and eosin (H&E).*



FIG. 4—*Case 2. Upper lip, autopsy.*



FIG. 6—*Cut 2 through the 10th rib. Arrow indicates the area of fracture found at autopsy.*

peritoneal blood associated with a splenic laceration (Fig. 5); a 300 mL retroperitoneal hemorrhage; edema and ecchymosis of the scrotum; and a healing fracture of the right inferior pubic ramus. The rib fracture had no associated subperiosteal or subpleural blood.

The State indicted the boyfriend for capital murder. The Prosecutor indicated that he would seek the death penalty because of the vulnerability of the victim and the brutality of the attack.

*Outcome*

The autopsy pathologist concluded that defibrination caused the skin contusions; and that perforation of the right femoral artery during attempted placement of an arterial catheter caused the retroperitoneal hemorrhage and the scrotal ecchymosis and edema. He stated that resuscitation may have caused the lip lacerations and contusions. (The initial ER physician and nursing assessments, independently documented in the Medical Record, indicated that the child's lips and mouth were "normal.") However, he attributed the splenic laceration, the rib fracture, and the intra-abdominal hemorrhage to pre-admission trauma. An abdominal contrast-enhanced CT performed approximately 2.5 h after admission indicated no intra-abdominal or retroperitoneal hemorrhage, normal abdominal organs, and no rib fracture (Figs. 6 and 7). The CT findings suggested that it was possible if not likely that the child's only pre-admission injury was the skull fracture causing a cerebral laceration, for which there was a reasonable nonabuse explanation. The jury deliberated for 4 h and acquitted the defendant.

## Discussion

There are a number of factors in *Case #1* that strongly suggest that the liver and spleen lacerations and the intra-abdominal blood were due to the resuscitation, not abuse. It is unlikely that a child with a blood volume of approximately 2000 mL will die acutely from a 300 mL intra-abdominal hemorrhage. The pathologist was not told that the child had a history of asthma and had complained of abdominal pain on the day of his death. The defendant's statement, the "911" tape, and the statement by the workman that he had seen the child alive and well less than half an hour before the paramedics arrived were not available or disclosed to the pathologist until almost 4 months after the autopsy. Further, the macroscopic and microscopic description of the lungs as "normal" was inaccurate. The child had severe and chronic asthma. Children with asthma frequently complain of abdominal pain (9–11), and tissue hypoxia forcing peripheral muscle anaerobic glycolysis accelerates rigor, explaining both the child's symptoms and the rapid onset of rigor.

Interpretation of the injuries in *Case #2* is more difficult. The head injury; the healing pelvic fracture; the splenic laceration with intra-abdominal hemorrhage; an acute posterior rib fracture; retroperitoneal hemorrhage; and the abraded contusions of the lips were all consistent with multidirectional force injury. However, the autopsy findings were inconsistent with the known social history of the defendant (no domestic violence and an excellent relationship with both children), and the history as reported by the mother. The older child, who was in the bedroom with his brother,



FIG. 5—*Splenic laceration (arrows) and hemoperitoneum.*



FIG. 7—*Computed tomography cut 10.*

130   JOURNAL OF FORENSIC SCIENCES

gave several inconsistent and contradictory accounts to Law Enforcement of what happened. These included that "he choked," that his mother dropped him, and that "he fell and blood was coming from his nose and ears and mom put a bandaid on his ear and he vomited."

The mother's statement to Law Enforcement, translated and transcribed by an interpreter, was not available to the defense attorney until shortly before the trial, 3 years after the death. In this statement, she said that the older child initially told her that the younger child had been jumping up-and-down on the bed, then fell to the floor. The defense attorney asked me what would happen if the younger child was laying on the floor and his older brother, who weighed 45 lb, jumped off the bed, landing on the side of his head. Biomechanical reconstruction using a variety of scenarios indicated that this possibility was reasonable and consistent with the observed injury. No one ever asked the sibling if this is what happened, and I did not consider it until I reviewed the mother's statement several years after the death.

Incision of the femoral artery during catheter placement caused the retroperitoneal hemorrhage, and the scrotal edema and hemorrhage. Hospital personnel described that the skin contusions, accentuated by defibrillation, developed with the slightest pressure during the closed-chest CPR. Placement of an orotracheal tube caused the lip contusions and abrasions: The initial ER nursing and physician assessments independently and clearly state that the child's lip, mouth, and buccal mucosa were normal. The cause of the remote pubic ramus fracture is not known. He had a witnessed fall down a flight of stairs at his grandparents' home approximately 2 weeks before his death, and an earlier unwitnessed fall at a playground. One radiologist who reviewed the radiographs stated that the fracture had occurred at least 2 weeks prior to the death; a second said that the fracture occurred at least 4 weeks earlier. He never showed any signs or symptoms of a groin injury, and the fracture did not affect his ambulation. The chest radiograph performed in the hospital did not show the rib fracture. However, the diaphragm partially obscured the rib, and plain films are insensitive to acute nondisplaced rib fractures. The contrast-enhanced abdominal CT performed 2.5 h after admission to the hospital (3 h after the head injury) indicated no intra-abdominal bleeding, parenchymal lacerations, or rib fractures. Although the sensitivity of an abdominal CT for intra-abdominal blood is not 100% (12–15), this scan's excellent technical quality and the extended time between hospital admission and the scan strongly suggest that the rib fracture, splenic laceration and hemoperitoneum occurred after it was performed. It was likely, based on all of the above considerations, that a single unidirectional force caused the head injury, allowing a reasonable nonabuse explanation to be considered.

## Conclusion

Resuscitation injuries may be consistent with "a" cause of death independent of other pre-arrest trauma or natural disease. The untrained caretaker likely caused the hepatic and splenic lacerations in *Case #1*. Skilled hospital personnel likely caused the injuries other than the head and groin injuries in *Case #2*. Any of the injuries in *Case #2* (lip lacerations; cutaneous contusions; rib fracture; retroperitoneal hemorrhage; and splenic laceration with intra-abdominal hemorrhage), if isolated, would have had a high likelihood of correct interpretation, especially if the medical record was examined and the hospital/prehospital personnel were interviewed. However, if the injuries in *Case #2* are considered in total, it would be difficult to conclude that this was not a battered child and that the death was not due to abuse, especially with the background of a severe unexplained head injury. Excellent written and photographic autopsy documentation; correlation of the autopsy findings with the medical record by the autopsy pathologist in *Case #2*; verifiable social histories; and detailed medical and prehospital records made it possible to consider alternative explanations.

Resuscitation is an uncommon if not rare cause for significant injury in a child. Most cases that appear to be abuse are abuse. However, some are not. The only way to differentiate between the alternative conclusions is to consider the unique characteristics for each case. If there is new information, the conclusion must be re-evaluated. To do otherwise is an injustice and may cause great harm.

*Acknowledgments*

To Michael Arnall, M.D., who assisted with *Case #1*; to Randy Berman, J.D., Peggy Natale, J.D., and Scott H. Cupp, J.D., for the courage to pursue truth rather than resolution; and to John E. Smialek, M.D., who assisted with *Case #2*, and whose life was too short. Conflicts: none. Sources of support: none.

## References

1. Bush CM, Jones JS, Cohle SD, Johnson H. Pediatric injuries from cardiopulmonary resuscitation. Ann Emerg Med 1996;28:40–4.
2. Spevak MR, Kleinman PK, Belanger PL, Primack C, Richmond JM. Cardiopulmonary resuscitation and rib fractures in infants: a postmortem radiographic—pathologic study. JAMA 1994;272:617–8.
3. Kaplan JA, Fossum RM. Patterns of facial resuscitation injury in infants. Am J Forensic Med Pathol 1994;15:187–91.
4. Reardon MJ, Gross DM, Vallone AM, Weiland AP, Walker WE. Atrial rupture in a child from cardiac massage by his parent. Ann Thorax Surg 1987;43:557–8.
5. Hulewicz B. Gastric trauma following cardiopulmonary resuscitation. Med Sci Law 1990;30:149–52.
6. Waldman PJ, Walters BL, Grunau CFV. Pancreatic injury associated with interposed abdominal compressions in pediatric cardiopulmonary resuscitation. Am J Emerg Med 1985;2:510–2.
7. Corbett SW, O'Callaghan T. Detection of traumatic complications of cardiopulmonary resuscitation by ultrasound. Ann Emerg Med 1997;29:317–22.
8. Krischer JP, Fine EG, Davis JH, Nagel EL. Complications of cardiac resuscitation. Chest 1987;92:287–91.
9. Beer S, Laver J, Karpuch J, Chabut S, Aladjem M. Prodromal features of asthma. Arch Dis Child 1987;62:345–8.
10. Caffarelli C, Deriu FM, Terzi V, Perrone F, De Angelis G, Atherton DJ. Gastrointestinal symptoms in patients with asthma. Arch Dis Child 2000; 82:131–5.
11. Ronchetti R, Villa MP, Matricardi PM, La Grutta S, Barreto M, Pagani J, et al. Association of asthma with extra-respiratory symptoms in school-children: two cross-sectional studies 6 years apart. Pediatr Allergy Immunol 2002;13:113–8.
12. Marx JA, Moore EE, Jorden RC, Eule J Jr. Limitations of computed tomography in the evaluation of acute abdominal trauma: a prospective comparison with diagnostic peritoneal lavage. J Trauma 1985;25:933–7.
13. Tsang BD, Panacek EA, Brant WE, Wisner DH. Effect of oral contrast administration for abdominal computed tomography in the evaluation of acute blunt trauma. Ann Emerg Med 1997;30:7–13.
14. Poletti PA, Wintermark M, Schnyder P, Becker CD. Traumatic injuries: role of imaging in the management of the polytrauma victim (conservative expectation). Eur Radiol 2002;12:969–78.
15. Nwomeh BC, Nadler EP, Meza MP, Bron K, Gaines BA, Ford HR. Contrast extravasation predicts the need for operative intervention in children with blunt splenic trauma. J Trauma 2004;56:537–41.

Additional information and reprint requests:
John Plunkett, M.D.
13013 Welch Trail
Welch, MN 55089
E-mail: plunkettj@frontiernet.net

# ontusion

ontusion or *bruise* occurs when a blunt impact tears llaries and larger blood vessels, resulting in the pe of blood into the extravascular space. Bruises can differentiated from *livor mortis* in that livor involves settling of blood to dependent portions of the vascu- system, and not the surrounding tissues. As such, ed areas with dependent lividity will not appear orrhagic.

rious terms exist to describe the gross appearance contusion. These include *petechiae* (small punctate orrhages), *ecchymoses* (generally small contusions), matoma (focal space-occupying collection of blood expands and/or distorts the tissue configuration). mage 5.11 demonstrates a right flank bruise in a 60-old man who died of an acute myocardial infarct imately 20 minutes after being hit with a baseball recreational game. **Image 5.12** illustrates the densely rrhagic nature of the affected area and the distinct ans between *normal* and *abnormal* tissue.

One must remember that the appearance of a contusion may not adequately reflect the degree of force used to cause the injury. For example, many elderly individuals (particularly those on systemic steroids) develop senile ecchymoses (**Image 5.13**) all over their bodies, but most characteristically on their extremities. These are known to occur with little force, and even spontaneously as a result of thinning of the perivascular connective tissue.[28] One must also consider blood thinning medications such as warfarin that may accentuate hemorrhages. On the opposite end of the spectrum is the individual who has been the victim of significant violence and has significant internal injury, but with little to no external evidence of injury. Young children frequently fall into this category.

Examine the abdomen of this 2-year-old female (**Images 5.14 and 5.15**) who died suddenly in the emergency department after presenting with an alleged single episode of vomiting. With the exception of two contusions each less than 1 centimeter, the abdomen is devoid of gross trauma (**Image 5.14**). Opening of the abdomen revealed near transection of the jejunum, multiple omental lacerations, and more than 200 milliliters of blood (**Image 5.15**). Police questioning of the father ultimately revealed a history of repeated blunt abdominal abuse.

As previously mentioned, a large focal collection of blood is frequently referred to as a *hematoma*. Although hematomas may occur anywhere in the body, they are of particular interest and significance when found in the connective tissues of the scalp and subgaleal space. Examine the reflected and densely hemorrhagic scalp of the 56-year-old man in **Image 5.16**. In the absence of significant antemortem disorder of hemostasis, injuries of this variety represent the application of significant force to the head. As such, the intracranial contents are at particular risk of trauma. Additionally, note the large area of blood-stained periosteum of the right parietal bone,



5.11



5.12

5.13





5.14



5.16



5.17



5.15

consistent with an area of impact on the scalp in a man who was beaten about the head with a brick.

## Documentation of contusions

The full extent of bruising (and even the presence of a bruise) may not be readily apparent on external exami-

nation.[8-10] This is particularly true when the deceden[t] darker skin tones. Exposure of the subcutaneous ti[ssue] and subsequent photographic documentation ca[n] helpful. Few situations exemplify this necessity as [well] as investigations of possibly battered children.

When the autopsy pathologist is interested in de[mon]strating the presence and/or severity of contusio[ns,] layered approach to body wall dissection may be a[ppro]priate. The 2-year-old child abuse victim of Image[s] died as a result of multiple blunt force injuries. I[n] case, the skin and subcutaneous fat were carefully [dis]sected away from the underlying musculature, allowing for easy visualization of hemorrhagic [areas.] Some authors state that this has altered their patte[rns of] death certification by clarifying the etiology of [some] cases of blunt trauma.[10]

It is not always necessary to perform thoroug[h] sections to demonstrate bruising. In this example (I[mage] 5,18), a 16-year-old female died in hospital 12 hours [after] being thrown from a motor vehicle at a high ra[te of] speed. A small area of contusion in her upper m[...]



5.18



5.20



5.21



5.19

was incised to illustrate significant underlying rhage and intramuscular hematoma, thus demon-g a lack of concordance between external appear-f injuries and their actual severity.

## ned contusions

viously mentioned, the examination of an obvi-raumatized victim should include an attempt to ize patterns or orientation of individual or ed injuries. Occasionally, such patterns will be so tive as to allow little room for interpretation. For le, the individual in Image 5.19 was run over by r vehicle. Note the prominent imprint of the tire

over his back. Other injuries may have an appearance highly suspicious for a specific etiology. The individual featured in Image 5.20 was struck multiple times with an asp. In these circumstances, the impact of such an object causes crushing of the tissue immediately subjacent to the site of contact, and an area of contact pallor typically results. Adjacent to this pale region, one finds contusion—in this case, present as large, confluent areas of hemorrhage. A classical example of beating with a pipe is pictured in Image 5.21.

Following the recognition of possible patterned injuries, thorough documentation should occur. This might include photography of wounds opposing alleged weapons. However, this must only occur after the responsible police agency has cleared this evidence for use in the morgue because contamination with foreign fingerprints, DNA, and so forth, is a possibility.

Smaller, seemingly less important bruises should also be properly documented. Examine the small linear contusions on the left arm of the young female pictured in

Image 5.22. These marks have an appearance consistent with "finger grab marks," as might be seen if someone were forcefully restrained. This young woman was beaten and possibly sexually assaulted—as such, this finding could be of importance at trial.

## Not a bruise

As previously mentioned, not every instance of subcutaneous hemorrhage can be attributed to impact trauma (e.g., senile ecchymoses). In cases of basilar skull fracture, particularly with orbital plate involvement, or with a fractured nose, blood can dissect along fascial planes, creating the appearance of contusion.[11] This is particularly common in the periorbital region, giving the decedent "raccoon eyes." This has concerned many a police officer and uninitiated death investigator into believing that the person was involved in a fistfight with resultant "black eyes" (Image 5.23), such as this young woman who died in a motor vehicle accident. She had a massive basilar skull fracture. Image 5.24 demonstrates prominent hemorrhage subjacent to the fractured orbital plate.

Clinicians refer to *Battle's sign* as bleeding into the mastoid air cells due to basilar skull fracture with a resultant bluish coloration of the skin overlying the affected mastoid process. This may mimic a bruise. The young male featured in Image 5.25 died as a result of massive closed head injury and had a "positive Battle's sign."

## Dating of contusions

Multiple investigators have studied contusions from the perspective of determining their age.[9,12–18] Although we believe that many of these publications allow for interesting debate in the scientific arena, there is currently no technique that provides examiners with useful, dependable, highly accurate information. Underlying our dissatisfaction with current techniques, which primarily consist of determining age by bruise color, as well as histologic and immunohistochemical methods, is the basic fact that every human being has his or her own spectrum of unique physiologic responses. Because healing is a physiologic process, it is not possible to precisely determine age of contusions.



5.22



5.24



5.23



5.25

In The Circuit Court, Seventh Judicial Circuit,
In And For St. Johns County, Florida

Qinard L. Collins              ,          CASE NO. CF0+1102
        Defendant       .

        v.

State of Florida        ,
        Plaintiff       .

### NOTICE OF INQUIRY

I, Qinard L. Collins, pro se, requests

that the Court inform him as to the status of :

My motion for post-conviction relief, that was
mailed to the Clerk Of Courts on January 6, 11.
I am trying to find out if it was received.

_____

Respectfully Submitted,
Qinard L. Collins
Qinard L. Collins

Date : 1-24-11

D.C.# V18204    Dorm H31012

Holmes Correctional Institution
3142 Thomas Drive
Bonifay, Florida 32425



*CHERYL STRICKLAND*

**Clerk of the Circuit Court**

Historical St. Johns County
4010 Lewis Speedway
St. Augustine, Florida 32084

TEL. (904) 823-2333,
FAX NO. (904) 823-2294

January 26, 2011

Qinard Collins, V18204/H3101L
Holmes Correctional Institution
3142 Thomas Drive
Bonifay, Florida 32425

RE: Notice of Inquiry

Dear Mr. Collins:

I am in receipt of your letter dated 1/24/11. The Clerks office has received your Motion for Post-Conviction Relief and has forwarded the same to Judge Berger.

Thank you,

Rebecca Ferris
Deputy Clerk
Felony Division

_IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT_

_IN AND FOR St. JOHNS COUNTY, FLORIDA_

_STATE OF FLORIDA_,

     _Plaintiff_.

CASE NO. _CF01-1102_

v.

_QINARD L. COLLINS_,

     _Defendant_.

```
┌─────────────────────┐
│   PROVIDED TO       │
│   HOLMES CI ON      │
│   APR 1 2 2011      │
│   FOR MAILING  QL   │
└─────────────────────┘
```

## NOTICE OF INQUIRY

_I_, _QINARD L. COLLINS_, pro se, requests

that the Court inform him as to the status of :

_My motion for appointment of counsel, As well as_

_my motion for Post Conviction Relief. I am trying_

_to find out if a docket date has been set for_

_these motion._

Respectfully Submitted,

_Qinard L. Collins_
_Qinard L. Collins_

Date : _4-13-11_

D.C.# _V18204_   Dorm _H3101L_

Holmes Correctional Institution
3142 Thomas Drive
Bonifay, Florida 32425

*IN THE CIRCUIT COURT OF THE SEVETH JUDICIAL CIRCUIT IN AND FOR St. JOHNS COUNTY, FLORIDA*

*STATE OF FLORIDA* ,

CASE NO. *CF01-1102*

   *Plaintiff* .

> PROVIDED TO
> HOLMES C.I. ON
> JUL 1 8 2011
> FOR MAILING

v.

*QINARD L. COLLINS*,

   *Defendant* .

FILED
2011 JUL 20 P 2:25
CHERYL STRICKLAND
CLERK OF CIRCUIT COURT
ST. JOHNS COUNTY

## NOTICE OF INQUIRY

_____ , *Qinard L. Collins*, pro se, requests

that the Court inform him as to the status of :

*My Motion For Post Conviction Relief mailed to the Clerk of Courts, around 11/2/2010. I've already sent two other Notice of inquiry to the courts. But I have yet to be informed if my motion is pending or not. Could you let me know some thing please?*

Respectfully Submitted,
*Qinard L. Collins*
*Qinard L. Collins*

Date : *7-18-11*    _____

D.C.# *V18204*   Dorm *H31012*

Holmes Correctional Institution
3142 Thomas Drive
Bonifay, Florida 32425
0100U02CF